# EXHIBIT B

Electronically Received by Superior Court of California, County of Orange, 03/24/2022 01:42:00 PM
30-2022-01250695-CU-AT-CXC - ROA # 11 - DAVID H. YAMASAKI, Clerk of the Court By Olga Lopez, Deputy Clerk.
Case 8:22-cv-00983-DOC-DFM   Document 1-2   Filed 05/13/22   Page 2 of 2   Page ID #:26

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:  STATE BAR NO.: 210876<br>NAME: Lenore Albert<br>FIRM NAME: Law Office of Lenore Albert<br>STREET ADDRESS: 31872 Joshua Dr #22C<br>CITY: Trabuco Canyon  STATE: CA  ZIP CODE: 92679<br>TELEPHONE NO.: 424-365-0741  FAX NO.:<br>E-MAIL ADDRESS: lenalbert@interactivecounsel.com<br>ATTORNEY FOR (name): John Roe 1, et al. | FOR COURT USE ONLY |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>JUSTICE CENTER:<br>☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701<br>☒ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701<br>☐ Harbor- Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595<br>☐ North - 1275 N. Berkeley Ave., P. O. Box 5000, Fullerton, CA 92838-0500<br>☐ West – 8141 13th Street, Westminster, CA 92683-4593 | |
| PLAINTIFF: John Roe 1, et al.<br><br>DEFENDANT: The State Bar of California, et al. | CASE NUMBER:<br><br>30-2022-01250695-CU-AT-CXC |
| **AMENDMENT TO** ☒ **COMPLAINT** ☐ **CROSS-COMPLAINT** | Case assigned to: Civil Complex<br>Judge: Randall J. Sherman<br>Department: CX-105<br>Date complaint filed: 03-18-2022<br>Hearing/trial date: |

**FICTITIOUS NAME UNDER SECTION 474, CODE OF CIVIL PROCEDURE (NO ORDER REQUIRED)**

I have discovered the true name of ☐ Doe_____ ☐ Roe_____ to be _____
_____.

The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

Date: _____

_____                    _____
(TYPE OR PRINT NAME)                                (SIGNATURE OF PARTY OR ATTORNEY)

**INCORRECT NAME UNDER SECTION 473, CODE OF CIVIL PROCEDURE (ORDER REQUIRED)**

The complaint/cross-complaint incorrectly named the defendant/cross-defendant as JudyRecords.com _____.
I have discovered the true name of the party to be Kevan Schwitzer _____
_____.

I request the complaint/cross-complaint be amended to reflect the true name wherever it appears in the pleading.

Date: 03-24-2022

Lenore Albert                                      /s/Lenore Albert
(TYPE OR PRINT NAME)                                (SIGNATURE OF PARTY OR ATTORNEY)

**ORDER**
The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

Date:_____                       _____
                                                   JUDICIAL OFFICER

Approved for Optional Use
L-0132 (Rev. March 2019)

**AMENDMENT TO COMPLAINT/CROSS-COMPLAINT**

Code of Civil Procedure,
§§ 473, 474

For your protection and privacy please press the
CLEAR THIS FORM button after you have
printed the form