# EXHIBIT C

Electronically Filed by Superior Court of California, County of Orange, 03/28/2022 04:00:00 PM.
30-2022-01250695-CU-AT-CXC - ROA # 19 - DAVID H. YAMASAKI, Clerk of the Court By efilinguser, Deputy Clerk.
Case 8:22-cv-00983-DOC-DFM Document 1-3 Filed 05/13/22 Page 2 of 6 Page ID #:28

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Lenore Albert, Esq. SBN 210876<br>Law Office of Lenore Albert<br>31872 Joshua Dr #22C<br>Trabuco Canyon, CA 92679<br>TELEPHONE NO.: 424-365-0741  FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* LenAlbert@InteractiveCounsel.com<br>ATTORNEY FOR *(Name):* John Roe 1, et al. | *FOR COURT USE ONLY* |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 751 W. Santa Ana Blvd.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Ana, CA 92701<br>BRANCH NAME: Civil Complex Center | |
| PLAINTIFF/PETITIONER: John Roe 1, et al.<br>DEFENDANT/RESPONDENT: The State Bar of California, et al. | CASE NUMBER:<br>30-2022-01250695-CU-AT-CXC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* BP 17200 Qstnre; Case Timeline, Calendar Schedule for Civil Complex
3. a. Party served *(specify name of party as shown on documents served):*
      The State Bar of California
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Leah Wilson, Executive Director of the State Bar of California
4. Address where the party was served:
   Served at 845 S. Figueroa Blvd, Los Angeles, CA and instructed to email to serviceofprocess@calbar.ca.gov
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*  (2) at *(time):*
   b. [ ] **by substituted service.** On *(date):*  at *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*  from *(city):*  or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010

| PLAINTIFF/PETITIONER: John Roe 1, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: The State Bar of California, et al. | 30-2022-01250695-CU-AT-CXC |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt*.)* (Code Civ. Proc., § 415.30.)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. [x] **by other means** *(specify means of service and authorizing code section):*
by email as instructed by the State Bar of California in substitute of personal service on March 24, 2022.
serviceofprocess@calbar.ca.gov
415.10

   [x] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [x] On behalf of *(specify):*
   under the following Code of Civil Procedure section:
   
      [ ] 416.10 (corporation)     [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)     [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)     [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
      [x] 416.50 (public entity)     [ ] 415.46 (occupant)
                                     [ ] other:

7. **Person who served papers**
   a. Name: Lenore Albert
   b. Address: 31872 Joshua Dr #22C, Trabuco Canyon, CA 92679
   c. Telephone number: 424-365-0741
   d. **The fee** for service was: $
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [x] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner [ ] employee [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 03-28-2022

Lenore Albert
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)             ▶      (SIGNATURE)

3/24/22, 11:30 AM                                            Yahoo Mail - Service upon Leah Wilson, Exec. Director for the State Bar of California in John Roe, et al v The State Bar of Californ…

Case 8:22-cv-00983-DOC-DFM Document 1-3 Filed 05/13/22 Page 4 of 6 Page ID #:36

## Service upon Leah Wilson, Exec. Director for the State Bar of California in John Roe, et al v The State Bar of California, et al.

| | |
|---|---|
| From: | lenore albert (lenalbert@interactivecounsel.com) |
| To: | serviceofprocess@calbar.ca.gov; jimocon@att.net; leah.wilson@calbar.ca.gov |
| Date: | Thursday, March 24, 2022, 11:20 AM PDT |

To Leah Wilson, authorized agent as Executive Director of the State Bar of California:

One Legal process server was turned away and told you only accept email service.

Attached are:
Summons
Complaint
Civil Case Cover Sheet
BP 17200
ADR Package
Court Time Lines
Court Calendar


Sincerely,

Lenore Albert, Esq.
**Law Offices of Lenore Albert**
31872 Joshua Dr #22C
Trabuco Canyon, CA 92679
Phone: 424-365-0741
https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

*Also, President & CEO*
**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*
**Mined Media Org.**
**Project Geeks**
**MasterMined(tm) Tech.**
**InteractiveCounsel**
**FactChecks(tm)**


Cal Bus & Prof Code 6001.1
"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE
INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT
PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON
INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.
ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF
THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE,
PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER
IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE
ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.


Databreach - Civil Case Timetable l1009.pdf
19.1kB


Databreach - ADR package l1200.pdf
136.4kB


02 - Class Action Complaint.pdf
308.3kB


03 - Civil Case Cover Sheet (1).pdf
837.9kB


04 - Class Action _ B 17200 Questionnaire.pdf
402.5kB


09 - Summons Issued and Filed.pdf
370.7kB


Databreach - ADR package l1200.pdf
136.4kB

3/28/22, 3:42 PM                                                Yahoo Mail - Automatic reply: Service upon Leah Wilson, Exec. Director for the State Bar of California in John Roe, et al v The St…

Case 8:22-cv-00983-DOC-DFM   Document 1-3   Filed 05/13/22   Page 6 of 6   Page ID #:32

## Automatic reply: Service upon Leah Wilson, Exec. Director for the State Bar of California in John Roe, et al v The State Bar of California, et al.

| | |
|---|---|
| From: | serviceofprocess (serviceofprocess@calbar.ca.gov) |
| To: | lenalbert@interactivecounsel.com |
| Date: | Thursday, March 24, 2022, 11:21 AM PDT |

## THIS IS AN AUTOMATIC REPLY.

This message is to acknowledge receipt of the document(s) you have sent to the State Bar for service of process.

The State Bar will only accept legal document(s) naming the State Bar (or its employees and officers for matters in connection with their official duties). The State Bar is not authorized to accept the service of process on behalf of its employees and officers regarding matters outside the scope of their official duties. By receiving your document(s), the State Bar and its employees and officers do not waive any right to object to the validity of service. Your document(s) will be reviewed after receipt and you will be notified if service is rejected due to a defect.

If you are seeking to tender any witness fees in connection with a subpoena, please reply directly to this email to request instructions for how to send your payment.

State Bar Court Filings: Sending documents to this email address it not a valid method to file documents in State Bar Court, and any such documents attempted to be filed in this manner are deemed rejected. Filings in State Bar Court may only be made pursuant to the rules of that court.

Office of General Counsel

The State Bar of California | 180 Howard Street | San Francisco, CA 94105

415.538.2000 | serviceofprocess@calbar.ca.gov

***Working to protect the public in support of the mission of the State Bar of California.***

Please consider the environment before printing this email.

LinkedIn | Twitter | Facebook | Instagram