# EXHIBIT E

Electronically Filed by Superior Court of California, County of Orange, 03/25/2022 01:26:00 PM.
30-2022-01250695-CU-AT-CXC - ROA # 13 - DAVID H. YAMASAKI, Clerk of the Court By Olga Lopez, Deputy Clerk.
Case 8:22-cv-00983-DFM   Document 1-5   Filed 05/13/22   Page 2 of 2   Page ID #:40

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:   STATE BAR NO.: 210876<br>NAME: Lenore Albert<br>FIRM NAME: Law Office of Lenore Albert<br>STREET ADDRESS: 31872 Joshua Dr #22C<br>CITY: Trabuco Canyon   STATE: CA   ZIP CODE: 92679<br>TELEPHONE NO.: 424-365-0741   FAX NO.:<br>E-MAIL ADDRESS: lenalbert@interactivecounsel.com<br>ATTORNEY FOR (name): John Roe 1, et al | FOR COURT USE ONLY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701
☒ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701
☐ Harbor- Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North - 1275 N. Berkeley Ave., P. O. Box 5000, Fullerton, CA 92838-0500
☐ West – 8141 13th Street, Westminster, CA 92683-4593

| | |
|---|---|
| PLAINTIFF: John Roe 1, et al.<br>DEFENDANT: The State Bar of California, et al. | CASE NUMBER:<br>30-2022-01250695-CU-AT-CXC |
| **AMENDMENT TO** ☒ **COMPLAINT** ☐ **CROSS-COMPLAINT** | Case assigned to: Civil Complex<br>Judge: Randall J. Sherman<br>Department: CX-105<br>Date complaint filed: 03-18-2022<br>Hearing/trial date: |

**FICTITIOUS NAME UNDER SECTION 474, CODE OF CIVIL PROCEDURE (NO ORDER REQUIRED)**

I have discovered the true name of ☒ Doe  1    ☐ Roe _____ to be  Tyler Technologies, Inc. _____.

The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

Date: 03-25-2022

Lenore Albert                                                                                           /s/ Lenore Albert
(TYPE OR PRINT NAME)                                                                (SIGNATURE OF PARTY OR ATTORNEY)

**INCORRECT NAME UNDER SECTION 473, CODE OF CIVIL PROCEDURE (ORDER REQUIRED)**

The complaint/cross-complaint incorrectly named the defendant/cross-defendant as _____.
I have discovered the true name of the party to be _____.

I request the complaint/cross-complaint be amended to reflect the true name wherever it appears in the pleading.

Date: _____

(TYPE OR PRINT NAME)                                                                 (SIGNATURE OF PARTY OR ATTORNEY)

**ORDER**
The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

Date: _____
                                                                                                                              JUDICIAL OFFICER

Approved for Optional Use
L-0132 (Rev. March 2019)          **AMENDMENT TO COMPLAINT/CROSS-COMPLAINT**          Code of Civil Procedure,
                                                                                                                         §§ 473, 474

**For your protection and privacy please press the
CLEAR THIS FORM button after you have
printed the form**