# EXHIBIT F

Electronically Filed by Superior Court of California, County of Orange, 03/29/2022 12:32:00 PM.
30-2022-01250695-CU-AT-CXC - ROA # 23 - DAVID H. YAMASAKI, Clerk of the Court By ellinguser, Deputy Clerk.
Case 8:22-cv-00983-DFM Document 1-6 Filed 05/13/22 Page 2 of 2 Page ID #:42

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Lenore Albert, 210876<br>Law Office of Lenore Albert<br>31872 Joshua Dr, 22C<br>Trabuco Canyon, CA 92679<br>TELEPHONE NO.: (424)365-0741<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
Superior Court of California, Orange County
751 W. Santa Ana Blvd.
Santa Ana, CA 92701

PLAINTIFF/PETITIONER: John Roe 1, et al.
DEFENDANT/RESPONDENT: The State Bar of California, et al.

CASE NUMBER:
30-2022-01250695-CU-AT-CXC

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
DataBreach

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of:

Summons; Complaint; Amendment to Complaint-DOE 1; Amendment to Complaint-Incorrect Name; Civil Case Cover Sheet; Class Action/B&P Questionnaire; Hearing Schedule; Civil Case Time Schedule; Statement of Damages-Schwitzer; Statement of Damages-Tyler Technologies

3. a. Party served: Tyler Technologies, Inc., sued herein as DOE 1
   b. Person Served: Capitol Corporate Services - Leigh Johnson - Person Authorized to Accept Service of Process

4. Address where the party was served: 455 Capitol Mall, #217
   Sacramento, CA 95814
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 03/28/2022    (2) at (time): 2:17PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   Tyler Technologies, Inc., sued herein as DOE 1
   under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:        Brandon Lee Ortiz
   b. Address:     One Legal - P-000618-Sonoma
                   1400 North McDowell Blvd, Ste 300
                   Petaluma, CA 94954

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 130.00
   e I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2012-37
         (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 03/29/2022

Brandon Lee Ortiz
(NAME OF PERSON WHO SERVED PAPERS)                          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
OL# 17933331