# EXHIBIT G

Electronically Filed by Superior Court of California, County of Orange, 04/01/2022 08:00:00 AM.
30-2022-01250695-CU-AT-CXC - ROA # 25 - DAVID H. YAMASAKI, Clerk of the Court By ellinguser, Deputy Clerk.
Case 8:22-cv-00983-DFM    Document 1-7    Filed 05/13/22    Page 2 of 2    Page ID #:44

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Lenore Albert, 210876<br>Law Office of Lenore Albert<br>31872 Joshua Dr, 22C<br>Trabuco Canyon, CA 92679<br>TELEPHONE NO.: (424)365-0741<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
Superior Court of California, Orange County
751 W. Santa Ana Blvd.
Santa Ana, CA 92701

| PLAINTIFF/PETITIONER: John Roe 1, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: The State Bar of California, et al. | 30-2022-01250695-CU-AT-CXC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>DataBreach |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Amendment to Complaint, Amendment to Complaint, Complaint, Civil Case Cover Sheet, Class Action Questionnaire, Hearing Schedule, Civil Case Time Schedule, Statement of Damages, Statement of Damages

3. a. Party served: Kevan Schwitzer, sued incorrectly as JudyRecords.com

   b. Person Served: party in item 3a
4. Address where the party was served: 6909 State Hwy 161, Apt #320
   Irving, TX 75039
5. I served the party
   a. **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 03/29/2022   (2) at (time): 7:21PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. as an individual defendant.

7. **Person who served papers**
   a. Name: Michael E. Wigginton
   b. Address: One Legal - P-000618-Sonoma
      1400 North McDowell Blvd, Ste 300
      Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 250.00
   e I am:
      (1) Not a registered California process server.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Date: 03/30/2022

Michael E. Wigginton
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
OL# 17933332