# EXHIBIT I

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: 210876 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Lenore Albert | | |
| FIRM NAME: Law Offices of Lenore Albert | | |
| STREET ADDRESS: 1968 S. Coast Hwy #3960 | | |
| CITY: Laguna Beach  STATE: CA  ZIP CODE: 92651 | | |
| TELEPHONE NO.: 424-365-0741  FAX NO.: | | |
| E-MAIL ADDRESS: lenalbert@interactivecounsel.com | | |
| ATTORNEY FOR (Name): Plaintiff John Roe, et al. | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 751 W. Santa Ana Blvd.
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Civil Complex Center

Plaintiff/Petitioner: John Roe, et al.
Defendant/Respondent: The State Bar of California, et al.

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

CASE NUMBER:
30-2022-01250695-CU-AT-CXC

TO (insert name of party being served): Rick Rankin

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 04/30/2022

Lenore Albert
(TYPE OR PRINT NAME)

/s/ Lenore Albert
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):

1. [x] A copy of the summons and of the complaint.
2. [x] Other (specify):

   ADR package, Change of Address, B&P 17200, Court Timelines, Court Calendar, Amendment to Complaint JudyRecords, Amendment to Complaint Doe Employee, First Amended Complaint

(To be completed by recipient):

Date this form is signed: May 3, 2022

Michael A. Gold of Jeffer Mangels Butler & Mitchell LLP for Rick Rankin
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Code of Civil Procedure, §§ 415.30, 417.10 www.courtinfo.ca.gov |