1  BETH W. PETRONIO, *pro hac vice forthcoming*
   beth.petronio@klgates.com
2  K&L GATES LLP
   1717 Main Street, Suite 2800
3  Dallas, TX 75201
   Telephone: (214) 939-5815
4  Facsimile: (214) 939-5849

5  JASON N. HAYCOCK (SBN 278983)
   jason.haycock@klgates.com
6  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
7  San Francisco, CA 94111
   Telephone: (415) 882-8200
8  Facsimile: (415) 882-8220

9  Attorneys for Defendant
   TYLER TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-CV-00983<br><br>**DEFENDANT TYLER TECHNOLOGIES, INC.'S CERTIFICATION PURSUANT TO CIVIL L.R. 3-15**<br><br>(Orange County Superior Court Case No. 30-2022-01250695-CU-AT-CXC)<br><br>Complaint Filed: March 18, 2022<br>Trial Date: TBD |

Pursuant to L.R. 3-15, the undersigned certifies that, as of this date, other than that named parties, there is no such interest to report.

**K&L GATES LLP**

Dated: May 13, 2022     By: */s/ Jason N. Haycock*
       BETH W. PETRONIO
       JASON N. HAYCOCK

       Attorneys for Defendant
       TYLER TECHNOLOGIES, INC.