1  BETH W. PETRONIO, *pro hac vice forthcoming*
   beth.petronio@klgates.com
2  K&L GATES LLP
   1717 Main Street, Suite 2800
3  Dallas, TX 75201
   Telephone:  (214) 939-5815
4  Facsimile:   (214) 939-5849

5  JASON N. HAYCOCK (SBN 278983)
   jason.haycock@klgates.com
6  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
7  San Francisco, CA 94111
   Telephone:  (415) 882-8200
8  Facsimile:   (415) 882-8220

9  Attorneys for Defendant
   TYLER TECHNOLOGIES, INC.

10

11              **UNITED STATES DISTRICT COURT**

12         **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

13

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive, <br><br> Defendants. | Case No. 8:22-CV-00983 <br><br> **DEFENDANT TYLER TECHNOLOGIES, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** <br><br> (Orange County Superior Court Case No. 30-2022-01250695-CU-AT-CXC) <br><br> Complaint Filed:  March 18, 2022 <br> Trial Date:            TBD |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Tyler Technologies, Inc. ("Tyler") states that it has no parent corporation. The following entities currently own more than 10% of Tyler's outstanding stock:

The Vanguard Group
100 Vanguard Blvd.
Malvern, PA 19355

**K&L GATES LLP**

Dated: May 13, 2022         By: */s/ Jason N. Haycock*
                                 BETH W. PETRONIO
                                 JASON N. HAYCOCK

                                 Attorneys for Defendant
                                 TYLER TECHNOLOGIES, INC.

---

1

**DEFENDANT TYLER TECHNOLOGIES, INC.'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**