PETER W. BALDWIN (SBN 245819)
peter.baldwin@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: +1 212 248 3140
Facsimile:  +1 212 248 3141

DAVID A. BELCHER (SBN 330166)
david.belcher@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: +1 310 203 4000
Facsimile:  +1 310 229 1285

Attorneys for Defendant
KEVAN SCHWITZER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (SOUTHERN DIVISION)

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00983-DOC-DFM<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT KEVAN SCHWITZER**<br><br>Judge:     Hon. David O. Carter<br>Courtroom: 10A<br><br>Complaint Served: March 25, 2022<br>Settlement Date: May 2, 2022<br>Request for Dismissal Filed: May 8, 2022<br>Notice of Removal Filed: May 13, 2022 |

**TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Peter W. Baldwin of the law firm of Faegre Drinker Biddle & Reath LLP hereby appears as counsel of record for Defendant Kevan Schwitzer in the above-referenced action.

All pleadings and papers should be served electronically in this action via ECF to peter.baldwin@faegredrinker.com.

Dated:  May 18, 2022

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By: _____/s/ David A. Belcher_____
David A. Belcher

Attorneys for Defendant
KEVAN SCHWITZER

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Faegre Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1500, Los Angeles, California 90067.

On **May 18, 2022**, I served the foregoing document described as: **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT KEVAN SCHWITZER** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

_X_  **By ELECTRONIC FILING** (I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List.)

___  **By PERSONAL SERVICE**

    ___ by personally delivering such envelope to the addressee.

    ___ by causing such envelope to be delivered by messenger to the addressee.

___  **By UNITED STATES MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

___  **By OVERNIGHT DELIVERY** (by causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service.)

___  **By FAX TRANSMISSION**

___  **By E-MAIL OR ELECTRONIC TRANSMISSION**

___  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 18, 2022**, at Los Angeles, California.

| DAVID A. BELCHER | /s/ David A. Belcher |
|---|---|
| Name | Signature |

**SERVICE LIST**

*John Roe 1, et al. v. The State Bar of California, et al.*
*Case Number 8:22-cv-00983-DOC-DFM*

Lenore L. Albert, Esq.
lenalbert@interactivecounsel.com, lenorealbert@msn.com, docket@interactivecounsel.com

Christina N. Goodrich, Esq.
christina.goodrich@klgates.com, klgateseservice@klgates.com

Jason Nathaniel Haycock, Esq.
jason.haycock@klgates.com, david.dunbar@klgates.com, litigation.docketing@klgates.com, lianne.jitodai@klgates.com

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF APPEARANCE OF COUNSEL

US.350162483.01