PETER W. BALDWIN (SBN 245819)
peter.baldwin@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone:  +1 212 248 3140
Facsimile:   +1 212 248 3141

DAVID A. BELCHER (SBN 330166)
david.belcher@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  +1 310 203 4000
Facsimile:   +1 310 229 1285

Attorneys for Defendant
KEVAN SCHWITZER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (SOUTHERN DIVISION)

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00983-DOC-DFM<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF KEVAN SCHWITZER**<br><br>Judge:         Hon. David O. Carter<br>Courtroom:  10A<br><br>Complaint Served:  March 25, 2022<br>Settlement Date:  May 2, 2022<br>Request for Dismissal Filed:  May 8, 2022<br>Notice of Removal Filed:  May 13, 2022 |

Pursuant to Civil Local Rule 7-1, Defendant Kevin Schwitzer ("Schwitzer") and Plaintiffs John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, all individuals, on behalf of themselves and all others similarly situated ("Plaintiffs," and collectively with Schwitzer, the "Parties"), by and through their respective counsel, hereby jointly stipulate and agree as follows:

WHEREAS, Plaintiffs filed a complaint (the "Complaint") on March 18, 2022, styled as a class action, in the Superior Court of California of the County of Orange, and named as defendants, the State Bar, judyrecords.com, and Employee Doe, and Does 1 through 10 (collectively the "Defendants");

WHEREAS, Plaintiffs amended the Complaint on March 25, 2022, to, among other things, substitute the named defendant, judyrecords.com, with the true name of the party, Kevan Schwitzer;

WHEREAS, Plaintiffs amended the Complaint on April 13, 2022, styled as the First Amended Class Action Complaint ("FAC"), to, among other things, amend the claims and allegations toward Schwitzer and the other Defendants;

WHEREAS, the Parties to this stipulation engaged in settlement discussions and reached a Settlement Agreement on May 2, 2022, that required the Plaintiffs to voluntarily dismiss Schwitzer from this case;

WHEREAS, the Plaintiffs filed a Request for Dismissal of Schwitzer with Prejudice ("Dismissal Request"), pursuant to Cal. R. 3.770, in the Superior Court of California of the County of Orange on May 8, 2022, and supplemented that filing on May 9, 2022, with a copy of the Settlement Agreement filed conditionally under seal;

WHEREAS, the other Defendants removed this action to this Court on May 13, 2022, prior to the Superior Court of California of the County of Orange ruling on the Plaintiffs' Dismissal Request;

WHEREAS, the removal of the action to this Court removed the Dismissal Request from the Superior Court of California of the County of Orange's

jurisdiction;

WHEREAS, a copy of the filings in the Superior Court of California of the County of Orange have been attached to this Stipulation, including a copy of the Settlement Agreement between the Parties filed under seal;

NOW THEREFORE, the Parties stipulate and agree that:

1. The Dismissal Request has been fully briefed and is ready to be ruled on;

2. This Court has jurisdiction to rule on the pending Dismissal Request in light of the Removal filed by the other Defendants on May 13, 2022;

3. The Settlement Agreement fully complies with Cal. R. 3.770 and F.R.C.P. 23(e) and the benefits provided by the Settlement Agreement do not prejudice any putative class member.

**IT IS SO STIPULATED.**

Dated: May 18, 2022        Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By:      */s/ David A. Belcher*
         Peter W. Baldwin
         David A. Belcher

Attorneys for Defendant
KEVAN SCHWITZER

Dated: May 18, 2022        LAW OFFICES OF LENORE ALBERT

By:      */s/ Lenore L. Albert*
         Lenore L. Albert

Attorneys for Plaintiffs
JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2, an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated

## SIGNATURE CERTIFICATION

Pursuant to United States District Court for the Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby certify that all other signatories listed, and on whose behalf this stipulation is submitted, concur in this stipulation's content and have authorized this stipulation.

Dated: May 18, 2022

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By: _/s/ David A. Belcher_
Peter W. Baldwin
David A. Belcher

Attorneys for Defendant
KEVAN SCHWITZER

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Faegre Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1500, Los Angeles, California 90067.

On **May 18, 2022**, I served the foregoing document described as: **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF KEVAN SCHWITZER** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

__X__ **By ELECTRONIC FILING** (I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List.)

____ **By PERSONAL SERVICE**

  ____ by personally delivering such envelope to the addressee.

  ____ by causing such envelope to be delivered by messenger to the addressee.

____ **By UNITED STATES MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

____ **By OVERNIGHT DELIVERY** (by causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service.)

____ **By FAX TRANSMISSION**

____ **By E-MAIL OR ELECTRONIC TRANSMISSION**

____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 18, 2022**, at Los Angeles, California.

| DAVID A. BELCHER | /s/ David A. Belcher |
|---|---|
| Name | Signature |

# SERVICE LIST
*John Roe 1, et al. v. The State Bar of California, et al.*
*Case Number 8:22-cv-00983-DOC-DFM*

Lenore L. Albert, Esq.
lenalbert@interactivecounsel.com, lenorealbert@msn.com, docket@interactivecounsel.com

Christina N. Goodrich, Esq.
christina.goodrich@klgates.com, klgateseservice@klgates.com

Jason Nathaniel Haycock, Esq.
jason.haycock@klgates.com, david.dunbar@klgates.com, litigation.docketing@klgates.com, lianne.jitodai@klgates.com