# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (SOUTHERN DIVISION)

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00983-DOC-DFM<br><br>**[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF KEVAN SCHWITZER**<br><br>Judge:      Hon. David O. Carter<br>Courtroom: 10A<br><br>Complaint Served: March 25, 2022<br>Settlement Date: May 2, 2022<br>Request for Dismissal Filed: May 8, 2022<br>Notice of Removal Filed: May 13, 2022 |

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
NEW YORK

[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF KEVAN SCHWITZER

US.350157917.01

This matter comes before the Court on Plaintiffs' John Roe 1, an individual; Jane Roe 1, and individual; Jane Roe 2, an individual; Jane Roe 3, and individual; John Roe 2, an individual; on behalf of themselves and all others similarly situated, (collectively the "Plaintiffs") and Defendant Kevan Schwitzer's ("Schwitzer") Joint Stipulation of Voluntary Dismissal with Prejudice of Schwitzer ("Stipulation of Dismissal"). The Court being duly advised, now GRANTS the Stipulation.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that:

1. The Settlement Agreement executed between the Plaintiffs and Schwitzer fully complies with Cal. R. 3.770 and F.R.C.P. 23(e) and the benefits provided by the Settlement Agreement do not prejudice any putative class member.

2. Pursuant to the valid Settlement Agreement, Defendant Schwitzer is dismissed with prejudice from this action.

3. The remaining defendants, the State Bar of California, Tyler Technologies, Inc., Rick Rankin, and Does 4 through 10, are not dismissed from this action or otherwise affected by this Order.

**IT IS SO ORDERED.**

Dated: _____

Honorable David O. Carter
United States District Judge

Faegre Drinker Biddle & Reath LLP
Attorneys at Law
New York

2

[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF KEVAN SCHWITZER

US.350157917.01