COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, CA  94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIANA A. DEMAS (*pro hac vice pending*)
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

WALTER C. WAIDELICH (300798)
(cwaidelich@cooley.com)
BARRETT J. ANDERSON (318539)
(banderson@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

GREGORY MERCHANT (341287)
(gmerchant@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant THE STATE BAR OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants | Case No. 8:22-CV-00983<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: March 18, 2022<br>Notice of Removal Filed: May 13, 2022<br>Current Response Date: May 20, 2022<br>New Response Date: June 6, 2022<br><br>Judge: Hon. David O. Carter<br>Location: Courtroom 10A |

COOLEY LLP

1    Pursuant to Civil Local Rules 7-1 and 8-3, Defendants the State Bar of
2  California (the "State Bar"), Tyler Technologies, Inc. ("Tyler"), Kevan Schwitzer
3  ("Schwitzer"), Rick Rankin, (together, the "Defendants") and Plaintiffs John Roe 1,
4  Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, all individuals, on behalf of
5  themselves and all others similarly situated ("Plaintiffs," and collectively with
6  Defendants, the "Parties"), by and through their respective counsel, hereby jointly
7  stipulate and agree as follows:

8    WHEREAS, Plaintiffs filed a complaint (the "Complaint"), on March 18, 2022,
9  styled as a class action, in the Superior Court of California of the County of Orange,
10  and named as defendants the State Bar, JudyRecords.com, an Employee Doe, and Does
11  1 through 10;

12    WHEREAS, Plaintiffs amended the Complaint on March 24, 2022, to
13  substitute an incorrectly-named defendant, JudyRecords.com, with the true name of
14  the party, Kevan Schwitzer;

15    WHEREAS, Plaintiffs amended the Complaint on March 25, 2022, to substitute
16  the fictitiously named defendant, Doe 1, with the true name of the party, Tyler;

17    WHEREAS, Plaintiffs amended the Complaint on April 13, 2022, styled as the
18  First Amended Class Action Complaint ("FAC"), to, among other things, substitute the
19  fictitiously-named defendant, Employee Doe, with the true name of the party, Rick
20  Rankin;

21    WHEREAS, Defendant Tyler, filed a notice of removal on May 13, 2022, in the
22  United States District Court for the Central District of California;

23    WHEREAS, Defendants' current deadline to respond to the FAC is May 20,
24  2022;

25    WHEREAS, Defendants, and each of them, plan to respond with a Motion to
26  Dismiss limited to Fed. R. of Civ. Proc. 12(b)(6) separately;

27    WHEREAS, Local Rule 7-3 requires meeting of counsel to discuss the points the
28  Defendants believe are deficient seven (7) days prior to the filing of their motions;

NOW THEREFORE, the Parties stipulate and agree to extend the following deadlines:

1. June 6, 2022:     Defendants' deadline to respond and file a motion to dismiss Plaintiffs' First Amended Class Action Complaint;

2. July 6, 2022:     Plaintiffs' Oppositions due;

3. July 25, 2022:    Defendants' Replies due.

4. August 8, 2022:   Hearing Date (or any date following at the Courts' convenience)

**IT IS SO STIPULATED.**

Dated: May 19, 2022          COOLEY LLP

*/s/ Walter C. Waidelich*
Walter C. Waidelich
*Attorney for Defendant the State Bar of California*

Dated: May 19, 2022          K&L GATES LLP

*/s/ Beth Petronio*
Beth Petronio
*Attorney for Tyler Technologies, Inc.*

Dated: May 19, 2022          JEFFER MANGELS BUTLER & MITCHELL LLP

*/s/ Michael Gold*
Michael Gold
*Attorney for Defendant Rick Rankin*

Dated: May 19, 2022          FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Andrew Dettmer*
Andrew Dettmer
*Attorney for Defendant Kevan Schwitzer*

COOLEY LLP

STIPULATION TO EXTEND TIME
CASE NO. 8:22-CV-00983

Dated: May 19, 2022                    LAW OFFICES OF LENORE ALBERT

                                       */s/ Lenore Albert*
                                       Lenore Albert
                                       *Attorney for Plaintiffs JOHN ROE 1, JANE*
                                       *ROE 1, JANE ROE 2, JANE ROE 3, JOHN*
                                       *ROE 2, on behalf of themselves and all*
                                       *others similarly situated*

## **SIGNATURE CERTIFICATION**

Pursuant to United States District Court for the Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby certify that all other signatories listed, and on whose behalf this stipulation is submitted, concur in this stipulation's content and have authorized this stipulation.

Dated: May 19, 2022                    COOLEY LLP

                                       */s/ Walter C. Waidelich*
                                       Walter C. Waidelich
                                       *Attorney for Defendant the State Bar of*
                                       *California*