Lenore L. Albert, Esq. SBN 210876
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of*
*themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*,<br><br>                    Plaintiff,<br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br>                    Defendants. | CASE NO. 22-cv-00983-DOC<br><br>Assigned to the Hon. David O. Carter<br>Complaint filed: 03-18-2022<br><br>**OPPOSITION TO PRO HAC VICE APPLICATION OF TIANA DIMAS**<br><br>**[DOC. NO. 18]** |

**TO THE COURT, THE PARTIES AND ALL ATTORNEYS OF RECORD:**

**COMES NOW PLAINTIFFS,** John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, and hereby **OPPOSES** the Pro Hac Vice Application of out of state Attorney Tiana Demas on the grounds the declaration made under "penalty of perjury" is inaccurate as follows:

Attorney Michael Rhodes office is located in San Francisco, California placing him in the Northern District of California, not the Central District of California as

attested to in the application. (L.R. 83-2.1.3.4.). Attorney Gregory Merchant is also outside the Central District of California because he is located in Palo Alto, California.

Although Cooley firm does have a location in Santa Monica, California, the other Cooley attorneys, Barrett Anderson and Walter Waidelich, hail from San Diego which places them in Southern District of California.

A request to correct the record was made, but defendants are under the impression that they were able to make such a misstatement in the past without recourse, it would be okay to do so again. A true and correct copy of the email exchange is attached hereto as Exhibit 1.

Finally, attorney Michael Rhodes is the "Global Chair of Cooley LLP's cyber/data/privacy and internet practice groups" according to the Cooley website so it does not appear that Tiana Dimas holds any special legal skills that would require her to practice law here in this case.

Dated:  April 13, 2022					Respectfully Submitted,
							LAW OFFICES OF LENORE ALBERT
							/s/ Lenore Albert_____
							LENORE L. ALBERT, ESQ.
							Attorney for Plaintiffs, John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of themselves and all others similarly situated*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1968 S Coast Hwy #3960, Laguna Beach, CA 92651

A true and correct copy of the foregoing document entitled:

**OPPOSITION TO PRO HAC VICE APPLICATION OF TIANA DIMAS**

**[DOC. NO. 18]**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR; and **(b)** in the manner stated below:

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05-19-2022, I served the following persons and/or entities ECF or email as follows:

X Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05-19-2022 | James D. Ocon | /s/James D. Ocon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SERVICE BY ECF

| **Defendant** | | |
|---|---|---|
| **The State Bar of California** | represented by | **Michael G Rhodes**<br>Cooley LLP<br>3 Embarcadero Center 20th Floor<br>San Francisco, CA 94111<br>415-693-2000<br>Fax: 415-693-2222<br>Email: rhodesmg@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Barrett J Anderson**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA<br>858-550-6000<br>Fax: 858-550-6420<br>Email: banderson@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory John Merchant**<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>650-843-5620<br>Email: gmerchant@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Walter Waidelich**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>858-550-6000<br>Fax: 858-550-6420<br>Email: cwaidelich@jonesday.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |

**OPPOSITION TO PRO HAC VICE APPLICATION OF TIANA DIMAS**

*Roe v The State Bar of California, et al.*     30-2022-01250695-CU-AT-CXC

| | | | |
|---|---|---|---|
| **Tyler Technologies, Inc.**<br>*also known as*<br>Doe 1 | | represented by | **Jason Nathaniel Haycock**<br>K and L Gates LLP<br>Four Embarcadero Center Suite 1200<br>San Francisco, CA 94111<br>415-882-8200<br>Fax: 415-882-8220<br>Email: jason.haycock@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christina N Goodrich**<br>K and L Gates LLP<br>10100 Santa Monica Boulevard<br>8th Floor<br>Los Angeles, CA 90067<br>310-552-5000<br>Fax: 310-552-5001<br>Email: christina.goodrich@klgates.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | | |
| **Kevan Schwitzer** | | represented by | **David Belcher**<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East Suite 1500<br>Los Angeles, CA 90067<br>310-203-4000<br>Fax: 310-229-1285<br>Email: david.belcher@faegredrinker.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter William Baldwin**<br>Faegre Drinker Bibble and Reath |

**OPPOSITION TO PRO HAC VICE APPLICATION OF TIANA DIMAS**

*Roe v The State Bar of California, et al.*                30-2022-01250695-CU-AT-CXC

| | | |
|---|---|---|
| | | LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036<br>212-248-3140<br>Fax: 212-248-3141<br>Email:<br>peter.baldwin@faegredrinker.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | **Michael Gold** |
| **Rick Rankin** | | MAG@jmbm.com via Email |

EX 1

## RE: Pro hac vice declaration

From: Demas, Tiana (tdemas@cooley.com)

To: lenalbert@interactivecounsel.com

Cc: cwaidelich@cooley.com; banderson@cooley.com

Date: Thursday, May 19, 2022, 02:54 PM PDT

Hi Lenore,

We've done CD Cal pro hacs in the past the same way we did for this case and haven't had an issue.

Thanks,

Tiana

**Tiana Demas**

Cooley LLP

+1 212 479 6560 office

+1 917 576 3187 mobile

---

**From:** lenore albert <lenalbert@interactivecounsel.com>
**Sent:** Thursday, May 19, 2022 4:21 PM
**To:** Demas, Tiana <tdemas@cooley.com>
**Subject:** Pro hac vice declaration

**[External]**

Tiana,

Rhodes regularly goes to his office in San Francisco (Northern District). Cooley also has an office in the Central District (Santa Monica). Can you please correct that portion of your declaration?

Sincerely,

Lenore Albert, Esq.

**Law Offices of Lenore Albert**

1968 S. Coast Hwy #3960

Laguna Beach, CA 92651

Phone: 424-365-0741

https://InteractiveCounsel.com


*Consumer trial lawyer serving Michigan and California residents*


*Also, President & CEO*

**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*

**Mined Media Org.**

**Project Geeks**

**MasterMined(tm) Tech.**

**InteractiveCounsel**

**FactChecks(tm)**


Cal Bus & Prof Code 6001.1

"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."


"People who live in glass houses shouldn't throw stones."


If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.