Christina N. Goodrich (SBN 261722)
K&L Gates LLP
10100 Santa Monica Boulevard
8th Floor
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| John Roe 1, et al | CASE NUMBER |
|---|---|
| v.  Plaintiff(s) | 8:22-CV-00983-DOC-DFM |
| The State Bar of California, et al  Defendant(s). | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Beth W. Petronio
*Applicant's Name (Last Name, First Name & Middle Initial)*

214.939.5815    214.939.5849
*Telephone Number    Fax Number*

beth.petronio@klgates.com
*E-Mail Address*

K&L Gates LLP
1717 Main Street
Suite 2800
Dallas, TX 75201
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Tyler Technologies, Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Christina N. Goodrich
*Designee's Name (Last Name, First Name & Middle Initial)*

261722    310.552.5000    310.552.5001
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

christina.goodrich@klgates.com
*E-Mail Address*

K&L Gates LLP
10100 Santa Monica Boulevard
8th Floor
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated** _____        _____
                            U.S. District Judge/U.S. Magistrate Judge