COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIANA A. DEMAS (*pro hac vice pending*)
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

WALTER C. WAIDELICH (300798)
(cwaidelich@cooley.com)
BARRETT J. ANDERSON (318539)
(banderson@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

GREGORY MERCHANT (341287)
(gmerchant@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant THE STATE BAR OF CALIFORNIA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>　　　　　　Defendants | Case No. 8:22-cv-00983 DOC DFM<br><br>**DECLARATION OF MICHAEL G. RHODES RE PRO HAC VICE APPLICATION OF TIANA DEMAS**<br><br>Judge: Hon. David O. Carter |

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am a partner at the law firm Cooley LLP ("Cooley"), counsel for defendant The State Bar of California ("State Bar") in the above-captioned litigation. I submit this declaration in support of the Application of Non-Resident Attorney Tiana Demas to Appear Pro Hac Vice in this case. I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would testify competently thereto.

2. I regularly work out of and maintain an office at both Cooley's San Francisco office and Cooley's Los Angeles office.

3. Cooley's Los Angeles office is located at 1333 2nd Street, Suite 400, Santa Monica, CA 90401. This office is within the Central District of California pursuant to Local Rule 83-2.1.3.4.

4. Additionally, I regularly practice in the Federal District Court for the Central District of California, including on the following matters:

    a. *COA Network, Inc. v. j2 Global Communications, Inc.*, 2:10-cv-05010-DDP-AJW (Closed on 01/24/2012) - Representing Facebook, Inc.

    b. *Joon Khang v. Facebook Inc.*, 8:12-cv-00161-CJC-JPR (Closed on 02/13/2012) - Representing Facebook Inc.

    c. *j2 Global Communications Inc et al v. Fax87.com et al.*, 2:11-cv-02618-DDP-AJW (Closed on 04/24/2012) - Representing Facebook Inc.

    d. *Brian King v. Conde Nast Publications*, 2:12-cv-00719-GHK-E (Closed on 11/07/2012) - Representing Conde Nast Publications

    e. *Internet Brands Inc v. William Ryan Holliday et al.*, 2:12-cv-08088-SVW-RZ (Closed on 11/19/2012) - Representing William Ryan Holliday, Holliday IT Services Inc

    f. *Leslie Golba v. The Readers Digest Association Inc.*, 8:12-cv-00361-DOC-MLG (Closed on 12/04/2012) - Representing The Readers Digest Association Inc.

g. *National Photo Group LLC v. Since1910.com Inc et al.,* 2:12-cv-07870-ABC-AGR (Closed on 01/24/2013) - Representing Since1910.com Inc

h. *Advanced Messaging Technologies Inc v. EasyLink Services International Corporation*, 2:11-cv-04239-DDP-AJW (Closed on 05/02/2013) - Representing Facebook Inc.

i. *j2 Global Communications Inc et al v. RingCentral Inc.*, 2:11-cv-04686-DDP-AJW (Closed on 05/07/2013) - Representing Facebook Inc.

j. *j2 Global Communications Inc et al v. Nextiva Inc.*, 2:11-cv-06450-DDP-E (Closed on 02/03/2014) - Representing Facebook Inc.

k. *Oculu, LLC v. Oculus VR, Inc. et al.*, 8:14-cv-00196-DOC-JPR (Closed on 07/13/2015) - Representing Oculus VR, Inc.

l. *Louis A. Coffelt, Jr. v. Nvidia Corporation et al.,* 5:16-cv-00457-SJO-KK (Closed on 06/21/2016) - Representing Nvidia Corporation

m. *John Doe et al v. Snapchat, Inc. et al.,* 2:16-cv-04955-SJO-FFM (Closed on 11/02/2016) - Representing Snapchat, Inc.

n. *ZKey Investments, LLC v. Facebook, Inc.*, 2:16-cv-00782-RSWL-KS (Closed on 12/02/2016) - Representing Facebook, Inc.

o. *Keno V. Thomas v. Starz Entertainment, LLC et al.*, 2:15-cv-09239-CAS-AFM (Closed on 02/08/2018) - Representing Liberty Media Corp.

p. *Casey Ferry v. Jam City, Inc.*, 2:19-cv-06501-JFW-RAO (Closed on 09/30/2019) - Representing Jam City, Inc.

q. *Louis A. Coffelt, Jr. v. Andrew Anagnost*, 8:19-cv-01351-JVS-DFM (Closed on 11/18/2019) - Representing Larry Gritz, Sony Corporation of America, Sony Pictures Imageworks.

r. *Todd Hurvitz v. Zoom Video Communications, Inc. et al.*, 2:20-cv-03400-PA-JPR (Closed on 05/12/2020) - Representing Zoom Video Communications, Inc.

s. *Lisa Ohlweiler v. Zoom Video Communications, Inc.*, 2:20-cv-03165-

SVW-JEM (Closed on 05/13/2020) - Representing Zoom Video Communications, Inc.

t. *Inkie Lee et al v. Tesla, Inc. et al.*, 2:20-cv-00570-JVS-KES (Closed on 10/01/2020) - Representing Tesla, Inc.

u. *BlackBerry Limited v. Facebook, Inc. et al.*, 2:18-cv-01844-GW-KS (Closed on 02/16/2021) - Representing Facebook, Inc., Instagram, Inc., Instagram, LLC, WhatsApp Inc., Instagram, Inc., WhatsApp Inc., Instagram, LLC, Facebook, Inc.

v. *Young Hollywood LLC v. White Ops, Inc.*, 2:20-cv-03334-FLA-RAO (Closed on 03/22/2021) - Representing White Ops, Inc.

w. *Jonathan Semerjian et al v. Steve Gentile et al.*, 2:22-cv-00400-MWF-SK (Closed on 03/02/2022) - Representing Kimberly Kardashian.

x. *Turo Inc. v. City of Los Angeles*, 2:18-cv-06055-CAS-GJS - Representing Turo Inc., Turo Inc.

y. *In Re Ethereummax Investor Litigation*, 2:22-cv-00163-MWF-SK - Representing Kimberly Kardashian.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of May 2022.

_____
Michael G. Rhodes