Name and address:
COOLEY LLP
MICHAEL G. RHODES (116127)
TIANA A. DEMAS (pro hac vice pending)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br>8:22-CV-00983-DOC-DFM<br><br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Demas, Tiana A.    of    Cooley LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    110 N. Wacker Drive
                    Suite 4200
(312) 881-6500    (312) 881-6598    Chicago, IL 60606
*Telephone Number*    *Fax Number*    Tel.: (312) 881-6500
tdemas@cooley.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
THE STATE BAR OF CALIFORNIA

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Rhodes, Michael G.    of    Cooley LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    3 Embarcadero Center
116127    (415) 693-2000    (415) 693-2222    20th Floor
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*    San Francisco, CA 94111
                    Tel.: (415) 693-2000 * see Declaration of Michael G. Rhodes stating that he maintains an office in this District *
rhodesmg@cooley.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application:
        ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
        ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
        ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.
**Dated** _____

                            **U.S. District Judge/U.S. Magistrate Judge**



American LegalNet, Inc.
www.FormsWorkFlow.com