Ch
K&L Gates LLP
10100 Santa Monica Boulevard
8th Floor
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

John Roe 1, et al

Plaintiff(s)

v.

The State Bar of California, et al

Defendant(s).

CASE NUMBER

8:22-CV-00983-DOC-DFM

(~~PROPOSED~~) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE* [25]

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Beth W. Petronio    of    K&L Gates LLP
                          1717 Main Street
*Applicant's Name (Last Name, First Name & Middle Initial)*    Suite 2800
214.939.5815    214.939.5849    Dallas, TX 75201

*Telephone Number*    *Fax Number*

beth.petronio@klgates.com

*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Tyler Technologies, Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ Other: _____

and designating as Local Counsel

Christina N. Goodrich    of    K&L Gates LLP
                               10100 Santa Monica Boulevard
*Designee's Name (Last Name, First Name & Middle Initial)*    8th Floor
  261722    310.552.5000    310.552.5001    Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

christina.goodrich@klgates.com

*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant
      is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated  May 31, 2022

*/s/ David O. Carter*

**U.S. District Judge/**~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)  ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1