Name
COOLEY LLP
Michael G. Rhodes (116127)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s)<br>v.<br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br>8:22-CV-00983-DOC-DFMx<br><br><br>ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE*  [18] |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Demas, Tiana A.                                    of    Cooley LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 881-6500            (312) 881-6598
*Telephone Number*        *Fax Number*

tdemas@cooley.com
*E-Mail Address*                                            *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
THE STATE BAR OF CALIFORNIA

*Name(s) of Party(ies) Represented*            ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Rhodes, Michael G.                                 of    Cooley LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     3 Embarcadero Center
                                                               20th Floor
116127             (415) 693-2000        (415) 693-2222        San Francisco, CA 94111
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*    Tel.: (415) 693-2000

rhodesmg@cooley.com
*E-Mail Address*                                            *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ **GRANTED.**
☐ DENIED: ☐ for failure to pay the required fee.
             ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             ☐ for failure to complete Application:
             ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
             ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated    May 27, 2022                                    */s/ David O. Carter/*
                                                          **U.S. District Judge**

