JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:  (310) 203-8080
Facsimile:   (310) 203-0567

Attorneys for DEFENDANT RICK RANKIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual, JANE ROE 1, an individual, JANE ROE 2 an individual, JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA, TYLER TECHNOLOGIES, INC., KEVAN SCHWITZER, RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8-22-CV-00983-DOC-DFM<br><br>**DECLARATION OF JUSTIN A. ANDERSON IN SUPPORT OF DEFENDANT RICK RANKIN'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Notice of Motion and Motion, Request for Judicial Notice, and [Proposed] Order filed concurrently<br><br>Date:   August 8, 2022<br>Time:   8:30 a.m.<br>Place:   Ronald Reagan Federal Building and United States Courthouse<br>411 West 4th St., Santa Ana<br>Santa Ana, California 92701-4516<br>Judge:   David O. Carter<br><br>First Amended<br>Complaint filed:   April 13, 2022<br><br>Notice of<br>Removal filed:   May 13, 2022<br><br>Trial Date:   Not Set |

Case No. 8-22-CV-00983-DOC-DFM

DECLARATION OF JUSTIN A. ANDERSON IN SUPPORT OF DEFENDANT RICK RANKIN'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

## DECLARATION OF JUSTIN A. ANDERSON

I, Justin A. Anderson, declare as follows:

1. I am an attorney duly licensed to practice law in the state of California and before this Court. I am an associate with the law firm of Jeffer, Mangels, Butler & Mitchell LLP ("JMBM"), counsel for Defendant herein. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would competently testify thereto. I submit this Declaration in support of the Motion to Dismiss Plaintiffs' First Amended Complaint filed by defendant Rick Rankin ("Rankin").

2. On May 26, 2022, I conducted a telephonic conference with counsel for the remaining parties in this case, including Plaintiffs' counsel Lenore Albert, and discussed the bases for the Motion and the grounds for bringing it, but we were unable to resolve the issues raised in the Motion.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration is executed on June 6, 2022 at Los Angeles, California.

By: _____
JUSTIN A. ANDERSON