JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:   (310) 203-8080
Facsimile:   (310) 203-0567

Attorneys for DEFENDANT RICK RANKIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual, JANE ROE 1, an individual, JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA, TYLER TECHNOLOGIES, INC., KEVAN SCHWITZER, RICK RANKIN, and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8-22-CV-00983-DOC-DFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RICK RANKIN'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Declaration of Justin A. Anderson, Request for Judicial Notice, and Notice of Motion and Motion filed concurrently<br><br>Date:   August 8, 2022<br>Time:   8:30 a.m.<br>Place:  Ronald Reagan Federal Building and United States Courthouse<br>411 West 4th St., Santa Ana<br>Santa Ana, California 92701-4516<br>Judge:   David O. Carter<br><br>First Amended Complaint filed:   April 13, 2022<br><br>Notice of Removal filed:   May 13, 2022<br><br>Trial Date:   Not Set |

# [PROPOSED] ORDER

The Motion of defendant Rick Rankin ("Rankin") to Dismiss the First Amended Class Action Complaint ("Complaint") filed by Plaintiffs John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2 ("Plaintiffs") came on regularly for hearing on August 8, 2022 at 8:30 a.m. in Courtroom 10A of the above-entitled Court, the Honorable David O. Carter presiding.

The Court, having considered the papers and the arguments of counsel, HEREBY ORDERS that the Motion is granted and the Complaint is dismissed without leave to amend as to Rankin.

IT IS SO ORDERED.

DATED: _____, 2022    _____
                                 Hon. David O. Carter