JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:   (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for DEFENDANT RICK RANKIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual, JANE ROE 1, an individual, JANE ROE 2 an individual, JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA, TYLER TECHNOLOGIES, INC., KEVAN SCHWITZER, RICK RANKIN, and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8-22-CV-00983-DOC-DFM<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT RICK RANKIN'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Notice of Motion and Motion, Declaration of Justin A. Anderson, and [Proposed] Order filed concurrently<br><br>Date:   August 8, 2022<br>Time:   8:30 a.m.<br>Place:  Ronald Reagan Federal Building and United States Courthouse<br>411 West 4th St., Santa Ana<br>Santa Ana, California 92701-4516<br>Judge:   David O. Carter<br><br>First Amended<br>Complaint filed:    April 13, 2022<br><br>Notice of<br>Removal filed:      May 13, 2022<br><br>Trial Date:    Not Set |

Case No. 8-22-CV-00983-DOC-DFM
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT RICK RANKIN'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

# REQUEST FOR JUDICIAL NOTICE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Pursuant to Federal Rule of Evidence 201(b)(2), and in support of his Motion to Dismiss the First Amended Class Action Complaint ("FAC") filed by Plaintiffs John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2 ("Plaintiffs"), Rankin requests that the Court take judicial notice[1] of the following matters:

1. A State Bar of California (the "State Bar") press release dated February 26, 2022 (the "Press Release"). A true and correct copy of the foregoing Press Release is attached hereto as **Exhibit A**.

2. The State Bar webpage entitled "Data Breach Updates" and incorporating frequently asked questions (the "FAQ[s]"). A true and correct copy of the foregoing FAQs is attached hereto as **Exhibit B**.

3. A Whittier Daily News article entitled "Security glitch enabled website to publish attorney discipline records, State Bar says" (the "Article"). A true and correct copy of the foregoing Article is attached hereto as **Exhibit C**.

Respectfully submitted,

DATED: June 6, 2022

JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL A. GOLD
JUSTIN ANDERSON

By: /s/ Michael A. Gold
MICHAEL A. GOLD
Attorneys for Defendant Rick Rankin

---

[1] The Court may take judicial notice of "certain materials—documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice—without converting the motion to dismiss into a motion for summary judgment." *U.S. v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). Here, the FAQs and the Article were incorporated into and referenced in the FAC (¶¶ 6, 8, 30, 32, 36) and are proper for this Court to consider. Moreover, because the FAQs and the Press Release are posted on a publicly-available website of a public corporation created as an administrative arm of the California Supreme Court, they are properly the subject of judicial notice by this Court. *Calop Bus. Sys., Inc. v. City of Los Angeles*, 984 F. Supp. 2d 981, 993 (C.D. Cal. 2013) (taking judicial notice of "Frequently Asked Questions" section of government website about city ordinance).