COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIANA DEMAS (*pro hac vice pending*) (tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
WALTER WAIDELICH (300798) (cwaidelich@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

GREGORY MERCHANT (341287) (gmerchant@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant*
THE STATE BAR OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8-22-CV-00983-DOC-DFM<br><br>**THE STATE BAR OF CALIFORNIA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Courtroom: 10A<br>Judge: Hon. David O. Carter<br>Date: August 8, 2022<br>Time: 8:30 a.m. |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

THE CA STATE BAR'S NOTICE OF
MOTION AND MOTION TO DISMISS FAC
CASE NO. 8-22-CV-00983-DOC-DFM

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 8, 2022, at 8:30 a.m., or as soon thereafter as this matter may be heard, defendant The State Bar of California (the "State Bar") will and hereby does move for the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiffs' First Amended Complaint ("FAC") with prejudice for failure to state a claim upon which relief can be granted. The State Bar's Motion is principally based on the grounds that: (1) the State Bar is not subject to the California Information Practices Act of 1977 and the FAC fails to sufficiently allege the essential element of an adverse effect on Plaintiffs; (2) the FAC fails to sufficiently allege the essential elements of a claim for invasion of privacy under the California Constitution; (3) the California Tort Claims Act bars liability for the FAC's claims of common-law negligence and negligence *per se* and the FAC fails to sufficiently allege the essential elements of duty or damages; and (4) the FAC fails to sufficiently allege the essential elements of a claim under Section 2 or 3 of the Sherman Antitrust Act and the State Bar is otherwise immune from antitrust liability.

This Motion is made based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Tiana Demas, and all attached exhibits, all records and papers on file in this action, and any evidence or oral argument offered at any hearing on this motion.

Pursuant to Local Rule 7-3, this Motion is made following the conference of counsel which took place on May 26, 2022.

Cooley LLP
Attorneys at Law
Los Angeles

1

THE CA STATE BAR'S NOTICE OF
MOTION AND MOTION TO DISMISS FAC
CASE NO. 8-22-CV-00983-DOC-DFM

| | |
|---|---|
| Dated: June 6, 2022 | COOLEY LLP |
| | */s/ Tiana Demas* |
| | Tiana Demas |
| | *Attorneys for Defendant*<br>THE STATE BAR OF CALIFORNIA |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

2

**THE CA STATE BAR'S NOTICE OF MOTION AND MOTION TO DISMISS FAC**
**CASE NO. 8-22-CV-00983-DOC-DFM**