COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIANA DEMAS (*pro hac vice*) (tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
WALTER WAIDELICH (300798) (cwaidelich@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

GREGORY MERCHANT (341287) (gmerchant@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant*
THE STATE BAR OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8-22-CV-00983-DOC-DFM<br><br>**DECLARATION OF TIANA DEMAS IN SUPPORT OF THE STATE BAR OF CALIFORNIA'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Courtroom: 10A<br>Judge: Hon. David O. Carter<br>Date: August 8, 2022<br>Time: 8:30 a.m. |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

**DEMAS DECL. IN SUPPORT OF THE CA STATE BAR'S MOTION TO DISMISS FAC**
**CASE NO. 8-22-CV-00983-DOC-DFM**

I, Tiana Demas, declare as follows:

1. I am an attorney with the law firm of Cooley LLP, which is counsel for The State Bar of California (the "State Bar") in the above-captioned matter. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of a press release issued by the State Bar, dated February 26, 2022, and titled "State Bar of California Addresses Breach of Confidential Data." This press release was accessed on June 3, 2022, and is publicly available on the State Bar's website at: https://www.calbar.ca.gov/About-Us/News/News-Releases/state-bar-of-california-addresses-breach-of-confidential-data.

3. Attached as **Exhibit B** is a true and correct copy of a webpage issued by the State Bar containing Frequently Asked Questions ("FAQs"), dated February 27, 2022 to June 3, 2022, and titled "Data Breach Updates." This webpage was accessed on June 3, 2022, and is publicly available on the State Bar's website at: https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates.

4. Attached as **Exhibit C** is a true and correct copy of an article issued by the Whittier Daily News, dated February 28, 2022, and titled "Security glitch enabled website to publish attorney discipline records, State Bar says." All online advertisements have been removed and the article's substance has not been changed. This article was accessed on June 3, 2022, and is publicly available on the Whittier Daily News' website at: https://www.whittierdailynews.com/2022/02/28/security-glitch-enabled-website-to-publish-attorney-discipline-records-state-bar-says/.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 6, 2022, in San Francisco, California.

*/s/ Tiana Demas*
Tiana Demas