UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8-22-CV-00983-DOC-DFM<br><br>**[Proposed] Order Granting The State Bar Of California's Motion to Dismiss Plaintiffs' First Amended Complaint**<br><br>Courtroom: 10A<br>Judge: Hon. David O. Carter<br>Date: August 8, 2022<br>Time: 8:30 a.m. |

# [PROPOSED] ORDER

Having considered The State Bar of California's Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion"), all other matters presented to the Court, and good cause appearing, the Court finds that all of Plaintiffs' claims against the State Bar of California fail as a matter of law and GRANTS the Motion in its entirety.

**IT IS HEREBY ORDERED THAT:**

Claims One, Two, Four, Five, Six, and Seven of Plaintiffs' First Amended Complaint are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____   _____
                                                              HONORABLE DAVID O. CARTER
                                                              DISTRICT COURT JUDGE