Lenore L. Albert, Esq. SBN 210876
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of*
*themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiff, <br><br> vs. <br><br> THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive, <br><br> Defendants. | CASE NO. 22-cv-00983-DOC <br><br> Assigned to the Hon. David O. Carter <br> Complaint filed: 03-18-2022 <br><br> **MOTION FOR PROTECTIVE ORDER** <br><br> Hearing Date: July 18, 2022 <br> Time: 8:30AM <br> Crtm: 10A |

**TO THE COURT, THE PARTIES AND ALL ATTORNEYS OF RECORD:**

**COMES NOW PLAINTIFFS,** John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, and hereby moves for a protective Order before the Honorable David O. Carter sitting in Courtroom 10A of the United States District Court for the Central District of California located at 411 W. Fourth Street, Santa Ana, California.

Plaintiffs Roes request leave to proceed in the above-captioned matter using fictitious names, on the grounds that use of their real names would cause Plaintiff

1

**MOTION FOR PROTECTIVE ORDER**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

1. substantial annoyance, embarrassment, humiliation, and further invasion of their constitutionally protected right of privacy.

    Meeting of Counsel: On May 26, 2022 counsel for all parties met and conferred on the issue whether the defendants were willing to stipulate to a protective order to keep the plaintiffs identities anonymous. Defendants represented that they intended to move to dismiss in part on the grounds no application to keep the plaintiffs names anonymous was made. As such Local Rule 7-3 has been met by a good faith attempt to informally resolve this dispute before seeking relief with the Court.

    This motion is based on the motion, attached memorandum of points and authorities, declarations filed concurrently herewith and any other pleadings or papers that may be presented at the time of hearing.

Dated: June 14, 2022
          Respectfully Submitted,
          LAW OFFICES OF LENORE ALBERT
          /s/ Lenore Albert_____
          LENORE L. ALBERT, ESQ.
          Attorney for Plaintiffs, John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of themselves and all others similarly situated*

# MEMORANDUM OF POINTS & AUTHORITIES

## I.	FACTS

On March 18, 2022 the plaintiffs, John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of themselves and all others similarly situated* filed this putative class action in the Superior Court of California, county of Orange alleging that the State Bar of California and others violated their right to privacy when over 226,000 confidential records State Bar disciplinary records were published on the internet through a public records search site with the URL JudyRecords.com.

There is no disagreement among the parties that the records were supposed to be confidential and that confidential nature relates to the identity of the witness or attorney involved.

## II.	LAW

The Ninth Circuit allows the use of pseudonyms by parties when the issue of right to privacy exists. *See,* United States v. Doe, *655* F.2d 920, 922n. (9th Cir. 1981);

The federal courts have regularly sanctioned the use of fictitious names by Plaintiffs where necessary to protect them from harassment, injury, ridicule or personal embarrassment, or where an important privacy interest is at stake. Doe v. Stegall, 653 F.2d 180,186, *reh'gden.,* 659 F.2d 1075 (5th Cir. 1981); Lindsey v. Dayton .. Hudson Corp., 592 F.2d 1118, 1125 (10th Cir.1979); Doe v. Chafee, 355 F. Supp. 112 (N.D. Cal. 1973); Doe v. Lavine, 347 F. Supp. 357 (S.D.N.Y. 1972); Roe v. Borup, 500 F. Supp. 127, 130 (E.D. Wis. 1980); United States v. Doe, *556* F.2d 391,393 (6th Cir. 1977); Doe v. Deschamps, 64 F.R.D. 652 (D. Mont. 1974).

The U.S. Supreme Court has also used the pseudonym "Roe" when the abortion rights case was sitting before it, *see* Roe v. Wade, 410 U.S. 113 (1973).

The decision whether to permit the use of fictitious names is left to the discretion of the trial court.

### III. LEGAL ARGUMENT

**A. Protection of Privacy As Grounds For Proceeding Anonymously.**

Here, multiple attorneys including those with medical or other issues which the State Bar of California tags as confidential disciplinary proceedings have been poured out onto the internet. Now, the State Bar objects to the plaintiffs keeping their identities hidden from the auspices of a public court record – on the internet.

The use of fictitious names or pseudonyms to protect the Plaintiffs from embarrassment or harassment not only implicates an important privacy right, but is intimately bound up with the merits of their Information Practices Act and civil rights causes of action. The essence of Plaintiffs case is that this data breach, caused by the Defendants has harmed the Plaintiffs by subjecting them to emotional distress and potential job loss, extortion, hostility and oppression by the community. As explained in the declarations, filed with this motion, Plaintiffs are fearful and not getting a straight answer from the agency that is set up with their own membership fees on how to protect them.

With the filing of this lawsuit, Plaintiffs have raised a constitutional issue of major concern: the rights of those with confidential information that the State Bar compels them to divulge in order to maintain membership status. This case has already attracted public attention.

**B. Fear of Retaliation, Exploitation or Other Harm**

Plaintiffs already fear retaliation by the State Bar. By publishing the name of the Plaintiffs, it will only serve to once again invade Plaintiffs' privacy causing further potential harm. Certainly, it would be cruel to condition Plaintiffs right to a forum on a procedure which would in effect deny them the very right to privacy the State Agency and other co-defendants breached in the case. Because the member's public records include their phone number, email address and location, by also disclosing a confidential

investigation on a certain matter was in place, it is easy fodder to then to be doxed on the dark web, a set up for harassment by never-do-wells. Plaintiffs should not have to give up their right of confidentiality in order to file a suit which seeks to vindicate that very same right of confidentiality. Roe v. Borup, supra at 130.

## IV.  CONCLUSION

For all of the foregoing reasons, the Plaintiffs, and each of them, respectfully request that this Court allow the plaintiffs to proceed under the pseudonyms of Jane Roes and John Roes.

Dated:  June 14, 2022                     Respectfully Submitted,
                                          LAW OFFICES OF LENORE ALBERT
                                          /s/ Lenore Albert_____
                                          LENORE L. ALBERT, ESQ.
                                          Attorney for Plaintiffs, John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of themselves and all others similarly situated*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1968 S Coast Hwy #3960, Laguna Beach, CA 92651
A true and correct copy of the foregoing document entitled:

**MOTION FOR PROTECTIVE ORDER**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR; and **(b)** in the manner stated below:

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):
Pursuant to F.R.Civ.P. on 06-14-2022, I served the following persons and/or entities ECF or email as follows:

X Service information continued on attached page
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06-14-2022 | James D. Ocon | /s/James D. Ocon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVICE BY ECF**

| Defendant | | |
|---|---|---|
| **The State Bar of California** | represented by | **Michael G Rhodes** <br> Cooley LLP <br> 3 Embarcadero Center 20th Floor <br> San Francisco, CA 94111 <br> 415-693-2000 <br> Fax: 415-693-2222 <br> Email: rhodesmg@cooley.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Barrett J Anderson** <br> Cooley LLP <br> 4401 Eastgate Mall <br> San Diego, CA <br> 858-550-6000 <br> Fax: 858-550-6420 <br> Email: banderson@cooley.com <br> *ATTORNEY TO BE NOTICED* <br><br> **Gregory John Merchant** <br> Cooley LLP <br> 3175 Hanover Street <br> Palo Alto, CA 94304 <br> 650-843-5620 <br> Email: gmerchant@cooley.com <br> *ATTORNEY TO BE NOTICED* <br><br> **Walter Waidelich** <br> Cooley LLP <br> 4401 Eastgate Mall <br> San Diego, CA 92121 <br> 858-550-6000 <br> Fax: 858-550-6420 <br> Email: cwaidelich@jonesday.com <br> *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |

**MOTION FOR PROTECTIVE ORDER**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

| | | | |
|---|---|---|---|
| **Tyler Technologies, Inc.**<br>*also known as*<br>Doe 1 | | represented by | **Jason Nathaniel Haycock**<br>K and L Gates LLP<br>Four Embarcadero Center Suite 1200<br>San Francisco, CA 94111<br>415-882-8200<br>Fax: 415-882-8220<br>Email: jason.haycock@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christina N Goodrich**<br>K and L Gates LLP<br>10100 Santa Monica Boulevard<br>8th Floor<br>Los Angeles, CA 90067<br>310-552-5000<br>Fax: 310-552-5001<br>Email: christina.goodrich@klgates.com<br>*ATTORNEY TO BE NOTICED* |
| **<u>Defendant</u>** | | | |
| **Kevan Schwitzer** | | represented by | **David Belcher**<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East Suite 1500<br>Los Angeles, CA 90067<br>310-203-4000<br>Fax: 310-229-1285<br>Email: david.belcher@faegredrinker.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter William Baldwin**<br>Faegre Drinker Bibble and Reath |

|  |  | LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036<br>212-248-3140<br>Fax: 212-248-3141<br>Email:<br>peter.baldwin@faegredrinker.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Defendant** |  | **Michael Gold** |
| **Rick Rankin** |  | MAG@jmbm.com via Email |

Tiana A. Demas      tdemas@cooley.com

Christina N. Goodrich      klgateseservice@klgates.com, christina.goodrich@klgates.com

Michael Allan Gold      mgold@jmbm.com, cl7@jmbm.com, mastercalendar@jmbm.com

Lenore L Albert      docket@interactivecounsel.com, lenorealbert@msn.com, lenalbert@interactivecounsel.com

Justin Alexander Anderson      learly@jmbm.com, janderson@jmbm.com, mastercalendar@jmbm.com

Michael G Rhodes      mrhodes@cooley.com, john-brocales-7263@ecf.pacerpro.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, rhodesmg@cooley.com, smartinez@cooley.com

Walter Waidelich      cwaidelich@cooley.com, kjones@cooley.com

David Belcher      docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com, david.belcher@faegredrinker.com

Beth W. Petronio      beth.petronio@klgates.com

Gregory John Merchant      gmerchant@cooley.com

Peter William Baldwin      peter.baldwin@faegredrinker.com, usacac.criminal@usdoj.gov, peter.baldwin@usdoj.gov

Barrett J Anderson      banderson@cooley.com, mdejesus@cooley.com, efiling-notice@ecf.pacerpro.com

**MOTION FOR PROTECTIVE ORDER**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC