Lenore L. Albert, Esq. SBN 210876
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of
themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*,<br><br>                               Plaintiff,<br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br>                               Defendants. | CASE NO. 22-cv-00983-DOC<br><br>Assigned to the Hon. David O. Carter<br>Complaint filed: 03-18-2022<br><br>**DECLARATION OF ROE PLAINTIFFS IN SUPPORT OF PROTECTIVE ORDER**<br><br>Hearing Date: July 18, 2022<br>Time: 8:30AM<br>Crtm: 10A |

**TO THE COURT, THE PARTIES AND ALL ATTORNEYS OF RECORD:**

**COMES NOW PLAINTIFFS,** John Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, and hereby declare as follows:

**1**

**DECLARATION OF ROE PLAINTIFFS IN SUPPORT OF PROTECTIVE ORDER**

## DECLARATION IN SUPPORT OF PROTECTIVE ORDER

I, **JOHN ROE 1**, DO HEREBY DECLARE, that I am over the age of 18 years old and if called as a witness I could competently testify as follows:

1. I filed a Complaint with the California State Bar against an attorney.

2. I work and reside in Orange County, California.

3. I am the Plaintiff identified as John Roe 1.

4. I make this declaration under my pseudonym name to protect my identity in this case or the identity of others.

5. I want to preserve my right to privacy that I claim the State Bar, Tyler Technologies and others breached in this case.

6. As a result of the release of this information, I have become fearful about who has the information, what the information contained, retaliation and other concerns either about myself or my co-plaintiffs.

7. Because of the nature of this lawsuit, I believe that there will continue to be publicity about it.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this day on June 9, 2022 in Orange County, California.

/s/John Roe 1_____

John Roe 1

*Permission to sign electronically and send signature for file.

**2**

## DECLARATION OF ROE PLAINTIFFS IN SUPPORT OF PROTECTIVE ORDER

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

## DECLARATION IN SUPPORT OF PROTECTIVE ORDER

I, **JANE ROE 2** DO HEREBY DECLARE, that I am over the age of 18 years old and if called as a witness I could competently testify as follows:

8. I am a member of the California State Bar.

9. I am a former judge and reside in San Diego County, California.

10. I am the Plaintiff identified as Jane Roe 2.

11. I make this declaration under my pseudonym name to protect my identity in this case or the identity of others.

12. I want to preserve my right to privacy that I claim the State Bar, Tyler Technologies and others breached in this case.

13. I have a private medical condition.

14. As a result of the release of this information, I have become fearful about who has the information, what the information contained, retaliation and other concerns either about myself or my co-plaintiffs.

15. I also believe that my identity was stolen and caused financial loss after the breach.

16. Because of the nature of this lawsuit, I believe that there will continue to be publicity about it.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this day on June 13, 2022 in San Diego County, California.

/s/Jane Roe 2_____

Jane Roe 2

*Permission to sign electronically and send signature for file.

**3**

## DECLARATION OF ROE PLAINTIFFS IN SUPPORT OF PROTECTIVE ORDER

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

## DECLARATION IN SUPPORT OF PROTECTIVE ORDER

I, **JANE ROE 3,** DO HEREBY DECLARE, that I am over the age of 18 years old and if called as a witness I could competently testify as follows:

17. I am a member of the California State Bar.

18. I work and reside in Contra Costa County, California.

19. I am the Plaintiff identified as Jane Roe 3.

20. I make this declaration under my pseudonym name to protect my identity in this case or the identity of others.

21. I want to preserve my right to privacy that I claim the State Bar, Tyler Technologies and others breached in this case.

22. As a result of the release of this information, I have become fearful about who has the information, what the information contained, retaliation and other concerns either about myself or my co-plaintiffs.

23. Because of the nature of this lawsuit, I believe that there will continue to be publicity about it.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this day on June 5, 2022 in Contra Costa County, California.

/s/Jane Roe 3_____

Jane Roe 3

*Permission to sign electronically and send signature for file.

**4**

## DECLARATION OF ROE PLAINTIFFS IN SUPPORT OF PROTECTIVE ORDER

*Roe v The State Bar of California, et al.*                30-2022-01250695-CU-AT-CXC

## DECLARATION IN SUPPORT OF PROTECTIVE ORDER

I, **JOHN ROE 2,** DO HEREBY DECLARE, that I am over the age of 18 years old and if called as a witness I could competently testify as follows:

24. I am a member of the California State Bar.

25. I work and reside in Los Angeles County, California.

26. I am the Plaintiff identified as John Roe 2.

27. I make this declaration under my pseudonym name to protect my identity in this case or the identity of others.

28. I want to preserve my right to privacy that I claim the State Bar, Tyler Technologies and others breached in this case.

29. I have a private medical or other condition and am an active member.

30. As a result of the release of this information, I have become fearful about who has the information, what the information contained, retaliation and other concerns either about myself or my co-plaintiffs.

31. Because of the nature of this lawsuit, I believe that there will continue to be publicity about it.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this day on June 3, 2022 in Los Angeles County, California.

/s/John Roe 2_____

John Roe 2

*Permission to sign electronically and send signature for file.

**5**

## DECLARATION OF ROE PLAINTIFFS IN SUPPORT OF PROTECTIVE ORDER

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1968 S Coast Hwy #3960, Laguna Beach, CA 92651
A true and correct copy of the foregoing document entitled:

**DECLARATION OF ROE PLAINTIFFS IN SUPPORT OF PROTECTIVE ORDER**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR; and **(b)** in the manner stated below:

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):
Pursuant to F.R.Civ.P. on 06-14-2022, I served the following persons and/or entities ECF or email as follows:

X Service information continued on attached page
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06-14-2022 | James D. Ocon | /s/James D. Ocon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**6**

**DECLARATION OF ROE PLAINTIFFS IN SUPPORT OF PROTECTIVE ORDER**

*Roe v The State Bar of California, et al.*            30-2022-01250695-CU-AT-CXC

# SERVICE BY ECF

| **<u>Defendant</u>** | | |
|---|---|---|
| **The State Bar of California** | represented by | **Michael G Rhodes**<br>Cooley LLP<br>3 Embarcadero Center 20th Floor<br>San Francisco, CA 94111<br>415-693-2000<br>Fax: 415-693-2222<br>Email: rhodesmg@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Barrett J Anderson**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA<br>858-550-6000<br>Fax: 858-550-6420<br>Email: banderson@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory John Merchant**<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>650-843-5620<br>Email: gmerchant@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Walter Waidelich**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>858-550-6000<br>Fax: 858-550-6420<br>Email: cwaidelich@jonesday.com<br>*ATTORNEY TO BE NOTICED* |

**7**

## DECLARATION OF ROE PLAINTIFFS IN SUPPORT OF PROTECTIVE ORDER

| **Defendant** | | |
|---|---|---|
| **Tyler Technologies, Inc.**<br>*also known as*<br>Doe 1 | represented by | **Jason Nathaniel Haycock**<br>K and L Gates LLP<br>Four Embarcadero Center Suite 1200<br>San Francisco, CA 94111<br>415-882-8200<br>Fax: 415-882-8220<br>Email:<br>jason.haycock@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christina N Goodrich**<br>K and L Gates LLP<br>10100 Santa Monica Boulevard<br>8th Floor<br>Los Angeles, CA 90067<br>310-552-5000<br>Fax: 310-552-5001<br>Email:<br>christina.goodrich@klgates.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Kevan Schwitzer** | represented by | **David Belcher**<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East Suite 1500<br>Los Angeles, CA 90067<br>310-203-4000<br>Fax: 310-229-1285<br>Email:<br>david.belcher@faegredrinker.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

8

**DECLARATION OF ROE PLAINTIFFS IN SUPPORT OF PROTECTIVE ORDER**

*Roe v The State Bar of California, et al.*                    30-2022-01250695-CU-AT-CXC

| | | |
|---|---|---|
| | | **Peter William Baldwin**<br>Faegre Drinker Bibble and Reath LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036<br>212-248-3140<br>Fax: 212-248-3141<br>Email: peter.baldwin@faegredrinker.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | **Michael Gold** |
| **Rick Rankin** | | MAG@jmbm.com via Email |

Tiana A. Demas    tdemas@cooley.com

Christina N. Goodrich    klgateseservice@klgates.com, christina.goodrich@klgates.com

Michael Allan Gold    mgold@jmbm.com, cl7@jmbm.com, mastercalendar@jmbm.com

Lenore L Albert    docket@interactivecounsel.com, lenorealbert@msn.com, lenalbert@interactivecounsel.com

Justin Alexander Anderson    learly@jmbm.com, janderson@jmbm.com, mastercalendar@jmbm.com

Michael G Rhodes    mrhodes@cooley.com, john-brocales-7263@ecf.pacerpro.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, rhodesmg@cooley.com, smartinez@cooley.com

Walter Waidelich    cwaidelich@cooley.com, kjones@cooley.com

David Belcher    docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com, david.belcher@faegredrinker.com

Beth W. Petronio    beth.petronio@klgates.com

Gregory John Merchant    gmerchant@cooley.com

Peter William Baldwin    peter.baldwin@faegredrinker.com, usacac.criminal@usdoj.gov, peter.baldwin@usdoj.gov

Barrett J Anderson    banderson@cooley.com, mdejesus@cooley.com, efiling-notice@ecf.pacerpro.com

**9**

**DECLARATION OF ROE PLAINTIFFS IN SUPPORT OF PROTECTIVE ORDER**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC