Lenore L. Albert, Esq. SBN 210876
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of*
*themselves and all others similarly situated*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | CASE NO. 22-cv-00983-DOC<br><br>Assigned to the Hon. David O. Carter<br>Complaint filed: 03-18-2022<br><br>**DECLARATION OF LENORE ALBERT IN SUPPORT OF PROTECTIVE ORDER**<br><br>Hearing Date: July 18, 2022<br>Time: 8:30AM<br>Crtm: 10A |

1

**DECLARATION OF LENORE ALBERT IN SUPPORT OF PROTECTIVE ORDER**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

## DECLARATION IN SUPPORT OF PROTECTIVE ORDER

I, LENORE ALBERT, DO HEREBY DECLARE, that I am the attorney representing the plaintiffs in the above-captioned action. I am admitted to practice before the highest court in the state of California and before the United States District Court of the Central District of California. If called as a witness I could competently testify of my own personal knowledge as follows:

1. I have received multiple questions from attorneys who received notice of the breach on May 23, 2022.

2. One of the most frequently asked question I receive is whether I can assure the attorney that if they joined the class action because they fear retaliation from the State Bar of California.

3. The attorneys not only want be anonymous to the public but also the Stat Bar who holds their livelihood in their hands.

4. The feedback I am getting is the attorneys who fear the information that was leaked out onto the internet can hurt them by getting into the hands of the public or if the State Bar knows that they want to vindicate their rights.

5. There were at least two notices sent out which I have received.

6. Attached hereto and fully incorporated herein as Exhibit 1 is a true and correct copy of the State Bar notice of the breach I received on May 18, 2022.

7. Attached hereto and fully incorporated herein as Exhibit 2 is a true and correct copy of the State Bar notice of the breach I received from one of the plaintiffs on May 23, 2022.

8. I had to argue with some attorneys who received the May 23, 2022 notice because they read the notice as meaning their confidential information did not end up on JudyRecords.com.

**2**

## DECLARATION OF LENORE ALBERT IN SUPPORT OF PROTECTIVE ORDER

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

9. But that is not what the notice says. The Notice says there was purportedly no evidence of page views.

10. There has already been publicity about the data breach and this case.

11. I pay for credit monitoring.

12. In May 2022, for the very first time, my phone number appeared on the dark web so now I have a credit lock. (See Ex 3 attached).

13. However, that does not stop the new voicemail spam I am now experiencing.

14. Although I am not a class member, I can show my experience to the Court to demonstrate the harm or potential harm to the representatives and putative class. (See Ex 4 attached).

15. The State Bar has not supplied any of the members with credit or dark web monitoring services.

16. Just knowing that a disciplinary records is devastating to an attorney's career and financial wellbeing.

17. Because my confidential information was both put out onto Judyrecords.com and also had evidence of "page views" I can use my information as an example for this court and then redact identifying information of the plaintiffs as needed to corroborate any evidence that may need to be provided.

18. Unfortunately, the State Bar has already mentioned that the harm is transitory because once a disciplinary matter becomes public, there is no longer any harm.

19. However, some of the confidential proceedings were never ever supposed to be a matter of public record.

20. Moreover, this sounds like an incentive to unjustly file public charges against an attorney whereas but for the breach, those investigations may have never made it to the light of day, necessitating not only this protective order, but also a preliminary injunction, of which plaintiffs are preparing.

3

**DECLARATION OF LENORE ALBERT IN SUPPORT OF PROTECTIVE
ORDER**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

21. I met and conferred with opposing counsel on this issue and on the issue of needing a preliminary injunction on May 24, 2022 by Zoom.

22. Attached hereto and fully incorporated herein as Exhibit 3 is a true and correct printout of the dark web alert I received from my Experian Credit Monitoring subscription which I pay approximately $25.00 per month for.

23. Attached hereto and fully incorporated herin as Exhibit 4 is a true and correct screenshot I took of my msn.com email account spam showing I am receiving spam voicemails now. I have never received this type of spam before the data breach.

24. I was never notified that my phone number was listed on the Dark Web until after the data breach.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this day on June 14, 2022 in Albany, New York.

 /s/Lenore Albert     _
Lenore Albert

**4**

**DECLARATION OF LENORE ALBERT IN SUPPORT OF PROTECTIVE ORDER**

*Roe v The State Bar of California, et al.*                30-2022-01250695-CU-AT-CXC

1

2

## PROOF OF SERVICE OF DOCUMENT

3

4

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.
My business address is: 1968 S Coast Hwy #3960, Laguna Beach, CA 92651

5

A true and correct copy of the foregoing document entitled:

6

**DECLARATION OF LENORE ALBERT IN SUPPORT OF PROTECTIVE
ORDER**

7

8

will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR; and **(b)** in the manner stated below:

9

10

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE
TRANSMISSION OR EMAIL** (state method for each person or entity served):

11

Pursuant to F.R.Civ.P. on 06-14-2022, I served the following persons and/or entities ECF
or email as follows:

12

13

X Service information continued on attached page

14

I declare under penalty of perjury under the laws of the United States that the foregoing
is true and correct.

15

16

| 06-14-2022 | James D. Ocon | /s/James D. Ocon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

17

18

19

20

21

22

23

24

25

26

27

28

5

**DECLARATION OF LENORE ALBERT IN SUPPORT OF PROTECTIVE
ORDER**

## SERVICE BY ECF

| **Defendant** | | |
|---|---|---|
| **The State Bar of California** | represented by | **Michael G Rhodes**<br>Cooley LLP<br>3 Embarcadero Center 20th Floor<br>San Francisco, CA 94111<br>415-693-2000<br>Fax: 415-693-2222<br>Email: rhodesmg@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Barrett J Anderson**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA<br>858-550-6000<br>Fax: 858-550-6420<br>Email: banderson@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory John Merchant**<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>650-843-5620<br>Email: gmerchant@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Walter Waidelich**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>858-550-6000<br>Fax: 858-550-6420<br>Email: cwaidelich@jonesday.com<br>*ATTORNEY TO BE NOTICED* |

6

## DECLARATION OF LENORE ALBERT IN SUPPORT OF PROTECTIVE ORDER

*Roe v The State Bar of California, et al.*        30-2022-01250695-CU-AT-CXC

| **Defendant** | | |
|---|---|---|
| **Tyler Technologies, Inc.**<br>*also known as*<br>Doe 1 | represented by | **Jason Nathaniel Haycock**<br>K and L Gates LLP<br>Four Embarcadero Center Suite 1200<br>San Francisco, CA 94111<br>415-882-8200<br>Fax: 415-882-8220<br>Email:<br>jason.haycock@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christina N Goodrich**<br>K and L Gates LLP<br>10100 Santa Monica Boulevard<br>8th Floor<br>Los Angeles, CA 90067<br>310-552-5000<br>Fax: 310-552-5001<br>Email:<br>christina.goodrich@klgates.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Kevan Schwitzer** | represented by | **David Belcher**<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East Suite 1500<br>Los Angeles, CA 90067<br>310-203-4000<br>Fax: 310-229-1285<br>Email:<br>david.belcher@faegredrinker.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

7

**DECLARATION OF LENORE ALBERT IN SUPPORT OF PROTECTIVE ORDER**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

|  |  | **Peter William Baldwin**<br>Faegre Drinker Bibble and Reath LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036<br>212-248-3140<br>Fax: 212-248-3141<br>Email:<br>peter.baldwin@faegredrinker.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Defendant** |  | **Michael Gold** |
| **Rick Rankin** |  | MAG@jmbm.com via Email |

Tiana A. Demas    tdemas@cooley.com
Christina N. Goodrich    klgateseservice@klgates.com, christina.goodrich@klgates.com
Michael Allan Gold    mgold@jmbm.com, cl7@jmbm.com, mastercalendar@jmbm.com
Lenore L Albert    docket@interactivecounsel.com, lenorealbert@msn.com, lenalbert@interactivecounsel.com
Justin Alexander Anderson    learly@jmbm.com, janderson@jmbm.com, mastercalendar@jmbm.com
Michael G Rhodes    mrhodes@cooley.com, john-brocales-7263@ecf.pacerpro.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, rhodesmg@cooley.com, smartinez@cooley.com
Walter Waidelich    cwaidelich@cooley.com, kjones@cooley.com
David Belcher    docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com, david.belcher@faegredrinker.com
Beth W. Petronio    beth.petronio@klgates.com
Gregory John Merchant    gmerchant@cooley.com
Peter William Baldwin    peter.baldwin@faegredrinker.com, usacac.criminal@usdoj.gov, peter.baldwin@usdoj.gov
Barrett J Anderson    banderson@cooley.com, mdejesus@cooley.com, efiling-notice@ecf.pacerpro.com

**8**

**DECLARATION OF LENORE ALBERT IN SUPPORT OF PROTECTIVE ORDER**

*Roe v The State Bar of California, et al.*        30-2022-01250695-CU-AT-CXC

EX 1

Informational Notice Re Odyssey Portal Vulnerability

| | |
|---|---|
| From: | CA State Bar (admin@castatebarodysseynotice.com) |
| To: | lenalbert@interactivecounsel.com |
| Date: | Wednesday, May 18, 2022, 02:01 PM PDT |

**INFORMATIONAL NOTICE RE ODYSSEY PORTAL VULNERABILITY**

Dear LENORE LUANN ALBERT,

On February 24, 2022, the California State Bar became aware that judyrecords.com (judyrecords), a public website that aggregates nationwide court case records, had included both public and nonpublic State Bar case records in its search engine. These records came from the State Bar's Odyssey Portal, which was supposed to provide access to public case records only. The State Bar immediately asked the owner of judyrecords to remove the nonpublic records from the search engine (which they did) and launched an investigation with the assistance of a third-party IT forensics firm (Forensics Firm).

We are notifying you because your nonpublic State Bar record(s) showed evidence of a page view on judyrecords. This notice provides you with information about the data fields contained in a nonpublic record where you were listed as a respondent. We explain below the steps we have taken to investigate and remediate the issue.

**Immediate Steps Taken to Remove Nonpublic Records from Judyrecords**

The owner of judyrecords informed the State Bar that they had intended to index only publicly available State Bar case records, and they were unaware that records intended to be nonpublic had been automatically collected by their computer program, a technique called "scraping." Judyrecords fully cooperated with the State Bar's investigation and: (1) removed all confidential State Bar records from judyrecords by February 26, 2022; (2) provided relevant website logs and analytics logs; and (3) provided a detailed explanation of the scraping method used, which revealed a previously unknown vulnerability in the Odyssey case management software provided by Tyler Technologies, a third-party vendor.

The State Bar verified that this vulnerability allowed judyrecords to scrape both public and nonpublic State Bar attorney discipline case records from the Odyssey Portal. The scraping occurred on or about October 15, 2021.

To determine if a record may have been viewed, the State Bar and Forensics Firm analyzed detailed judyrecords website logs for the month of February 2022, as well as website analytics logs for the period between October 15, 2021, and February 26, 2022, the full period when State Bar records were indexed on the site.

**Data Fields Contained in Your Nonpublic Record**

The nonpublic State Bar records indexed on judyrecords contained basic case information:

- case number;
- file date;
- case type;
- case status;
- respondent name; and
- sometimes complaining witness or other witness names.

For some of these cases, the same information ultimately became public through the course of the State Bar's disciplinary process, including where discipline ultimately was imposed.

Full confidential case documents were not scraped by and were not indexed on judyrecords. That means no complaints, transcripts of hearings, mental health reports, or other documents related to nonpublic attorney discipline proceedings were available or viewed by unauthorized individuals as a result of the Odyssey vulnerability.

The information in your nonpublic record consisted of: your first and last name, case number, file date, case type,[1] case status, and your California Bar number.

**More Information About the State Bar Investigation and Remediation**

The State Bar confirmed that judyrecords has deleted all nonpublic records from the site.

Importantly, the Odyssey vulnerability was only triggered by web scraping; regular searches of the Odyssey Portal did not permit access to nonpublic records. There is no evidence to suggest the Odyssey Portal was scraped by any entity besides judyrecords. The investigation revealed no evidence that scraped State Bar records were on internet archive sites. The State Bar took the Odyssey Portal offline on February 25, 2022, so Tyler Technologies could remediate the vulnerability.

Access to the State Bar's Odyssey Portal was restored on March 15, 2022, after Tyler Technologies had remediated the vulnerability. Thereafter, both the State Bar and the Forensics Firm confirmed that nonpublic records could no longer be scraped.

Our previous posts on this issue can be found here: https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates.

\*\*\*

**The State Bar takes the confidentiality of its bar members and community seriously and sincerely regrets that this event occurred. If you have questions that you feel have not been addressed by this notice, please contact questions@CAStateBarOdysseyNotice.com for more information.**

Sincerely,

The State Bar of California

---

[1] The case types at issue here are: 6180/6190, 9.20 Violation – State Bar Court Order, ADP, Agreement in Lieu of Discipline, Conviction Matter, Discipline in Other Jurisdiction, Early Neutral Evaluation Conference, Moral Character, Original Matter, Other, Pre-filing Motion to Quash, Probation, Probation Violation, RA – Insufficient Funds, RA—Insurance Claim, RA – Reversal of Judgment, RA – Sanction Order, Reinstatement, Reproval, Resignation with Charges Pending, Rule 2605 – Vexatious Complainant, Rule. 9.20 – Interim Conviction Matter, Rule 9.20 – Order, Rule 9 20 – Resignation, and Unauthorized Practice of Law – Non-Attorney. Some of these case types reflect internal State Bar coding references.

AG439_v03

To unsubscribe from this list, please click on the following link: Unsubscribe

EX 2

Re: Informational Notice Re Odyssey Portal Vulnerability

| | |
|---|---|
| From: | ███████████████████████ |
| To: | ████████████████ |
| Cc: | lenalbert@interactivecounsel.com |
| Date: | Monday, May 30, 2022, 01:35 PM PDT |

On May 30, 2022, at 1:32 PM ████████████████████████ 

On Mon, May 23, 2022 at 3:32 PM CA State Bar <noreply@castatebarodysseynotice.com> wrote:

### INFORMATIONAL NOTICE RE ODYSSEY PORTAL VULNERATION

Dear ████████████████████████

On February 24, 2022, the California State Bar became aware that judyrecords.com (judyrecords), a public website that aggregates nationwide court case records, had included both public and nonpublic State Bar case records in its search engine. These records came from the State Bar's Odyssey Portal, which was supposed to provide access to public case records only. The State Bar immediately asked the owner of judyrecords to remove the nonpublic records from the search engine (which they did) and launched an investigation with the assistance of a third-party IT forensics firm (Forensics Firm).

We are providing this notice to explain the steps we have taken to investigate and remediate the issue, and to inform you that **the State Bar has no evidence that your nonpublic State Bar record(s) had page views on judyrecords**.

**Immediate Steps Taken to Remove Nonpublic Records from Judyrecords**

The owner of judyrecords informed the State Bar that they had intended to index only publicly available State Bar case records, and they were unaware that records intended to be nonpublic had been automatically collected by their computer program, a technique called "scraping." Judyrecords fully cooperated with the State Bar's investigation and: (1) removed all confidential State Bar records from judyrecords by February 26, 2022; (2) provided relevant website logs and analytics logs; and (3) provided a detailed explanation of the scraping method used, which revealed a previously unknown vulnerability in the Odyssey case management software provided by Tyler Technologies, a third-party vendor.

The State Bar verified that this vulnerability allowed judyrecords to scrape both public and nonpublic State Bar attorney discipline case records from the Odyssey Portal. The scraping occurred on or about October 15, 2021.

The State Bar has no evidence that your nonpublic State Bar record(s) had page views on judyrecords.[1] To determine if a record may have been viewed, the State Bar and Forensics Firm analyzed detailed judyrecords website logs for the month of February 2022, as well as website analytics logs for the period between October 15, 2021, and February 26, 2022, the full period when State Bar records were indexed on the site.

**Data Fields Contained in Nonpublic Records**

The nonpublic State Bar records indexed on judyrecords contained basic case information:

- case number;
- file date;
- case type;
- case status;

- respondent name; and
- sometimes complaining witness or other witness names.

For some of these cases, the same information ultimately became public through the course of the State Bar's disciplinary process, including where discipline ultimately was imposed.

Full confidential case documents were not scraped by and were not indexed on judyrecords. That means no complaints, transcripts of hearings, mental health reports, or other documents related to nonpublic attorney discipline proceedings were available or viewed by unauthorized individuals as a result of the Odyssey vulnerability.

**More Information About the State Bar Investigation and Remediation**

The State Bar confirmed that judyrecords has deleted all nonpublic records from the site.

Importantly, the Odyssey vulnerability was only triggered by web scraping; regular searches of the Odyssey Portal did not permit access to nonpublic records. There is no evidence to suggest the Odyssey Portal was scraped by any entity besides judyrecords. The investigation revealed no evidence that scraped State Bar records were on internet archive sites. The State Bar took the Odyssey Portal offline on February 25, 2022, so Tyler Technologies could remediate the vulnerability.

Access to the State Bar's Odyssey Portal was restored on March 15, 2022, after Tyler Technologies had remediated the vulnerability. Thereafter, both the State Bar and the Forensics Firm confirmed that nonpublic records could no longer be scraped.

Our previous posts on this issue can be found here: https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates.

Sincerely,

The State Bar of California

---

[1] The State Bar sent separate notifications to persons whose nonpublic State Bar records had evidence of a page view.

AG483_v02

To unsubscribe from this list, please click on the following link: Unsubscribe

EX 3



Alerts

| Personal | | Sort |

☐ Select all    ✉ Mark as read    🗑 Delete

**Dark web**
Phone number found

**Personal**
May 20, 2022

🗑    ⌃

**What happened?**
We found your Phone Number on the Dark Web.

**Potential Site:**
Unavailable ⓘ

**Date:**
May 09, 2022

**Phone Number:**
(424) 365-0741

**What now?**
We recommend locking your credit file to prevent unauthorized use of your personal info and changing passwords for accounts tied to this phone number. It's also a good idea to review your credit file and keep an eye out for anything that looks wrong.

| Lock your credit file    > |

You are receiving this alert because your membership includes Dark web monitoring.

What is **Dark web monitoring**? ⓘ

⌃

**Sex offender registry**
A new sex offender was registered in your area.

**Personal**
Feb 28, 2022

☐

**Sex offender registry**

A new sex offender was registered in your area.

**Personal**
Oct 01, 2021

**Dark web**

Email address found

**Personal**
Sep 22, 2021

**Dark web**

Email address found

**Personal**
Jul 29, 2021

**Dark web**

Email address found

**Personal**
Jul 27, 2021

‹    1    ›



Apply Now

Learn more

Advertiser Disclosure

Advertiser Disclosure: The offers that appear on this site are from third party companies ("our partners") from which Experian
Consumer Services receives compensation. This compensation may impact how, where, and in what order the products appear on this
site. The offers on the site do not represent all available financial services, companies, or products.

Services                                                                                      +

Overview

Reports & Scores

Personal Finances BETA

EX 4

## Results

| | From | Subject | Received |
|---|---|---|---|
| B | BANK OF AMERICA CORP | 📎 Voicemail **Message** (WIRELESS CALLER > lenorealbert) From:(198-908-1243) ▲ ⋯ | Junk Email | 6:26 AM |
| E | ESTEE LAUDER COMPANIES INC | 📎 Voicemail **Message** (Amari Lyra> lenorealbert) From:(120-476-9196) ▲ ⚪ ⋮ | Junk Email | 5:26 AM |
| FC | FORD MOTOR CO | 📎 Voicemail **Message** (Bethany Sarah> lenorealbert) From:(609-781-8784) ▲ ⚪ ⋯ | Junk Email | 4:13 AM |

### All results

| | From | Subject | Received |
|---|---|---|---|
| B | BANK OF AMERICA CORP | 📎 Voicemail **Message** (WIRELESS CALLER > lenorealbert) From:(198-908-1243) ▲ ⋯ | Junk Email | 6:26 AM |
| E | ESTEE LAUDER COMPANIES INC | 📎 Voicemail **Message** (Amari Lyra> lenorealbert) From:(120-476-9196) ▲ ⚪ ⋮ | Junk Email | 5:26 AM |
| FC | FORD MOTOR CO | 📎 Voicemail **Message** (Bethany Sarah> lenorealbert) From:(609-781-8784) ▲ ⚪ ⋯ | Junk Email | 4:13 AM |
| DI | DOMINION ENERGY INC | 📎 Voicemail **Message** (Evangeline Lydia> lenorealbert) From:(767-025-4121) ▲ ⋮ | Junk Email | 3:22 AM |
| AI | AMD INC | 📎 Voicemail from Aislinn Kaisley (309-753-1655) ▲ ⚪ ——— 5:37 IP OFFICE … | Junk Email | Sun 4:10 AM |
| E | E TRADE FINANCIAL CORP | 📎 Voicemail from Meilani Emberly (967-531-9831) ▲ ⚪ ——— 7:60 IP OFFIC… | Junk Email | Fri 6:08 AM |
| IC | IDEX CORP | 📎 Voicemail from Galilea Royal (155-212-4819) ▲ ⚪ ——— 2:59 IP OFFICE V… | Junk Email | Thu 6/9 |
| AI | AUTODESK INC | 📎 Voicemail from Mercy Chloe (015-873-3581) ▲ ⚪ ——— 3:09 IP OFFICE V… | Junk Email | Wed 6/8 |
| KC | KROGER CO | 📎 Voicemail from Mary Delilah (497-616-1513) ▲ ⚪ ——— 6:36 IP OFFICE V… | Junk Email | Wed 6/8 |
| FI | F5 NETWORKS INC | 📎 Voicemail **Message** (Saige Lily> lenorealbert) From:(153-441-0171) ▲ ⚪ ⋮ | Junk Email | Mon 6/6 |
| HC | HERSHEY CO | 📎 Voicemail from Karina Florence (171-850-6537) ▲ ⚪ ——— 7:37 IP OFFICE… | Junk Email | Mon 6/6 |