Lenore L. Albert, Esq. SBN 210876
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of
themselves and all others similarly situated*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*,<br><br>                              Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br>                              Defendants. | CASE NO. 22-cv-00983-DOC<br><br>Assigned to the Hon. David O. Carter<br>Complaint filed: 03-18-2022<br><br>**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA; DECLARATION OF LENORE ALBERT**<br><br>Hearing Date: July 25, 2022<br>Time: 8:30AM<br>Crtm: 10A |

**TO THE COURT, THE PARTIES AND ALL ATTORNEYS OF RECORD:**

**COMES NOW PLAINTIFFS,** John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, and hereby moves this Court for an order disqualifying the law firm of Wagstaffe, Von Lowenfeldt, Busch & Radwick from representing the Defendant State

1

**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA; DECLARATION OF LENORE ALBERT**

Bar of California. This motion will be brought before the Honorable David O. Carter sitting in Courtroom 10A of the United States District Court for the Central District of California located at 411 W. Fourth Street, Santa Ana, California.

Meeting of Counsel: On June 7, 2022 counsel for plaintiff attempted to initiate communications with Michael von Loewenfeldt of the Wagstaffe, Von Lowenfeldt, Busch & Radwick firm and State Bar Office of General Counsel who refused to engage on any discussion of the retainer agreement possible conflict of interest. Moreover, the audio demonstrates the State Bar's approval did not appear to have a quorum at the meeting. As such plaintiff's counsel made a good faith attempt to meet pursuant to Local Rule 7-3 before seeking relief with the Court.

This motion is based on the motion, attached memorandum of points and authorities, declarations filed concurrently herewith and any other pleadings or papers that may be presented at the time of hearing.

Dated:  June 23, 2022

Respectfully Submitted,
LAW OFFICES OF LENORE ALBERT
/s/ Lenore Albert
LENORE L. ALBERT, ESQ.
Attorney for Plaintiffs, John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of themselves and all others similarly situated*

**2**

**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA; DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

## MEMORANDUM OF POINTS & AUTHORITIES

## I.      FACTS

On March 18, 2022 the plaintiffs, John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of themselves and all others similarly situated* filed this putative class action in the Superior Court of California, county of Orange alleging that the State Bar of California and others violated their right to privacy when over 226,000 confidential records State Bar disciplinary records were published on the internet through a public records search site with the URL JudyRecords.com.

The State Bar of California appeared by and through counsel retained at the Cooley Law Firm in this case of *Roe v State Bar of California,* et al 22-cv-00983-DOC.

On June 7, 2022, the State Bar of California Board held a "special meeting" to approve a contract retaining the law firm of Wagstaffe, Von Lowenfeldt, Busch & Radwick for $100,000.00 to represent the State Bar of California in this matter plus two other matters personally involving the plaintiff's counsel, Lenore Albert. During the meeting the agenda item was pulled to take off the limit of "$100,000.00" to pursue the three matters.

On June 8, 2022 the Cooley firm filed a notice designating their firm as the "lead counsel." However, no one at Wagstaffe, Von Lowenfeldt, Busch & Radwick has appeared in this case.

In the matter of Albert-Sheridan v Farfan et al, Wagstaffe, Von Lowenfeldt, Busch & Radwick has associated in as "co-counsel" to the State Bar of California with Office of General Counsel Suzanne Grandt, giving the firm access to resources within the State Bar including but not limited to investigative subpoenas of financial accounts that occur without the notice or consent of the member or any Court. Fact discovery has disclosed in that matter giving the firm a trove of information it can now pass onto Cooley.

**3**

**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA; DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*               30-2022-01250695-CU-AT-CXC

## II.    LAW

"A trial court's authority to disqualify an attorney derives from the power inherent in every court `[t]o control in the furtherance of justice, the conduct of its ministerial officers, and of all other persons in any manner connected with a judicial proceeding before it, in every manner pertaining thereto.'" *Metro-Gotdwyn-Mayer, Inc. v. Tracinda Corp*., 36 Cal.App.4th 1832, 1837-38, 43 Cal.Rptr.2d 327 (1995) (citations omitted).

"The issue of disqualification `ultimately involves a conflict between the clients' right to counsel of their choice and the need to maintain ethical standards of professional responsibility.'" *Id*. at 1838, 43 Cal.Rptr.2d 327 (quoting *In re Complex Asbestos Litigation*, 232 Cal.App.3d 572, 586, 283 Cal.Rptr. 732 (1991)); *Comden v. Superior Court*, 20 Cal.3d 906, 915, 145 Cal.Rptr. 9, 576 P.2d 971 (1978).

*Huston v. Imperial Credit Commercial Mortg. Inv. Corp.* (C.D. Cal. 2001) 179 F. Supp. 2d 1157, 1166-67

## III.    LEGAL ARGUMENT

The classical example of attorney disqualification occurs when the law firm used to represent the opposing party or was privy to privileged information. However, disqualification can occur outside this box. "Courts may disqualify an attorney when it has been satisfactorily established that the attorney has acquired an unfair advantage that undermines the integrity of the judicial process and will have a continuing effect on the proceedings before the court. See Huston v.Imperial Credit Commer. Mortg. Inv. Corp., 179 F.Supp.2d 1157, 1168 (C.D. Cal. 2001); Koo v. Rubio's Restaurants, Inc., 109 Cal.App.4th 719, 734 (2003)." Id.

Because the firm of Wagstaffe, Von Lowenfeldt, Busch & Radwick has already been privy to items of a more personal nature as to plaintiff's counsel plus has the power of the State Bar to issue investigative subpoenas against plaintiff's counsel without notice or showing of probable cause because they have been associated in as counsel

**4**

**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA; DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

with the State Bar of California in Albert-Sheridan v Farfan, 18-ap-1065-SC, the Court should use its inherent powers and discretion to disqualify the firm of Wagstaffe, Von Lowenfeldt, Busch & Radwick from representing the State Bar of California.

There is no known prejudice in disqualifying the firm of Wagstaffe, Von Lowenfeldt, Busch & Radwick from representing the State Bar of California in this matter on the ground that the State Bar has already retained the Cooley Law Firm and has designated that firm as lead counsel in this case. Truly, the only advantage in bringin in the firm of Wagstaffe, Von Lowenfeldt, Busch & Radwick is to attempt to defeat this putative class action by using the power of the State Bar against the plaintiff's counsel and to monitor the war chest.

There is no other basis on the grounds this is *David v Goliath* litigation with five active trial lawyers from Cooley already on the case.

Moreover, it is specious that the Board had a quorum when voting whether to allow Wagstaffe, Von Lowenfeldt, Busch & Radwick be retained in this matter on June 7, 2022 according to the recording. Finally, the firm of Wagstaffe, Von Lowenfeldt, Busch & Radwick has had two weeks since the State Bar Board purportedly approved their representation in this case but they have yet to file a notice of appearance. The Court can infer that the firm was retained not to appear as trial counsel, but to feed the Cooley firm information that it could not otherwise legally obtain about plaintiff's counsel without at least requesting such permission from this Court and giving notice thereon.

The harm to the plaintiffs and the putative class would be irreparable on the grounds that the firm of Wagstaffe, Von Lowenfeldt, Busch & Radwick, associated in the matters where plaintiff's counsel is a party has given the firm the ability to issue secret subpoenas, even upon bank accounts giving them the ability to both interfere with

**5**

**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA; DECLARATION OF LENORE ALBERT**

and peek at any future war chest built up by the plaintiffs and/or what experts may or may not have been retained prior to discovery opening without any notice or opportunity to be heard by plaintiffs or their counsel or even this Court on the matter.

## IV.   CONCLUSION

Wherefore, Plaintiffs and their counsel of record, respectively request the grace of this Court to use its discretion and disqualify the firm of Wagstaffe, Von Lowenfeldt, Busch & Radwick from representing the State Bar of California in this matter.

Dated:  June 23, 2022

Respectfully Submitted,
LAW OFFICES OF LENORE ALBERT
/s/ Lenore Albert
LENORE L. ALBERT, ESQ.
Attorney for Plaintiffs, John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of themselves and all others similarly situated*

**6**

**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA; DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

## DECLARATION OF LENORE ALBERT, ESQ.

I, Lenore Albert, am the attorney of record for the plaintiffs in the above-captioned action, am admitted to practice in the highest court of the State of California and admitted to practice before the U.S. District Court of the Central District of California. If called as a witness, I could competently testify as follows.

1. On April 18, 2018 I filed an adversary proceeding against the State Bar captioned Albert-Sheridan v Farfan et al 18-ap-1065-SC.

2. On June 10, 2020 the Ninth Circuit revived that action by reversing dismissal in favor the State Bar of California.

3. We finished fact discovery on April 15, 2022.

4. I turned over a lot of otherwise sensitive and private information, including financial information during the litigation in 18-ap-1065-SC.

5. I also uniquely understand the challenges when holding the State Bar accountable when they violate the law. I have been trying to hold them accountable for blatantly violating 11 USC § 362 and 11 USC § 524 for four years now.

6. In this case, the State Bar has denied that any rule regarding state agency liability for privacy violations attach to them. So much so that the state legislature is now emphasizing that the State Bar is more like another consumer protection agency rather than the judiciary in this case so we have a chance of redress before this Court.

7. On May 23, 2022 the State Bar of California Office of General Counsel, Suzanne Grandt, associated in the firm of WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP located at100 Pine Street, Suite 2250, San Francisco, CA 94111 as co-counsel in 18-ap-1065-SC.

**7**

**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA; DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

8. On June 7, 2022 the Board of the State Bar of California convened in special session to approve a contract to retain WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP in this matter plus the adversary proceeding 18-ap-1065-SC.

9. I listened to the proceeding and it did not appear that there was a quorum.

10. Nevertheless, the Board approved the contract with WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP to represent the State Bar in both matters.

11. On June 7, I wrote Mr. von Loewenfeldt and asked him if he thought this was a conflict of interest.

12. Although his firm came in after fact discovery, his firm has been active in expert discovery and depositions in the adversary proceeding.

13. After I showed him the agenda item with his retainer contract to be discussed that day, he responded that he was not going to discuss the matter of his retention with me.

14. The State Bar has subpoenaed my financial accounts in the past.

15. The State Bar has the ability to subpoena my financial accounts without my knowledge or consent.

16. The adversary proceeding 18-ap-1065-SC produced much of my personal information during discovery.

17. Now the firm of WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP has access to that personal information and the power of the State Bar of California against me.

18. Although I received a notice of Cooley designating their firm as "lead counsel" on June 8, 2022, I never received a notice of appearance by any attorney in this

**8**

**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA; DECLARATION OF LENORE ALBERT**

case from WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP.

19. This gives a strong appearance of impropriety by allowing the State Bar to go full throttle against me by giving the firm of WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP access to me through the other matters.

20. Attached hereto and fully incorporated herein are the following documents:

   a. Notice of Appearance of Michael von Loewenfeldt attorney at WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP in the case of Albert-Sheridan v Farfan, et al 18-ap-1065-SC dated May 23, 2022, Doc. 363 pulled from PACER at www.pacer.gov.

   b. Notice of Appearance of Frank Busch attorney at WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP in the case of Albert-Sheridan v Farfan, et al 18-ap-1065-SC dated June 23, 2022, Doc. 392 pulled from PACER at www.pacer.gov.

   c. State Bar Board agenda for June 7, 2022 which can be found at www.calbar.ca.gov.
      https://board.calbar.ca.gov/Agenda.aspx?id=16701&t=0&s=false

   d. State Bar of California Board audio recording of the June 7, 2022 Board meeting which can be found at www.calbar.ca.gov.
      https://board.calbar.ca.gov/Meetings.aspx and the video link goes to Youtube at: https://www.youtube.com/watch?v=CcV5yrNsjLo

   e. Doc. 40 in this case Roe v State Bar of California et al 22-cv-00983-DOC showing Cooley marked themselves as "lead counsel" dated June 8, 2022 which can be found on PACER at www.pacer.gov.

9

**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA; DECLARATION OF LENORE ALBERT**

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this day in Nashville, Tennessee.

Dated: June 23, 2022          /s/Lenore Albert

Lenore Albert

**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA; DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

1

2

## PROOF OF SERVICE OF DOCUMENT

3

4

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.
My business address is: 1968 S Coast Hwy #3960, Laguna Beach, CA 92651

5

A true and correct copy of the foregoing document entitled:

6

**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH &**

7

**RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF**
**CALIFORNIA; DECLARATION OF LENORE ALBERT**

8

9

will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR; and **(b)** in the manner stated below:

10

11

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE**

12

**TRANSMISSION OR EMAIL** (state method for each person or entity served):
Pursuant to F.R.Civ.P. on 06-23-2022, I served the following persons and/or entities ECF

13

or email as follows:

14

15

X Service information continued on attached page
I declare under penalty of perjury under the laws of the United States that the foregoing

16

is true and correct.

17

| 06-23-2022 | James D. Ocon | /s/James D. Ocon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

18

19

20

21

22

23

24

25

26

27

28

**11**

**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH &**
**RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF**
**CALIFORNIA; DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

**SERVICE BY ECF**

| | |
|---|---|
| **Defendant** | |
| **The State Bar of California** | represented by **Michael G Rhodes** Cooley LLP 3 Embarcadero Center 20th Floor San Francisco, CA 94111 415-693-2000 Fax: 415-693-2222 Email: rhodesmg@cooley.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* **Barrett J Anderson** Cooley LLP 4401 Eastgate Mall San Diego, CA 858-550-6000 Fax: 858-550-6420 Email: banderson@cooley.com *ATTORNEY TO BE NOTICED* **Gregory John Merchant** Cooley LLP 3175 Hanover Street Palo Alto, CA 94304 650-843-5620 Email: gmerchant@cooley.com *ATTORNEY TO BE NOTICED* **Walter Waidelich** Cooley LLP 4401 Eastgate Mall San Diego, CA 92121 858-550-6000 Fax: 858-550-6420 |

12

**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA; DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

| | | |
|---|---|---|
| | | Email: cwaidelich@jonesday.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Tyler Technologies, Inc.**<br>*also known as*<br>Doe 1 | represented by | **Jason Nathaniel Haycock**<br>K and L Gates LLP<br>Four Embarcadero Center Suite 1200<br>San Francisco, CA 94111<br>415-882-8200<br>Fax: 415-882-8220<br>Email:<br>jason.haycock@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christina N Goodrich**<br>K and L Gates LLP<br>10100 Santa Monica Boulevard<br>8th Floor<br>Los Angeles, CA 90067<br>310-552-5000<br>Fax: 310-552-5001<br>Email:<br>christina.goodrich@klgates.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Kevan Schwitzer** | represented by | **David Belcher**<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East Suite 1500<br>Los Angeles, CA 90067<br>310-203-4000<br>Fax: 310-229-1285<br>Email: |

**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA; DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

| | | |
|---|---|---|
| | | david.belcher@faegredrinker.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter William Baldwin**<br>Faegre Drinker Bibble and Reath LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036<br>212-248-3140<br>Fax: 212-248-3141<br>Email:<br>peter.baldwin@faegredrinker.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | **Michael Gold** |
| **Rick Rankin** | | MAG@jmbm.com via Email |

Tiana A. Demas    tdemas@cooley.com

Christina N. Goodrich    klgateservice@klgates.com, christina.goodrich@klgates.com

Michael Allan Gold    mgold@jmbm.com, cl7@jmbm.com, mastercalendar@jmbm.com

Lenore L Albert    docket@interactivecounsel.com, lenorealbert@msn.com, lenalbert@interactivecounsel.com

Justin Alexander Anderson    learly@jmbm.com, janderson@jmbm.com, mastercalendar@jmbm.com

Michael G Rhodes    mrhodes@cooley.com, john-brocales-7263@ecf.pacerpro.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, rhodesmg@cooley.com, smartinez@cooley.com

**14**

**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA; DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

Walter Waidelich      cwaidelich@cooley.com, kjones@cooley.com

David Belcher      docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com, david.belcher@faegredrinker.com

Beth W. Petronio      beth.petronio@klgates.com

Gregory John Merchant      gmerchant@cooley.com

Peter William Baldwin      peter.baldwin@faegredrinker.com, usacac.criminal@usdoj.gov, peter.baldwin@usdoj.gov

Barrett J Anderson      banderson@cooley.com, mdejesus@cooley.com, efiling-notice@ecf.pacerpro.com

Michael Von Loewenfeldt
mvonlowenfeldt@wvbrlaw.com
FRANK BUSCH (258288)
busch@wvbrlaw.com
**WAGSTAFFE, VON LOEWENFELDT,**
**BUSCH & RADWICK LLP**
100 Pine Street, Suite 2250
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910

**15**

**MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA; DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

EX A

MICHAEL VON LOEWENFELDT (178665)
mvl@wvbrlaw.com
**WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK LLP**
100 Pine Street, Suite 2250
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910
Email: mvl@wvbrlaw.com

VANESSA L. HOLTON (111613)
General Counsel
ROBERT G. RETANA (148677)
Deputy General Counsel
SUZANNE C. GRANDT (304794)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
180 Howard Street
San Francisco, CA 94105-1639
Telephone: 415-538-2517
Facsimile: 415-538-2517
Email: Suzanne.Grandt@calbar.ca.gov

Attorneys for Defendant State Bar of California

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re LENORE LUANN ALBERT-SHERIDAN d/b/a LAW OFFICES OF LENORE ALBERT | Chapter 7 |
| Debtor. | Case No. SA 8:18-bk-10548-ES |
| LENORE LUANN ALBERT-SHERIDAN d/b/a LAW OFFICES OF LENORE ALBERT, | Cons. Adv. Nos. 8:18-ap-01065-SC (lead) 8:20-ap-01095-SC |
| Plaintiff, | **NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL** |
| v. | |
| MARICRUZ FARFAN, et al. | HON. SCOTT C. CLARKSON |
| Defendants. | |

Notice of Appearance/Association Of Counsel

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant State Bar of California hereby associates the law firm of Wagstaffe, von Loewenfeldt, Busch & Radwick LLP as co-counsel in this matter.

DATED: May 23, 2022                           **OFFICE OF GENERAL COUNSEL**
                                              **THE STATE BAR OF CALIFORNIA**


By _____
          Suzanne Grandt


DATED: May 23, 2022                   **WAGSTAFFE, VON LOEWENFELDT,**
                                      **BUSCH & RADWICK LLP**


By _____
          MICHAEL VON LOEWENFELDT

                                      Attorneys for Defendant
                                      The State Bar of California

EX B

1   FRANK BUSCH (258288)
    busch@wvbrlaw.com
2   **WAGSTAFFE, VON LOEWENFELDT,**
    **BUSCH & RADWICK LLP**
3   100 Pine Street, Suite 2250
    San Francisco, CA 94111
4   Telephone: (415) 357-8900
    Fax: (415) 357-8910
5

6   VANESSA L. HOLTON (111613)
    General Counsel
7   ROBERT G. RETANA (148677)
    Deputy General Counsel
8   SUZANNE C. GRANDT (304794)
    Assistant General Counsel
9   OFFICE OF GENERAL COUNSEL
    THE STATE BAR OF CALIFORNIA
10  180 Howard Street
    San Francisco, CA 94105-1639
11  Telephone: 415-538-2517
    Facsimile: 415-538-2517
12  Email: Suzanne.Grandt@calbar.ca.gov

13  Attorneys for Defendant State Bar of California

14

15           UNITED STATES BANKRUPTCY COURT
              CENTRAL DISTRICT OF CALIFORNIA
16                 SANTA ANA DIVISION

17  | In re LENORE LUANN ALBERT- | Chapter 7 |
    | SHERIDAN d/b/a LAW OFFICES OF | |
18  | LENORE ALBERT | Case No. SA 8:18-bk-10548-ES |
19  |         Debtor. | Cons. Adv. Nos. 8:18-ap-01065-SC (lead); |
    | | 8:20-ap-01095-SC |
20  | LENORE LUANN ALBERT-SHERIDAN | |
21  | d/b/a LAW OFFICES OF LENORE | |
    | ALBERT, | **NOTICE OF APPEARANCE** |
22  | | **AND ASSOCIATION OF** |
    |         Plaintiff, | **COUNSEL; REQUEST FOR** |
23  | | **NOTICE** |
    |      v. | |
24  | | |
    | MARICRUZ FARFAN, et al. | HON. SCOTT C. CLARKSON |
25  | | |
    |         Defendants. | |
26

27

28

---
Notice of Appearance/Association of Counsel

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant State Bar of California hereby associates Frank

Busch of the law firm of Wagstaffe, von Loewenfeldt, Busch & Radwick LLP as co-counsel in

this matter.


DATED: June __, 2022                              **OFFICE OF GENERAL COUNSEL**
                                                  **THE STATE BAR OF CALIFORNIA**


                                     By  _____
                                         SUZANNE GRANDT




DATED: June 23, 2022                              **WAGSTAFFE, VON LOEWENFELDT,**
                                                  **BUSCH & RADWICK LLP**

                                          /s/ Frank Busch
                                     By  _____
                                         FRANK BUSCH

                                         Attorneys for Defendant
                                         The State Bar of California

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant State Bar of California hereby associates Frank

Busch of the law firm of Wagstaffe, von Loewenfeldt, Busch & Radwick LLP as co-counsel in

this matter.

DATED: June __, 2022                    OFFICE OF GENERAL COUNSEL
                                        THE STATE BAR OF CALIFORNIA


                                        By _____
                                           SUZANNE GRANDT



DATED: June __, 2022                    WAGSTAFFE, VON LOEWENFELDT,
                                        BUSCH & RADWICK LLP


                                        By _____
                                           FRANK BUSCH

                                        Attorneys for Defendant
                                        The State Bar of California

EX C



# The State Bar
## of California

**OPEN SESSION
AGENDA ITEM
50-1 JUNE 2022**

| | |
|---|---|
| **DATE:** | **June 7, 2022** |
| **TO:** | **Members, Board of Trustees** |
| **FROM:** | **Steve Mazer, Chief Administrative Officer** |
| **SUBJECT:** | **Approval of Specified Contracts Pursuant to Business and Professions Code Section 6008.6** |

## EXECUTIVE SUMMARY

This item requests approval to execute contracts for goods or services with a value in excess of $50,000, or for information technology (IT) goods and services, in excess of $100,000.

## BACKGROUND

Pursuant to Business and Professions Code section 6008.6, the State Bar shall award no contract for goods, services, or both, for an aggregate amount in excess of $50,000, or for information technology (IT) goods, services, or both, for an aggregate amount in excess of $100,000, except pursuant to the standards established in Article 4 (commencing with section 10335) of Chapter 2 of Part 2 of Division 2 of the Public Contract Code and approval of the Board of Trustees.

## DISCUSSION

The contract listed below is in excess of $50,000 and has met the standards established by Article 4 of the Public Contract Code, as implemented through the State Bar's Procurement Policy. The contract requires approval by the Board of Trustees in order to be executed.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 South Figueroa Street
Los Angeles, CA 90017

| Ref # | Office | Cost Center | Fund | Vendor | Contract Amount | Goods or Services |
|-------|--------|-------------|------|--------|-----------------|-------------------|
| 1 | General Counsel | 4110 | General Fund | Wagstaffe, von Loewenfeldt, Busch & Radwick LLP | $100,000 | Retainer Agreement for Legal Services |

1. **Wagstaffe, von Loewenfeldt, Busch & Radwick LLP**
   Vendor will provide legal advice and representation related to claims and lawsuits filed by attorney Lenore Albert in various venues. Ms. Albert has filed a class action lawsuit related to the data breach, a writ petition related to her Client Security Fund debt, and an adversary proceeding in bankruptcy court. The need to retain outside counsel on these matters is due to current vacancies in the Office of General Counsel. The contact will be funded through salary savings from vacant attorney positions.

## FISCAL/PERSONNEL IMPACT

Unless a different funding source is specified, the expense above is included in the 2022 budget for the cost center noted, or will be included in the budget for future years, per the normal budget planning process.

## AMENDMENTS TO RULES

None

## AMENDMENTS TO BOARD OF TRUSTEES POLICY MANUAL

None

## STRATEGIC PLAN GOALS & OBJECTIVES

Goal: None – core business operations

## RECOMMENDATIONS

**Should the Board of Trustees concur in the proposed action, passage of the following resolution is recommended:**

> **RESOLVED**, that the Board of Trustees approves execution of the contract listed herein.

## ATTACHMENT LIST

None

EX D

 The State Bar *of California*    

## Meeting Recordings

| Meeting Title | Playlist Title | Recorded Date |
|---|---|---|
| Committee of Bar Examiners Part One 6-17-22 | Committee of Bar Examiners | 06/17/2022 |
| Committee of Bar Examiners Part Two 6-17-22 | Committee of Bar Examiners | 06/17/2022 |
| Committee of State Bar Accredited and Registered Schools 6-15-2022 | Committee of State Bar Accredited and Registered Schools | 06/15/2022 |
| Special Meeting of the Board of Trustees 6-13-22 | Board of Trustees - 2022 | 06/13/2022 |
| California Board of Legal Specialization 6-10-22 | California Board of Legal Specialization | 06/10/2022 |
| Lawyer Assistance Program Oversight Committee 6-10-22 | Lawyer Assistance Program Oversight Committee | 06/10/2022 |
| Blue Ribbon Commission on the Future of the Bar Exam 6-9-2022 | Blue Ribbon Commission on the Future of the Bar Exam | 06/09/2022 |
| Subcommittee on Examinations 6-8-2022 | Subcommittee on Examinations | 06/08/2022 |
| Special Meeting of the Board of Trustees 6-7-2022 | Board of Trustees - 2022 | 06/07/2022 |
| Closing the Justice Gap Working Group 6-6-2022 | Closing the Justice Gap Working Group | 06/06/2022 |
| Committee on Professional Responsibility & Conduct Part One 6-3-2022 | Committee on Professional Responsibility and Conduct | 06/03/2022 |
| Committee on Professional Responsibility & Conduct Part Two 6-3-2022 | Committee on Professional Responsibility and Conduct | 06/03/2022 |
| Ad Hoc Commission on the Discipline System 6-1-22 | Ad Hoc Commission on the Discipline System | 06/01/2022 |
| General Counsel Search Committee 5-20-22 | General Counsel Search Committee | 05/20/2022 |
| Board of Trustees Day Two 5-20-22 | Board of Trustees - 2022 | 05/20/2022 |

|◄ ◄ 1 2 3 4 5 6 7 8 9 10 ... ► ►|    Page size: 15 ▼    612 items in 41 pages