Lenore L. Albert, Esq. SBN 210876
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of*
*themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>THE STATE BAR OF CALIFORNIA, et al.<br>　　　　　　　　　　　Defendants. | CASE NO. 22-cv-00983-DOC<br><br>Assigned to the Hon. David O. Carter<br>Complaint filed: 03-18-2022<br><br>**ERRATA**<br><br>Hearing Date: July 25, 2022<br>Time: 8:30AM<br>Crtm: 10A |

**TO THE COURT, THE PARTIES AND ALL ATTORNEYS OF RECORD:**

**COMES NOW PLAINTIFFS** and hereby corrects the motion to disqualify counsel of the law firm of Wagstaffe, Von Lowenfeldt, Busch & Radwick by adding Exhibit E which was erroneously omitted from the motion filed this day.(Doc. 42).

Dated:  June 23, 2022　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　LAW OFFICES OF LENORE ALBERT
　　　　　　　　　　　　　　　　/s/ Lenore Albert_____
　　　　　　　　　　　　　　　　LENORE L. ALBERT, ESQ.
　　　　　　　　　　　　　　　　Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
　　　　　　　　　　　　　　　　Jane Roe 2, Jane Roe 3, and John Roe 2, *on*
　　　　　　　　　　　　　　　　*behalf of themselves and all others similarly*
　　　　　　　　　　　　　　　　*situated*

1
**ERRATA**
*Roe v The State Bar of California, et al.*　　　　　　30-2022-01250695-CU-AT-CXC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1968 S Coast Hwy #3960, Laguna Beach, CA 92651

A true and correct copy of the foregoing document entitled:

**ERRATA**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR; and **(b)** in the manner stated below:

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):
Pursuant to F.R.Civ.P. on 06-23-2022, I served the following persons and/or entities ECF or email as follows:

X Service information continued on attached page
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06-23-2022 | James D. Ocon | /s/James D. Ocon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVICE BY ECF**

| **Defendant** | | | |
|---|---|---|---|
| **The State Bar of California** | represented by | **Michael G Rhodes** Cooley LLP 3 Embarcadero Center 20th Floor San Francisco, CA 94111 415-693-2000 Fax: 415-693-2222 Email: rhodesmg@cooley.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* **Barrett J Anderson** Cooley LLP 4401 Eastgate Mall San Diego, CA 858-550-6000 Fax: 858-550-6420 Email: banderson@cooley.com *ATTORNEY TO BE NOTICED* **Gregory John Merchant** Cooley LLP 3175 Hanover Street Palo Alto, CA 94304 650-843-5620 Email: gmerchant@cooley.com *ATTORNEY TO BE NOTICED* **Walter Waidelich** Cooley LLP 4401 Eastgate Mall San Diego, CA 92121 858-550-6000 Fax: 858-550-6420 Email: cwaidelich@jonesday.com *ATTORNEY TO BE NOTICED* | |
| **Defendant** | | | |

| | | |
|---|---|---|
| **Tyler Technologies, Inc.**<br>*also known as*<br>Doe 1 | represented by | **Jason Nathaniel Haycock**<br>K and L Gates LLP<br>Four Embarcadero Center Suite 1200<br>San Francisco, CA 94111<br>415-882-8200<br>Fax: 415-882-8220<br>Email: jason.haycock@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christina N Goodrich**<br>K and L Gates LLP<br>10100 Santa Monica Boulevard 8th Floor<br>Los Angeles, CA 90067<br>310-552-5000<br>Fax: 310-552-5001<br>Email: christina.goodrich@klgates.com<br>*ATTORNEY TO BE NOTICED* |
| **<u>Defendant</u>** | | |
| **Kevan Schwitzer** | represented by | **David Belcher**<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East Suite 1500<br>Los Angeles, CA 90067<br>310-203-4000<br>Fax: 310-229-1285<br>Email: david.belcher@faegredrinker.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter William Baldwin**<br>Faegre Drinker Bibble and Reath LLP |

|  |  | 1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036<br>212-248-3140<br>Fax: 212-248-3141<br>Email:<br>peter.baldwin@faegredrinker.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Defendant** |  | **Michael Gold** |
| **Rick Rankin** |  | MAG@jmbm.com via Email |

Tiana A. Demas     tdemas@cooley.com

Christina N. Goodrich     klgateseservice@klgates.com, christina.goodrich@klgates.com

Michael Allan Gold     mgold@jmbm.com, cl7@jmbm.com, mastercalendar@jmbm.com

Lenore L Albert     docket@interactivecounsel.com, lenorealbert@msn.com, lenalbert@interactivecounsel.com

Justin Alexander Anderson     learly@jmbm.com, janderson@jmbm.com, mastercalendar@jmbm.com

Michael G Rhodes     mrhodes@cooley.com, john-brocales-7263@ecf.pacerpro.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, rhodesmg@cooley.com, smartinez@cooley.com

Walter Waidelich     cwaidelich@cooley.com, kjones@cooley.com

David Belcher     docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com, david.belcher@faegredrinker.com

Beth W. Petronio     beth.petronio@klgates.com

Gregory John Merchant     gmerchant@cooley.com

Peter William Baldwin     peter.baldwin@faegredrinker.com,

5
**ERRATA**
*Roe v The State Bar of California, et al.*           30-2022-01250695-CU-AT-CXC

1  usacac.criminal@usdoj.gov, peter.baldwin@usdoj.gov

2

3  Barrett J Anderson     banderson@cooley.com, mdejesus@cooley.com, efiling-notice@ecf.pacerpro.com

4

5  Michael Von Loewenfeldt
mvonlowenfeldt@wvbrlaw.com

6  FRANK BUSCH (258288)
busch@wvbrlaw.com

7  **WAGSTAFFE, VON LOEWENFELDT,**

8  **BUSCH & RADWICK LLP**

9  100 Pine Street, Suite 2250
San Francisco, CA 94111

10  Telephone: (415) 357-8900

11  Fax: (415) 357-8910

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ERRATA**
*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

EX E

COOLEY LLP
MICHAEL G. RHODES (116127) rhodesmg@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIANA DEMAS (*pro hac vice*) (tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

BARRETT ANDERSON (318539) (banderson@cooley.com)
WALTER WAIDELICH (300798) (cwaidelich@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

GREGORY MERCHANT (341287) (gmerchant@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant*
THE STATE BAR OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00983-DOC-DFM<br><br>**NOTICE OF DESIGNATION OF LEAD COUNSEL**<br><br>Courtroom: 10A<br>Judge: Hon. David O. Carter |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Michael G. Rhodes, Tiana Demas, Barrett Anderson, and Walter Waidelich of Cooley LLP will serve as lead counsel for Defendant The State Bar of California and will assume all responsibilities required of lead counsel in this matter.

Dated: June 8, 2022　　　　　　　　　　　　COOLEY LLP

　　　　　　　　　　　　　　　　　　　　　　*/s/ Tiana Demas*
　　　　　　　　　　　　　　　　　　　　　　Tiana Demas

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　THE STATE BAR OF CALIFORNIA