FILED
CLERK, U.S. DISTRICT COURT

June 28, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge SUNSHINE SUZANNE SYKES | ORDER OF THE CHIEF JUDGE<br><br>**22-151** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Sunshine Suzanne Sykes,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge David O. Carter to the calendar of Judge Sunshine Suzanne Sykes:

| | |
|---|---|
| 2:09-cv-06589-DOC | Ricardo Roldan v. R. K. Wong |
| 2:19-cv-06591-DOC-MAA | Yuki Kobayashi v. Morgan McMullin |
| 2:21-cv-03165-DOC-ADSx | John Sears v. California Highway Patrol, et al. |
| 2:22-cv-00178-DOC-SP | Janelle Bledsoe v. Kilolo Kijakazi |
| 5:21-cv-01371-DOC-SHKx | American Family Connect Property and Casualty Insurance Company, et al. v. Home Depot USA, Inc. |
| 8:20-cv-01934-DOC-DFMx | Applied Medical Distribution Corporation v. Meden, Inc., et al. |
| 8:22-cv-00145-DOC-KESx | Larry Gliko, et al. v. Ronald Snyder, et al. |
| 8:22-cv-00221-DOC-JDEx | Jamie Kovacs v. Convergent Outsourcing, Inc., et al. |
| 8:22-cv-00325-DOC-DFMx | Virun, Inc. v. Cymbiotika LLC, et al. |
| 8:22-cv-00792-DOC-KESx | Frank Delgadillo v. Pal Group Holdings Company, Ltd., et al. |
| 8:22-cv-00840-DOC-DFMx | Andrey Suslov v. Molex, LLC, et al. |
| 8:22-cv-00983-DOC-DFMx | John Roe 1, et al. v. The State Bar of California, et al. |
| 8:22-cv-00998-DOC-ADSx | Y.H. v. Blizzard Entertainment, Inc. |

In the Matter of the
Creation of Calendar for
District Judge Sunshine Suzanne Sykes                                                                 2
_____

        8:22-cv-01069-DOC-ADSx    Loc Thi Bao Do v. United States Citizenship
                                                       and Immigration Services, et al.

     On all documents subsequently filed in the case, please substitute the Judge initials SSS after the case number in place of the initials of the prior Judge.

DATED: June 28, 2022

                                                                               Chief Judge Philip S. Gutierrez