1  VANESSA L. HOLTON (111613)
   General Counsel
2  ROBERT G. RETANA (148677)
3  Deputy General Counsel
   SUZANNE C. GRANDT (304794)
4  Assistant General Counsel
5  **OFFICE OF GENERAL COUNSEL**
   **THE STATE BAR OF CALIFORNIA**
6  180 Howard Street
   San Francisco, CA  94105-1639
7  Telephone: 415-538-2388; Facsimile: 415-538-2517
   Email: suzanne.grandt@calbar.ca.gov
8
9  Attorneys for Defendant State Bar of California

10             UNITED STATES DISTRICT COURT
11             CENTRAL DISTRICT OF CALIFORNIA
12

13 | JOHN ROE 1, an individual, et al., | CASE NO. 8:22-cv-00983-SSS-DFM
14 |
15 | Plaintiff, | **NOTICE OF APPEARANCE**
16 | v. |
17 | THE STATE BAR OF CALIFORNIA;
18 | TYLER TECHNOLOGIES, INC.;
   | KEVAN SCHWITZER; RICK
19 | RANKIN; and DOES 4 through 10,
   | inclusive,
20 |
   | Defendants.
21

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Suzanne C. Grandt, of the Office of General Counsel, State Bar of California, hereby enters an appearance on behalf of Defendant The State Bar of California ("State Bar Defendant"). Ms. Grandt's pertinent information is as follows:

>SUZANNE C. GRANDT (304794)
>Assistant General Counsel
>OFFICE OF GENERAL COUNSEL
>THE STATE BAR OF CALIFORNIA
>180 Howard Street; San Francisco, CA 94105-1639
>Tel: (415) 538-2388; Fax: (415) 538-2321
>Email: suzanne.grandt@calbar.ca.gov

Suzanne C. Grandt is licensed to practice law in the State of California and is a member in good standing with The State Bar of California, is admitted to practice before this Court, and is a registered attorney e-filer with this Court.

Dated: June XX, 2022                    Respectfully submitted,

SUZANNE C. GRANDT

By: /s/ *SUZANNE C. GRANDT*
   SUZANNE C. GRANDT
   Attorney for Defendant
   State Bar of California

**DECLARATION OF SERVICE**

I, Joan Randolph, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On June XX, 2022, following ordinary business practice, I filed via the United States District Court, Central District of California electronic case filing system, the following:

**NOTICE OF APPEARANCE**

Participants in the case who are registered CM/ECF users will be served.
*See the CM/ECF service list.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California, on June XX, 2022.

/s/Joan Randolph
Joan Randolph