Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Beth W. Petronio, admitted *pro hac vice*
beth.petronio@klgates.com
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5815
Facsimile: (214) 939-5849

Attorneys for Defendant
Tyler Technologies, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC., a Delaware corporation; KEVAN SCHWITZER, an individual; RICK RANKIN, an individual; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00983-SSS-DFM<br><br>**TYLER TECHNOLOGIES, INC.'S RE-NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[Assigned to Hon. Sunshine S. Sykes, Courtroom 2]<br><br>State Complaint Filed: March 18, 2022<br>[Orange County Superior Court Case No. 30-02022-01250695-CU-AT-CXC]<br><br>First Amended Complaint Filed: April 13, 2022<br><br>Notice of Removal Filed: May 13, 2022<br><br>Hearing Date: September 16, 2022<br>2:00 pm |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 16, 2022, at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2 of the above-captioned Court, located at 3470 Twelfth Street, Riverside, California 92501, Defendant Tyler Technologies, Inc. ("Tyler") will and hereby does move to dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion").

This Motion is made on the grounds that the Roe Plaintiffs have failed to state any claim against Tyler upon which relief can be granted.

This motion is made following the conference of counsel for all Parties pursuant to Local Rule 7-3, which took place on May 26, 2022.  Tyler, by and through its counsel, of explained the basis for this Motion, including grounds upon which relief is sought, but Plaintiffs would not to agree to dismiss Tyler with prejudice.  Accordingly, the Parties have reached an impasse requiring Tyler to bring the instant Motion.  Tyler is informed and believes that Plaintiffs intend to oppose this Motion.

This Motion is based upon this Re-Notice of Motion, the Motion (Dkt. No. 35), the Memorandum of Points and Authorities (Dkt. No. 35), the attached Exhibit (Dkt. No. 35-1), the First Amended Complaint, the complete files and records in this action, and such other and further matters as the Court may deem just and proper to consider this Motion.

**K&L GATES LLP**

Dated:  July 5, 2022    By:    */s/ Christina N. Goodrich*
　　　　　　　　　　　　　　　　Beth W. Petronio
　　　　　　　　　　　　　　　　Christina N. Goodrich
　　　　　　　　　　　　　　　　Zachary T. Timm

　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　TYLER TECHNOLOGIES, INC.