JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL A. GOLD (Bar No. 90667)
*Mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:  (310) 203-8080
Facsimile:   (310) 203-0567

Attorneys for DEFENDANT RICK RANKIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual, JANE ROE 1, an individual, JANE ROE 2 an individual, JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA, TYLER TECHNOLOGIES, INC., KEVAN SCHWITZER, RICK RANKIN, and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8-22-CV-00983-SSS-DFM<br><br>**DEFENDANT RICK RANKIN'S RE-NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:     September 16, 2022<br>Time:    2:00 p.m.<br>Place:    Courtroom 2<br>Judge:   Hon. Sunshine S. Sykes |

1

DEFENDANT RICK RANKIN'S RE-NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 16, 2022, at 2:00 p.m., or as soon thereafter as counsel may be heard, in Courtroom 2 of the above-entitled Court, located at 3470 Twelfth Street, Riverside, California 92501, the Honorable Sunshine S. Sykes presiding, defendant Rick Rankin ("Rankin") will and hereby does move this Court for an order dismissing without leave to amend the First Amended Class Action Complaint ("Complaint" or "FAC") filed by Plaintiffs John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2 ("Plaintiffs") as to Rankin.

The Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that (1) Plaintiffs' invasion of privacy claim against Rankin under the California Constitution fails to adequately allege that a legally protected privacy interest or that a serious—and intentional—invasion of privacy occurred and (2) Plaintiffs' also fail to sufficiently allege duty or actual damages in support of their negligence and negligence *per se* tort claims against Rankin.

The Motion is based on this Re-Notice of Motion, the Motion (Dkt. 36), the Memorandum of Points and Authorities (Dkt. 36), the Declaration of Justin A. Anderson (Dkt. 36-1), the Request for Judicial Notice (Dkt. 37), and all attached exhibits (Dkts. 37-1, 37-2, and 37-3), all records and papers on file in this action, any reply Rankin may make, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to or at the hearing on the Motion.

Pursuant to Local Rule 7-3, the Motion is made following the conference of counsel which took place on May 26, 2022.

1  DATED: July 6, 2022          Respectfully submitted,

2
                                JEFFER MANGELS BUTLER &
3                               MITCHELL LLP
                                MICHAEL A. GOLD
4                               JUSTIN ANDERSON

5
                                By:    /s/ *Michael A. Gold*
6                                         MICHAEL A. GOLD
                                    Attorneys for Defendant Rick Rankin
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28