Lenore L. Albert, Esq. SBN 210876
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of*
*themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiff, <br><br> vs. <br><br> THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive, <br><br> Defendants. | CASE NO. 22-cv-00983-SSS-DFM <br><br> Assigned to the Hon. Sunshine S. Sykes <br> Complaint filed: 03-18-2022 <br><br> **PLAINTIFFS' NOTICE RESETTING HEARING ON MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA** <br><br> Hearing Date: September 16, 2022 <br> Time: 2:00PM <br> Crtm: 2 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT PLAINTIFFS** John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, on behalf of themselves and all others similarly situated, hereby resets their motion to disqualify Wagstaffe, von Loewenfeldt, Busch & Radwick LLP (Doc. No. 42) for hearing before the Honorable Sunshine S. Sykes located in Courtroom 2 of the United States District Court located at 3470 Twelfth Street Riverside, CA 92501-3801 on September 16, 2022 at 2:00PM due to reassignment of the case by the Chief Judge of this District.

1
PLAINTIFFS' NOTICE RESETTING HEARING ON MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

Dated: July 7, 2022

Respectfully Submitted,
LAW OFFICES OF LENORE ALBERT
/s/ Lenore Albert
LENORE L. ALBERT, ESQ.
Attorney for Plaintiffs, John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of themselves and all others similarly situated*

2

PLAINTIFFS' NOTICE RESETTING HEARING ON MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1968 S Coast Hwy #3960, Laguna Beach, CA 92651

A true and correct copy of the foregoing document entitled:

**PLAINTIFFS' NOTICE RESETTING HEARING ON MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR; and **(b)** in the manner stated below:

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. on 07-07-2022, I served the following persons and/or entities ECF or email as follows:

X Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07-07-2022 | James D. Ocon | /s/James D. Ocon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3

PLAINTIFFS' NOTICE RESETTING HEARING ON MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

**SERVICE BY ECF**

| Defendant | | |
|---|---|---|
| **The State Bar of California** | represented by | **Michael G Rhodes**<br>Cooley LLP<br>3 Embarcadero Center 20th Floor<br>San Francisco, CA 94111<br>415-693-2000<br>Fax: 415-693-2222<br>Email: rhodesmg@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Barrett J Anderson**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA<br>858-550-6000<br>Fax: 858-550-6420<br>Email: banderson@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory John Merchant**<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>650-843-5620<br>Email: gmerchant@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Walter Waidelich**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>858-550-6000<br>Fax: 858-550-6420<br>Email: cwaidelich@jonesday.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |

**4**
PLAINTIFFS' NOTICE RESETTING HEARING ON MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

| | | |
|---|---|---|
| **Tyler Technologies, Inc.**<br>*also known as*<br>Doe 1 | represented by | **Jason Nathaniel Haycock**<br>K and L Gates LLP<br>Four Embarcadero Center Suite 1200<br>San Francisco, CA 94111<br>415-882-8200<br>Fax: 415-882-8220<br>Email: jason.haycock@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christina N Goodrich**<br>K and L Gates LLP<br>10100 Santa Monica Boulevard 8th Floor<br>Los Angeles, CA 90067<br>310-552-5000<br>Fax: 310-552-5001<br>Email: christina.goodrich@klgates.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Kevan Schwitzer** | represented by | **David Belcher**<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East Suite 1500<br>Los Angeles, CA 90067<br>310-203-4000<br>Fax: 310-229-1285<br>Email: david.belcher@faegredrinker.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter William Baldwin**<br>Faegre Drinker Bibble and Reath LLP<br>1177 Avenue of the Americas 41st Floor<br>New York, NY 10036<br>212-248-3140<br>Fax: 212-248-3141 |

5

PLAINTIFFS' NOTICE RESETTING HEARING ON MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA

*Roe v The State Bar of California, et al.*   30-2022-01250695-CU-AT-CXC

| | | |
|---|---|---|
| | | Email: peter.baldwin@faegredrinker.com *ATTORNEY TO BE NOTICED* |
| **Defendant** Rick Rankin | | **Michael Gold** MAG@jmbm.com via Email |

Tiana A. Demas    tdemas@cooley.com

Christina N. Goodrich    klgateseservice@klgates.com, christina.goodrich@klgates.com

Michael Allan Gold    mgold@jmbm.com, cl7@jmbm.com, mastercalendar@jmbm.com

Lenore L Albert    docket@interactivecounsel.com, lenorealbert@msn.com, lenalbert@interactivecounsel.com

Justin Alexander Anderson    learly@jmbm.com, janderson@jmbm.com, mastercalendar@jmbm.com

Michael G Rhodes    mrhodes@cooley.com, john-brocales-7263@ecf.pacerpro.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, rhodesmg@cooley.com, smartinez@cooley.com

Walter Waidelich    cwaidelich@cooley.com, kjones@cooley.com

David Belcher    docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com, david.belcher@faegredrinker.com

Beth W. Petronio    beth.petronio@klgates.com

Gregory John Merchant    gmerchant@cooley.com

Peter William Baldwin    peter.baldwin@faegredrinker.com, usacac.criminal@usdoj.gov, peter.baldwin@usdoj.gov

Barrett J Anderson    banderson@cooley.com, mdejesus@cooley.com, efiling-notice@ecf.pacerpro.com

**6**
PLAINTIFFS' NOTICE RESETTING HEARING ON MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA

*Roe v The State Bar of California, et al.*    30-2022-01250695-CU-AT-CXC