# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:22–cv–00983–SSS–DFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  __7/7/2022__

Document Number(s):  __58, 59__

Title of Document(s):  __PLAINTIFFS NOTICE RESETTING HEARING ON MOTION FOR PROTECTIVE ORDER and PLAINTIFFS NOTICE RESETTING HEARING ON MOTION TO DISQUALIFY WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP AS REPRESENTATIVES OF THE STATE BAR OF CALIFORNIA__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Civil Events Motions and Related Filings Responses/Replies/Other Motion Related Documents – select – Notice of Motion

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _July 7, 2022_          By: _/s/ Sharon Hall–Brown 213–894–3651_
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS