1  Lenore L. Albert, Esq. SBN 210876
2  LAW OFFICES OF LENORE ALBERT
3  1968 S. Coast Hwy #3960
   Laguna Beach, CA 92651
4  Telephone (424)365-0741
5  Email: lenalbert@InteractiveCounsel.com
   Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
6  Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of*
7   *themselves and all others similarly situated*

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JOHN ROE 1, an individual; JANE ROE 1, | CASE NO. 22-cv-00983-DFM
12 | an individual; JANE ROE 2 an individual; |
   | JANE ROE 3, an individual, JOHN ROE 2, | Assigned to the Hon. Douglas F.
13 | *on behalf of themselves and all others* | McCormick Complaint filed: 03-18-2022
14 | *similarly situated*, |

15 |                    Plaintiff, | **DECLARATION OF N.Z. IN SUPPORT**
   |                              | **OF MOTION FOR PRELIMINARY**
16 | vs. | **INJUNCTION**

17 | THE STATE BAR OF CALIFORNIA;
18 | TYLER TECHNOLOGIES, INC.; KEVAN | Hearing Date: September 15, 2022
   | SCHWITZER; RICK RANKIN; and DOES | Time: 2:00PM
19 | 4 through 10, inclusive, | Crtm: 6B
20 |                    Defendants. |

21

22

23

24

25

26

27

28

1

**DECLARATION OF N.Z. IN SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION**

*Roe v The State Bar of California, et al.*          22-cv-00983-DFM

**I, N.Z. DO HEREBY DECLARE,** that I am a putative class member of the above-captioned case and make this declaration upon my own personal knowledge and could competently testify as follows:

1. I am an attorney licensed to practice before the highest court in the State of California and a member in good standing with the State Bar of California.

2. I work and reside in Los Angeles County, California.

3. My State Bar membership page does not show any public disciplinary action.

4. On May 18, 2022, I received an email from the State Bar administrator "castatebarodysseynotice.com" giving me notice of the State Bar data breach. Attached hereto and fully incorporated herein as **Exhibit 1** is a true and correct copy of the email I received on May 18, 2022 from castatebarodysseynotice.com.

5. I am making this declaration under the fictitious name of N.Z. to protect my privacy, however, the State Bar and other defendants should be able to figure out my identity by the time and date stamp on the email notice they sent me.

6. I have not been convicted of any crime.

7. Any State Bar investigation against me would be more than six months old.

8. I would be irreparably harmed if this motion were not granted because I do not have any assurance from the State Bar that they will not file public charges against me in order to lessen the purported harm to me.

9. I want to preserve my reputation as a lawyer in this state and filing any public charges against me would harm that reputation.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this day in Los Angeles County, California.

Dated: August 4, 2022

N  Z
_____
N.Z.

**2**

**DECLARATION OF N.Z. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*

1

2

**PROOF OF SERVICE OF DOCUMENT**

3
4
5

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.
My business address is: 1968 S Coast Hwy #3960, Laguna Beach, CA 92651
A true and correct copy of the foregoing document entitled:

6

**DECLARATION OF N.Z. IN SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION**

7
8

will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR; and **(b)** in the manner stated below:

9
10

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE
TRANSMISSION OR EMAIL** (state method for each person or entity served):

11

Pursuant to F.R.Civ.P. on 08-04-2022, I served the following persons and/or entities ECF
or email as follows:

12

13

X Service information continued on attached page
I declare under penalty of perjury under the laws of the United States that the foregoing
is true and correct.

14

15

16

| 08-05-2022 | James D. Ocon | /s/James D. Ocon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

17

18

19

20

21

22

23

24

25

26

27

28

3

**DECLARATION OF N.Z. IN SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION**

*Roe v The State Bar of California, et al.*

**SERVICE BY ECF**

| **Defendant** | | |
|---|---|---|
| **The State Bar of California** | represented by | **Michael G Rhodes**<br>Cooley LLP<br>3 Embarcadero Center 20th Floor<br>San Francisco, CA 94111<br>415-693-2000<br>Fax: 415-693-2222<br>Email: rhodesmg@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Barrett J Anderson**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA<br>858-550-6000<br>Fax: 858-550-6420<br>Email: banderson@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory John Merchant**<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>650-843-5620<br>Email: gmerchant@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Walter Waidelich**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>858-550-6000<br>Fax: 858-550-6420<br>Email: cwaidelich@jonesday.com<br>*ATTORNEY TO BE NOTICED* |

4

**DECLARATION OF N.Z. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

| **Defendant** | | |
|---|---|---|
| **Tyler Technologies, Inc.** *also known as* Doe 1 | represented by | **Jason Nathaniel Haycock** K and L Gates LLP Four Embarcadero Center Suite 1200 San Francisco, CA 94111 415-882-8200 Fax: 415-882-8220 Email: jason.haycock@klgates.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* **Christina N Goodrich** K and L Gates LLP 10100 Santa Monica Boulevard 8th Floor Los Angeles, CA 90067 310-552-5000 Fax: 310-552-5001 Email: christina.goodrich@klgates.com *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Kevan Schwitzer** | represented by | **David Belcher** Faegre Drinker Biddle and Reath LLP 1800 Century Park East Suite 1500 Los Angeles, CA 90067 310-203-4000 Fax: 310-229-1285 Email: david.belcher@faegredrinker.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* **Peter William Baldwin** |

5

**DECLARATION OF N.Z. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*            30-2022-01250695-CU-AT-CXC

| | | Faegre Drinker Bibble and Reath LLP<br>1177 Avenue of the Americas 41st Floor<br>New York, NY 10036<br>212-248-3140<br>Fax: 212-248-3141<br>Email: peter.baldwin@faegredrinker.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Defendant** | | **Michael Gold** |
| **Rick Rankin** | | MAG@jmbm.com via Email |

Tiana A. Demas     tdemas@cooley.com

Christina N. Goodrich     klgateseservice@klgates.com, christina.goodrich@klgates.com

Michael Allan Gold     mgold@jmbm.com, cl7@jmbm.com, mastercalendar@jmbm.com

Lenore L Albert     docket@interactivecounsel.com, lenorealbert@msn.com, lenalbert@interactivecounsel.com

Justin Alexander Anderson     learly@jmbm.com, janderson@jmbm.com, mastercalendar@jmbm.com

Michael G Rhodes     mrhodes@cooley.com, john-brocales-7263@ecf.pacerpro.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, rhodesmg@cooley.com, smartinez@cooley.com

Walter Waidelich     cwaidelich@cooley.com, kjones@cooley.com

David Belcher     docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com, david.belcher@faegredrinker.com

Beth W. Petronio     beth.petronio@klgates.com

Gregory John Merchant     gmerchant@cooley.com

Peter William Baldwin     peter.baldwin@faegredrinker.com, usacac.criminal@usdoj.gov, peter.baldwin@usdoj.gov

Barrett J Anderson     banderson@cooley.com, mdejesus@cooley.com, efiling-notice@ecf.pacerpro.com

**6**

**DECLARATION OF N.Z. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

EX 1

Fwd: Informational Notice Re Odyssey Portal Vulnerability

From: ██████████████████

To:   lenalbert@interactivecounsel.com

Date: Thursday, July 14, 2022 at 05:59 PM PDT

Here is where they admitted - for the first time on May 18th of this year - that my data was compromised. ████████████
████████████████

██████████████
██████████████
██████████████

████████████████████████████

Begin forwarded message:

**From:** CA State Bar <admin@castatebarodysseynotice.com>
**Date:** May 18, 2022 at 16:00:29 CDT
**To:** █████████████
**Subject: Informational Notice Re Odyssey Portal Vulnerability**
**Reply-To:** "questions@castatebarodysseynotice.com" <questions@castatebarodysseynotice.com>

### INFORMATIONAL NOTICE RE ODYSSEY PORTAL VULNERABILITY

Dear █████████████

On February 24, 2022, the California State Bar became aware that judyrecords.com (judyrecords), a public website that aggregates nationwide court case records, had included both public and nonpublic State Bar case records in its search engine. These records came from the State Bar's Odyssey Portal, which was supposed to provide access to public case records only. The State Bar immediately asked the owner of judyrecords to remove the nonpublic records from the search engine (which they did) and launched an investigation with the assistance of a third-party IT forensics firm (Forensics Firm).

We are notifying you because your nonpublic State Bar record(s) showed evidence of a page view on judyrecords. This notice provides you with information about the data fields contained in a nonpublic record where you were listed as a respondent. We explain below the steps we have taken to investigate and remediate the issue.

**Immediate Steps Taken to Remove Nonpublic Records from Judyrecords**

The owner of judyrecords informed the State Bar that they had intended to index only publicly available State Bar case records, and they were unaware that records intended to be nonpublic had been automatically collected by their computer program, a technique called "scraping." Judyrecords fully cooperated with the State Bar's investigation and: (1) removed all confidential State Bar records from judyrecords by February 26, 2022; (2) provided relevant website logs and analytics logs; and (3) provided a detailed explanation of the scraping method used, which revealed a previously unknown vulnerability in the Odyssey case management software provided by Tyler Technologies, a third-party vendor.

The State Bar verified that this vulnerability allowed judyrecords to scrape both public and nonpublic State Bar attorney discipline case records from the Odyssey Portal. The scraping occurred on or about October 15, 2021.

To determine if a record may have been viewed, the State Bar and Forensics Firm analyzed detailed judyrecords website logs for the month of February 2022, as well as website analytics logs for the period between October 15, 2021, and February 26, 2022, the full period when State Bar records were indexed on the site.

**Data Fields Contained in Your Nonpublic Record**

The nonpublic State Bar records indexed on judyrecords contained basic case information:

- case number;
- file date;
- case type;
- case status;
- respondent name; and

- sometimes complaining witness or other witness names.

For some of these cases, the same information ultimately became public through the course of the State Bar's disciplinary process, including where discipline ultimately was imposed.

Full confidential case documents were not scraped by and were not indexed on judyrecords. That means no complaints, transcripts of hearings, mental health reports, or other documents related to nonpublic attorney discipline proceedings were available or viewed by unauthorized individuals as a result of the Odyssey vulnerability.

The information in your nonpublic record consisted of: your first and last name, case number, file date, case type,[1] case status, and your California Bar number.

**More Information About the State Bar Investigation and Remediation**

The State Bar confirmed that judyrecords has deleted all nonpublic records from the site.

Importantly, the Odyssey vulnerability was only triggered by web scraping; regular searches of the Odyssey Portal did not permit access to nonpublic records. There is no evidence to suggest the Odyssey Portal was scraped by any entity besides judyrecords. The investigation revealed no evidence that scraped State Bar records were on internet archive sites. The State Bar took the Odyssey Portal offline on February 25, 2022, so Tyler Technologies could remediate the vulnerability.

Access to the State Bar's Odyssey Portal was restored on March 15, 2022, after Tyler Technologies had remediated the vulnerability. Thereafter, both the State Bar and the Forensics Firm confirmed that nonpublic records could no longer be scraped.

Our previous posts on this issue can be found here: https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates.

\*\*\*

**The State Bar takes the confidentiality of its bar members and community seriously and sincerely regrets that this event occurred. If you have questions that you feel have not been addressed by this notice, please contact questions@CAStateBarOdysseyNotice.com for more information.**

Sincerely,

The State Bar of California

_____

[1] The case types at issue here are: 6180/6190, 9 20 Violation – State Bar Court Order, ADP, Agreement in Lieu of Discipline, Conviction Matter, Discipline in Other Jurisdiction, Early Neutral Evaluation Conference, Moral Character, Original Matter, Other, Pre-filing Motion to Quash, Probation, Probation Violation, RA – Insufficient Funds, RA—Insurance Claim, RA – Reversal of Judgment, RA – Sanction Order, Reinstatement, Reproval, Resignation with Charges Pending, Rule 2605 – Vexatious Complainant, Rule. 9.20 – Interim Conviction Matter, Rule 9 20 – Order, Rule 9.20 – Resignation, and Unauthorized Practice of Law – Non-Attorney. Some of these case types reflect internal State Bar coding references.

AG439_v03

To unsubscribe from this list, please click on the following link: Unsubscribe