Lenore L. Albert, Esq. SBN 210876
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br>　　　　　　　　Defendants. | CASE NO. 22-cv-00983-DFM<br><br>Assigned to the Hon. Douglas F. McCormick Complaint filed: 03-18-2022<br><br>**DECLARATION OF JOHN ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: September 15, 2022<br>Time: 2:00PM<br>Crtm: 6B |

1

**DECLARATION OF JOHN ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*　　　　　　22-cv-00983-DFM

**I, JOHN ROE 2 DO HEREBY DECLARE,** that I am a class representative of the above-captioned case and make this declaration upon my own personal knowledge and could competently testify as follows:

1. I am an attorney licensed to practice before the highest court in the State of California and a member in good standing with the State Bar of California.
2. I work and reside in Los Angeles County, California.
3. My State Bar membership page does show public disciplinary action but not for all investigations that have been opened up against me.
4. On May 23, 2022, I received an email from the State Bar administrator "castatebarodysseynotice.com" giving me notice of the State Bar data breach. Attached hereto and fully incorporated herein as **Exhibit 1** is a true and correct copy of the email I received on May 23, 2022 from castatebarodysseynotice.com.
5. I am making this declaration under the fictitious name of John Roe to protect my privacy, however, the State Bar and other defendants should be able to figure out my identity by the time and date stamp on the email notice they sent me.
6. I have not been convicted of any crime.
7. Any confidential State Bar investigation against me would be more than six months old.
8. I would be irreparably harmed if this motion were not granted because I do not have any assurance from the State Bar that they will not file public charges against me in order to lessen the purported harm to me.
9. I want to preserve my reputation as a lawyer in this state and filing any public charges against me would harm that reputation.
10. I am vulnerable due to my prior disciplinary history.

11. Since I do have disciplinary history, filing of more charges that the State Bar disregarded prior to the breach could lead to disbarment, depriving me of my constitutional right to practice in my chosen profession in order to lessen their damage due to the breach.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this day in Los Angeles County, California.

Dated: August 4, 2022                 _____

                                           JOHN ROE

3

**DECLARATION OF JOHN ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

11. Since I do have disciplinary history, filing of more charges that the State Bar disregarded prior to the breach could lead to disbarment, depriving me of my constitutional right to practice in my chosen profession in order to lessen their damage due to the breach.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this day in Los Angeles County, California.

Dated: August 4, 2022

_____
JOHN ROE

3

DECLARATION OF JOHN ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Roe v The State Bar of California, et al.                30-2022-01250695-CU-AT-CXC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1968 S Coast Hwy #3960, Laguna Beach, CA 92651

A true and correct copy of the foregoing document entitled:

**DECLARATION OF JOHN ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR; and **(b)** in the manner stated below:

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):
Pursuant to F.R.Civ.P. on 08-04-2022, I served the following persons and/or entities ECF or email as follows:

X Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08-05-2022 | James D. Ocon | /s/James D. Ocon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVICE BY ECF**

| **Defendant** | | |
|---|---|---|
| The State Bar of California | represented by | **Michael G Rhodes**<br>Cooley LLP<br>3 Embarcadero Center 20th Floor<br>San Francisco, CA 94111<br>415-693-2000<br>Fax: 415-693-2222<br>Email: rhodesmg@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Barrett J Anderson**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA<br>858-550-6000<br>Fax: 858-550-6420<br>Email: banderson@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory John Merchant**<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>650-843-5620<br>Email: gmerchant@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Walter Waidelich**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>858-550-6000<br>Fax: 858-550-6420<br>Email: cwaidelich@jonesday.com<br>*ATTORNEY TO BE NOTICED* |

5

**DECLARATION OF JOHN ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*        30-2022-01250695-CU-AT-CXC

| | | |
|---|---|---|
| **Defendant** | | |
| **Tyler Technologies, Inc.**<br>*also known as*<br>Doe 1 | represented by | **Jason Nathaniel Haycock**<br>K and L Gates LLP<br>Four Embarcadero Center Suite 1200<br>San Francisco, CA 94111<br>415-882-8200<br>Fax: 415-882-8220<br>Email: jason.haycock@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christina N Goodrich**<br>K and L Gates LLP<br>10100 Santa Monica Boulevard 8th Floor<br>Los Angeles, CA 90067<br>310-552-5000<br>Fax: 310-552-5001<br>Email: christina.goodrich@klgates.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Kevan Schwitzer** | represented by | **David Belcher**<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East Suite 1500<br>Los Angeles, CA 90067<br>310-203-4000<br>Fax: 310-229-1285<br>Email: david.belcher@faegredrinker.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter William Baldwin** |

6

**DECLARATION OF JOHN ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*     30-2022-01250695-CU-AT-CXC

| | | |
|---|---|---|
| | | Faegre Drinker Bibble and Reath LLP<br>1177 Avenue of the Americas 41st Floor<br>New York, NY 10036<br>212-248-3140<br>Fax: 212-248-3141<br>Email: peter.baldwin@faegredrinker.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Rick Rankin** | | **Michael Gold**<br>MAG@jmbm.com via Email |

Tiana A. Demas     tdemas@cooley.com

Christina N. Goodrich     klgateseservice@klgates.com, christina.goodrich@klgates.com

Michael Allan Gold     mgold@jmbm.com, cl7@jmbm.com, mastercalendar@jmbm.com

Lenore L Albert     docket@interactivecounsel.com, lenorealbert@msn.com, lenalbert@interactivecounsel.com

Justin Alexander Anderson     learly@jmbm.com, janderson@jmbm.com, mastercalendar@jmbm.com

Michael G Rhodes     mrhodes@cooley.com, john-brocales-7263@ecf.pacerpro.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, rhodesmg@cooley.com, smartinez@cooley.com

Walter Waidelich     cwaidelich@cooley.com, kjones@cooley.com

David Belcher     docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com, david.belcher@faegredrinker.com

Beth W. Petronio     beth.petronio@klgates.com

Gregory John Merchant     gmerchant@cooley.com

Peter William Baldwin     peter.baldwin@faegredrinker.com, usacac.criminal@usdoj.gov, peter.baldwin@usdoj.gov

Barrett J Anderson     banderson@cooley.com, mdejesus@cooley.com, efiling-notice@ecf.pacerpro.com

7

**DECLARATION OF JOHN ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*     30-2022-01250695-CU-AT-CXC

EX 1

**Fwd: Informational Notice Re Odyssey Portal Vulnerability**

| | |
|---|---|
| From: | ███████████████ |
| To: | lenalbert@interactivecounsel.com |
| Cc: | ███████████ |
| Date: | Monday, May 23, 2022, 03:42 PM PDT |

███

████████████████

███

Begin forwarded message:

**From:** CA State Bar <noreply@castatebarodysseynotice.com>
**Subject: Informational Notice Re Odyssey Portal Vulnerability**
**Date:** May 23, 2022 at 3:32:56 PM PDT
**To:** ███████████
**Reply-To:** noreply@castatebarodysseynotice.com

**INFORMATIONAL NOTICE RE ODYSSEY PORTAL VULNERABILI**

Dear ██████████████████████,

On February 24, 2022, the California State Bar became aware that judyrecords.com (judyrecords), a public website that aggregates nationwide court case record records came from the State Bar's Odyssey Portal, which was supposed to provide access to public case records only. The State Bar immediately asked the own launched an investigation with the assistance of a third-party IT forensics firm (Forensics Firm).

We are providing this notice to explain the steps we have taken to investigate and remediate the issue, and to inform you that **the State Bar has no evidence th**

**Immediate Steps Taken to Remove Nonpublic Records from Judyrecords**

The owner of judyrecords informed the State Bar that they had intended to index only publicly available State Bar case records, and they were unaware that reco technique called "scraping." Judyrecords fully cooperated with the State Bar's investigation and: (1) removed all confidential State Bar records from judyrecords b detailed explanation of the scraping method used, which revealed a previously unknown vulnerability in the Odyssey case management software provided by Tyle

The State Bar verified that this vulnerability allowed judyrecords to scrape both public and nonpublic State Bar attorney discipline case records from the Odyssey

The State Bar has no evidence that your nonpublic State Bar record(s) had page views on judyrecords.[1] To determine if a record may have been viewed, the Stat 2022, as well as website analytics logs for the period between October 15, 2021, and February 26, 2022, the full period when State Bar records were indexed on

**Data Fields Contained in Nonpublic Records**

The nonpublic State Bar records indexed on judyrecords contained basic case information:

- case number;
- file date;
- case type;
- case status;
- respondent name; and
- sometimes complaining witness or other witness names.

For some of these cases, the same information ultimately became public through the course of the State Bar's disciplinary process, including where discipline ulti

Full confidential case documents were not scraped by and were not indexed on judyrecords. That means no complaints, transcripts of hearings, mental health re; viewed by unauthorized individuals as a result of the Odyssey vulnerability.

**More Information About the State Bar Investigation and Remediation**

The State Bar confirmed that judyrecords has deleted all nonpublic records from the site.

Importantly, the Odyssey vulnerability was only triggered by web scraping; regular searches of the Odyssey Portal did not permit access to nonpublic records. Th judyrecords. The investigation revealed no evidence that scraped State Bar records were on internet archive sites. The State Bar took the Odyssey Portal offline

Access to the State Bar's Odyssey Portal was restored on March 15, 2022, after Tyler Technologies had remediated the vulnerability. Thereafter, both the State B

Our previous posts on this issue can be found here: https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates.

Sincerely,

The State Bar of California

---

[1] The State Bar sent separate notifications to persons whose nonpublic State Bar records had evidence of a page view.

AG483_v02

To unsubscribe from this list, please click on the following link: Unsubscribe