1  Lenore L. Albert, Esq. SBN 210876
2  LAW OFFICES OF LENORE ALBERT
3  1968 S. Coast Hwy #3960
   Laguna Beach, CA 92651
4  Telephone (424)365-0741
5  Email: lenalbert@InteractiveCounsel.com
   Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
6  Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of*
7   *themselves and all others similarly situated*

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JOHN ROE 1, an individual; JANE ROE 1, | CASE NO. 22-cv-00983-DFM
   | an individual; JANE ROE 2 an individual; |
12 | JANE ROE 3, an individual, JOHN ROE 2, | Assigned to Hon. Douglas F. McCormick
13 | *on behalf of themselves and all others* | Complaint filed: 03-18-2022
   | *similarly situated*, |
14
15 |                        Plaintiff, | **DECLARATION OF KEVAN**
   |                                   | **SCHWITZER FILED IN SUPPORT**
16 | vs. | **MOTION FOR PRELIMINARY**
   |     | **INJUNCTION**
17 | THE STATE BAR OF CALIFORNIA; |
18 | TYLER TECHNOLOGIES, INC.; KEVAN |
   | SCHWITZER; RICK RANKIN; and DOES | Hearing Date: September 15, 2022
19 | 4 through 10, inclusive, | Time: 2:00PM
20 |                        Defendants. | Crtm: 6B
21
22
23
24
25
26
27
28

**1**

**DECLARATION OF KEVAN SCHWITZER FILED IN SUPPORT MOTION
FOR PRELIMINARY INJUNCTION**

Affidavit Executed in *John Roe 1, et al v. The State Bar of California, et al*

## AFFIDAVIT OF KEVAN SCHWITZER

I, Kevan Schwitzer, state and affirm as follows:

1.      I am over eighteen (18) years of age and have personal knowledge of the facts and circumstances stated in this affidavit, and if called upon to testify as a witness, I would testify to these facts.

### Kevan Schwitzer Background Information

2.      I am a software engineer who resides in Irving, Texas.

3.      I studied finance for several years in college at the University of Iowa. Although I did not graduate, I also began learning computer programming while in college.

4.      I have been learning and working in the field of computer programming for over 10 years now and am currently employed as a software engineer at a company that provides software to the utility industry.

5.      I am the creator, owner, and operator of judyrecords.com ("judyrecords"). judyrecords is a completely free nationwide public records search engine with over 600 million United States court cases and other public records.

### judyrecords.com Background Information

6.      I first began collecting public records for judyrecords in 2014 and launched the site in August 2020. The search engine includes records pulled from hundreds of public records databases.

7.      I built the automated program that judyrecords uses to pull public records from publicly maintained records databases.

8.      judyrecords uses MySQL for the database, Elasticsearch for the search function, and the automated program mainly uses PHP code.

1

Affidavit Executed in *John Roe 1, et al v. The State Bar of California, et al*

9.      The public records systems that judyrecords pulls records from can largely be divided into two categories, which I call "Type I" and "Type II" Systems. The following information regarding these types of Systems and these definitions are based on my personal experiences downloading public records from many public record databases.

*Type I Systems*

10.      Type I Systems provide simple and straightforward access to the records maintained and hosted in the database.

11.      Type I Systems typically use straightforward URLs (uniform resource locators) that are tied to a standardized case identification number ("Case ID Numbers") and allow for a variety of search types, including for example, simply searching date filed to retrieve all the cases in a certain date range. These straightforward URLs and searches allow an automated program, like the one used by judyrecords, to collect records contained in the database by simple and straightforward means.

12.      Examples of Type I Systems are those used by the Oklahoma Statewide Courts, the United States Patent and Trademark Office, the United States Trademark Trial and Appeal Inquiry, and the Supreme Court of the United States.

*Type II Systems*

13.      Type II Systems make access to the records maintained and hosted in the database much more difficult.

14.      Type II Systems limit the ability to search for broad categories of records, use randomized URLs that are a string of letters and numbers that are not standardized, and use other methods such as CAPTCHA to slow down records collection. These types of systems make it

Affidavit Executed in *John Roe 1, et al v. The State Bar of California, et al*

much more difficult for an automated program to collect records maintained in the database by simple and straightforward means.

15.    Examples of Type II Systems are those used by the California State Bar, the Kansas Statewide Courts, the Kane County, IL Courts, and the Dekalb County, GA Courts.

16.    The aforementioned examples of Type II Systems were all designed and maintained by Tyler Technologies, Inc. ("Tyler Tech."). Tyler Tech. calls these public records portals "Odyssey."

17.    Despite the roadblocks that Odyssey systems can present for the collection of public records, these roadblocks can be dealt with.

18.    For example, although the Tyler Tech. Odyssey systems used randomized URL strings rather than more straightforward Case ID Numbers, the Tyler Tech. Odyssey systems used the exact same randomized URL strings for the same Case ID Numbers in each of the public records systems maintained by Tyler Tech.

19.    The Application Programming Interface ("API") data returned by each Tyler Tech. search result made it apparent (via publicly-returned API results) that Tyler Tech used the exact same randomized URL strings for the same Case ID Numbers in each Tyler Tech. Odyssey system.

20.    This pattern allowed the automated program used by judyrecords to directly access each individual case record in a Tyler Tech. Odyssey system without entering search terms into the portal for a public records database using the Odyssey system.

21.    This method is similar to accessing a sub-page of a website by entering the URL of the specific sub-page rather than first going to the homepage and then clicking the link to take you to the subpage.

Affidavit Executed in *John Roe 1, et al v. The State Bar of California, et al*

**judyrecords Collection of California Bar Attorney Discipline Records**

22.     On or about October 15, 2021, judyrecords began to collect records using the automated program, using the pattern in Tyler Tech. Odyssey systems mentioned above. Specifically, the automated program began to directly access California Bar disciplinary records ("California Bar Disciplinary Records") available on the Odyssey system designed and maintained by Tyler Tech.

23.     The California Bar Disciplinary Records that the automated program accessed were located at: https://discipline.calbar.ca.gov/Portal/Home. The access port for all requests was port 443, as this is the port for all traffic using a URL that beings with "https://". This port ensures that any traffic to access the website is secure at the message transport level. The URLs that the automated program directly accessed were an API that returned HTML pages.

24.     The automated program was designed to only access and pull publicly available information and records. The automated program does not have any method or ability to bypass access control checks. The automated program also does not have any capability to de-encrypt records that it retrieves.

25.     If a record intended to be non-public performs an access control check, judyrecords' automated program will not be able to collect the record and will move on to the next record.

26.     The California Bar Disciplinary Records Odyssey System, designed and maintained by Tyler Tech., did not perform access control checks when the automated program directly accessed the individual records.

27.     As the Odyssey system that Tyler Tech. designed and maintained did not perform access control checks upon these requests, the automated program was able to collect

Affidavit Executed in *John Roe 1, et al v. The State Bar of California, et al*

approximately 48,000 intended-to-be-public California Bar Disciplinary Records as well as approximately 322,000 intended-to-be-non-public California Bar Disciplinary Records.

28.     After the automated program finished its collection of the California Bar Disciplinary Records, I performed a brief quality control check of the records retrieved.

29.     I do not recall the number of records that I briefly reviewed, but if I followed my standard practices, I likely briefly viewed between twenty and thirty of the California Bar Disciplinary Records for the sole purpose of performing a quality control check to ensure that the automated program had properly collected the records and to see if there were any other issues.

30.     I do not recall the exact records I briefly reviewed for quality control, nor do I recall any specific information contained in those records. I did not take notes on or otherwise record any information from the records I briefly reviewed. After my quality control check and making the California Bar Disciplinary Records available on judyrecords, until the evening of February 26, 2022, I did not take any other action with respect to the records I briefly reviewed or information they contained.

31.     Of the California Bar Disciplinary Records I briefly reviewed, the records only contained docket information as displayed by the Odyssey system, I did not see any underlying documents, and I saw no indication that the records retrieved were anything other than records intended to be publicly available.

32.     As the quality control check did not reveal any issues or concerns with the public records the automated program had collected, the approximately 370,000 California Bar Disciplinary Records were added to the judyrecords website.

33.     Making direct case requests is the process I have followed for many other public records databases that constitute the hundreds of millions of public records available on

Affidavit Executed in *John Roe 1, et al v. The State Bar of California, et al*

judyrecords. To name a few, judyrecords makes available records from Oklahoma Statewide Courts, Wisconsin Statewide Courts, the District of Columbia Court of Appeals, Nevada Supreme & Appellate Courts, Clayton County GA Courts, Cobb County GA Courts, Shawnee County Kansas Courts, the Texas Department of Corrections, the Iowa Department of Corrections, the United States Trademark Trial and Appeal Inquiry and the United States Patent and Trademark Office. Despite using direct case requests for these public records databases, to this point issues of non-public records being available on judyrecords have not occurred.

34.    The information contained within the records that were published on judyrecords was the information that had been available on the Odyssey system case details page. This information included at least the case title and the parties involved, but the California Bar would know what information was available for specific records or types of records.

35.    Upon information and belief, based on information conveyed by the California Bar, the case details page for records intended to be public contained more information than records intended to be nonpublic.

**<u>Discovery of California Bar Disciplinary Records Intended to be Nonpublic on judyrecords</u>**

36.    The evening of February 26, 2022, I discovered allegations from online reports that judyrecords had "hacked" the California Bar Disciplinary Records database after googling judyrecords for recent mentions of the site on the Internet. I first discovered a news story[1] and also

---

[1]      *See* https://web.archive.org/web/20220227032659/https://www.pe.com/2022/02/26/260000-confidential-attorney-discipline-records-published-after-data-breach-state-bar-says/

Affidavit Executed in *John Roe 1, et al v. The State Bar of California, et al*

tweets[2] from the same journalist. After reading this news story, I also found the press release[3] the California State Bar had released.

37.     Immediately after reading the news article, tweets, and press release, I removed all the California Bar Disciplinary Records in the judyrecords search index and then contacted the California Bar to address the issue. In my initial contact I informed the California State Bar that all of the California Bar Disciplinary Records accessed and pulled by the automated program and subsequently published by judyrecords had been publicly available.

38.     The morning of February 28, 2022, as reflected in the emails and other documents accompanying this affidavit, I met with the California Bar to discuss the incident. The people at that meeting were Rick Rankin, the California Bar Chief Information Officer, Nick Albright, an IT security consultant from Emagined Security, and Steve Mazer, the California Bar's Chief Administrative Officer. At that meeting the California Bar stated that, based on their investigation, their current belief was that there had not been an unlawful or malicious hack, and they wanted to quickly understand more about how these records were available to judyrecords.

39.     Over the course of several subsequent communications, I shared the details of the direct access method and we concluded together that the California Bar Disciplinary Records Odyssey System, as designed and maintained by Tyler Tech., did not perform access control checks when the automated program, or anyone else, directly accessed California Bar Disciplinary Records with the direct URL.

---

[2]     *See* https://web.archive.org/web/20220423200147/https://twitter.com/TheChalkOutline/status/1497769824474128386 and at
https://web.archive.org/web/20220423200429/https://twitter.com/TheChalkOutline/status/1497791192049717248.
[3]     *See* https://web.archive.org/web/20220227005845/https://www.calbar.ca.gov/About-Us/News/News-Releases/state-bar-of-california-addresses-breach-of-confidential-data.

Affidavit Executed in *John Roe 1, et al v. The State Bar of California, et al*

40.     This lack of access control checks in Tyler Tech's Odyssey system meant that California Bar Disciplinary Records that were intended to be nonpublic were in fact publicly accessible by any individual or program that entered the direct URL.

41.     This ability to directly access intended-to-be-nonpublic California Bar Disciplinary Records via the direct URL combined with the lack of access control checks being performed by Tyler Tech.'s Odyssey system, meant that even though judyrecords' automated program was designed and intended to only access publicly available records that were intended to be public, these intended-to-be-non-public records were inadvertently publicly available via this method.

**Corrective Actions Taken with California Bar**

42.     After the initial call with the California Bar, I began to work with Rick Rankin and Nick Albright to determine which California Bar Disciplinary Records intended to be nonpublic were retrieved by judyrecords and had been viewed on judyrecords, to remove the California Bar Disciplinary Records intended to be nonpublic from judyrecords, and to help the California Bar understand why this happened and how to mitigate and prevent any further publication of records intended to be nonpublic.

43.     An examination of the records intended-to-be-nonpublic in the California Bar Disciplinary Odyssey System and records that had previously been available on judyrecords revealed that of the approximately 370,000 California Bar Disciplinary Records that the judyrecords' automated program had collected, roughly 322,000 were intended to be nonpublic and roughly 47,000 were intended to be public.

44.     Although all approximately 370,000 California Bar Disciplinary Records had been available on judyrecords, the California State Bar's internal team and IT security consultants

Affidavit Executed in *John Roe 1, et al v. The State Bar of California, et al*

determined, based on judyrecords Google analytics data and other page view data, that only approximately 1,034 of the records intended to be nonpublic showed evidence of a page view.

45.     As substantiated by the documents and communications that I have produced contemporaneously with this affidavit, I was in contact with Rick Rankin and Nick Albright as we worked to resolve the issues as described in paragraphs 39 – 44.

46.     I also communicated with Rick Rankin and Nick Albright through the encrypted messaging platform Signal. While I have produced some screenshots of these conversations, I may not have captured all of these communications through screenshots, and some may now have been deleted automatically by Signal.

47.     Through our cooperation, testing, and collaboration, Rick Rankin, Nick Albright, and myself were able to further confirm that it was the lack of access control checks in Tyler Tech's Odyssey system that had allowed the judyrecords automated program to collect records that the California Bar had intended-to-be-non-public and did not intend to allow to be publicly accessible. This cooperation, testing, and collaboration is substantiated by the documents and communications that I have produced concurrent with this affidavit.

**Corrective Actions Taken with Tyler Technologies**

48.      In addition to collaborating with the California State Bar and Emagined Security, I have also worked with Tyler Tech. to help them understand how the judyrecords automated program functioned and how records intended to be nonpublic were publicly available by their software through a lack of access control checks.

49.     The primary individual at Tyler Tech. that I worked with was Jeremy Ward, a Senior Director of Systems Engineering for Tyler Tech.

Affidavit Executed in *John Roe 1, et al v. The State Bar of California, et al*

50.     As with the California Bar, I have collaborated with Tyler Tech. and offered to remove records of Tyler Tech. client jurisdictions that were intended to be nonpublic but were publicly available due to the lack of access control in the Tyler Tech. Odyssey system.

51.     Judyrecords continues to collaborate with Tyler Tech. to mitigate further inadvertent exposure or publication of records that were intended-to-be-non-public.

52.     My communications with Tyler Tech. were through the Kiteworks encrypted email platform. I have produced all of the records that I have access to, but it is possible that some communications and documents exchanged between Tyler Tech. and myself were no longer accessible from my end at the time I collected and preserved my documents and communications. It is possible Tyler Tech. may have additional responsive communications and documents that include myself.

53.     In addition to communications through the Kiteworks encrypted email platform, I also initially communicated with Jeremy Ward on Reddit, and have provided screenshots of those communications.

**<u>Miscellaneous</u>**

54.     I have provided the public my thoughts, opinions, and information regarding my involvement in this matter on judyrecords, pdfs of which are produced concurrent with this affidavit. The representations I have made on these pages are consistent with the information contained within this affidavit, the documents and communications that I have produced, and are incorporated within this affidavit by reference through the date of the affidavit.

55.     Although I have provided information and data related to this matter from judyrecords to the California Bar and Tyler Tech., at no time have I been involved in or have knowledge of any internal discussions, decisions, or actions taken regarding these California Bar

Disciplinary Records prior to February 26, 2022 and the only information related to this matter that I am in possession of is reflected in this affidavit or the documents and communications I have produced.

56.    I have informed all parties to this lawsuit, as of the date of this affidavit, that I have maintained an archived copy of the intended-to-be-non-public California Bar Disciplinary Records (the "Archived copy") that were available on judyrecords until I purged them from the website in March 2022. The Archived Copy is hosted on the dedicated server for judyrecords in Canada. I have access to, and would be able to provide access to a third-party, these records if there is a dispute regarding which records were or were not available on judyrecords.

57.    The documents and communications I have produced concurrent with this affidavit are the only documents and communications I possess that are relevant to this lawsuit.

58.    I provide this affidavit as a fact witness and should not be considered an expert witness for any of the matters or issues related to this dispute.

I affirm, under the penalties for perjury, pursuant to the laws of the State of California and federal law that the foregoing representations are true.

Date: May 3, 2022

Kevan Schwitzer, Creator and Operator of judyrecords.com

# judyrecords
# (//www.judyrecords.

| search anything | Search |
|---|---|

search tips (/info#searchTipsHeader)

## 630 million+

### United States Court Cases

home (/)    terms (/terms)    info (/info)

## What Happened With Tyler Technologies

First off, thanks for taking the time to read this. If you're here, you're probably already familiar with what's happened. If not, check out here (/info).

If you're already familiar with all that or aren't interested in reading through it, here's the setup:

  — Sat, Feb 26th around 7pm, California State Bar puts out the press release here (https://www.calbar.ca.gov/About-Us/News/News-Releases/state-bar-of-california-addresses-breach-of-confidential-data) (updates here (https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates)), announcing that it is taking urgent action against a breach and unlawful display of 260,000 nonpublic State Bar attorney discipline records. Forensics experts have been retained, law enforcement has been contacted, the software vendor has been contacted, my domain registrar and web host have been notified.

  — Sat, Feb 26th around 7:30pm, news websites begin picking up the story, the first of which I saw here (https://www.pe.com/2022/02/26/260000-confidential-attorney-discipline-records-published-after-data-breach-state-bar-says/), and the corresponding tweets here (https://twitter.com/TheChalkOutline/status/1497769824474128386) and here (https://twitter.com/TheChalkOutline/status/1497791192049717248), hashtag #hackers on each.

And I run judyrecords.

Holy. Shit.

I see these around 11pm, along with several other news websites already picking up the story, immediately stop browsing reddit, and start rifling through a temp file for the closest thing that could delete the CA State Bar cases off the index.

**Meeting With California State Bar. Monday Morning.**

Schwitzer000000907

The night I learned of the issue, I'd immediately called out the CA State Bar saying that all the records accessed were publicly available (confidential & non-confidential).

By Monday morning, however, the story had already hit local and national media.

And (https://www.latimes.com/california/story/2022-02-27/california-bar-investigates-possible-data-breach-after-discipline-records-published-online) I (https://www.reuters.com/legal/legalindustry/california-bar-says-hack-exposed-1000s-attorney-discipline-cases-2022-02-28/) was (https://news.bloomberglaw.com/us-law-week/california-bar-disciplinary-lawyer-data-hack-under-investigation) a (https://finance.yahoo.com/news/california-bar-investigates-confidential-discipline-220622886.html) hacker (https://today.westlaw.com/Document/I73bd192098c311ec89d6c95015d2aa50/View/FullText.html?transitionType=CategoryPageItem&contextData=(sc.Default)).

In what can only be described as simultaneously the most bizarre *and* unbizzare meeting I have ever had, by the time the Monday morning meeting arrived, everyone already knew what the problem was. Direct case access did not perform any access control check before returning case data.

Holy. Fucking. Shit.

It's one of those things that almost doesn't compute, honestly. A security measure so fundamental, and without which the system can't even be called secure. There's no buildup or grand reveal on the technical side of things, if you were hoping for one.

You might be wondering then, what's the most reliable way to size this up? What information available would have the highest liklihood of accurately reflecting what is actually true?

And I would simply suggest looking at what happened in the following days.

Tyler starts taking their portals offline across the county. I disable the search on judyrecords, and disable all Tyler Technologies cases from direct access.

Silence.

**The Great Retraction**

Given the severity of the software defect, I'd like to think it was an entirely foregone conclusion about what the Bar's response would be after the initial meeting.

The California State Bar released the following statement that same day:

> *The State Bar has continued its investigation with the help of an IT security firm, and has also been in contact with the owner of the judyrecords site, who has been very responsive and collaborative. It is now the State Bar's belief that there was no malicious "hack" of its system. Instead, it appears that a previously unknown security vulnerability in the Tyler Technologies Odyssey case management portal allowed the nonpublic records to be unintentionally swept up by judyrecords when they attempted to access the public records, using a unique access method. The State Bar is working with Tyler Technologies, the maker of the Odyssey system, to remediate the security vulnerability, which we believe may not be unique to the State Bar's implementation and could impact other users of Odyssey systems.*

Schwitzer000000908

Within the span of 48 hours, I had metamorphisized from an ordinary citizen to a hacker. And to an ordinary citizen, once more.

The least biased reporting I've found up to this point here (https://followourcourts.com/2022/02/state-bar-case-website-exchange-allegations-over-data-illegally-made-public/).

## Requests, Requests, Requests

At this point, you're undoubtedly wondering about this "unique access method" described above. Any funny business going on there?

The short answer, is yes.

But only from the court systems themselves, actually, not from me.

Broadly speaking, there are 2 kinds of public data systems:

  (1) Public data systems that make their public data available and accessible.

  (2) Public data systems that make their public data available and accessible, while simultaneously and intentionally errecting barriers that make simple and straightforward access difficult. Two-faced (https://www.vocabulary.com/dictionary/two-faced) systems, if you will.

> *adjective: marked by deliberate deceptiveness especially by pretending one*
> *set of feelings and acting under the influence of another*
> *synonyms: Janus-faced, ambidextrous, deceitful, double-dealing, double-*
> *faced, double-tongued, duplicitous, dishonest, dishonorable*

**Type 1 systems**

  — Oklahoma Statewide Court System System
  — United States Patent and Trademark Office System
  — United States Trademark Trial and Appeal Inquiry System
  — Clayton County, Georgia Court Records Inquiry
  — Arkansas Statewide Courts System
  — The Supreme Court of the United States

What makes these and others Type 1 systems?

Look at the URLs here (https://www.oscn.net/dockets/GetCaseInformation.aspx?db=adair&number=SC-2021-199), here (https://www.courts.mo.gov/casenet/cases/parties.do?inputVO.caseNumber=03CV215589&inputVO.courtId=CT16), here (https://ttabvue.uspto.gov/ttabvue/v?pno=91274902), here (https://caseinfo.arcourts.gov/cconnect/PROD/public/ck_public_qry_doct.cp_dktrpt_docket_report?case_id=CR-10-707), here (https://weba_co_clayton_ga_us/casingcgi-bin/wci205r_pgm?ctt=L&dvt=V&cyr=2013&ctp=CV&csg=01913&jdg=C), here (https://www.supremecourt.gov/opinions/slipopinion/21), here (https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/21-6826.html), here (https://apps.calbar.ca.gov/attorney/Licensee/Detail/206929), here (https://search.txcourts.gov/Case.aspx?cn=WR-93,354-04&coa=coscca), here (https://courtconnect.delaware.gov/cc/cconnect/ck_public_qry_doct.cp_dktrpt_docket_report?backto=P&case_id=JP16-09-000472), here

Schwitzer000000909

(https://gscivildata.shelbycountytn.gov/pls/gnweb/ck_public_qry_doct.cp_dktrpt_docket_report?
backto=P&case_id=1716876&begin_date=&end_date=), here
(https://casesearch.courts.state.md.us/casesearch/inquiryDetail_jis?
caseId=24D82035328&loc=69&detailLoc=CC), and here (https://patft.uspto.gov/netacgi/nph-
Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-
bool.html&r=1&f=G&l=50&co1=AND&d=PTXT&s1=PP11,170.PN.&OS=PN/PP11,170&RS=PN/PP11,170).

Seriously, take a look at these URLs.

Go ahead, open some new tabs, and check them out. By the way, I mean the URLs themselves,
not the pages.

And what do they all have in common?

They all present simple and straightforward mechanisms to access data.

Public records portals allowing simple and straigtforward access to public records. Great!

**And Type 2 systems?**

Well, in Type 2 systems you have garbage like this:

  – /CV_CaseInformation_Summary.aspx?q=H7N1DikRRhKJF5LgUOpm6Q2

  – /Case/CaseDetail?eid=cntgXDLsxsfSNXmdnHGDvA2

  – /webcivil/FCASCaseInfo?
index=m9hvMsrh7eR0g7Hq0FHhMA%3D%3D&county=EI3JYjjXFaKuMnnvdD2LYA%3D%3D&civilCaseId=yRBmzd3Mtkany1QS4lgsg%3D%3D

What. The. Fuck.

This is from organizations that are in *the same class of entity* as the Type 1 systems and
URLs given above. Each of the URLs directly above, with *less* effort, could have been:

  – /CV_CaseInformation_Summary.aspx?CaseId=500

  – /Case/CaseDetail?CaseId=500

  – /webcivil/FCASCaseInfo?index=5&county=2&civilCaseId=500

But the programmers of these systems went out of their way to intentionally create barriers
that make simple and straightforward access to public records difficult.

In each of the cases above, a level of indirection was added to make the collection of
public records as difficult as possible.

This is a common anti-scraping technique, which is justifiable for those with proprietary
data that aren't funded by taxpayer dollars, but has no place among publicly-funded public
records systems.

  *judyrecords, YouTube, and others use this same technique, in fact. See* here
  *(https://judyrecords.com/record/vz3gd3xnv6ba2) and* here
  *(https://www.youtube.com/watch?v=dQw4w9WgXcQ).*

**But wait, more Type 2 public records systems glory!**

In addition to the above scheme, you also see garbage like this:

  (1) Date filed searches are arbitrarily restricted, preventing the ability to simply
  query all cases filed within (even a small) date range and get all the cases.

**Schwitzer000000910**

   (2) Want to get an update to a case or download a public case document? Fill out a captcha first to request the case URL.

   (3) Want to get all the cases of a type, filed within a certain date range? First specify at least 2 characters of the last name, and one first name character.

I've just checked 10 random Odyssey Portals and not a single one allows doing a simple date filed search. Each one requires that additional information be supplied.

Are you seeing a pattern here?

In terms of public records access, this is intentionally antagonistic.

## Records Wide Open

Tyler, as it happens, sells Type 2 public records systems. They've implemented every single tactic mentioned above to varying degrees across their portals.

Honestly, you just deal with it.

These systems and the people who sign off on them certainly have a special place in public records hell, but you take what you can get, and move on.

I'd pulled data from about 20 of Tyler's Odyssey Portals from jurisdictions around the country. California, Georgia, Texas, and so on, marshalling through searches, farming out the captcha solving to a third-party service when needed.

Another day in public records aggregation paradise.

In Tyler's Odyssey Portal, cases could be requested directly, no need to jump through hoops for that part. More often than not, cases can be requested directly, but sometimes you have to do a search first, sometimes you need to fill out a captcha, etc. It depends on how far Type 2 they've made the system, but in this case, direct requests were available.

So, remember that first set of garbage URLs from Type 2 systems above?

The second one was actually one of Tyler's, corresponding to whatever case ID.

I remember looking at the table (/public-uploads/tyler-urls-1.png) of a portal I'd already pulled from, and thinking:

> *Huh, maybe they're using the same URLs for the same case IDs?*

And it turns out, they were (/public-uploads/tyler-urls-2.png).

At this point, it's just a matter of marching through case IDs, as usual.

If you've followed all the way through to this point, you might've figured out what went wrong.

Tyler went out of their way to implement Type 2 measures, intentionally requiring convoluted access approaches by their own design, but didn't bother with basic security.

Did I ever think a direct case request could lead to private records?

Not in a million years.

Because that would mean the software had a defect so severe that any and all systems running that software would need to be taken offline immediately, due to its inability to perform arguably its most critical function.

**Schwitzer000000911**

Well, that happened (https://www.law360.com/articles/1470532/court-files-offline-in-several-states-after-security-flaw-found).

And I downloaded from about 30 different Tyler Odyssey portals this way.

The California State Bar times 30 — potentially.


**It Gets Worse**

There's an old Internet adage:

> *On the Internet, nobody knows you're a dog.*

Tyler's software didn't know either.

If you had a link, you were a fully authorized user — tail or otherwise.

I pointed out early on that this isn't just a judyrecords problem.

If these links are not performing access control checks, if a case is found by a docket aggregator, and then goes private and has updates, those updates that happened after the case became private are still public and subject to be downloaded.

That would seem to be a large and widespread problem, but simply hasn't been noticed yet.

Docket aggregators have millions of cases from this software system. Probably no less than 10 million on average.

According to Tyler's own spec sheet (https://web.archive.org/web/20220318140229/https://www.tylertech.com/Portals/0/OpenContent/Files/3651/C Portal-Product-Sheet.pdf), this software system serves more than 600 counties across 22 states — although I believe this counts their legacy Odyssey system as well, which doesn't have the same issue.

Two days in, I had two asks for Tyler.

My exact message:

> *(#1 by Thursday)*
>
> *#1. Publicly clarify: Based on Tyler's understanding of the situation, what is Tyler's public position regarding whether it views the incident the same way as the CA Bar or not.*
>
> *#2. Willing to budget dedicated internal staff/resources toward helping individual portals get their data up to date on judyrecords *and* other docket aggregators.*
>
> *Solely from docket aggregators using URLs that, when those URLs become confidential, those URLs are still public to have data updated from (and those URLs having been this way for probably the entirety of the Odyssey case management system's lifetime), that is more than enough for Tyler to reach the same conclusion and start shepherding a unified data fix solution that can be checked and updated by other docket aggregators.*
>
> *(other known docket aggregators: DocketAlarm, LexisNexis CourtLink, West's docket product, Bloomberg, UniCourt)*


**Type 2 Collaboration And Disbelief**

**Schwitzer000000912**

By Thursday of the same week I had initially met with the California State Bar, I had already shared exactly how I downloaded cases from their portals.

Some by search first, then direct access. The others just by direct access.

By Friday, it was great to clear the air. We discussed leveraging the same ability to identify which cases were actually viewed that the CA State Bar used. That there are far fewer cases intended to be private that have been viewed vs. the number that have been downloaded is an incredibly tempering circumstance.

judyrecords had also saved all case identifiers for every case downloaded, which would allow accurate cross-referencing between systems. I've done this for every system where possible, not just Odyssey.

A strong point of contention was exactly how data would flow. I wanted data to flow from Tyler to me first, and Tyler wanted the opposite.

When data flows from my end first, I have no ability to know what's what, Tyler can say whatever it wants about the data, and I don't have any basis to know, evaluate, or say anything. They control the information entirely. My main concern however, was that data flowing from me first would kill their incentive to collaborate back in kind.

But by the end of Friday, still in the very first week of it all, I was already sending them data up front.

I did manage to require that I wouldn't be sending more than 5 sources before they had to send data back before getting more. But I gave in to the next special request, and the next, and the next. By the middle of the next week, I had provided 15 data sources up front.

Then, I went out of my way to create truncated files with actual data for every direct access portal. 10k-record files that could be used for testing, and for any data source for which I haven't given them a full file for yet.

But two weeks later, after significant back and forth, and despite the nature of the software defect, they are unwilling to even say they believe the access to records meant to be nonpublic was inadvertent.

And I've only received one data file back of nonpublic case IDs to remove.

**Where Do We Go From Here?**

As far as removing cases on judyrecords retrieved from Odyssey (non-legacy) portals that were meant to be nonpublic, I only need a list of case IDs. After that, a confirmation check on a sample of the cases provided, and confirmation of the records removed.

As for general cleanup, the only viable solution I see is for Tyler to establish an API on their public records portals so that docket aggregators can voluntarily synchronize their datasets to remove currently nonpublic cases. This will have the effect of handling cases that became private, but updates were received after that.

After that, I seriously hope they'll consider getting rid of Type 2 designs that intentionally errect barriers that make simple and straightforward access to public records difficult.

Schwitzer000000913

**Supplemental Q&A** (last updated 4/29)

**Which versions of Odyssey Portal were affected by the direct access issue?**

Tyler has 2 major Odyssey products that I know of. Odyssey "New" (referred to as just Odyssey Portal now) and Odyssey "Old", their legacy Odyssey system.

First one looks like this (https://discipline.calbar.ca.gov/portal/), second like this (http://ac5.co.anderson.tx.us/PublicAccess/default.aspx).

I've asked Tyler multiple times.

I finally caved.

And just asked: What's the complicated part?

My exact words:

> *...confirming whether any portal has a direct access issue should be a straightforward check that could be done by level 1 or level 2 support for any of the portals.*
>
> *If you don't mind me asking, what is the complicated part about verifying the authorization issue?*
>
> *1) Go to a case in a portal that is supposed to be non-public*
>
> *2) Open the web tools network tab and copy the URL for the case*
>
> *3) Open another browser and go to the URL. If the URL displays the case, there was no authorization check.*
>
> *So right now, my understanding is that any non classic Odyssey Portal had the issue of no authorization check for direct access.*

It's like talking to a brick wall.


**Is sharing the access method or case IDs security sensitive?**

> *Tyler sent this (/public-uploads/what-happened-with-tyler-technologies-response-2022-03-20.png) 3/19. Response to #1.*

No, absolutely not.

First, access method.

Tyler has already taken their public portals offline across the country.

If there are any portals that have either (1) been taken offline then brought back online without fixing the issue or (2) have the issue but have not been taken offline, that would be extrordinarily incompetent.

If this is the case, there are even bigger problems with Tyler.

Second, case IDs or URLs aren't sensitive information in any practical sense. Only the lack of access control upon those, is what can make them insecure.

I just checked Washington's Odyssey system, just for the heck of it. Both identifiers exist in the case right now. See here (/public-uploads/tyler-washington-case-number-and-url-2022-03-20.png).

Does that mean the system is insecure? No! It's entirely irrelevant.

Schwitzer000000914

As mentioned previously, judyrecords, YouTube, and others use the *same* type of URLs as Tyler's Odyssey system. In fact, here's an export of internal case ID mapping to URLs for judyrecords for a currently restricted datasource — 569k cases total!

CaseIdPlusUrlMapping-AccessControlDemo.zip (/public-uploads/CaseIdPlusUrlMapping-AccessControlDemo.zip)

Here's the format:

```
{"caseId":"1","url":"\/record\/jkh17e7c"}
{"caseId":"2","url":"\/record\/v2bgn9bd1"}
{"caseId":"3","url":"\/record\/v6lcb2de6"}
{"caseId":"4","url":"\/record\/dh52mb1a9"}
{"caseId":"5","url":"\/record\/dg26f343d"}
...
```

These cases were blocked at the beginning of the month. (March)

Am I any less secure now?

No.

I've implemented access control.

Those cases are for my eyes only.

It does not matter whether you have the case IDs or URLs.

Does not fucking matter.

Tyler not doing this is the exact cause of the current situation.

Exact fucking cause.

That Tyler thinks these IDs are security sensitive shows an unbelievable lack of understanding of security, and of access control specifically.

**Is Tyler Technologies a Type 2 collaborator?**

> Tyler sent *this (/public-uploads/what-happened-with-tyler-technologies-response-2022-03-20.png)* 3/19. Response to #2.

From Tyler:

> "expect to get you some additional files back within the next couple of days" — 3/9
>
> "we should be able to turn that around in relatively short order" — 3/9
>
> "for clarity's sake, we're ready to pull the trigger" — 3/9
>
> "6 clients that we are actively testing with" — 3/6

Those are the only timetables I've known about.

Kinda makes you feel like you're being hung out to dry.

And a company has a defect in their software so bad, that by the admission of their own actions (https://www.law360.com/articles/1470532/court-files-offline-in-several-states-after-security-flaw-found) is enough to warrant immediately taking everything offline, but you can't be given the benefit of the doubt of relying on that circumstance not being true? And if it weren't true, the code would have retrieved exactly the information intended?

Schwitzer000000915

```
I don't know how you can use the word responsible, not owning up to the issue, then leaving
doubt to be cast on me for this entire clusterfuck.
```

**Tyler has said that judyrecords needs to provide full data about cases up front, and that this is necessary. Is that true?**

> *Tyler sent this (/public-uploads/what-happened-with-tyler-technologies-response-*
> *2022-03-20.png) 3/19. Response to #3.*

```
That's an absolute lie.

Data in this situation can flow 2 ways and achieve the exact same end result:
```

- judyrecords to Tyler
- Tyler to judyrecords

```
There is absolutely nothing in the way of achieving the exact same result when Tyler sends
data to judyrecords first.

How does it look like when data comes from judyrecords first?
```

1) judyrecords provides all case IDs to Tyler for a datasource, with supplemental view data
2) Tyler returns back intersection of case IDs of cases to remove
3) Done

```
How does it look like when data comes from Tyler first?
```

1) Tyler provides case IDs to remove
2) judyrecords returns back intersection case IDs to Tyler, with supplemental view data
3) Done

```
As of 3/26, I've told Tyler I will no longer be providing any data sources upfront, due to
their extrordinary dishonesty and incompetence in the whole situation. Only in return.

Also see the questions:
- Is sharing the access method or case IDs security sensitive?
- Which data sources were provided to Tyler upfront?
```

**How bad was the defect, 1 to 10?**

```
Case access is the most critical point to ensure access control. Everything else is a
distant second. Security would easily be the most important non-functional
(https://en.wikipedia.org/wiki/Non-functional_requirement) requirement of software handling
sensitive information. Easily 10.
```

**Does Tyler Technologies have a page for this issue?**

```
Yes, this page (https://www.tylertech.com/dataharvest) whispered its way onto the Internet
about 2 weeks ago.

Interestingly, it was just updated today. (3/21)

Earlier version here
(https://web.archive.org/web/20220319203703/https://www.tylertech.com/dataharvest).
```

**How many Odyssey Portal cases meant to be private does judyrecords have?**

```
At this point, I believe this number is well into the millions.
```

**Schwitzer000000916**

These cases have been accessible over roughly the past year.

Also, this is not considering the "any dog with a link" update issue described in the section "It Gets Worse".

**Where do things stand with the California State Bar?**

While the investigation is considered ongoing, the California State Bar has stated:

> *The State Bar plans to notify complainants, witnesses, and respondents whose names appeared in the approximately 322,525 confidential records that were available on judyrecords during the period in question, though the current evidence suggests that only 1,034 of those were actually viewed. We continue to investigate this incident and will provide additional details about the notification plan and timeline as soon as possible.*

and

> *The majority of Cooley's rates and costs will be covered by the State Bar's insurance. The State Bar and its carrier intend to pursue reimbursement from Tyler Technologies.*

Updates here (https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates).

**I'm a CIO of a potentially affected jurisdiction. How can I contact judyrecords?**

You can email me at judyrecordssite@gmail.com.

I've provided information for numerous portal sites to Tyler upfront. I'm sure you couldn't care less about that, and I wouldn't either, honestly.

That said, I have never had any reservations about providing data, except that it will disincentivize returning data in kind.

Toward that end, the best way to move forward is just to provide a list of case IDs of non-public cases that can be checked against. After that, I'd be happy to provide all relevant data back about those cases, and remove them.

Tyler has taken the position that judyrecords not providing data first has held things up somehow. I cannot tell you how incredibly frustrating and outright dishonest that is.

I'd be happy to help in this situation. Basically, you need to write a query that will return all non-public cases. Writing this query may not be just a plain query with a single filter, so it may be necessary to reach out to Tyler technical support to those who have worked on similar queries already. Obviously, you don't need judyrecords data to make this happen and move things forward. ~~Two Four Five~~ Six jurisdictions have done so already.

**Which Tyler Technologies Odyssey Portals were accessed by search, then direct case requests?**

— Alameda County, California - Court Records

— Brazos County, Texas - Court Records

— Chambers County, Texas - Court Records

— DeKalb County, Georgia - Court Records

— Fresno County, California - Court Records

— Glenn County, California - Court Records

Schwitzer000000917

- Glynn County, Georgia - Court Records

- Gwinnett County, Georgia - Court Records

- Harris County, Texas - Court Records

- Houston County, Georgia - Court Records

- Hunt County, Texas - Court Records

- Kansas - Statewide Court Records

- Kern County, California - Court Records

- Napa County, California - Court Records

- Ohio - Court Records

- Rockwall County, Texas - Court Records

- San Bernardino County, California - Court Records

- Santa Barbara County, California - Court Records

- Santa Clara County, California - Court Records

- Wichita County, Texas - Court Records

- Yolo County, California - Court Records

**Which Tyler Technologies Odyssey Portals were accessed by direct case requests?**

\* Case IDs of cases meant to be nonpublic have been provided

\* Case IDs of cases meant to be nonpublic have not been provided

Current progress as of 5/3:

Odyssey Portal cases removed:

1,384,523

- \* California State Bar - Court Records

    - 322,525 cases removed (Mar 2nd)

- \* Forsyth County, Georgia - Superior & State Court Records

    - 259,473 cases removed (Mar 9th)

- \* Bell County, Texas - Court Records

    - 286,200 cases removed (Mar 30th)

- \* San Mateo County, California - Court Records

    - 18,691 cases removed (Apr 5th)

- \* San Diego County, California - Court Records

    - 124,943 cases removed (Apr 13th)

- \* Santa Cruz County, California - Court Records

    - 30,381 cases removed (Apr 13th)

- \* Tehama County, California - Court Records

    - 27,526 cases removed (Apr 13th)

- \* Bexar County, Texas - Court Records

    - 105,136 cases removed (Apr 13th)

- \* Sutter County, California - Court Records

    - 946 cases removed (Apr 17th)

- \* Yuba County, California - Court Records

    - 1,136 cases removed (Apr 17th)

Schwitzer000000918

— * Mendocino County, California - Court Records

   — 20,859 cases removed (Apr 17th)

— * Butte County, California - Court Records

   — 1,193 cases removed (Apr 21st)

— * Stanislaus County, California - Court Records

   — 6,505 cases removed (Apr 21st)

— * Kings County, California - Court Records

   — 9,146 cases removed (Apr 21st)

— * Calaveras County, California - Court Records

   — 5,513 cases removed (Apr 27th)

— * Washington - Statewide Court Records

   — 12,151 cases removed (Apr 27th)

— * Sonoma County, California - Court Records

   — 409 cases removed (Apr 29th)

— * Merced County, California - Court Records

   — 151,790 cases removed (Apr 29th)


— * Chatham County, Georgia - Court Records

— * Dallas County, Texas - Court Records

— * Ector County, Texas - Court Records

— * Kane County, Illinois - Court Records

— * Lowndes County, Georgia - Court Records

— * Lubbock County, Texas - Court Records

— * Maine - Statewide Court Records

— * Muscogee County, Georgia - Court Records

— * New Hampshire - Statewide Court Records

— * Potter County, Texas - Court Records

— * Rhode Island - Statewide Court Records

— * Shelby County, Tennessee - Criminal Court Records

— * Spalding County, Georgia - Court Records

— * St Tammany, Louisiana - Court Records

— * Tazewell County, Illinois - Court Records

— * Vermont - Statewide Court Records


**Which data sources were provided to Tyler upfront?**

Complete record listings were provided to Tyler upfront for the following data sources on
the dates noted:

— Butte County, California - Court Records (provided Mar 4th)

— Calaveras County, California - Court Records (provided Mar 4th)

— Kings County, California - Court Records (provided Mar 4th)

— Mendocino County, California - Court Records (provided Mar 4th)

— Merced County, California - Court Records (provided Mar 4th)

— Muscogee County, California - Court Records (provided Mar 4th)

Schwitzer000000919

— San Diego County, California - Court Records (provided Mar 4th)

— San Mateo County, California - Court Records (provided Mar 4th)

— Santa Cruz County, California - Court Records (provided Mar 4th)

— Sonoma County, California - Court Records (provided Mar 4th)

— Stanislaus County, California - Court Records (provided Mar 4th)

— Sutter County, California - Court Records (provided Mar 4th)

— Tehama County, California - Court Records (provided Mar 4th)

— Bexar County, Texas - Court Records (provided Mar 4th)

— Forsyth County, Georgia - Superior & State Court Records (provided Mar 5th)

— Dallas County, Texas - Court Records (provided Mar 9th)

Data sources returned by Tyler as of Apr 1st:

— Forsyth County, Georgia - Superior & State Court Records (returned Mar 9th)

According to Tyler's 4/1 update here (https://www.tylertech.com/dataharvest):

> We continue to work on securing cooperation from judyrecords.com

Considering I sent Tyler 16 data sources upfront nearly a month ago, while they've returned only 1, the above statement is extraordinarily dishonest.

And previous updates:

> judyrecords.com's continued cooperation is extremely important

> The operator of judyrecords.com has indicated a willingness to share detailed information that will assist Tyler

Additionally, my understanding now is that Tyler likely represented to California courts that I had provided data for only 3 California courts, when in fact I had actually provided all 13 California direct access data sources on March 4th.

**My jurisdiction was not in the first list. Does that mean nonpublic cases weren't exposed?**

In general, no.

However, these are low risk at least as far as judyrecords is concerned.

If judyrecords has any issues with these data sources, then Tyler's entire product was access control defective, not just the most important part (i.e., case access).

As mentioned in the first question, it is my current understanding/assumption that any non classic Odyssey Portal had the issue of no authorization check for direct access.

Depending on what the counts look like when data is provided, whether or the extent to which this is the case will become more apparent.

Additionally, this is not considering the "any dog with a link" update issue described in the section "It Gets Worse".

**How long has Tyler known about which jurisdictions were accessed which way by judyrecords?**

I provided Tyler this information on March 4th, before the end of the first discussion I had with them.

Schwitzer000000920

**How long has Tyler known about the "any dog with a link" problem?**

See the section "It Gets Worse" for details.

I sent that message to the CA State Bar to forward to Tyler on March 2nd, who had been in communication with Tyler up to that point, whereas I had not.

**Will judyrecords be providing any more data upfront?**

> *Tyler sent this (/public-uploads/tyler-technologies-3-26.png) 3/26.*

No.

Only in return at this point.

Any other form of collaboration is unacceptable.

Tyler's software had an extrordinaliy (https://www.law360.com/articles/1470532/court-files-offline-in-several-states-after-security-flaw-found) bad (https://www.law360.com/articles/1473116/odyssey-portal-security-gap-verified-as-developer-tackles-fix) defect, we've got a huge fucking mess, and I've gone far beyond what was agreed. 3x more to be exact. See "Type 2 Collaboration And Disbelief" for details.

Yet Tyler's position has been to continue to demand more without returning data in kind.

At some point, you have to put on the brakes (/public-uploads/tyler-technologies-3-26-2.png).

Tyler:

You fucked up not implementing basic security, and you need to own it.

I'm not going to do anything that will hamper your incentive to collaborate back at this point, and that means not providing data upfront, any longer. Only in return.

Why?

I have to do this because that's the only way I have a fighting chance of keeping you accountable and maximally ensuring I can get the data right on my side.

Regarding #2, Odyssey Portals (non classic) that were accessed by direct case requests only would be the scope of cases at issue as far as judyrecords is concerned.

Also see "Tyler has said that judyrecords needs to provide full data about cases up front, and that this is necessary. Is that true?".

**Were any of the unprotected case links indexed by Google from Odyssey Portals?**

Yes.

The number still indexed by Google as of 4/4 in fact is around a quarter million — even after Tyler changed the case URLs for all their sites. See here (https://www.google.com/search?q=inurl:%22CaseDetail?eid%22&filter=0).

The number for Idaho alone is sitting around 100k right now. See here (https://www.google.com/search?q=inurl:%22CaseDetail?eid%22%20site:https://mycourts.idaho.gov&filter=0).

Schwitzer000000921

Even sealed (https://www.google.com/search?q=inurl:%22CaseDetail?
eid%22&site:https://mycourts.idaho.gov%20%22case%20sealed%22%20-%22un-sealed%22%20-
%22unsealed%22&filter=0) cases (https://www.google.com/search?q=inurl:%22CaseDetail?
eid%22&site:https://mycourts.idaho.gov%20%22order%20expunging%20juvenile%22%20-
%22denied%22&filter=0) — unprotected and publicly available in Google's index from Idaho's
own Tyler portal. Google suggests the phrase "felony expungement (/public-
uploads/screencapture-google-search-2022-04-11_45_40.png)", seemingly related to the
contents of the search.

According to Google (/public-uploads/2022-04-04 12-23-06.png), cases from Idaho's portal
have been indexed as far back as 2015. This is consistent with the Internet Archive's
capture of the Odyssey Portal at that link here
(https://web.archive.org/web/20161124004111/https://mycourts.idaho.gov/).

Has Google been keeping up to date on the sealed cases of Odyssey Portal clients?

Well, yes. From Google's cache here (/public-uploads/2022-04-04 12-11-09.png). Sealed cases
receiving updates on Google months, even years, after the fact.

Does that mean sealed cases have been publicly available from other jurisdictions on
Google, like Idaho?

Also yes.

The number of these unprotected case links still lingering in Google's index as of today,
even though it's still almost a quarter million, is likely to be a small subset compared to
what's been available over previous years.

**Where was the mapping of case ID to URL provided?**

The mapping was provided as part of the Odyssey search API case results object.

An actual example:

```
"CaseResults": [{
    "NodeID": "222223",
    "LocationName": "Civil",
    "CaseId": 2900,
    "EncryptedCaseId": "3m9UXE4eRxReDKtlQO5X-A2",
    "Charges": [],
    "CaseLoadUrl": "https://caglennportal.tylerhost.net/Portal/Case/CaseDetail?eid=3m9UXE4eRxReDKtlQO5X-A2",
    "CaseNumber": "02SC00272",
    "Style": "THODAS VS FIPPS",
    "FileDate": "10/7/2002 12:00:00 AM",
    "CaseTypeId": {
        "Word": "SCL",
        "Description": "Small Claims",
        "HasValue": true
    },
    "CaseStatusId": {
        "Word": "OPE",
        "Description": "Opened",
        "HasValue": true
    },
    "DefendantName": "FIPPS, C  EDWARD",
    "CaseCategoryKey": "CV",
    "DateOfBirth": null,
    "PartyTypeKey": "Defendant",
```

**Schwitzer000000922**

```
      "FileDateParsed": "\/Date(1033974000000)\/",
      "DoBSortKey": "\/Date(-62135568000000)\/"
 }],
```

**Schwitzer000000923**

# judyrecords
# (//www.judyrecords.

| search anything | Search |
|---|---|

search tips (/info#searchTipsHeader)

## 630 million+

### United States Court Cases

home (/)   terms (/terms)   info (/info)

## Info

### About judyrecords

judyrecords is a 100% free nationwide search engine that lets you instantly search hundreds of millions of United States court cases and lawsuits.

judyrecords has over 100x more cases than Google Scholar and 10x more cases than PACER, the official case management system of the United States federal judiciary.

As of Dec 2021, judyrecords now features free full-text search of all United States patents from 1/1/1976 to 11/10/2021 — over 7.9 million patents in total.

Original Note: judyrecords was recently mentioned in this press release (https://www.calbar.ca.gov/About-Us/News/News-Releases/state-bar-of-california-addresses-breach-of-confidential-data) (2/26), which was found after this article (https://www.pe.com/2022/02/26/260000-confidential-attorney-discipline-records-published-after-data-breach-state-bar-says) was published. After seeing this, CA State Bar disciplinary records have already been removed from the index, including those intended to have been published as well.

These records were all (confidential & non-confidential) previously publicly available at https://discipline.calbar.ca.gov (now offline).

Additionally, I reached out directly to the email in the press release to address the issue and offered to help as appropriate. After checking, I have neither been attempted to be contacted directly or indirectly about this matter yet, although issue was mentioned as being discovered on the 24th. It's possible efforts to contact have been made, but I haven't seen any yet.

Update (2/26 11:50PM CT): I also contacted web host to inform them of the issue and ask about if/what time they have received any communication about this issue.

Update (2/27 1:22AM CT): Web host responded that after verification, no such issues have been reported.

Schwitzer000000924

Update (2/27 11:30AM CT): CA State Bar updated their press release to indicate the removal of the records as noted above.

Update (2/27 4:45PM CT): CA State Bar has reached out in writing to discuss the issue.

Update (2/27 11:05PM CT): Accepted an invite to discuss the issue. Tentatively, the number of affected cases is less than 1,000.

Update (2/28 8:40PM CT): CA State Bar has published an update here (https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates) (2/28 update).

Update (3/1 12:30PM CT): Out of an abundance of caution, the search function is disabled while any possible case access issues are resolved. Additionally, direct access to cases of the affected case management system have been disabled.

Update (3/2 10:00PM CT): CA State Bar has published a noteworthy update here (https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates) (3/2 update).

Update (3/3 11:45PM CT): No updates for today.

Update (3/4 6:15PM CT): Expect to have an update Monday.

Update (3/7 3:20PM CT): Expect to have an update tomorrow now (Tues) but a lot of positive movement happening.

Update (3/8 4:10PM CT): Continued positive movement. Expect to have an update later tonight or tomorrow (Wed) now.

Update (3/9 5:00PM CT): There have been significant steps in collaboration with Tyler Technologies and the State Bar of California over the last week. I believe that Cal Bar will be releasing more detailed information soon, but anticipate that the number of affected cases will be relatively close to my original estimate of < 1,000.

In working with Tyler Technologies, we have identified a subset of portals that may be similarly impacted, and judyrecords has saved case identifiers that will allow cross-referencing between systems. Together, we have tentatively identified a process that will allow answering questions about which non-public records may have been exposed.

The way in which non-public case data had been downloaded by judyrecords has been shared fully, openly, and discussed with Tyler for about a week (since last Thursday). At this point, I have let them know that I am asking them to take a public position on whether they believe, don't believe, or are undecided about whether non-public cases were accessed inadvertently / unintentionally by the end of the day tomorrow, and I have also let them know I intend to collaborate fully as we have discussed/agreed regardless of the position they take. It is important to me that if there is any belief or any question whatsoever as to whether the non-public case data was accessed intentionally, that I make my position known openly and clearly that the access to non-public cases was inadvertent and not intentional in any way.

Update (3/10 6:48PM CT): I am working to get the site back online for general access, minus affected data sources, as well as a separate page for this issue.

Update (3/11 2:50PM CT): Tyler Technologies has put up a page for this issue here (https://www.tylertech.com/dataharvest).

Schwitzer000000925

Update (3/11 4:30PM CT): CA State Bar has published an update here (https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates) (3/10 update). Related here (https://www.law.com/therecorder/2022/03/10/bowing-to-pressure-state-bar-walks-back-comments-on-illegality-of-posting-exposed-discipline-docs/) and here (https://firstamendmentcoalition.org/2022/02/fac-letter-to-california-state-bar-on-first-amendment-concerns/), and here (https://s3.documentcloud.org/documents/21409065/response-to-david-loy.pdf). Also, in the interest of transparency and clarity, the article leading me to disable search and certain case access on 3/1 here (https://www.law360.com/articles/1469291/calif-bar-leak-reveals-wider-exposure-of-court-records). I'll be addressing the issues raised soon and provide updates. Related here (https://www.law360.com/legalindustry/articles/1470532/court-files-offline-in-several-states-after-security-flaw-found).

Update (3/14 11:30AM CT): General access will be restored this week, minus affected data sources. A page will be available by the end of the week here (/what-happened-with-tyler-technologies).

Update (3/14 7:25PM CT): CA State Bar has published an update here (https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates) (3/14 update).

Update (3/16 8:15AM CT): CA State Bar has published an update here (https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates) (3/15 update). They have re-enabled their attorney discipline portal.

Update (3/18 3:02PM CT): What Happened With Tyler Technologies is now available here (/what-happened-with-tyler-technologies). I'm going to push out restoring general access to at least next week.

Update (3/20 10:15AM CT): Updated What Happened With Tyler Technologies to add Q&A here (/what-happened-with-tyler-technologies).

**Extended searches**

The first 500K results are displayed instead of just the first 2K.

- murder - 757K cases
- fraud - 1.7 million cases
- burglary - 3.4 million cases
- assault - 7.3 million cases

**Downloadable datasets**

- All Digitized Texas Appeals Court Cases Since 1900 (download Kaggle dataset (https://www.kaggle.com/judyrecords/all-digitized-texas-appeals-court-cases-since-1900))

**Select upcoming datasources**

- US Tax Court
- Minnesota Appeals Courts

**Search tips**

- Trigger name matching

Schwitzer000000926

- ○ Strict name matching (name + 3 commas)
  - ▪ first middle last,,,
  - ▪ first m last,,,
  - ▪ first last,,,
- ○ Lenient name matching (name + 2 commas)
  - ▪ first middle last,,
  - ▪ first m last,,
  - ▪ first last,,
- ○ Trying strict then lenient matching each using a full middle name often produces the most useful results.
  - ▪ 1st - donald john trump,,,
  - ▪ 2nd - donald john trump,,
- ○ If extra filtering is needed, additional qualifiers may be specified after the name part.
  - ▪ donald j trump,, texas
  - ▪ barack obama,, ("affordable care act" OR "aca")
- ○ Sometimes both modes will produce the same results.
- Exact phrase
  - ○ "economic loss rule"
  - ○ "46.2-806"
  - ○ "donald j trump"
- Exact phrase proximity
  - ○ "donald j trump"~4 - allow those terms to be up to 4 words out of order.
    - ▪ Matches "donald j trump" but also "trump donald j".
  - ○ "trump casino"~5
    - ▪ Search for trump close to the word casino.
- Exclude
  - ○ "donald trump" -florida
  - ○ cnn.com -patent (exclude patents)
- AND/OR/NOT/()
  - ○ "summary judgment" AND "employment discrimination"
  - ○ ("donald j trump"~4) OR ("donald john trump"~4) OR ("donald trump"~3)
  - ○ AND/OR/NOT must be uppercase.
  - ○ AND/OR/NOT should generally be used with parentheses to ensure you get the expected results.
    - ▪ For example, (donald trump) OR (paul manafort) will produce the expected results. donald trump OR paul manafort will not, and will be logically interpreted as donald AND (trump OR paul) AND manafort, rather than the expected (donald AND trump) OR (paul AND manafort).
    - ▪ Combine with exact phrase proximity for better results: ("donald trump"~3) OR ("paul manafort"~3)
  - ○ AND is the default operator implicitly used between terms.

Schwitzer000000927

Info - judyrecords

- For example, ("donald trump"~3) AND ("paul manafort"~3) is the same thing as "donald trump"~3 "paul manafort"~3.

**Case count log**

2020-08-13 - 364.4 million/launch
2020-08-19 - 377.1 million
2020-08-20 - 379.5 million
2020-08-26 - 393.2 million
2020-09-24 - 397.3 million
2020-09-26 - 402.1 million
2020-09-27 - 404.4 million
2020-09-28 - 409.2 million
2020-09-30 - 409.8 million
2020-10-02 - 410.6 million
2020-10-05 - 413.6 million
2020-10-16 - 418.9 million
2020-10-28 - 419.3 million
2020-11-05 - 426.6 million
2020-11-16 - 435.4 million
2020-11-18 - 439.8 million
2020-12-02 - 440.3 million
2020-12-03 - 441.1 million
2020-12-05 - 444.0 million
2020-12-07 - 446.3 million
2020-12-09 - 448.4 million
2020-12-10 - 449.0 million
2020-12-12 - 449.4 million
2020-12-14 - 451.6 million
2020-12-15 - 453.2 million
2020-12-18 - 464.4 million
2021-01-09 - 477.8 million
2021-02-23 - 480.7 million
2021-02-25 - 480.9 million
2021-02-26 - 481.3 million
2021-02-27 - 481.5 million
2021-03-22 - 485.6 million
2021-03-23 - 487.6 million
2021-03-24 - 489.3 million
2021-03-28 - 495.1 million
2021-03-29 - 498.0 million
2021-03-31 - 507.7 million
2021-04-01 - 511.3 million
2021-04-02 - 514.8 million

Schwitzer000000928

5/3/22, 11:37 AM                                    Info - judyrecords

```
2021-04-05 - 518.3 million
2021-04-12 - 529.7 million
2021-04-17 - 541.2 million
2021-04-20 - 563.7 million
2021-04-21 - 564.1 million
2021-04-24 - 564.6 million
2021-04-26 - 565.6 million
2021-04-29 - 566.1 million
2021-05-04 - 566.8 million
2021-05-05 - 567.6 million
2021-05-07 - 568.1 million
2021-05-08 - 569.0 million
2021-05-14 - 569.3 million
2021-05-20 - 570.5 million
2021-05-27 - 571.8 million
2021-06-01 - 574.2 million
2021-06-12 - 574.9 million
2021-06-19 - 575.0 million
2021-06-22 - 582.6 million
2021-07-12 - 583.5 million
2021-07-27 - 584.1 million
2021-08-01 - 584.3 million
2021-09-25 - 584.5 million
2021-09-26 - 584.8 million
2021-10-05 - 585.3 million
2021-10-13 - 588.3 million
2021-10-14 - 589.5 million
2021-10-15 - 591.1 million
2021-10-24 - 592.6 million
2021-10-25 - 593.3 million
2021-10-26 - 593.8 million
2021-10-27 - 594.3 million
2021-10-28 - 595.6 million
2021-10-29 - 596.5 million
2021-10-30 - 597.0 million
2021-10-31 - 597.9 million
2021-11-01 - 598.1 million
2021-11-02 - 599.2 million
2021-11-05 - 601.6 million
2021-11-07 - 602.4 million
2021-11-10 - 605.5 million
2021-11-13 - 607.8 million
2021-11-14 - 608.3 million
```

Schwitzer000000929

Info - judyrecords

```
2021-11-19 - 608.7 million

2021-11-23 - 608.9 million

2021-11-25 - 609.1 million

2021-11-28 - 609.3 million

2021-11-30 - 609.4 million

2021-12-04 - 609.6 million

2021-12-05 - 610.0 million

2021-12-07 - 610.2 million

2021-12-11 - 611.8 million

2021-12-13 - 612.5 million

2021-12-19 - 612.9 million

2021-12-28 - 614.0 million

2022-01-02 - 620.6 million

2022-01-04 - 621.3 million

2022-01-06 - 621.6 million

2022-01-10 - 624.1 million

2022-01-13 - 637.3 million

2022-02-08 - 637.4 million
```

**Other legal databases**

- Caselaw Access Project (https://case.law) - Free. 1.7 million+ federal cases. 4.9
  million+ state cases.

  CAP includes all official, book-published United States case law — every volume
  designated as an official report of decisions by a court within the United States.
  Cases years range from 1658 to 2018.

- CourtListener (https://courtlistener.com) - Free. 4 million+ federal and state
  court opinions. 70K+ oral arguments. 38K+ hours of oral argument audio.

  Primarily focused on federal courts, state courts of last resort, and state
  appellate courts. CourtListener features advanced search capability, alerts for
  new opinions matching any search criteria, and ranking of search results that
  takes into account the authority of opinions based on citation and precedence
  factors. Individual opinion pages are richly cross-referenced to related case law.
  PACER notwithstanding, CourtListener is the most powerful case law research tool
  available online — and in many ways is much more powerful.

- Fastcase Docket Alarm (https://www.docketalarm.com) - Several free searches
  granted. Premium access upsell. 26 million+ federal cases. 91 million+ state
  cases. 19 million+ specialized agency cases (patent, trademark, tax, international
  trade, etc.). In addition to case tracking/alerts, Fastcase's Docket Alarm
  includes advanced analytics and calendaring capabilities.

- Google Scholar Case Law (https://scholar.google.com) - Free. Google doesn't
  provide the exact number of court cases. Being focused on federal courts, state

Schwitzer000000930

courts of last resort, and state appellate courts, Google's case law database is highly likely to be roughly the same size of CourtListener's case law database of 4-5 million cases.

Google's Case Law search is extremely fast to search and navigate, has a very clean user interface, supports Google's standard query operators, and allows the creation of alerts for new results that match a given search.

- PACER (https://pacer.uscourts.gov) – Fee-based, unless usage is less than $30 within a quarter or you are an exempted group or individual. 56 million+ federal court cases, including bankruptcy, criminal, civil, and appellate.

  PACER is the official case management system of the United States federal judiciary, run by the Administrative Office of the United States Courts (AOUSC). Fees are charged for almost every kind of request for case info, including each search result page viewed, and even when a search returns no results.

- UniCourt (https://unicourt.com) – Several free searches granted. Premium access upsell. 9 million+ federal cases. 114 million+ state cases.

  UniCourt offers premium API-based access to legal data and case tracking/alerts for the cases in its database and any case available in PACER. A large selling point of UniCourt's solutions is that they use powerful data normalization processes and algorithms to add value to their legal data, which includes normalization of case classification and entity names (e.g., people, companies, attorneys, law firms, judges).

Schwitzer000000931



**Schwitzer000000882**



**RecognitionOk1240**

it. Thanks, Jeremy

Mar 3

Hello again, I wanted to reach out to let you know that Tyler Technologies is working on a statement that we hope will address your concerns. I'd also like to talk to you about a bug bounty for any other vulnerabilities. Is it possible for you to respond to me to let me know I'm sending this to the correct account?

My email is Jeremy.ward@tylertech.com if you need to email me.

Every day that goes by without us

Message

**Schwitzer000000883**



**RecognitionOk1240**

me to let me know I'm sending this to the correct account?

My email is Jeremy.ward@tylertech.com if you need to email me.

Every day that goes by without us connecting just hampers our ability to help our clients. Please let me know how we can be in touch.

this is the correct account, i created judyrecords

just send anything here is fine

i am going to be away from the computer for a few hours but will

Message



RecognitionOk1240

i am going to be away from the computer for a few hours but will check back later tonight

Thanks very much for responding. The info you sent over through Rick has been very helpful already. I've got our dev team looking at it right now.

We are working on a statement that hopefully aligns with what you are looking for. I plan to share with you as soon as I possibly can.

After that, or simultaneously if you are willing, I'm hoping we can

Message

**Schwitzer000000885**



**Schwitzer000000886**



**Schwitzer000000887**



**Schwitzer000000888**



**Schwitzer000000889**



**RecognitionOk1240**

I've set this up for 1:30pm ET
-----------------------------------------
Please join my meeting from your computer, tablet or smartphone.
https://meet.goto.com/927821469

You can also dial in using your phone.
United States: +1 (669) 224-3412

Access Code: 927-821-469

i believe i'm waiting for you to start it

it says "waiting to join"

Joining now.

Message

**Schwitzer000000890**



**Schwitzer000000891**



**Schwitzer000000892**



**Schwitzer000000893**



**Schwitzer000000894**



**Schwitzer000000895**



**Schwitzer000000896**



**RecognitionOk1240**

uploaded and added note to separate file

added another file

made couple updates and re-uploaded

updated once more just now

added column for distinct page views just now, which would correspond conceptually to cases

ok, that's all for now, i intend to try to just relax tomorrow, but i'm fine to check in for any quick calls or questions, just don't wanna do any

Message

**Schwitzer000000897**



**RecognitionOk1240**

to just relax tomorrow, but i'm fine to check in for any quick calls or questions. just don't wanna do any programming

Mar 6

Ok great. I really appreciate this. We are reaching out to some of our clients to rest the approach we discussed. I'll get us scheduled for a quick check in either tomorrow night or Tuesday morning depending upon how much progress we make.

np

i think it'd be a good idea to do a

Message

**Schwitzer000000898**



**Schwitzer000000899**



**Schwitzer000000900**



**Schwitzer000000901**



RecognitionOk1240

joined

I'll be on the same bridge in a moment.

K

Joining now.

i'm about 15 min from providing a file with the additional info to review

Much appreciated.

added 2 new files just now

Message

**Schwitzer000000902**



**Schwitzer000000903**



RecognitionOk1240

the viewed total will be the top level number as far as views go

so the non-public ones should be a relatively small subset of those

for the georgia co forsyth datasources, the total top level view count also checks out with my estimates as well

datasource*

odynew/smartsearch datasource, that is

so you have 1031 / 817820 = .001

Message

Schwitzer000000904



**Schwitzer000000905**



**RecognitionOk1240**

> would be non-public at time of access, say for 400 for the final number would be 0.0004

> of basically the chance that a case would be relevant

> That would be great. I'm hoping that we get down to small numbers like that.

> Jumping back on the same dual in

> ooook

> *dial in

Message

**Schwitzer000000906**

4/17/22, 4:51 PM                                    TylerTechnologies KiteWorks

Get the mobile app          Last web login:          
                            Apr 15, 2022 4:26 pm

Reply all          Forward          Move to Trash          Print

## Re:a few thoughts

 jeremy.ward@tylertech.com
Mar 07, 2022, 2:49 PM
judyrecordssite@gmail.com
No attachments

That is a very good point. I'm hoping that we can use CA Bar as an example of what can be done here once they have the right information.

---

On Mon, Mar 07, 2022 at 02:18 PM judyrecordssite@gmail.com wrote:
Also, just a few thoughts.

I believe CA Bar is basically already close to finishing their analysis of the exposure. To the extent that they are able to say that only say 600 cases were exposed, esp. compared to the numbers that were thrown out individually, I think that can be a big win as far as being able to pigging back on Cal Bar's analysis, as well as being able to point to their ability to specifically determine which cases were affected.

They were basically able to tie up loose ends with the investigation/analysis portion within 1 week. In my opinion, that's incredible for being able to give other jurisdictions a similar level of confidence both in scope and ability to take appropriate action for the exact affected cases.

Schwitzer000000626

 Gmail

**Kevan Schwitzer <kevanschwitzer@gmail.com>**

---

## ca state bar confidential data publicly accesible

1 message

---

**Kevan Schwitzer** <kevanschwitzer@gmail.com>
To: barcomm@calbar.ca.gov

Sat, Feb 26, 2022 at 11:07 PM

---

Hey, I saw these pages just a bit ago:
https://www.pe.com/2022/02/26/260000-confidential-attorney-discipline-records-published-after-data-breach-state-bar-says/
https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates
https://www.calbar.ca.gov/About-Us/News/News-Releases/state-bar-of-california-addresses-breach-of-confidential-data

First thing, I removed all the CA state bar court cases in the judyrecords search index. All the records downloaded were publicly accessible on this portal:
https://discipline.calbar.ca.gov/

Second, I haven't been contacted about this issue and just checked for any communication from my hosting provider. Also, anyone can contact me for example on reddit with a simple google search.

These cases were publicly accessible, so my assumption is that those are the cases open to the public. They weren't protected from public access.

If there's anything I can do please let me know. Also, my direct number is ████████

**Schwitzer000000001**

 **Gmail**

Kevan Schwitzer <kevanschwitzer@gmail.com>

## ca state bar confidential data publicly accessible

7 messages

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                              Sun, Feb 27, 2022 at 4:46 PM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>

Dear Mr. Schwitzer,

We are in receipt of your email below and very much appreciate you reaching out to us.

We would like to arrange a time to connect with you on this topic.  Would you be available for a conference call with us at 8am or 830am PDT tomorrow, Monday Feb 28?

Let me know if either of those times work for you and we will send over an invitation with connection details. If not, could you kindly propose some alternative times for us to speak?

Sincerely,

Rick Rankin

--

**Rick Rankin** | IT Director (Interim)
The State Bar of California
180 Howard St. | San Francisco, CA 94105
845 S. Figueroa St. | Los Angeles, CA 90017

**NEW!** Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

# # #

**From:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Sent:** Saturday, February 26, 2022 9:07 PM
**To:** The State Bar of California <BARCOMM@calbar.ca.gov>
**Subject:** ca state bar confidential data publicly accesible

Schwitzer000000002

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey, I saw these pages just a bit ago:
https://www.pe.com/2022/02/26/260000-confidential-attorney-discipline-records-published-after-data-breach-state-bar-says/
https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates
https://www.calbar.ca.gov/About-Us/News/News-Releases/state-bar-of-california-addresses-breach-of-confidential-data

First thing, I removed all the CA state bar court cases in the judyrecords search index. All the records downloaded were publicly accessible on this portal:
https://discipline.calbar.ca.gov/

Second, I haven't been contacted about this issue and just checked for any communication from my hosting provider. Also, anyone can contact me for example on reddit with a simple google search.

These cases were publicly accessible, so my assumption is that those are the cases open to the public. They weren't protected from public access.

If there's anything I can do please let me know. Also, my direct number is 

---

**Kevan Schwitzer** <kevanschwitzer@gmail.com>                                    Sun, Feb 27, 2022 at 5:20 PM
To: "Rankin, Rick" <Rick.Rankin@calbar.ca.gov>

Hi, sure I can meet at the 8:30am PDT time.
[Quoted text hidden]

---

**Kevan Schwitzer** <kevanschwitzer@gmail.com>                                    Sun, Feb 27, 2022 at 5:30 PM
To: "Rankin, Rick" <Rick.Rankin@calbar.ca.gov>

Also, the language in the original press release suggested there have been "unlawful activities". Is there any belief at this point that any kind of hacking or unlawful activities have taken place?

I've posted on the info page details where this information was publicly accessible.
[Quoted text hidden]

---

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                                    Sun, Feb 27, 2022 at 5:37 PM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>

Thank you for your speedy reply. I'll send out an invite later today for our call.

Let's discuss our press release in the context of the situation in it's entirety tomorrow. I'm sure we can figure this all out together.

Again, thank you for your quick reply. We look forward to speaking with you tomorrow.

Rick

Schwitzer000000003

4/16/22, 3:38 PM                                    Gmail - ca state bar confidential data publicly accessible

--

**Rick Rankin** | IT Director (Interim)
The State Bar of California
180 Howard St. | San Francisco, CA 94105
845 S. Figueroa St. | Los Angeles, CA 90017
213-393-6725

**NEW!** Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

---

**From:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Sent:** Sunday, February 27, 2022 15:30
**To:** Rankin, Rick <Rick.Rankin@calbar.ca.gov>
**Subject:** Re: ca state bar confidential data publicly accessible

[Quoted text hidden]

---

**Kevan Schwitzer** <kevanschwitzer@gmail.com>                               Sun, Feb 27, 2022 at 5:52 PM
To: "Rankin, Rick" <Rick.Rankin@calbar.ca.gov>

Sounds good. However, I would like to ask that you provide clarity on whether there is any belief that any kind of unlawful, malicious, or hacking activity has taken place.

If anyone believes this is the case, it's important that I know because it would be reckless to join a meeting about the issue with that backdrop.

[Quoted text hidden]

---

**Kevan Schwitzer** <kevanschwitzer@gmail.com>                               Sun, Feb 27, 2022 at 7:04 PM
To: "Rankin, Rick" <Rick.Rankin@calbar.ca.gov>

I'd also add that the search portal has been publicly available and indexed by Google as recently as the 25th, which includes links to search the records.

[Quoted text hidden]

---

**4 attachments**

**2022-02-27_19-00-38.png**
74K

Schwitzer000000004

4/16/22, 3:38 PM                                             Gmail - ca state bar confidential data publicly accessible



**2022-02-27_19-00-13.png**
147K

**2022-02-27_19-00-21.png**
189K

**2022-02-27_19-00-29.png**
101K

---

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                                    Sun, Feb 27, 2022 at 8:12 PM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>

Hi Kevan,

We greatly appreciate you making contact with us, for taking down the records, and for being willing to speak with us tomorrow.

It is not our current belief that any unlawful or malicious hacking occurred. We look forward to learning more about your statement that the records were publicly available. Understanding how the nonpublic records may have been unintentionally swept up with the public records will help us to better secure our data.

Schwitzer000000005

Sending over the invite for tomorrow's call shortly.

Sincerely,

Rick

--

**Rick Rankin** | IT Director (Interim)
The State Bar of California
180 Howard St. | San Francisco, CA 94105
845 S. Figueroa St. | Los Angeles, CA 90017
213-393-6725

**NEW!** Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

**From:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Sent:** Sunday, February 27, 2022 15:52
[Quoted text hidden]

[Quoted text hidden]

Schwitzer000000006



Google

https://discipline.calbar.ca.gov/

About 321,000 results (0.43 seconds)

https://www.calbar.ca.gov › Public › Attorney-Discipline

**Attorney Discipline - State Bar of California**
**Discipline**-related resources from the State Bar. These attorney **discipline** summaries are based on **discipline** orders but are not the official records.

https://discipline.calbar.ca.gov

**State Bar Court Portal - CA.gov**
The State Bar Court portal launched May 31, 2019. Quick Start Guide. For cases filed on or after Feb. 7, 2019, documents are available online.

https://www.calbar.ca.gov › Public › Discipline

**Discipline - State Bar of California**
The State Bar licenses, regulates, and **disciplines** the 260,000 attorneys in **California**. Attorney **Discipline**. This section includes reports of recent ...

https://www.calbar.ca.gov › attorneys › conduct-discipli...

**Conduct & Discipline - State Bar of California**
File an attorney misconduct complaint or call the multilingual complaint hotline (800-843-9053). Laws and rules governing attorneys. The State Bar plays a ...
Title 5 Discipline · Ethics · Current Rules of Professional... · Rules

https://www.calbar.ca.gov › documents › forms   PDF

**Discipline Referral Form - State Bar of California**
www.**calbar.ca.gov** ... To file a **discipline** referral, please fill out the online form to be used by a ...
845 South Figueroa Street, Los Angeles, **CA** 90017.
3 pages

https://www.calbar.ca.gov

**The State Bar of California Home Page**

Schwitzer000000007

This is Google's cache of https://discipline.calbar.ca.gov/portal/. It is a snapshot of the page as it appeared on Feb 25, 2022 10:12:00 GMT. The current page could have changed in the meantime. Learn more.

**Full version**    Text-only version    View source

Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

# Cookies must be allowed.

Your browser is currently set to block cookies. Your browser must allow cookies before you can use this application.

Cookies are small text files stored on your computer that tell this application when you're signed in. To learn how to allow cookies, see online help in your web browser.

## You are using a web browser which this application no longer supports.

We support the current and previous major releases of Google Chrome, Firefox, Internet Explorer, and Safari on a rolling basis. Each time a new version is released, we begin supporting that version and stop supporting the third most recent version.

### Supported Browsers

Chrome for Business

Firefox

Internet Explorer

Apple Safari

### Internet Explorer 9 Users

Internet Explorer 11 launched on October 17, 2013, and as a result, we've discontinued support for Internet Explorer 9.

Organizations that depend on old versions of Internet Explorer may want to consider a dual browser strategy.



[State Bar Court Portal](#)

Register / Sign In

- Register
- Sign In

Register / Sign In

- Register
- Sign In

site

State Bar Court Portal

Register / Sign In

- Register
- Sign In

Register / Sign In

- Register
- Sign In



# Notifications

The State Bar Court portal launched May 31, 2019. Quick Start Guide

☐ For cases filed on or after Feb. 7, 2019, documents are available online.

☐ For cases in open status on Feb. 7 2019, documents are being added online as events occur.

☐ For cases closed prior to Feb. 7, 2019, some documents are available on the attorney's profile page on the State Bar website.

☐ Other documents for closed cases are available upon written request.

Court questions: 213-765-1400

Technical support: feedback@calbar.ca.gov | 213-765-1387



Smart Search

Search for court records.

Search Hearings

Search for court hearings for a specified date range.



JudyRecords
Analytics   All Web Site Data

Go to report ⌷

## Pages

All Users
100.00% Pageviews

Oct 15, 2021 - Feb 23, 2022

**Explorer**



● Pageviews

▼ This data was filtered using an **advanced filter**.

| | Page Title | Page | Pageviews | Unique Pageviews | Avg. Time on Page | Entrances | Bounce Rate | % Exit | Page Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | **997**<br>% of Total:<br>0.04%<br>(2,228,982) | **913**<br>% of Total:<br>0.08%<br>(1,188,627) | **00:00:37**<br>Avg for<br>View:<br>00:00:33<br>(13.55%) | **14**<br>% of Total:<br>0.01%<br>(220,465) | **71.43%**<br>Avg for<br>View:<br>41.56%<br>(71.87%) | **5.42%**<br>Avg for<br>View:<br>9.89%<br>(-45.24%) | **$0.00**<br>% of<br>Total:<br>0.00%<br>($0.00) |
| 1. | California State Bar Court Record - judyrecords | /record/ddj5c5c001fc | 7<br>(0.70%) | 5<br>(0.55%) | 00:01:08 | 2<br>(14.29%) | 50.00% | 42.86% | $0.00<br>(0.00%) |
| 2. | California State Bar Court Record - judyrecords | /record/114g6na5854 | 5<br>(0.50%) | 3<br>(0.33%) | 00:02:40 | 0<br>(0.00%) | 0.00% | 0.00% | $0.00<br>(0.00%) |
| 3. | California State Bar Court Record - judyrecords | /record/nmd0ayvv5f3a | 5<br>(0.50%) | 3<br>(0.33%) | 00:01:00 | 1<br>(7.14%) | 100.00% | 40.00% | $0.00<br>(0.00%) |
| 4. | California State Bar Court Record - judyrecords | /record/yu9bje1dca8 | 5<br>(0.50%) | 2<br>(0.22%) | 00:00:44 | 1<br>(7.14%) | 0.00% | 20.00% | $0.00<br>(0.00%) |
| 5. | California State Bar Court Record - judyrecords | /record/dny5bdih02f5 | 4<br>(0.40%) | 2<br>(0.22%) | 00:00:12 | 0<br>(0.00%) | 0.00% | 0.00% | $0.00<br>(0.00%) |
| 6. | California State Bar Court Record - judyrecords | /record/ncftwashcab4 | 4<br>(0.40%) | 2<br>(0.22%) | 00:01:30 | 0<br>(0.00%) | 0.00% | 0.00% | $0.00<br>(0.00%) |
| 7. | California State Bar Court Record - judyrecords | /record/rcw1fdh374b | 4<br>(0.40%) | 2<br>(0.22%) | 00:00:40 | 0<br>(0.00%) | 0.00% | 0.00% | $0.00<br>(0.00%) |
| 8. | California State Bar Court Record - judyrecords | /record/tf4grc0e67d | 4<br>(0.40%) | 4<br>(0.44%) | 00:00:00 | 3<br>(21.43%) | 100.00% | 100.00% | $0.00<br>(0.00%) |
| 9. | California State Bar Court Record - judyrecords | /record/vfxuait003a1 | 4<br>(0.40%) | 1<br>(0.11%) | 00:00:14 | 0<br>(0.00%) | 0.00% | 0.00% | $0.00<br>(0.00%) |
| 10. | California State Bar Court Record - judyrecords | /record/vguhk2evc442 | 4<br>(0.40%) | 2<br>(0.22%) | 00:01:15 | 0<br>(0.00%) | 0.00% | 0.00% | $0.00<br>(0.00%) |
| 11. | California State Bar Court Record - judyrecords | /record/vr1tl2hf853 | 4<br>(0.40%) | 2<br>(0.22%) | 00:02:41 | 1<br>(7.14%) | 0.00% | 25.00% | $0.00<br>(0.00%) |
| 12. | California State Bar Court Record - judyrecords | /record/36pbupj226c | 3<br>(0.30%) | 3<br>(0.33%) | 00:10:31 | 0<br>(0.00%) | 0.00% | 33.33% | $0.00<br>(0.00%) |
| 13. | California State Bar Court Record - judyrecords | /record/95av199ee | 3<br>(0.30%) | 1<br>(0.11%) | 00:02:54 | 0<br>(0.00%) | 0.00% | 0.00% | $0.00<br>(0.00%) |
| 14. | California State Bar Court Record - judyrecords | /record/dip9nyqec2ce | 3<br>(0.30%) | 2<br>(0.22%) | 00:00:24 | 0<br>(0.00%) | 0.00% | 0.00% | $0.00<br>(0.00%) |
| 15. | California State Bar Court Record - judyrecords | /record/djp2exeeb838 | 3<br>(0.30%) | 1<br>(0.11%) | 00:00:46 | 0<br>(0.00%) | 0.00% | 0.00% | $0.00<br>(0.00%) |
| 16. | California State Bar Court Record - judyrecords | /record/du6e9ec948 | 3<br>(0.30%) | 2<br>(0.22%) | 00:01:01 | 0<br>(0.00%) | 0.00% | 0.00% | $0.00<br>(0.00%) |
| 17. | California State Bar Court Record - judyrecords | /record/dxsx890v33b7 | 3<br>(0.30%) | 2<br>(0.22%) | 00:00:12 | 0<br>(0.00%) | 0.00% | 0.00% | $0.00<br>(0.00%) |
| 18. | California State Bar Court Record - judyrecords | /record/f0sxy91538b | 3<br>(0.30%) | 1<br>(0.11%) | 00:00:09 | 0<br>(0.00%) | 0.00% | 0.00% | $0.00<br>(0.00%) |

| # | | Page | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 19. | California State Bar Court Record - judyrecords | /record/igbwuyh2af5 | 3 (0.30%) | 3 (0.33%) | 00:00:35 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 20. | California State Bar Court Record - judyrecords | /record/lyc0ehef774 | 3 (0.30%) | 1 (0.11%) | 00:05:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 21. | California State Bar Court Record - judyrecords | /record/n1ewqpga4957 | 3 (0.30%) | 1 (0.11%) | 00:00:51 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 22. | California State Bar Court Record - judyrecords | /record/n87l39tj956c | 3 (0.30%) | 1 (0.11%) | 00:06:36 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 23. | California State Bar Court Record - judyrecords | /record/nbjxnpqv951e | 3 (0.30%) | 1 (0.11%) | 00:01:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 24. | California State Bar Court Record - judyrecords | /record/ntnsiila1af1 | 3 (0.30%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 25. | California State Bar Court Record - judyrecords | /record/p8w9sevcdae | 3 (0.30%) | 3 (0.33%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 26. | California State Bar Court Record - judyrecords | /record/sk06lu06782 | 3 (0.30%) | 2 (0.22%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 27. | California State Bar Court Record - judyrecords | /record/t8qkkeebe31 | 3 (0.30%) | 3 (0.33%) | 00:00:21 | 0 (0.00%) | 0.00% | 33.33% | $0.00 (0.00%) |
| 28. | California State Bar Court Record - judyrecords | /record/u8q8t39d55d | 3 (0.30%) | 3 (0.33%) | 00:00:37 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 29. | California State Bar Court Record - judyrecords | /record/027en9v3b43 | 2 (0.20%) | 2 (0.22%) | 00:00:44 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 30. | California State Bar Court Record - judyrecords | /record/20fk5lqe9a5 | 2 (0.20%) | 2 (0.22%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 31. | California State Bar Court Record - judyrecords | /record/2bjeee1fe24 | 2 (0.20%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 32. | California State Bar Court Record - judyrecords | /record/2uczrw90943 | 2 (0.20%) | 2 (0.22%) | 00:00:29 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 33. | California State Bar Court Record - judyrecords | /record/5u2cvba930f | 2 (0.20%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 34. | California State Bar Court Record - judyrecords | /record/co74fma63d3 | 2 (0.20%) | 2 (0.22%) | 00:00:31 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 35. | California State Bar Court Record - judyrecords | /record/d07rxve4c5a | 2 (0.20%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 36. | California State Bar Court Record - judyrecords | /record/d22k6v29b556 | 2 (0.20%) | 2 (0.22%) | 00:00:29 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 37. | California State Bar Court Record - judyrecords | /record/d2ti2h9e7ee0 | 2 (0.20%) | 2 (0.22%) | 00:01:53 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 38. | California State Bar Court Record - judyrecords | /record/d5y2cqi96333 | 2 (0.20%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 39. | California State Bar Court Record - judyrecords | /record/daqv3crqcc53 | 2 (0.20%) | 1 (0.11%) | 00:00:38 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 40. | California State Bar Court Record - judyrecords | /record/dc0056709df0 | 2 (0.20%) | 1 (0.11%) | 00:02:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 41. | California State Bar Court Record - judyrecords | /record/dcu7ws91983b | 2 (0.20%) | 1 (0.11%) | 00:01:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 42. | California State Bar Court Record - judyrecords | /record/dcw39h3h5ace | 2 (0.20%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 43. | California State Bar Court Record - judyrecords | /record/ddrc0yevaa19 | 2 (0.20%) | 1 (0.11%) | 00:00:36 | 0 (0.00%) | 0.00% | 50.00% | $0.00 (0.00%) |
| 44. | California State Bar Court Record - judyrecords | /record/ddusqj0v32ab | 2 (0.20%) | 1 (0.11%) | 00:00:31 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 45. | California State Bar Court Record - judyrecords | /record/de1dexj12bd2 | 2 (0.20%) | 1 (0.11%) | 00:00:03 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 46. | California State Bar Court Record - judyrecords | /record/djaqbck0b3e8 | 2 (0.20%) | 2 (0.22%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 47. | California State Bar Court Record - judyrecords | /record/dnpgcqsh1e66 | 2 (0.20%) | 2 (0.22%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 48. | California State Bar Court Record - judyrecords | /record/dpjemma226e | 2 (0.20%) | 1 (0.11%) | 00:06:50 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 49. | California State Bar Court Record - judyrecords | /record/dt9eso70d163 | 2 (0.20%) | 2 (0.22%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 50. | California State Bar Court Record - judyrecords | /record/du11vy2hdf4f | 2 (0.20%) | 2 (0.22%) | 00:00:24 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 51. | California State Bar Court Record - judyrecords | /record/dudlxpve405f | 2 (0.20%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

| # | Site | Path | | | | | | | |
|---|------|------|---|---|---|---|---|---|---|
| 52. | California State Bar Court Record - judyrecords | /record/duyys5ma91a6 | 2 (0.20%) | 2 (0.22%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 53. | California State Bar Court Record - judyrecords | /record/dvjg62d9d1ea | 2 (0.20%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 54. | California State Bar Court Record - judyrecords | /record/dxaa3wvvc6a3 | 2 (0.20%) | 1 (0.11%) | 00:00:32 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 55. | California State Bar Court Record - judyrecords | /record/f61gc8a8201 | 2 (0.20%) | 2 (0.22%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 56. | California State Bar Court Record - judyrecords | /record/kzr6it00bb0 | 2 (0.20%) | 2 (0.22%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 57. | California State Bar Court Record - judyrecords | /record/lgv9g7j0015 | 2 (0.20%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 58. | California State Bar Court Record - judyrecords | /record/m9emzh6895 | 2 (0.20%) | 1 (0.11%) | 00:00:03 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 59. | California State Bar Court Record - judyrecords | /record/n1yt0q8qb3db | 2 (0.20%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 60. | California State Bar Court Record - judyrecords | /record/n3fygjfaa9a5 | 2 (0.20%) | 2 (0.22%) | 00:00:44 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 61. | California State Bar Court Record - judyrecords | /record/n4gg1sh18cbe | 2 (0.20%) | 1 (0.11%) | 00:04:24 | 0 (0.00%) | 0.00% | 50.00% | $0.00 (0.00%) |
| 62. | California State Bar Court Record - judyrecords | /record/n8rck7mqcb79 | 2 (0.20%) | 2 (0.22%) | 00:10:21 | 0 (0.00%) | 0.00% | 50.00% | $0.00 (0.00%) |
| 63. | California State Bar Court Record - judyrecords | /record/na8adr0e5f08 | 2 (0.20%) | 2 (0.22%) | 00:00:34 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 64. | California State Bar Court Record - judyrecords | /record/nja1zxav978d | 2 (0.20%) | 1 (0.11%) | 00:00:46 | 0 (0.00%) | 0.00% | 50.00% | $0.00 (0.00%) |
| 65. | California State Bar Court Record - judyrecords | /record/nks20yh171dc | 2 (0.20%) | 2 (0.22%) | 00:00:25 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 66. | California State Bar Court Record - judyrecords | /record/nmhhhs2haf67 | 2 (0.20%) | 2 (0.22%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 67. | California State Bar Court Record - judyrecords | /record/nn7sb9v17cb | 2 (0.20%) | 1 (0.11%) | 00:00:25 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 68. | California State Bar Court Record - judyrecords | /record/nrixby49ec6d | 2 (0.20%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 69. | California State Bar Court Record - judyrecords | /record/nzi4vhsh18d7 | 2 (0.20%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 70. | California State Bar Court Record - judyrecords | /record/q1cwe299d6e | 2 (0.20%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 71. | California State Bar Court Record - judyrecords | /record/qgu8wvv0764 | 2 (0.20%) | 2 (0.22%) | 00:02:59 | 0 (0.00%) | 0.00% | 50.00% | $0.00 (0.00%) |
| 72. | California State Bar Court Record - judyrecords | /record/qmchw2h6ee5 | 2 (0.20%) | 2 (0.22%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 73. | California State Bar Court Record - judyrecords | /record/rasvj2971d2 | 2 (0.20%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 74. | California State Bar Court Record - judyrecords | /record/rml6f9ve974 | 2 (0.20%) | 2 (0.22%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 75. | California State Bar Court Record - judyrecords | /record/rxslc70f22c | 2 (0.20%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 76. | California State Bar Court Record - judyrecords | /record/t3ztl7j1f18 | 2 (0.20%) | 2 (0.22%) | 00:02:37 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 77. | California State Bar Court Record - judyrecords | /record/t833v1190d5 | 2 (0.20%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 78. | California State Bar Court Record - judyrecords | /record/t8unc1e4792 | 2 (0.20%) | 2 (0.22%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 79. | California State Bar Court Record - judyrecords | /record/tgzuugaf20e | 2 (0.20%) | 2 (0.22%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 80. | California State Bar Court Record - judyrecords | /record/tvi241vb429 | 2 (0.20%) | 1 (0.11%) | 00:01:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 81. | California State Bar Court Record - judyrecords | /record/u299w13h681e | 2 (0.20%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 82. | California State Bar Court Record - judyrecords | /record/uj33xuvec42f | 2 (0.20%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 83. | California State Bar Court Record - judyrecords | /record/ulm8mxo039ea | 2 (0.20%) | 1 (0.11%) | 00:01:23 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 84. | California State Bar Court Record - judyrecords | /record/upe4bfdhfab9 | 2 (0.20%) | 2 (0.22%) | 00:00:29 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

Schwitzer000000012

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 85. | California State Bar Court Record - judyrecords | /record/uppxvba29d1 | **2** (0.20%) | 2 (0.22%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 86. | California State Bar Court Record - judyrecords | /record/utjhqb7j2ecf | **2** (0.20%) | 2 (0.22%) | 00:00:42 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 87. | California State Bar Court Record - judyrecords | /record/uydufbw9f832 | **2** (0.20%) | 1 (0.11%) | 00:01:01 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 88. | California State Bar Court Record - judyrecords | /record/v099y4vvb0c3 | **2** (0.20%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 89. | California State Bar Court Record - judyrecords | /record/v45yxpmq961f | **2** (0.20%) | 1 (0.11%) | 00:01:33 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 90. | California State Bar Court Record - judyrecords | /record/va1otpjcf67 | **2** (0.20%) | 1 (0.11%) | 00:02:03 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 91. | California State Bar Court Record - judyrecords | /record/ve47qv3hecda | **2** (0.20%) | 2 (0.22%) | 00:00:26 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 92. | California State Bar Court Record - judyrecords | /record/vehc9s493ebe | **2** (0.20%) | 2 (0.22%) | 00:00:00 | 1 (7.14%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 93. | California State Bar Court Record - judyrecords | /record/vfxuu2ih0022 | **2** (0.20%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 94. | California State Bar Court Record - judyrecords | /record/vg8o4t706538 | **2** (0.20%) | 1 (0.11%) | 00:00:34 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 95. | California State Bar Court Record - judyrecords | /record/vgq77ycj6ccd | **2** (0.20%) | 2 (0.22%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 96. | California State Bar Court Record - judyrecords | /record/vgqe1w2h6670 | **2** (0.20%) | 2 (0.22%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 97. | California State Bar Court Record - judyrecords | /record/vgupqla1300d | **2** (0.20%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 50.00% | $0.00 (0.00%) |
| 98. | California State Bar Court Record - judyrecords | /record/viwpl0ec583 | **2** (0.20%) | 2 (0.22%) | 00:00:30 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 99. | California State Bar Court Record - judyrecords | /record/vjoqrojea14 | **2** (0.20%) | 2 (0.22%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 100. | California State Bar Court Record - judyrecords | /record/vwi hiuj1263 | **2** (0.20%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 101. | California State Bar Court Record - judyrecords | /record/vx486j13000 | **2** (0.20%) | 2 (0.22%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 102. | California State Bar Court Record - judyrecords | /record/xqhu0gq084d | **2** (0.20%) | 2 (0.22%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 103. | California State Bar Court Record - judyrecords | /record/yczbgoj8a20 | **2** (0.20%) | 2 (0.22%) | 00:00:00 | 1 (7.14%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 104. | California State Bar Court Record - judyrecords | /record/ylrn19ebfab | **2** (0.20%) | 2 (0.22%) | 00:00:02 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 105. | California State Bar Court Record - judyrecords | /record/ylsdmw91791 | **2** (0.20%) | 1 (0.11%) | 00:00:24 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 106. | California State Bar Court Record - judyrecords | /record/ypjapqva4c6 | **2** (0.20%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 107. | California State Bar Court Record - judyrecords | /record/zm4vefa67d3 | **2** (0.20%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 50.00% | $0.00 (0.00%) |
| 108. | California State Bar Court Record - judyrecords | /record/0531wfqd6bf | **1** (0.10%) | 1 (0.11%) | 00:00:40 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 109. | California State Bar Court Record - judyrecords | /record/0vln03h2ad4 | **1** (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 110. | California State Bar Court Record - judyrecords | /record/0vq7sz91997 | **1** (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 111. | California State Bar Court Record - judyrecords | /record/0vqswevf256 | **1** (0.10%) | 1 (0.11%) | 00:00:24 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 112. | California State Bar Court Record - judyrecords | /record/0vs13uj655a | **1** (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 113. | California State Bar Court Record - judyrecords | /record/162ptpjf31b | **1** (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 114. | California State Bar Court Record - judyrecords | /record/1haghi9b0fd | **1** (0.10%) | 1 (0.11%) | 00:00:02 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 115. | California State Bar Court Record - judyrecords | /record/1knuh0ved59 | **1** (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 116. | California State Bar Court Record - judyrecords | /record/1qmz3919176 | **1** (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 117. | California State Bar Court Record - judyrecords | /record/23j8ji9ab4d | **1** (0.10%) | 1 (0.11%) | 00:00:40 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 118. | California State Bar Court Record - judyrecords | /record/27wooav3de5 | 1 (0.10%) | 1 (0.11%) | 00:00:40 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 119. | California State Bar Court Record - judyrecords | /record/2jqwowh7a65 | 1 (0.10%) | 1 (0.11%) | 00:00:57 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 120. | California State Bar Court Record - judyrecords | /record/2ndl59v57fb | 1 (0.10%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 121. | California State Bar Court Record - judyrecords | /record/2on03ev5ab0 | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 122. | California State Bar Court Record - judyrecords | /record/2ujnmkj1b1f | 1 (0.10%) | 1 (0.11%) | 00:00:29 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 123. | California State Bar Court Record - judyrecords | /record/3otu6pj3103 | 1 (0.10%) | 1 (0.11%) | 00:02:36 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 124. | California State Bar Court Record - judyrecords | /record/41tist0e22a | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 125. | California State Bar Court Record - judyrecords | /record/4z0hu1e1ce1 | 1 (0.10%) | 1 (0.11%) | 00:00:38 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 126. | California State Bar Court Record - judyrecords | /record/50z23qe9862 | 1 (0.10%) | 1 (0.11%) | 00:00:36 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 127. | California State Bar Court Record - judyrecords | /record/5mk2vi974de | 1 (0.10%) | 1 (0.11%) | 00:01:28 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 128. | California State Bar Court Record - judyrecords | /record/5v0oscje4a4 | 1 (0.10%) | 1 (0.11%) | 00:00:03 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 129. | California State Bar Court Record - judyrecords | /record/7n1oloj6191 | 1 (0.10%) | 1 (0.11%) | 00:02:22 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 130. | California State Bar Court Record - judyrecords | /record/81krtmq3a35 | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 131. | California State Bar Court Record - judyrecords | /record/88i6k1e3205 | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 132. | California State Bar Court Record - judyrecords | /record/8g0w18qe767 | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 133. | California State Bar Court Record - judyrecords | /record/8havwla79e2 | 1 (0.10%) | 1 (0.11%) | 00:00:23 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 134. | California State Bar Court Record - judyrecords | /record/8xkmv0v14cc | 1 (0.10%) | 1 (0.11%) | 00:00:03 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 135. | California State Bar Court Record - judyrecords | /record/a5qfw1v47bb | 1 (0.10%) | 1 (0.11%) | 00:00:01 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 136. | California State Bar Court Record - judyrecords | /record/adhg7mqd27b | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 137. | California State Bar Court Record - judyrecords | /record/ar2mid951c6 | 1 (0.10%) | 1 (0.11%) | 00:00:03 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 138. | California State Bar Court Record - judyrecords | /record/atzb3d90795 | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 139. | California State Bar Court Record - judyrecords | /record/bsthe115da2 | 1 (0.10%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 140. | California State Bar Court Record - judyrecords | /record/c24qmkj0a35 | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 141. | California State Bar Court Record - judyrecords | /record/c2675ojc1e5 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 142. | California State Bar Court Record - judyrecords | /record/c271pmq5dbd | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 143. | California State Bar Court Record - judyrecords | /record/c29z2ih9dec | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 144. | California State Bar Court Record - judyrecords | /record/c2bs1fa0f48 | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 145. | California State Bar Court Record - judyrecords | /record/c2ed6qvdc36 | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 146. | California State Bar Court Record - judyrecords | /record/c2exrw92357 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 147. | California State Bar Court Record - judyrecords | /record/c2wnit015f0 | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 148. | California State Bar Court Record - judyrecords | /record/ccr5sihcb3b | 1 (0.10%) | 1 (0.11%) | 00:00:50 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 149. | California State Bar Court Record - judyrecords | /record/cl kn0ea285 | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 150. | California State Bar Court Record - judyrecords | /record/clpvz5a8cf0 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

| # | | Page | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 151. | California State Bar Court Record - judyrecords | /record/clswmc0f0eb | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 152. | California State Bar Court Record - judyrecords | /record/cojmr0e5aec | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 153. | California State Bar Court Record - judyrecords | /record/cqekk070c9 | 1 (0.10%) | 1 (0.11%) | 00:00:35 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 154. | California State Bar Court Record - judyrecords | /record/cr0ywae84a9 | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 155. | California State Bar Court Record - judyrecords | /record/cr2oslade6e | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 156. | California State Bar Court Record - judyrecords | /record/crdfxav9f9e | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 157. | California State Bar Court Record - judyrecords | /record/ct4lnma94a4 | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 158. | California State Bar Court Record - judyrecords | /record/d015bboj82b8 | 1 (0.10%) | 1 (0.11%) | 00:00:42 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 159. | California State Bar Court Record - judyrecords | /record/d02we55q3329 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 160. | California State Bar Court Record - judyrecords | /record/d0h6yyt04eef | 1 (0.10%) | 1 (0.11%) | 00:01:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 161. | California State Bar Court Record - judyrecords | /record/d0ibw6ee0bad | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 162. | California State Bar Court Record - judyrecords | /record/d0p9bq0vf629 | 1 (0.10%) | 1 (0.11%) | 00:00:38 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 163. | California State Bar Court Record - judyrecords | /record/d0qz6c0183e4 | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 164. | California State Bar Court Record - judyrecords | /record/d0tylw9096c | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 165. | California State Bar Court Record - judyrecords | /record/d0vuppwh868c | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 166. | California State Bar Court Record - judyrecords | /record/d1377q0vea18 | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 167. | California State Bar Court Record - judyrecords | /record/d1besjfa4d99 | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 168. | California State Bar Court Record - judyrecords | /record/d1lo0q29c47c | 1 (0.10%) | 1 (0.11%) | 00:00:30 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 169. | California State Bar Court Record - judyrecords | /record/d1tgzhhe3628 | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 170. | California State Bar Court Record - judyrecords | /record/d1xrq0e1e088 | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 171. | California State Bar Court Record - judyrecords | /record/d1yvao1e923d | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 172. | California State Bar Court Record - judyrecords | /record/d21vwt087a4 | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 173. | California State Bar Court Record - judyrecords | /record/d268ja600a58 | 1 (0.10%) | 1 (0.11%) | 00:00:02 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 174. | California State Bar Court Record - judyrecords | /record/d2f5hm0ef9b3 | 1 (0.10%) | 1 (0.11%) | 00:00:01 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 175. | California State Bar Court Record - judyrecords | /record/d2j1hi1v4f50 | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 176. | California State Bar Court Record - judyrecords | /record/d2ktv6na1ac9 | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 177. | California State Bar Court Record - judyrecords | /record/d2ou0c702bd5 | 1 (0.10%) | 1 (0.11%) | 00:00:33 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 178. | California State Bar Court Record - judyrecords | /record/d2qwtkj19070 | 1 (0.10%) | 1 (0.11%) | 00:00:29 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 179. | California State Bar Court Record - judyrecords | /record/d4rf4ibq9c98 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 180. | California State Bar Court Record - judyrecords | /record/d5ayt0604ccc | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 181. | California State Bar Court Record - judyrecords | /record/d5hmzyqe69b4 | 1 (0.10%) | 1 (0.11%) | 00:03:43 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 182. | California State Bar Court Record - judyrecords | /record/d5yvrh29ea34 | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 183. | California State Bar Court Record - judyrecords | /record/d62gahfad477 | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Record - judyrecords | | (0.10%) | (0.11%) | | (0.00%) | | (0.00%) |
| 184. | California State Bar Court Record - judyrecords | /record/d654mo1e7405 | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 185. | California State Bar Court Record - judyrecords | /record/d6lohafa3386 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 186. | California State Bar Court Record - judyrecords | /record/d6ol2qv11f34 | 1 (0.10%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 187. | California State Bar Court Record - judyrecords | /record/d6zjdt1e362d | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 188. | California State Bar Court Record - judyrecords | /record/d74nkduj4327 | 1 (0.10%) | 1 (0.11%) | 00:00:26 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 189. | California State Bar Court Record - judyrecords | /record/d782fd1vaab2 | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 190. | California State Bar Court Record - judyrecords | /record/d9hv0q29de26 | 1 (0.10%) | 1 (0.11%) | 00:00:31 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 191. | California State Bar Court Record - judyrecords | /record/danw6kqvda48 | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 192. | California State Bar Court Record - judyrecords | /record/db19kwev229a | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 193. | California State Bar Court Record - judyrecords | /record/dbc9wz923c7 | 1 (0.10%) | 1 (0.11%) | 00:00:58 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 194. | California State Bar Court Record - judyrecords | /record/dbkac9he2cf2 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 195. | California State Bar Court Record - judyrecords | /record/dccl0i9e695 | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 196. | California State Bar Court Record - judyrecords | /record/dcpkl4x0f723 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 197. | California State Bar Court Record - judyrecords | /record/dcr1ae299c24 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 198. | California State Bar Court Record - judyrecords | /record/dd02yg9v1a97 | 1 (0.10%) | 1 (0.11%) | 00:00:43 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 199. | California State Bar Court Record - judyrecords | /record/dd2w857j9864 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 200. | California State Bar Court Record - judyrecords | /record/dddaayx0017b | 1 (0.10%) | 1 (0.11%) | 00:01:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 201. | California State Bar Court Record - judyrecords | /record/ddj5c5c001fc?fbclid=IwAR349COPIGSoAEZOczECwNzrZxrR6i-ZYoKVXLax_gr-_6rRxqqbU6eq0js | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 1 (7.14%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 202. | California State Bar Court Record - judyrecords | /record/ddm5ir5q2f45 | 1 (0.10%) | 1 (0.11%) | 00:00:24 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 203. | California State Bar Court Record - judyrecords | /record/ddos6709752 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 204. | California State Bar Court Record - judyrecords | /record/ddzny8q14f2c | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 205. | California State Bar Court Record - judyrecords | /record/df33xj295a17 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 206. | California State Bar Court Record - judyrecords | /record/dfb7f9e14597 | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 207. | California State Bar Court Record - judyrecords | /record/dfbi77qvd152 | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 208. | California State Bar Court Record - judyrecords | /record/dfef90298eb4 | 1 (0.10%) | 1 (0.11%) | 00:00:40 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 209. | California State Bar Court Record - judyrecords | /record/dfelmn4haa82 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 210. | California State Bar Court Record - judyrecords | /record/dfh16hi9c2f4 | 1 (0.10%) | 1 (0.11%) | 00:00:42 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 211. | California State Bar Court Record - judyrecords | /record/dfkaskga271d | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 212. | California State Bar Court Record - judyrecords | /record/dfmqmc01db0e | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 213. | California State Bar Court Record - judyrecords | /record/dfspdjnq1f9b | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 214. | California State Bar Court Record - judyrecords | /record/dfw93mje16f0 | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 215. | California State Bar Court Record - judyrecords | /record/dfy87upj84af | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

Schwitzer000000016

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 216. | California State Bar Court Record - judyrecords | /record/dh0os9492a | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 217. | California State Bar Court Record - judyrecords | /record/dh88fa0va39a | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 218. | California State Bar Court Record - judyrecords | /record/dh8w0zvvb347 | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 219. | California State Bar Court Record - judyrecords | /record/dh8w3ei94fe3 | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 220. | California State Bar Court Record - judyrecords | /record/dhfa7cyh5f42 | 1 (0.10%) | 1 (0.11%) | 00:00:31 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 221. | California State Bar Court Record - judyrecords | /record/dhisbn0ebfa1 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 222. | California State Bar Court Record - judyrecords | /record/dhncs45a760e | 1 (0.10%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 223. | California State Bar Court Record - judyrecords | /record/dhoasgu0b51e | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 224. | California State Bar Court Record - judyrecords | /record/dhrgbu70ba49 | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 225. | California State Bar Court Record - judyrecords | /record/dhzqjlc0322c | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 226. | California State Bar Court Record - judyrecords | /record/di6za249bcb2 | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 227. | California State Bar Court Record - judyrecords | /record/di9hds91582d | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 228. | California State Bar Court Record - judyrecords | /record/die8n8q1a36d | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 229. | California State Bar Court Record - judyrecords | /record/dig9qp39a403 | 1 (0.10%) | 1 (0.11%) | 00:00:03 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 230. | California State Bar Court Record - judyrecords | /record/dirvlu01942d | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 231. | California State Bar Court Record - judyrecords | /record/divzkpna8f9f | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 232. | California State Bar Court Record - judyrecords | /record/djc07iz94bb9 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 233. | California State Bar Court Record - judyrecords | /record/djurhl5qfcdc | 1 (0.10%) | 1 (0.11%) | 00:00:26 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 234. | California State Bar Court Record - judyrecords | /record/dk27hnra8ebe | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 235. | California State Bar Court Record - judyrecords | /record/dkcjefa1611d | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 236. | California State Bar Court Record - judyrecords | /record/dkegjuna8c80 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 237. | California State Bar Court Record - judyrecords | /record/dkvluc39eb57 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 238. | California State Bar Court Record - judyrecords | /record/dl006x8a0839 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 239. | California State Bar Court Record - judyrecords | /record/dl0sc0he3e11 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 240. | California State Bar Court Record - judyrecords | /record/dl4auw49cf2a | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 241. | California State Bar Court Record - judyrecords | /record/dl4v74h12498 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 242. | California State Bar Court Record - judyrecords | /record/dl7ef1tj4a4e | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 243. | California State Bar Court Record - judyrecords | /record/dlqozx1ec36c | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 244. | California State Bar Court Record - judyrecords | /record/dlqva8a1ab7a | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 245. | California State Bar Court Record - judyrecords | /record/dlqvuunae001 | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 246. | California State Bar Court Record - judyrecords | /record/dlrcu8q12789 | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 247. | California State Bar Court Record - judyrecords | /record/dmi426ve3195 | 1 (0.10%) | 1 (0.11%) | 00:00:56 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 248. | California State Bar Court Record - judyrecords | /record/dn10oduj41a4 | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

Schwitzer000000017

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 249. | California State Bar Court Record - judyrecords | /record/dnc953vv533c | 1 (0.10%) | 1 (0.11%) | 00:01:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 250. | California State Bar Court Record - judyrecords | /record/dnf43s2h5347 | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 251. | California State Bar Court Record - judyrecords | /record/dnkhius9d239 | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 252. | California State Bar Court Record - judyrecords | /record/dnpdrgy91d1f | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 253. | California State Bar Court Record - judyrecords | /record/dnsd28ra77f2 | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 254. | California State Bar Court Record - judyrecords | /record/dnu6svv849c | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 255. | California State Bar Court Record - judyrecords | /record/do07p3z90f26 | 1 (0.10%) | 1 (0.11%) | 00:00:33 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 256. | California State Bar Court Record - judyrecords | /record/do1xw6wh9421 | 1 (0.10%) | 1 (0.11%) | 00:00:58 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 257. | California State Bar Court Record - judyrecords | /record/do5xkit0c65d | 1 (0.10%) | 1 (0.11%) | 00:00:30 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 258. | California State Bar Court Record - judyrecords | /record/do9s9nzh75ad | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 259. | California State Bar Court Record - judyrecords | /record/dohfwyh1dfe2 | 1 (0.10%) | 1 (0.11%) | 00:00:01 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 260. | California State Bar Court Record - judyrecords | /record/dojsmsae1e4f | 1 (0.10%) | 1 (0.11%) | 00:01:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 261. | California State Bar Court Record - judyrecords | /record/doozqflq3175 | 1 (0.10%) | 1 (0.11%) | 00:00:31 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 262. | California State Bar Court Record - judyrecords | /record/dopbotrq2ff0 | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 263. | California State Bar Court Record - judyrecords | /record/doyh6nw9e7c2 | 1 (0.10%) | 1 (0.11%) | 00:01:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 264. | California State Bar Court Record - judyrecords | /record/doypjtmqf0ee | 1 (0.10%) | 1 (0.11%) | 00:00:23 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 265. | California State Bar Court Record - judyrecords | /record/dp8p09e1e6f9 | 1 (0.10%) | 1 (0.11%) | 00:00:41 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 266. | California State Bar Court Record - judyrecords | /record/dpgwpfmad954 | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 267. | California State Bar Court Record - judyrecords | /record/dpk0wj601a5c | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 268. | California State Bar Court Record - judyrecords | /record/dpl4izujf551 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 269. | California State Bar Court Record - judyrecords | /record/dpr0hhnq6f85 | 1 (0.10%) | 1 (0.11%) | 00:01:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 270. | California State Bar Court Record - judyrecords | /record/dpyxqjp0a247 | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 271. | California State Bar Court Record - judyrecords | /record/drllpahe12f0 | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 272. | California State Bar Court Record - judyrecords | /record/drls5q600e7e | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 273. | California State Bar Court Record - judyrecords | /record/drq04p3902f1 | 1 (0.10%) | 1 (0.11%) | 00:26:24 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 274. | California State Bar Court Record - judyrecords | /record/drq0pe0vf9b0 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 275. | California State Bar Court Record - judyrecords | /record/drqgujhe6fe6 | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 276. | California State Bar Court Record - judyrecords | /record/drqr0r4h9646 | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 277. | California State Bar Court Record - judyrecords | /record/drqr3mc04b42 | 1 (0.10%) | 1 (0.11%) | 00:01:30 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 278. | California State Bar Court Record - judyrecords | /record/drqxy61e2bc9 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 279. | California State Bar Court Record - judyrecords | /record/drr5pzlaf3c4 | 1 (0.10%) | 1 (0.11%) | 00:00:22 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 280. | California State Bar Court Record - judyrecords | /record/drs9z1vdc45 | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 281. | California State Bar Court Record - judyrecords | /record/drzumsihbc30 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 282. | California State Bar Court Record - judyrecords | /record/dsmty66j78e4 | 1 (0.10%) | 1 (0.11%) | 00:00:37 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 283. | California State Bar Court Record - judyrecords | /record/dsnzuxna7be1 | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 284. | California State Bar Court Record - judyrecords | /record/dstbi8a1b3ce | 1 (0.10%) | 1 (0.11%) | 00:00:31 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 285. | California State Bar Court Record - judyrecords | /record/dsvec1i9b403 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 286. | California State Bar Court Record - judyrecords | /record/dt3irl7j06aa | 1 (0.10%) | 1 (0.11%) | 00:00:34 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 287. | California State Bar Court Record - judyrecords | /record/dt4tx0608055 | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 288. | California State Bar Court Record - judyrecords | /record/dt7hgivve493 | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 289. | California State Bar Court Record - judyrecords | /record/dt7ieunaeac8 | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 290. | California State Bar Court Record - judyrecords | /record/dtijzg7jca39 | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 291. | California State Bar Court Record - judyrecords | /record/du085boj5ed0 | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 292. | California State Bar Court Record - judyrecords | /record/du7qs7ga1c26 | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 293. | California State Bar Court Record - judyrecords | /record/due8332hef96 | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 294. | California State Bar Court Record - judyrecords | /record/duvs5k8a789f | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 295. | California State Bar Court Record - judyrecords | /record/duzankeea814 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 296. | California State Bar Court Record - judyrecords | /record/dv661la18500 | 1 (0.10%) | 1 (0.11%) | 00:01:50 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 297. | California State Bar Court Record - judyrecords | /record/dvl9ijv115ad | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 298. | California State Bar Court Record - judyrecords | /record/dvlcnmhv7fc3 | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 299. | California State Bar Court Record - judyrecords | /record/dvo9n7017abe | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 300. | California State Bar Court Record - judyrecords | /record/dvpjozbq457b | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 301. | California State Bar Court Record - judyrecords | /record/dvsnudz97f1e | 1 (0.10%) | 1 (0.11%) | 00:01:00 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 302. | California State Bar Court Record - judyrecords | /record/dvtgtoga424f | 1 (0.10%) | 1 (0.11%) | 00:00:02 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 303. | California State Bar Court Record - judyrecords | /record/dvvghxnafd55 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 304. | California State Bar Court Record - judyrecords | /record/dw0rdkyh3e01 | 1 (0.10%) | 1 (0.11%) | 00:00:22 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 305. | California State Bar Court Record - judyrecords | /record/dw8l8y93bfa | 1 (0.10%) | 1 (0.11%) | 00:00:54 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 306. | California State Bar Court Record - judyrecords | /record/dwkby111a5eb | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 307. | California State Bar Court Record - judyrecords | /record/dx2rrprq6efb | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 308. | California State Bar Court Record - judyrecords | /record/dxe4wu709a1f | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 309. | California State Bar Court Record - judyrecords | /record/dy36emma53e5 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 310. | California State Bar Court Record - judyrecords | /record/dy5nmk8a5286 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 311. | California State Bar Court Record - judyrecords | /record/dy6ifprq7926 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 312. | California State Bar Court Record - judyrecords | /record/dy6nhkwh2bba | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 313. | California State Bar Court Record - judyrecords | /record/dy6vj2vvac45 | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 314. | California State Bar Court Record - judyrecords | /record/dy70txveee2f | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |

Schwitzer000000019

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 315. | California State Bar Court Record - judyrecords | /record/dy91hbma1800 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 316. | California State Bar Court Record - judyrecords | /record/dy9fjcwh36cd | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 317. | California State Bar Court Record - judyrecords | /record/dy9k6kve03f8 | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 318. | California State Bar Court Record - judyrecords | /record/dy9krok0aa1c | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 319. | California State Bar Court Record - judyrecords | /record/dy9ub54hb062 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 320. | California State Bar Court Record - judyrecords | /record/dyakuuvee89d | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 321. | California State Bar Court Record - judyrecords | /record/dyde903hbb91 | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 322. | California State Bar Court Record - judyrecords | /record/dyghproj1126 | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 323. | California State Bar Court Record - judyrecords | /record/dyhciba1ff67 | 1 (0.10%) | 1 (0.11%) | 00:00:32 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 324. | California State Bar Court Record - judyrecords | /record/dyl385c008ec | 1 (0.10%) | 1 (0.11%) | 00:01:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 325. | California State Bar Court Record - judyrecords | /record/dypclf9vf6c5 | 1 (0.10%) | 1 (0.11%) | 00:00:35 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 326. | California State Bar Court Record - judyrecords | /record/dypk22ha62f | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 327. | California State Bar Court Record - judyrecords | /record/dypz8uga0279 | 1 (0.10%) | 1 (0.11%) | 00:02:30 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 328. | California State Bar Court Record - judyrecords | /record/dyy2menq28c1 | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 329. | California State Bar Court Record - judyrecords | /record/dyzpa08q0282 | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 330. | California State Bar Court Record - judyrecords | /record/dz4l5unaade5 | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 331. | California State Bar Court Record - judyrecords | /record/dz6qwkav0096 | 1 (0.10%) | 1 (0.11%) | 00:00:48 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 332. | California State Bar Court Record - judyrecords | /record/dz6wxibq376f | 1 (0.10%) | 1 (0.11%) | 00:00:03 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 333. | California State Bar Court Record - judyrecords | /record/dzbcee182e2 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 334. | California State Bar Court Record - judyrecords | /record/dzqyzbkj8475 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 335. | California State Bar Court Record - judyrecords | /record/dzrvhb4hf2c9 | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 336. | California State Bar Court Record - judyrecords | /record/dzt3unma7d52 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 337. | California State Bar Court Record - judyrecords | /record/ef1hx0184dd | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 338. | California State Bar Court Record - judyrecords | /record/en3d1v178b3 | 1 (0.10%) | 1 (0.11%) | 00:00:27 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 339. | California State Bar Court Record - judyrecords | /record/f762wt02ceb | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 340. | California State Bar Court Record - judyrecords | /record/fakf9tjeb3f | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 341. | California State Bar Court Record - judyrecords | /record/fqcst702e6c | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 342. | California State Bar Court Record - judyrecords | /record/frv2ep07db3 | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 343. | California State Bar Court Record - judyrecords | /record/fstaoav4bae | 1 (0.10%) | 1 (0.11%) | 00:00:27 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 344. | California State Bar Court Record - judyrecords | /record/gbqi80eeb41 | 1 (0.10%) | 1 (0.11%) | 00:00:27 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 345. | California State Bar Court Record - judyrecords | /record/h00d21v3ceb | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 346. | California State Bar Court Record - judyrecords | /record/h31npwha923 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 347. | California State Bar Court Record - judyrecords | /record/h3w6l5q6a09 | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

Schwitzer000000020

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 348. | California State Bar Court Record - judyrecords | /record/h4xyp706afe | 1 (0.10%) | 1 (0.11%) | 00:00:02 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 349. | California State Bar Court Record - judyrecords | /record/h60tuee7fff | 1 (0.10%) | 1 (0.11%) | 00:00:57 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 350. | California State Bar Court Record - judyrecords | /record/h8l7nzh9169 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 351. | California State Bar Court Record - judyrecords | /record/hd6zicj9ea3 | 1 (0.10%) | 1 (0.11%) | 00:00:44 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 352. | California State Bar Court Record - judyrecords | /record/hjg5ma2fa5 | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 353. | California State Bar Court Record - judyrecords | /record/hlqpcs944da | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 354. | California State Bar Court Record - judyrecords | /record/hqfwb5q56e4 | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 355. | California State Bar Court Record - judyrecords | /record/hwgixgac738 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 356. | California State Bar Court Record - judyrecords | /record/i2w4h3h29cf | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 357. | California State Bar Court Record - judyrecords | /record/i7jhi9f0e9 | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 1 (7.14%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 358. | California State Bar Court Record - judyrecords | /record/i7jpboj2e19 | 1 (0.10%) | 1 (0.11%) | 00:00:24 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 359. | California State Bar Court Record - judyrecords | /record/ia0f66jcc52 | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 360. | California State Bar Court Record - judyrecords | /record/idpfvjv245a | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 361. | California State Bar Court Record - judyrecords | /record/itkafy90765 | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 362. | California State Bar Court Record - judyrecords | /record/j0nupveda1e | 1 (0.10%) | 1 (0.11%) | 00:00:32 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 363. | California State Bar Court Record - judyrecords | /record/j58igc01b28 | 1 (0.10%) | 1 (0.11%) | 00:00:01 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 364. | California State Bar Court Record - judyrecords | /record/j9y74eve246 | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 365. | California State Bar Court Record - judyrecords | /record/jdpb9tj6213 | 1 (0.10%) | 1 (0.11%) | 00:00:33 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 366. | California State Bar Court Record - judyrecords | /record/jh4wn7j4a0c | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 1 (7.14%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 367. | California State Bar Court Record - judyrecords | /record/jrzvih15402 | 1 (0.10%) | 1 (0.11%) | 00:00:01 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 368. | California State Bar Court Record - judyrecords | /record/k9tllu05a5d | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 369. | California State Bar Court Record - judyrecords | /record/kjd6jba772f | 1 (0.10%) | 1 (0.11%) | 00:00:26 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 370. | California State Bar Court Record - judyrecords | /record/l7lj1nqec3c | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 371. | California State Bar Court Record - judyrecords | /record/lbbz55q3c91 | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 372. | California State Bar Court Record - judyrecords | /record/le8m8w90b18 | 1 (0.10%) | 1 (0.11%) | 00:00:23 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 373. | California State Bar Court Record - judyrecords | /record/lewgc0efdf | 1 (0.10%) | 1 (0.11%) | 00:02:34 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 374. | California State Bar Court Record - judyrecords | /record/lgampna5175 | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 375. | California State Bar Court Record - judyrecords | /record/llbaahe20f3 | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 376. | California State Bar Court Record - judyrecords | /record/lpj76o03d84 | 1 (0.10%) | 1 (0.11%) | 00:00:29 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 377. | California State Bar Court Record - judyrecords | /record/lwp37nadbc5 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 378. | California State Bar Court Record - judyrecords | /record/m1eyvhe740a | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 379. | California State Bar Court Record - judyrecords | /record/mbn7zz950bd | 1 (0.10%) | 1 (0.11%) | 00:01:40 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 380. | California State Bar Court Record - judyrecords | /record/mgyar9v00b9 | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

**Schwitzer000000021**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 381. | California State Bar Court Record - judyrecords | /record/n0am6n4hb84e | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 382. | California State Bar Court Record - judyrecords | /record/n0befyt00490 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 383. | California State Bar Court Record - judyrecords | /record/n0i9yla819a | 1 (0.10%) | 1 (0.11%) | 00:10:23 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 384. | California State Bar Court Record - judyrecords | /record/n0vbi6ve9f06 | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 385. | California State Bar Court Record - judyrecords | /record/n0xawy1v5a12 | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 386. | California State Bar Court Record - judyrecords | /record/n0yr60p0f371 | 1 (0.10%) | 1 (0.11%) | 00:00:51 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 387. | California State Bar Court Record - judyrecords | /record/n14xvvtj99d0 | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 388. | California State Bar Court Record - judyrecords | /record/n16vsrma0aa6 | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 389. | California State Bar Court Record - judyrecords | /record/n17xjomqd64f | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 390. | California State Bar Court Record - judyrecords | /record/n18mff4hf730 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 391. | California State Bar Court Record - judyrecords | /record/n1lf8os9ce0c | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 392. | California State Bar Court Record - judyrecords | /record/n1nc3n4h98bb | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 393. | California State Bar Court Record - judyrecords | /record/n1q70av1f4fa | 1 (0.10%) | 1 (0.11%) | 00:00:23 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 394. | California State Bar Court Record - judyrecords | /record/n27dps90e94 | 1 (0.10%) | 1 (0.11%) | 00:24:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 395. | California State Bar Court Record - judyrecords | /record/n2hkzbkjbfa2 | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 396. | California State Bar Court Record - judyrecords | /record/n2tidbra9fce | 1 (0.10%) | 1 (0.11%) | 00:01:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 397. | California State Bar Court Record - judyrecords | /record/n2ulbj8q264e | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 398. | California State Bar Court Record - judyrecords | /record/n2xnpjfa82ca | 1 (0.10%) | 1 (0.11%) | 00:00:02 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 399. | California State Bar Court Record - judyrecords | /record/n2z87h606ec9 | 1 (0.10%) | 1 (0.11%) | 00:00:03 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 400. | California State Bar Court Record - judyrecords | /record/n2zc19he4220 | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 401. | California State Bar Court Record - judyrecords | /record/n30ewr9v13c0 | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 402. | California State Bar Court Record - judyrecords | /record/n359za0vf0bf | 1 (0.10%) | 1 (0.11%) | 00:00:30 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 403. | California State Bar Court Record - judyrecords | /record/n36bifw94340 | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 404. | California State Bar Court Record - judyrecords | /record/n36vqpo09940 | 1 (0.10%) | 1 (0.11%) | 00:00:22 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 405. | California State Bar Court Record - judyrecords | /record/n3808c010637 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 406. | California State Bar Court Record - judyrecords | /record/n39tag0e140d | 1 (0.10%) | 1 (0.11%) | 00:00:22 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 407. | California State Bar Court Record - judyrecords | /record/n3g4f45aeb98 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 408. | California State Bar Court Record - judyrecords | /record/n3nfe5kjc5be | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 409. | California State Bar Court Record - judyrecords | /record/n3w806pjaade | 1 (0.10%) | 1 (0.11%) | 00:01:35 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 410. | California State Bar Court Record - judyrecords | /record/n3xkmap0114f | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 411. | California State Bar Court Record - judyrecords | /record/n3yiy6yh1cb9 | 1 (0.10%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 412. | California State Bar Court Record - judyrecords | /record/n4no7h3h6c71 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 413. | California State Bar Court Record - judyrecords | /record/n4nos4ujabbe | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

Schwitzer000000022

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Record - judyrecords | | 1 (0.10%) | 1 (0.11%) | | 0 (0.00%) | 0.00% | $0.00 (0.00%) |
| 414. | California State Bar Court Record - judyrecords | /record/n4pir6j17e28 | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 415. | California State Bar Court Record - judyrecords | /record/n53o5u013346 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 416. | California State Bar Court Record - judyrecords | /record/n54bso6j86e2 | 1 (0.10%) | 1 (0.11%) | 00:00:33 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 417. | California State Bar Court Record - judyrecords | /record/n57ast8a9f80 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 418. | California State Bar Court Record - judyrecords | /record/n57hhck0a68f | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 419. | California State Bar Court Record - judyrecords | /record/n5eajxk0ce22 | 1 (0.10%) | 1 (0.11%) | 00:00:24 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 420. | California State Bar Court Record - judyrecords | /record/n5ewh0sh1c97 | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 421. | California State Bar Court Record - judyrecords | /record/n5pgonw90b9d | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 422. | California State Bar Court Record - judyrecords | /record/n5rms8dhdaa2 | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 423. | California State Bar Court Record - judyrecords | /record/n65cwz495694 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 424. | California State Bar Court Record - judyrecords | /record/n65kx13hfe6e | 1 (0.10%) | 1 (0.11%) | 00:00:24 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 425. | California State Bar Court Record - judyrecords | /record/n69mqajv19c8 | 1 (0.10%) | 1 (0.11%) | 00:00:30 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 426. | California State Bar Court Record - judyrecords | /record/n6am2929646a | 1 (0.10%) | 1 (0.11%) | 00:00:02 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 427. | California State Bar Court Record - judyrecords | /record/n6ih7foj293a | 1 (0.10%) | 1 (0.11%) | 00:01:28 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 428. | California State Bar Court Record - judyrecords | /record/n6ob77j1bd40 | 1 (0.10%) | 1 (0.11%) | 00:00:31 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 429. | California State Bar Court Record - judyrecords | /record/n6omcwujc996 | 1 (0.10%) | 1 (0.11%) | 00:01:02 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 430. | California State Bar Court Record - judyrecords | /record/n6sc6enq63e0 | 1 (0.10%) | 1 (0.11%) | 00:00:30 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 431. | California State Bar Court Record - judyrecords | /record/n6tc2vsh9f1c | 1 (0.10%) | 1 (0.11%) | 00:00:31 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 432. | California State Bar Court Record - judyrecords | /record/n6u5tp011138 | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 433. | California State Bar Court Record - judyrecords | /record/n6v1eegq9003 | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 434. | California State Bar Court Record - judyrecords | /record/n78a4w9110bb | 1 (0.10%) | 1 (0.11%) | 00:00:40 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 435. | California State Bar Court Record - judyrecords | /record/n7aetyx02fce | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 436. | California State Bar Court Record - judyrecords | /record/n7lfnq0v3e24 | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 437. | California State Bar Court Record - judyrecords | /record/n7pvusz94e36 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 438. | California State Bar Court Record - judyrecords | /record/n7x63e8q7e33 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 439. | California State Bar Court Record - judyrecords | /record/n89k39jv9b17 | 1 (0.10%) | 1 (0.11%) | 00:02:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 440. | California State Bar Court Record - judyrecords | /record/n8amrxwh093e | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 441. | California State Bar Court Record - judyrecords | /record/n8pbjv9ec8b1 | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 442. | California State Bar Court Record - judyrecords | /record/n8pidu0175d5 | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 443. | California State Bar Court Record - judyrecords | /record/n8qnwr7j4fdb | 1 (0.10%) | 1 (0.11%) | 00:00:23 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 444. | California State Bar Court Record - judyrecords | /record/n8vzcqtj13dd | 1 (0.10%) | 1 (0.11%) | 00:01:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 445. | California State Bar Court Record - judyrecords | /record/n90f557j811d | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 446. | California State Bar Court Record - judyrecords | /record/n91un6qa0ae8 | 1 | 1 | 00:00:38 | | 0.00% | 0.00% | $0.00 |

Schwitzer000000023

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Record - judyrecords | /record/n... | 1 (0.10%) | 1 (0.11%) | | 0 (0.00%) | | | $0.00 (0.00%) |
| 447. | California State Bar Court Record - judyrecords | /record/n98el19ebc41 | 1 (0.10%) | 1 (0.11%) | 00:00:42 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 448. | California State Bar Court Record - judyrecords | /record/n998957j485c | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 449. | California State Bar Court Record - judyrecords | /record/n99mg90v256b | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 450. | California State Bar Court Record - judyrecords | /record/n9a37d5a46d1 | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 451. | California State Bar Court Record - judyrecords | /record/n9c2wfzhed0b | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 452. | California State Bar Court Record - judyrecords | /record/n9cf21gq6fc0 | 1 (0.10%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 453. | California State Bar Court Record - judyrecords | /record/n9deblc098ee | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 454. | California State Bar Court Record - judyrecords | /record/n9duadevc6c6 | 1 (0.10%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 455. | California State Bar Court Record - judyrecords | /record/n9ihfmhvf2cd | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 456. | California State Bar Court Record - judyrecords | /record/n9in7axjaa62 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 457. | California State Bar Court Record - judyrecords | /record/n9nb9vv10782 | 1 (0.10%) | 1 (0.11%) | 00:00:35 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 458. | California State Bar Court Record - judyrecords | /record/n9nq5gmaf962 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 459. | California State Bar Court Record - judyrecords | /record/n9rkyma1ba56 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 460. | California State Bar Court Record - judyrecords | /record/n9ukv5jeb72d | 1 (0.10%) | 1 (0.11%) | 00:00:37 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 461. | California State Bar Court Record - judyrecords | /record/n9v8w739913f | 1 (0.10%) | 1 (0.11%) | 00:00:22 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 462. | California State Bar Court Record - judyrecords | /record/n9wfh3490c52 | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 463. | California State Bar Court Record - judyrecords | /record/na098zih2c44 | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 464. | California State Bar Court Record - judyrecords | /record/na2m7i1v5582 | 1 (0.10%) | 1 (0.11%) | 00:00:44 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 465. | California State Bar Court Record - judyrecords | /record/na7q8iev85a9 | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 466. | California State Bar Court Record - judyrecords | /record/nabv1c01d822 | 1 (0.10%) | 1 (0.11%) | 00:00:38 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 467. | California State Bar Court Record - judyrecords | /record/naj3b42hcd38 | 1 (0.10%) | 1 (0.11%) | 00:00:26 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 468. | California State Bar Court Record - judyrecords | /record/nak0mfa17acd | 1 (0.10%) | 1 (0.11%) | 00:00:36 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 469. | California State Bar Court Record - judyrecords | /record/nal7vji9ec80 | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 470. | California State Bar Court Record - judyrecords | /record/nap66f7jcb18 | 1 (0.10%) | 1 (0.11%) | 00:00:29 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 471. | California State Bar Court Record - judyrecords | /record/nax1ukga2739 | 1 (0.10%) | 1 (0.11%) | 00:00:27 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 472. | California State Bar Court Record - judyrecords | /record/nayn9xav5ce0 | 1 (0.10%) | 1 (0.11%) | 00:03:31 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 473. | California State Bar Court Record - judyrecords | /record/naysyt038e4 | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 474. | California State Bar Court Record - judyrecords | /record/nb34iv9e9bf2 | 1 (0.10%) | 1 (0.11%) | 00:00:27 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 475. | California State Bar Court Record - judyrecords | /record/nb5gzep01e81 | 1 (0.10%) | 1 (0.11%) | 00:00:23 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 476. | California State Bar Court Record - judyrecords | /record/nb6usy2h56bc | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 477. | California State Bar Court Record - judyrecords | /record/nbdpavxjaf94 | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 478. | California State Bar Court Record - judyrecords | /record/nbxz17s9c44d | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 479. | California State Bar Court | /record/nbzhama14f00 | 1 | 1 | 00:00:17 | 0.00% | 0.00% | 0.00% | $0.00 |

Schwitzer000000024

| # | Site | URL | | | Time | | | | | |
|---|------|-----|---|---|------|---|---|---|---|---|
| 479. | California State Bar Court Record - judyrecords | /record/nbzhomq14i00 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 480. | California State Bar Court Record - judyrecords | /record/nc1c69jvc6bd | 1 (0.10%) | 1 (0.11%) | 00:00:43 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 481. | California State Bar Court Record - judyrecords | /record/nc8955w9261d | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 482. | California State Bar Court Record - judyrecords | /record/ncdbzk6j2d15 | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 483. | California State Bar Court Record - judyrecords | /record/ncj99tve1787 | 1 (0.10%) | 1 (0.11%) | 00:00:27 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 484. | California State Bar Court Record - judyrecords | /record/ndgcv8q3943 | 1 (0.10%) | 1 (0.11%) | 00:00:01 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 485. | California State Bar Court Record - judyrecords | /record/ndxwtmq4a93 | 1 (0.10%) | 1 (0.11%) | 00:00:47 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 486. | California State Bar Court Record - judyrecords | /record/negnrr5q2c99 | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 487. | California State Bar Court Record - judyrecords | /record/nei29ba7584 | 1 (0.10%) | 1 (0.11%) | 00:00:58 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 488. | California State Bar Court Record - judyrecords | /record/nett7xee0442 | 1 (0.10%) | 1 (0.11%) | 00:00:02 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 489. | California State Bar Court Record - judyrecords | /record/nev1gwujcef9 | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 490. | California State Bar Court Record - judyrecords | /record/nf7zhpav7bd9 | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 491. | California State Bar Court Record - judyrecords | /record/nfe11ehef4fa | 1 (0.10%) | 1 (0.11%) | 00:00:01 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 492. | California State Bar Court Record - judyrecords | /record/nfgnwyx0ddb4 | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 493. | California State Bar Court Record - judyrecords | /record/nfqnlcna19fb | 1 (0.10%) | 1 (0.11%) | 00:00:33 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 494. | California State Bar Court Record - judyrecords | /record/nfs79tmq2905 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 495. | California State Bar Court Record - judyrecords | /record/nfz6rcj133c4 | 1 (0.10%) | 1 (0.11%) | 00:00:23 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 496. | California State Bar Court Record - judyrecords | /record/ngjb5rlq7f9b | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 497. | California State Bar Court Record - judyrecords | /record/nh85xtga28c4 | 1 (0.10%) | 1 (0.11%) | 00:00:22 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 498. | California State Bar Court Record - judyrecords | /record/nhewpu6j54bb | 1 (0.10%) | 1 (0.11%) | 00:00:26 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 499. | California State Bar Court Record - judyrecords | /record/nhr3txj1efb6 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 500. | California State Bar Court Record - judyrecords | /record/ni4h4cna333a | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 501. | California State Bar Court Record - judyrecords | /record/ni774gq1de3f | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 502. | California State Bar Court Record - judyrecords | /record/ni9xsoav981f | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 503. | California State Bar Court Record - judyrecords | /record/nibhotyh7eb5 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 504. | California State Bar Court Record - judyrecords | /record/nif1knma9304 | 1 (0.10%) | 1 (0.11%) | 00:00:30 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 505. | California State Bar Court Record - judyrecords | /record/nim53q3hdeb0 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 506. | California State Bar Court Record - judyrecords | /record/niqk3lkj4002 | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 507. | California State Bar Court Record - judyrecords | /record/niss1ga1d73b | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 508. | California State Bar Court Record - judyrecords | /record/niuzuqgqd12e | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 509. | California State Bar Court Record - judyrecords | /record/nj0wr3vv3b4d | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 510. | California State Bar Court Record - judyrecords | /record/nj9lmqv192e9 | 1 (0.10%) | 1 (0.11%) | 00:00:30 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 511. | California State Bar Court Record - judyrecords | /record/njaf3hba66b0 | 1 (0.10%) | 1 (0.11%) | 00:00:28 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| | California State Bar Court | | 1 | 1 | | | | | $0.00 |

Schwitzer000000025

| # | Site | URL | | | Time | | | | |
|---|------|-----|---|---|------|---|---|---|---|
| 512. | California State Bar Court Record - judyrecords | /record/njg6f3cja080 | (0.10%) | (0.11%) | 00:00:05 | (0.00%) | 0.00% | 0.00% | (0.00%) |
| 513. | California State Bar Court Record - judyrecords | /record/njg9ij606975 | 1 (0.10%) | 1 (0.11%) | 00:00:22 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 514. | California State Bar Court Record - judyrecords | /record/njkd0jba580a | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 515. | California State Bar Court Record - judyrecords | /record/njsq570116e2 | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 516. | California State Bar Court Record - judyrecords | /record/njtn6n7jd6a6 | 1 (0.10%) | 1 (0.11%) | 00:03:24 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 517. | California State Bar Court Record - judyrecords | /record/nk6u30p07dac | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 518. | California State Bar Court Record - judyrecords | /record/nkf95mq1e73c | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 519. | California State Bar Court Record - judyrecords | /record/nkfwhdbq0d4e | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 520. | California State Bar Court Record - judyrecords | /record/nkgw20tj249f | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 521. | California State Bar Court Record - judyrecords | /record/nkn9z4d92a05 | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 522. | California State Bar Court Record - judyrecords | /record/nkxxbgzh7c1e | 1 (0.10%) | 1 (0.11%) | 00:00:30 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 523. | California State Bar Court Record - judyrecords | /record/nl28u00vae80 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 524. | California State Bar Court Record - judyrecords | /record/nldv5xrq27cc | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 525. | California State Bar Court Record - judyrecords | /record/nllzev9ed544 | 1 (0.10%) | 1 (0.11%) | 00:01:37 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 526. | California State Bar Court Record - judyrecords | /record/nlr52r7j0c9b | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 527. | California State Bar Court Record - judyrecords | /record/nlreu84hf033 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 528. | California State Bar Court Record - judyrecords | /record/nlrtup8adabf | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 529. | California State Bar Court Record - judyrecords | /record/nm6ei2fq31dc | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 530. | California State Bar Court Record - judyrecords | /record/nm7uzw2he758 | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 531. | California State Bar Court Record - judyrecords | /record/nm9ncz1v82ce | 1 (0.10%) | 1 (0.11%) | 00:00:23 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 532. | California State Bar Court Record - judyrecords | /record/nmd0n4fq8b9c | 1 (0.10%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 533. | California State Bar Court Record - judyrecords | /record/nmtokw2h4158 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 534. | California State Bar Court Record - judyrecords | /record/nnqoca113c58 | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 535. | California State Bar Court Record - judyrecords | /record/nnt5v59v0cd5 | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 536. | California State Bar Court Record - judyrecords | /record/nnvfs39122fb | 1 (0.10%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 537. | California State Bar Court Record - judyrecords | /record/nobu6av1dbaa | 1 (0.10%) | 1 (0.11%) | 00:01:47 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 538. | California State Bar Court Record - judyrecords | /record/np5ptunabe61 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 539. | California State Bar Court Record - judyrecords | /record/np8fi7ee5fab | 1 (0.10%) | 1 (0.11%) | 00:02:43 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 540. | California State Bar Court Record - judyrecords | /record/npkn46pja4d1 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 541. | California State Bar Court Record - judyrecords | /record/npm5vv9ed5b0 | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 542. | California State Bar Court Record - judyrecords | /record/npupd0i925ad | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 543. | California State Bar Court Record - judyrecords | /record/nr22ajv9254 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 544. | California State Bar Court Record - judyrecords | /record/nr8s984hb64f | 1 (0.10%) | 1 (0.11%) | 00:00:28 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

Schwitzer000000026

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 545. | California State Bar Court Record - judyrecords | /record/nrar43z9c08b | 1 (0.10%) | 1 (0.11%) | 00:00:22 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 546. | California State Bar Court Record - judyrecords | /record/nre1dvhea854 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 547. | California State Bar Court Record - judyrecords | /record/nred5ibq967a | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 548. | California State Bar Court Record - judyrecords | /record/nrg59s1vf4c6 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 549. | California State Bar Court Record - judyrecords | /record/nrmy1vgq1968 | 1 (0.10%) | 1 (0.11%) | 00:16:35 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 550. | California State Bar Court Record - judyrecords | /record/nrtvhpgaf801 | 1 (0.10%) | 1 (0.11%) | 00:00:56 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 551. | California State Bar Court Record - judyrecords | /record/nsfzbsqe66f5 | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 552. | California State Bar Court Record - judyrecords | /record/nsz349tjc37e | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 553. | California State Bar Court Record - judyrecords | /record/nt2eo89vac76 | 1 (0.10%) | 1 (0.11%) | 00:00:26 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 554. | California State Bar Court Record - judyrecords | /record/ntc41cyh19fe | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 555. | California State Bar Court Record - judyrecords | /record/ntu69dh1a216 | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 556. | California State Bar Court Record - judyrecords | /record/nvs2j08qf201 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 557. | California State Bar Court Record - judyrecords | /record/nvxz639ed1e | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 558. | California State Bar Court Record - judyrecords | /record/nw3dey91c563 | 1 (0.10%) | 1 (0.11%) | 00:00:25 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 559. | California State Bar Court Record - judyrecords | /record/nw64zwd9b365 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 560. | California State Bar Court Record - judyrecords | /record/nw96bee16cc5 | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 561. | California State Bar Court Record - judyrecords | /record/nwa8snw9495a | 1 (0.10%) | 1 (0.11%) | 00:00:27 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 562. | California State Bar Court Record - judyrecords | /record/nweszycj28ed | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 563. | California State Bar Court Record - judyrecords | /record/nwjbal0ebd87 | 1 (0.10%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 564. | California State Bar Court Record - judyrecords | /record/nwurte113936 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 565. | California State Bar Court Record - judyrecords | /record/nwxpy7s92014 | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 566. | California State Bar Court Record - judyrecords | /record/nxbykfzh5c20 | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 567. | California State Bar Court Record - judyrecords | /record/nxfl0m7j76cc | 1 (0.10%) | 1 (0.11%) | 00:00:01 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 568. | California State Bar Court Record - judyrecords | /record/nxilo6jb9ae | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 569. | California State Bar Court Record - judyrecords | /record/nxjaj29274c | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 570. | California State Bar Court Record - judyrecords | /record/nxjsn0shdb3d | 1 (0.10%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 571. | California State Bar Court Record - judyrecords | /record/nxsh31i96d78 | 1 (0.10%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 572. | California State Bar Court Record - judyrecords | /record/ny3ggps99e92 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 573. | California State Bar Court Record - judyrecords | /record/nykinuyhe52a | 1 (0.10%) | 1 (0.11%) | 00:00:30 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 574. | California State Bar Court Record - judyrecords | /record/nyp0ezx03d6d | 1 (0.10%) | 1 (0.11%) | 00:00:23 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 575. | California State Bar Court Record - judyrecords | /record/nyrrl12941fd | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 576. | California State Bar Court Record - judyrecords | /record/nyyvrzvvc7ea | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 577. | California State Bar Court Record - judyrecords | /record/nz03qu8aa494 | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

Schwitzer000000027

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 578. | California State Bar Court Record - judyrecords | /record/nz3qudqe7bcc | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 579. | California State Bar Court Record - judyrecords | /record/nz5i8v110afd | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 580. | California State Bar Court Record - judyrecords | /record/nzndg55q8aa6 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 581. | California State Bar Court Record - judyrecords | /record/nzoq6dev83db | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 582. | California State Bar Court Record - judyrecords | /record/nzu2b9sha21e | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 583. | California State Bar Court Record - judyrecords | /record/nzz3rwvvb9f8 | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 584. | California State Bar Court Record - judyrecords | /record/paac5dh6679 | 1 (0.10%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 585. | California State Bar Court Record - judyrecords | /record/pakv9hee456 | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 586. | California State Bar Court Record - judyrecords | /record/patl2z9650e | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 587. | California State Bar Court Record - judyrecords | /record/pbcei9177c0 | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 588. | California State Bar Court Record - judyrecords | /record/pdjw2499185 | 1 (0.10%) | 1 (0.11%) | 00:01:31 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 589. | California State Bar Court Record - judyrecords | /record/pemp9fa8f55 | 1 (0.10%) | 1 (0.11%) | 00:00:35 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 590. | California State Bar Court Record - judyrecords | /record/pib5iihb5ed | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 591. | California State Bar Court Record - judyrecords | /record/pkuqprq5c64 | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 592. | California State Bar Court Record - judyrecords | /record/pl6q5a154c7 | 1 (0.10%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 593. | California State Bar Court Record - judyrecords | /record/pmy91gqd4a0 | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 594. | California State Bar Court Record - judyrecords | /record/qbsfqxjbf60 | 1 (0.10%) | 1 (0.11%) | 00:00:28 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 595. | California State Bar Court Record - judyrecords | /record/qdpzav1f25e | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 596. | California State Bar Court Record - judyrecords | /record/qf93gdh40f1 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 597. | California State Bar Court Record - judyrecords | /record/qt4xnojf111 | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 598. | California State Bar Court Record - judyrecords | /record/qtgqzih2609 | 1 (0.10%) | 1 (0.11%) | 00:00:29 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 599. | California State Bar Court Record - judyrecords | /record/qu4j2ihcda5 | 1 (0.10%) | 1 (0.11%) | 00:00:33 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 600. | California State Bar Court Record - judyrecords | /record/qu9ts2he3d3 | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 601. | California State Bar Court Record - judyrecords | /record/r4e331v7854 | 1 (0.10%) | 1 (0.11%) | 00:00:32 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 602. | California State Bar Court Record - judyrecords | /record/r5zfnw96a75 | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 1 (7.14%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 603. | California State Bar Court Record - judyrecords | /record/r6btmkj5140 | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 604. | California State Bar Court Record - judyrecords | /record/r6wv6qv8bc6 | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 605. | California State Bar Court Record - judyrecords | /record/rdj6s91b30b | 1 (0.10%) | 1 (0.11%) | 00:00:47 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 606. | California State Bar Court Record - judyrecords | /record/rr0zz2hdfde | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 607. | California State Bar Court Record - judyrecords | /record/rvvt706235 | 1 (0.10%) | 1 (0.11%) | 00:01:26 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 608. | California State Bar Court Record - judyrecords | /record/s0py91132f7 | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 609. | California State Bar Court Record - judyrecords | /record/s11ygzh5848 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 610. | California State Bar Court Record - judyrecords | /record/s5x5f5q367a | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

| # | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 611. | California State Bar Court Record - judyrecords | /record/sf9sry944b2 | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 612. | California State Bar Court Record - judyrecords | /record/sinzesha993 | 1 (0.10%) | 1 (0.11%) | 00:00:23 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 613. | California State Bar Court Record - judyrecords | /record/sl2cwvvae09 | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 614. | California State Bar Court Record - judyrecords | /record/slqcove86d5 | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 615. | California State Bar Court Record - judyrecords | /record/slr2qi97421 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 616. | California State Bar Court Record - judyrecords | /record/slr5atjdb83 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 617. | California State Bar Court Record - judyrecords | /record/slt4ck0f2e3 | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 618. | California State Bar Court Record - judyrecords | /record/slthuwh8eca | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 619. | California State Bar Court Record - judyrecords | /record/sn7inw91f54 | 1 (0.10%) | 1 (0.11%) | 00:00:32 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 620. | California State Bar Court Record - judyrecords | /record/spex601bbeb | 1 (0.10%) | 1 (0.11%) | 00:00:22 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 621. | California State Bar Court Record - judyrecords | /record/spwaiuja228 | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 622. | California State Bar Court Record - judyrecords | /record/spwu2z9148c | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 623. | California State Bar Court Record - judyrecords | /record/srnz5je96d0 | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 624. | California State Bar Court Record - judyrecords | /record/t1mngma2a9e | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 625. | California State Bar Court Record - judyrecords | /record/t8kjxrqc352 | 1 (0.10%) | 1 (0.11%) | 00:00:26 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 626. | California State Bar Court Record - judyrecords | /record/tde9ibq173c | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 627. | California State Bar Court Record - judyrecords | /record/tf5wos9a082 | 1 (0.10%) | 1 (0.11%) | 00:01:34 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 628. | California State Bar Court Record - judyrecords | /record/tg7y8zhae8f | 1 (0.10%) | 1 (0.11%) | 00:00:24 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 629. | California State Bar Court Record - judyrecords | /record/th6gflqd65a | 1 (0.10%) | 1 (0.11%) | 00:01:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 630. | California State Bar Court Record - judyrecords | /record/tjfkq299e0f | 1 (0.10%) | 1 (0.11%) | 00:01:40 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 631. | California State Bar Court Record - judyrecords | /record/tl2lzuj3b9e | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 632. | California State Bar Court Record - judyrecords | /record/tuc585qbaad | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 633. | California State Bar Court Record - judyrecords | /record/txbsfojc6db | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 634. | California State Bar Court Record - judyrecords | /record/u04cjtyh1e5b | 1 (0.10%) | 1 (0.11%) | 00:00:28 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 635. | California State Bar Court Record - judyrecords | /record/u0i1466j55ed | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 636. | California State Bar Court Record - judyrecords | /record/u0ux0zx06073 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 637. | California State Bar Court Record - judyrecords | /record/u18ouo39e7d3 | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 638. | California State Bar Court Record - judyrecords | /record/u1g7jogac745 | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 639. | California State Bar Court Record - judyrecords | /record/u1hm96014dc | 1 (0.10%) | 1 (0.11%) | 00:00:28 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 640. | California State Bar Court Record - judyrecords | /record/u1q4f7whbecb | 1 (0.10%) | 1 (0.11%) | 00:00:02 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 641. | California State Bar Court Record - judyrecords | /record/u1rdw1jv8602 | 1 (0.10%) | 1 (0.11%) | 00:02:41 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 642. | California State Bar Court Record - judyrecords | /record/u1u6nt1e7005 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 643. | California State Bar Court Record - judyrecords | /record/u1wjkb9v097f | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

Schwitzer000000029

| # | | URL | | | Time | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 644. | California State Bar Court Record - judyrecords | /record/u1y2qkna09f7 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 645. | California State Bar Court Record - judyrecords | /record/u2ovjjv5898 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 646. | California State Bar Court Record - judyrecords | /record/u2tv02fq8de7 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 647. | California State Bar Court Record - judyrecords | /record/u4huove5eda | 1 (0.10%) | 1 (0.11%) | 00:01:36 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 648. | California State Bar Court Record - judyrecords | /record/u5cywfqbd9a | 1 (0.10%) | 1 (0.11%) | 00:00:33 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 649. | California State Bar Court Record - judyrecords | /record/u83a9p8abc1f | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 650. | California State Bar Court Record - judyrecords | /record/u859n41va46a | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 651. | California State Bar Court Record - judyrecords | /record/u8kxftpj5d92 | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 652. | California State Bar Court Record - judyrecords | /record/u8qpd55q6b93 | 1 (0.10%) | 1 (0.11%) | 00:00:01 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 653. | California State Bar Court Record - judyrecords | /record/u8sxsb5qf183 | 1 (0.10%) | 1 (0.11%) | 00:01:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 654. | California State Bar Court Record - judyrecords | /record/u9orcve177b | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 655. | California State Bar Court Record - judyrecords | /record/ualw5r9v375d | 1 (0.10%) | 1 (0.11%) | 00:13:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 656. | California State Bar Court Record - judyrecords | /record/uaxb761e3afc | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 657. | California State Bar Court Record - judyrecords | /record/uce62n9v00ae | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 658. | California State Bar Court Record - judyrecords | /record/uctdhduj7bf1 | 1 (0.10%) | 1 (0.11%) | 00:00:32 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 659. | California State Bar Court Record - judyrecords | /record/udeditna6f14 | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 660. | California State Bar Court Record - judyrecords | /record/udhmxna7d00 | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 661. | California State Bar Court Record - judyrecords | /record/udpau291d74a | 1 (0.10%) | 1 (0.11%) | 00:00:35 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 662. | California State Bar Court Record - judyrecords | /record/udyqna16e49 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 663. | California State Bar Court Record - judyrecords | /record/uf1xtok0862e | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 664. | California State Bar Court Record - judyrecords | /record/uf4nfk01b830 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 665. | California State Bar Court Record - judyrecords | /record/ufc63e609f1f | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 666. | California State Bar Court Record - judyrecords | /record/ufkpjpve05cf | 1 (0.10%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 667. | California State Bar Court Record - judyrecords | /record/uh7pd2uj5444 | 1 (0.10%) | 1 (0.11%) | 00:00:24 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 668. | California State Bar Court Record - judyrecords | /record/uhr5ek6jce40 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 669. | California State Bar Court Record - judyrecords | /record/ui75zcrqc0fc | 1 (0.10%) | 1 (0.11%) | 00:00:24 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 670. | California State Bar Court Record - judyrecords | /record/uib4plc0bbbe | 1 (0.10%) | 1 (0.11%) | 00:00:38 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 671. | California State Bar Court Record - judyrecords | /record/uib5rus98122 | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 672. | California State Bar Court Record - judyrecords | /record/uiyx56o0b278 | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 673. | California State Bar Court Record - judyrecords | /record/uj1xyc8aaaa6 | 1 (0.10%) | 1 (0.11%) | 00:00:37 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 674. | California State Bar Court Record - judyrecords | /record/uj6ics9e4ba | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 675. | California State Bar Court Record - judyrecords | /record/uj9o9e8qd2d3 | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 676. | California State Bar Court Record - judyrecords | /record/ujej0c1e105f | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

Schwitzer000000030

| # | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 677. | California State Bar Court Record - judyrecords | /record/ujj1pqxj9471 | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 678. | California State Bar Court Record - judyrecords | /record/ujm37mc07924 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 679. | California State Bar Court Record - judyrecords | /record/ukr677qv1228 | 1 (0.10%) | 1 (0.11%) | 00:00:23 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 680. | California State Bar Court Record - judyrecords | /record/uktpcrra1b7f | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 681. | California State Bar Court Record - judyrecords | /record/ul46zfhvf367 | 1 (0.10%) | 1 (0.11%) | 00:00:48 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 682. | California State Bar Court Record - judyrecords | /record/ula2jc704963 | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 683. | California State Bar Court Record - judyrecords | /record/uldj7701b405 | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 684. | California State Bar Court Record - judyrecords | /record/ulndjvnqc97b | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 685. | California State Bar Court Record - judyrecords | /record/ulo7jtwh1b49 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 686. | California State Bar Court Record - judyrecords | /record/ulxns4493915 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 687. | California State Bar Court Record - judyrecords | /record/um05g670670b | 1 (0.10%) | 1 (0.11%) | 00:00:32 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 688. | California State Bar Court Record - judyrecords | /record/umdf3tava8a3 | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 689. | California State Bar Court Record - judyrecords | /record/umjr1ts92b2d | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 690. | California State Bar Court Record - judyrecords | /record/umv21saef860 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 691. | California State Bar Court Record - judyrecords | /record/umwh hfabd2c | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 692. | California State Bar Court Record - judyrecords | /record/un0vje1d232 | 1 (0.10%) | 1 (0.11%) | 00:00:42 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 693. | California State Bar Court Record - judyrecords | /record/un6gx9i925b2 | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 694. | California State Bar Court Record - judyrecords | /record/unc1djnq6450 | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 695. | California State Bar Court Record - judyrecords | /record/unm3pgq13242 | 1 (0.10%) | 1 (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 696. | California State Bar Court Record - judyrecords | /record/untvpi2hd272 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 697. | California State Bar Court Record - judyrecords | /record/unuefuk0ccc8 | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 698. | California State Bar Court Record - judyrecords | /record/uo7gg06059b5 | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 699. | California State Bar Court Record - judyrecords | /record/uobun3918c54 | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 700. | California State Bar Court Record - judyrecords | /record/uogu2mra569c | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 701. | California State Bar Court Record - judyrecords | /record/uokyr4fq0063 | 1 (0.10%) | 1 (0.11%) | 00:00:01 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 702. | California State Bar Court Record - judyrecords | /record/uosmvbabcdf | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 703. | California State Bar Court Record - judyrecords | /record/upl12x0ecef | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 704. | California State Bar Court Record - judyrecords | /record/upsb5dh4fff | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 705. | California State Bar Court Record - judyrecords | /record/upsslkj940b | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 706. | California State Bar Court Record - judyrecords | /record/upxphuga4ccf | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 707. | California State Bar Court Record - judyrecords | /record/uqbn1fc08555 | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 708. | California State Bar Court Record - judyrecords | /record/uqgybck0bfd2 | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 709. | California State Bar Court Record - judyrecords | /record/uqpbh3evb82a | 1 (0.10%) | 1 (0.11%) | 00:00:26 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 710. | California State Bar Court Record - judyrecords | /record/urzi7a0v7a46 | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 711. | California State Bar Court Record - judyrecords | /record/us78y90v74a6 | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 712. | California State Bar Court Record - judyrecords | /record/uscvln9v5316 | 1 (0.10%) | 1 (0.11%) | 00:00:31 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 713. | California State Bar Court Record - judyrecords | /record/usphmyaeeaac | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 714. | California State Bar Court Record - judyrecords | /record/ut4lkscj8cdf | 1 (0.10%) | 1 (0.11%) | 00:00:40 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 715. | California State Bar Court Record - judyrecords | /record/ut4t1u8aa2bc | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 716. | California State Bar Court Record - judyrecords | /record/utbmowhb344 | 1 (0.10%) | 1 (0.11%) | 00:00:03 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 717. | California State Bar Court Record - judyrecords | /record/utmb2pqvde4b | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 718. | California State Bar Court Record - judyrecords | /record/uty1jcqvecdd | 1 (0.10%) | 1 (0.11%) | 00:00:28 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 719. | California State Bar Court Record - judyrecords | /record/uv83o3494aaf | 1 (0.10%) | 1 (0.11%) | 00:00:01 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 720. | California State Bar Court Record - judyrecords | /record/uvb2oajv9f50 | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 721. | California State Bar Court Record - judyrecords | /record/uvjxsx0616b | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 722. | California State Bar Court Record - judyrecords | /record/uvp7303heed3 | 1 (0.10%) | 1 (0.11%) | 00:00:03 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 723. | California State Bar Court Record - judyrecords | /record/uvsm05w91bb2 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 724. | California State Bar Court Record - judyrecords | /record/uvtkcco08768 | 1 (0.10%) | 1 (0.11%) | 00:03:03 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 725. | California State Bar Court Record - judyrecords | /record/uy1xnp1e32d9 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 726. | California State Bar Court Record - judyrecords | /record/uygu9nlq693f | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 727. | California State Bar Court Record - judyrecords | /record/uytr8y1v757b | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 728. | California State Bar Court Record - judyrecords | /record/uyzhn87jf02d | 1 (0.10%) | 1 (0.11%) | 00:00:43 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 729. | California State Bar Court Record - judyrecords | /record/uzt5ahtjd8f4 | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 730. | California State Bar Court Record - judyrecords | /record/v0q6fok0d504 | 1 (0.10%) | 1 (0.11%) | 00:01:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 731. | California State Bar Court Record - judyrecords | /record/v1ibuc8a1382 | 1 (0.10%) | 1 (0.11%) | 00:00:49 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 732. | California State Bar Court Record - judyrecords | /record/v1irpo04cf5 | 1 (0.10%) | 1 (0.11%) | 00:02:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 733. | California State Bar Court Record - judyrecords | /record/v1ykdei9f574 | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 734. | California State Bar Court Record - judyrecords | /record/v1ykxhtj3fe1 | 1 (0.10%) | 1 (0.11%) | 00:00:06 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 735. | California State Bar Court Record - judyrecords | /record/v25z2eshe7fd | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 736. | California State Bar Court Record - judyrecords | /record/v25z6p70d323 | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 737. | California State Bar Court Record - judyrecords | /record/v2qn8kgaa576 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 738. | California State Bar Court Record - judyrecords | /record/v3tvvbq1604c | 1 (0.10%) | 1 (0.11%) | 00:00:38 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 739. | California State Bar Court Record - judyrecords | /record/v3y28us97b33 | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 740. | California State Bar Court Record - judyrecords | /record/v3yp1kpj45eb | 1 (0.10%) | 1 (0.11%) | 00:00:22 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 741. | California State Bar Court Record - judyrecords | /record/v3zf8z5a45b3 | 1 (0.10%) | 1 (0.11%) | 00:00:24 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 742. | California State Bar Court Record - judyrecords | /record/v43nvxqv2564 | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 743. | California State Bar Court Record - judyrecords | /record/v45q krq3983 | **1** (0.10%) | **1** (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 744. | California State Bar Court Record - judyrecords | /record/v47kwg5qb97f | **1** (0.10%) | **1** (0.11%) | 00:00:26 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 745. | California State Bar Court Record - judyrecords | /record/v4f7smjeb082 | **1** (0.10%) | **1** (0.11%) | 00:00:02 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 746. | California State Bar Court Record - judyrecords | /record/v4haaf5q5cb8 | **1** (0.10%) | **1** (0.11%) | 00:00:35 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 747. | California State Bar Court Record - judyrecords | /record/v4q6oq60327d | **1** (0.10%) | **1** (0.11%) | 00:00:03 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 748. | California State Bar Court Record - judyrecords | /record/v4talnkj1679 | **1** (0.10%) | **1** (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 749. | California State Bar Court Record - judyrecords | /record/v4x2c9xj1279 | **1** (0.10%) | **1** (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 750. | California State Bar Court Record - judyrecords | /record/v50znrma9946 | **1** (0.10%) | **1** (0.11%) | 00:00:32 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 751. | California State Bar Court Record - judyrecords | /record/v52m2uyh537a | **1** (0.10%) | **1** (0.11%) | 00:00:35 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 752. | California State Bar Court Record - judyrecords | /record/v52x4fra15c1 | **1** (0.10%) | **1** (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 753. | California State Bar Court Record - judyrecords | /record/v543u0jve13e | **1** (0.10%) | **1** (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 754. | California State Bar Court Record - judyrecords | /record/v5s7541v94d5 | **1** (0.10%) | **1** (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 755. | California State Bar Court Record - judyrecords | /record/v5thxievf8e2 | **1** (0.10%) | **1** (0.11%) | 00:00:50 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 756. | California State Bar Court Record - judyrecords | /record/v5v4xkrq6353 | **1** (0.10%) | **1** (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 757. | California State Bar Court Record - judyrecords | /record/v5x84c8a8b21 | **1** (0.10%) | **1** (0.11%) | 00:00:53 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 758. | California State Bar Court Record - judyrecords | /record/v65fxm5q18f0 | **1** (0.10%) | **1** (0.11%) | 00:00:28 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 759. | California State Bar Court Record - judyrecords | /record/v6nbq4aeab2b | **1** (0.10%) | **1** (0.11%) | 00:00:26 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 760. | California State Bar Court Record - judyrecords | /record/v6zsf4t05d82 | **1** (0.10%) | **1** (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 761. | California State Bar Court Record - judyrecords | /record/v7d16ra1ae70 | **1** (0.10%) | **1** (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 762. | California State Bar Court Record - judyrecords | /record/v7r84w91fe70 | **1** (0.10%) | **1** (0.11%) | 00:00:27 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 763. | California State Bar Court Record - judyrecords | /record/v7sy4w1v01b5 | **1** (0.10%) | **1** (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 764. | California State Bar Court Record - judyrecords | /record/v8m4nd5a7c11 | **1** (0.10%) | **1** (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 765. | California State Bar Court Record - judyrecords | /record/v8m77rc0903d | **1** (0.10%) | **1** (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 766. | California State Bar Court Record - judyrecords | /record/v8mbn739b631 | **1** (0.10%) | **1** (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 767. | California State Bar Court Record - judyrecords | /record/v96eyp013c8b | **1** (0.10%) | **1** (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 768. | California State Bar Court Record - judyrecords | /record/v9chjtyha1cd | **1** (0.10%) | **1** (0.11%) | 00:00:32 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 769. | California State Bar Court Record - judyrecords | /record/va2bbdh1812 | **1** (0.10%) | **1** (0.11%) | 00:00:03 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 770. | California State Bar Court Record - judyrecords | /record/vabc0v0v8ea8 | **1** (0.10%) | **1** (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 771. | California State Bar Court Record - judyrecords | /record/vaf60zvv7f9c | **1** (0.10%) | **1** (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 772. | California State Bar Court Record - judyrecords | /record/van6ztk06ac2 | **1** (0.10%) | **1** (0.11%) | 00:00:20 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 773. | California State Bar Court Record - judyrecords | /record/vaouef5qca95 | **1** (0.10%) | **1** (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 774. | California State Bar Court Record - judyrecords | /record/vbfea3h9648 | **1** (0.10%) | **1** (0.11%) | 00:00:02 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 775. | California State Bar Court Record - judyrecords | /record/vd77gra6c15 | **1** (0.10%) | **1** (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |

Schwitzer000000033

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Record - judyrecords | | (0.10%) | (0.11%) | | (0.00%) | | | (0.00%) |
| 776. | California State Bar Court Record - judyrecords | /record/vdn0s496935 | 1 (0.10%) | 1 (0.11%) | 00:02:33 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 777. | California State Bar Court Record - judyrecords | /record/ve005xve3c12 | 1 (0.10%) | 1 (0.11%) | 00:00:30 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 778. | California State Bar Court Record - judyrecords | /record/ve03jwt00f48 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 779. | California State Bar Court Record - judyrecords | /record/ve4rtwla6eaf | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 780. | California State Bar Court Record - judyrecords | /record/ve5xdih1abf2 | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 781. | California State Bar Court Record - judyrecords | /record/veefqk70c5ff | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 782. | California State Bar Court Record - judyrecords | /record/veqc3ycj0e01 | 1 (0.10%) | 1 (0.11%) | 00:00:32 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 783. | California State Bar Court Record - judyrecords | /record/vfhe4jjvb1ec | 1 (0.10%) | 1 (0.11%) | 00:00:40 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 784. | California State Bar Court Record - judyrecords | /record/vg61z2eve2f7 | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 785. | California State Bar Court Record - judyrecords | /record/vg78hyuj65ae | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 786. | California State Bar Court Record - judyrecords | /record/vgdkh7391635 | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 787. | California State Bar Court Record - judyrecords | /record/vgj050e14b91 | 1 (0.10%) | 1 (0.11%) | 00:00:33 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 788. | California State Bar Court Record - judyrecords | /record/vgkjfz4930b8 | 1 (0.10%) | 1 (0.11%) | 00:00:25 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 789. | California State Bar Court Record - judyrecords | /record/vgnbj25ae5e6 | 1 (0.10%) | 1 (0.11%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 790. | California State Bar Court Record - judyrecords | /record/vguymdujb288 | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 791. | California State Bar Court Record - judyrecords | /record/vguyviz9d129 | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 792. | California State Bar Court Record - judyrecords | /record/vh38hcmq13df | 1 (0.10%) | 1 (0.11%) | 00:00:02 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 793. | California State Bar Court Record - judyrecords | /record/vhs1bnw9da8f | 1 (0.10%) | 1 (0.11%) | 00:00:21 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 794. | California State Bar Court Record - judyrecords | /record/vjvkdt0c3a3 | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 795. | California State Bar Court Record - judyrecords | /record/vjyuxep07516 | 1 (0.10%) | 1 (0.11%) | 00:00:15 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 796. | California State Bar Court Record - judyrecords | /record/vklqmv8qa9ec | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 797. | California State Bar Court Record - judyrecords | /record/vmaswih7915 | 1 (0.10%) | 1 (0.11%) | 00:00:04 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 798. | California State Bar Court Record - judyrecords | /record/vmxafojaa9e | 1 (0.10%) | 1 (0.11%) | 00:02:30 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 799. | California State Bar Court Record - judyrecords | /record/vonbre3h40cd | 1 (0.10%) | 1 (0.11%) | 00:00:36 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 800. | California State Bar Court Record - judyrecords | /record/vp8wa6s9d2ca | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 801. | California State Bar Court Record - judyrecords | /record/vpa9mqxj2c0b | 1 (0.10%) | 1 (0.11%) | 00:00:02 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 802. | California State Bar Court Record - judyrecords | /record/vpa9vwd9391b | 1 (0.10%) | 1 (0.11%) | 00:00:02 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 803. | California State Bar Court Record - judyrecords | /record/vpdbbvi9288c | 1 (0.10%) | 1 (0.11%) | 00:00:34 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 804. | California State Bar Court Record - judyrecords | /record/vq1l971e569d | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 805. | California State Bar Court Record - judyrecords | /record/vqocuhnq42fa | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 806. | California State Bar Court Record - judyrecords | /record/vrg0hwae2250 | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 807. | California State Bar Court Record - judyrecords | /record/vs3m5vi975de | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 808. | California State Bar Court Record - judyrecords | /record/vsfu21he853d | 1 | 1 | 00:00:30 | 0 | 0.00% | 0.00% | $0.00 |

| # | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Record - judyrecords | | (0.10%) | (0.11%) | 00:00:00 | (0.00%) | 0.00% | 0.00% | (0.00%) |
| 809. | California State Bar Court Record - judyrecords | /record/vsj4dzt09b1e | 1 (0.10%) | 1 (0.11%) | 00:00:27 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 810. | California State Bar Court Record - judyrecords | /record/vsk2stnaf831 | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 811. | California State Bar Court Record - judyrecords | /record/vsmo5x8a4abc | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 812. | California State Bar Court Record - judyrecords | /record/vsry3111b95c | 1 (0.10%) | 1 (0.11%) | 00:00:09 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 813. | California State Bar Court Record - judyrecords | /record/vswmtzfq5633 | 1 (0.10%) | 1 (0.11%) | 00:00:17 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 814. | California State Bar Court Record - judyrecords | /record/vsx7vm7jc741 | 1 (0.10%) | 1 (0.11%) | 00:00:11 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 815. | California State Bar Court Record - judyrecords | /record/vt6bscjbb8e | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 816. | California State Bar Court Record - judyrecords | /record/vtdd6pj6e57 | 1 (0.10%) | 1 (0.11%) | 00:00:57 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 817. | California State Bar Court Record - judyrecords | /record/vtuvi060d759 | 1 (0.10%) | 1 (0.11%) | 00:00:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 818. | California State Bar Court Record - judyrecords | /record/vu6ifdz97b4d | 1 (0.10%) | 1 (0.11%) | 00:00:34 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 819. | California State Bar Court Record - judyrecords | /record/vw1p20v10266 | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 820. | California State Bar Court Record - judyrecords | /record/vwcr2uav0923 | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 821. | California State Bar Court Record - judyrecords | /record/vx8pik39f31d | 1 (0.10%) | 1 (0.11%) | 00:00:12 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 822. | California State Bar Court Record - judyrecords | /record/vxshezbq7828 | 1 (0.10%) | 1 (0.11%) | 00:02:51 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 823. | California State Bar Court Record - judyrecords | /record/vxz785y97f4b | 1 (0.10%) | 1 (0.11%) | 00:00:07 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 824. | California State Bar Court Record - judyrecords | /record/vymi3aed17f | 1 (0.10%) | 1 (0.11%) | 00:01:05 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 825. | California State Bar Court Record - judyrecords | /record/vypssj0va365 | 1 (0.10%) | 1 (0.11%) | 00:00:24 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 826. | California State Bar Court Record - judyrecords | /record/xiyb2qe7f03 | 1 (0.10%) | 1 (0.11%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 827. | California State Bar Court Record - judyrecords | /record/xyqe7mq924d | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 828. | California State Bar Court Record - judyrecords | /record/y393u1e429f | 1 (0.10%) | 1 (0.11%) | 00:00:16 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 829. | California State Bar Court Record - judyrecords | /record/y3cr2917234 | 1 (0.10%) | 1 (0.11%) | 00:00:10 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 830. | California State Bar Court Record - judyrecords | /record/yed5g0e5f04 | 1 (0.10%) | 1 (0.11%) | 00:00:19 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 831. | California State Bar Court Record - judyrecords | /record/yf6ioo0c817 | 1 (0.10%) | 1 (0.11%) | 00:00:57 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 832. | California State Bar Court Record - judyrecords | /record/yi0tks94b13 | 1 (0.10%) | 1 (0.11%) | 00:00:48 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 833. | California State Bar Court Record - judyrecords | /record/yqew8w9de01 | 1 (0.10%) | 1 (0.11%) | 00:00:18 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 834. | California State Bar Court Record - judyrecords | /record/yqfyunafd7c | 1 (0.10%) | 1 (0.11%) | 00:00:14 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 835. | California State Bar Court Record - judyrecords | /record/ys0j2ae97fe | 1 (0.10%) | 1 (0.11%) | 00:00:08 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 836. | California State Bar Court Record - judyrecords | /record/ysdioav84b5 | 1 (0.10%) | 1 (0.11%) | 00:00:40 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 837. | California State Bar Court Record - judyrecords | /record/yzlnb4h08ed | 1 (0.10%) | 1 (0.11%) | 00:00:32 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 838. | California State Bar Court Record - judyrecords | /record/zd36ga4363 | 1 (0.10%) | 1 (0.11%) | 00:00:25 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 839. | California State Bar Court Record - judyrecords | /record/zh5s76j1690 | 1 (0.10%) | 1 (0.11%) | 00:00:22 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 840. | California State Bar Court Record - judyrecords | /record/zjqjafa6acf | 1 (0.10%) | 1 (0.11%) | 00:00:42 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 841. | California State Bar Court Record | /record/ze20nnof8h2 | 1 | 1 | 00:00:10 | 0 | 0.00% | 0.00% | $0.00 |

Schwitzer000000035

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 841. | Record - judyrecords | /record/zo3uphai8b2 | **1** (0.10%) | **1** (0.11%) | 00:00.19 | **0** (0.00%) | 0.00% | 0.00% | **$0.00** (0.00%) |
| 842. | California State Bar Court Record - judyrecords | /record/zpb3e3ha943 | **1** (0.10%) | **1** (0.11%) | 00:00:35 | **0** (0.00%) | 0.00% | 0.00% | **$0.00** (0.00%) |
| 843. | California State Bar Court Record - judyrecords | /record/zq6ybje329d | **1** (0.10%) | **1** (0.11%) | 00:00:14 | **0** (0.00%) | 0.00% | 0.00% | **$0.00** (0.00%) |
| 844. | California State Bar Court Record - judyrecords | /record/zx6fvsh6122 | **1** (0.10%) | **1** (0.11%) | 00:01:37 | **0** (0.00%) | 0.00% | 0.00% | **$0.00** (0.00%) |
| 845. | California State Bar Court Record - judyrecords | /record/zx9j71e62f8 | **1** (0.10%) | **1** (0.11%) | 00:00:45 | **0** (0.00%) | 0.00% | 0.00% | **$0.00** (0.00%) |

Rows 1 - 845 of 845

© 2022 Google

Gmail - zoom link

 **Gmail**

**Kevan Schwitzer <kevanschwitzer@gmail.com>**

## zoom link
1 message

**Kevan Schwitzer** <kevanschwitzer@gmail.com>
To: "Rankin, Rick" <Rick.Rankin@calbar.ca.gov>

Mon, Feb 28, 2022 at 10:30 AM

https://us05web.zoom.us/j/6518577100?pwd=bGhnVGl5Z0s4ZmFDdXNQM1MzV21hZz09

**Schwitzer000000037**

4/16/22, 3:40 PM                                 Gmail - State Bar statement draft for review

 Gmail                                                          **Kevan Schwitzer <kevanschwitzer@gmail.com>**

---

**State Bar statement draft for review**
1 message

---

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                                  Mon, Feb 28, 2022 at 5:48 PM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>
Cc: Nicholas Albright <NicholasAlbright@emagined.com>, "Mazer, Steve" <Steve.Mazer@calbar.ca.gov>

Hi Kevan,

In advance of our call, we wanted to share a draft of the statement we are planning on making regarding this matter.

The State Bar has continued its investigation with the help of an IT security firm, and has also been in contact with the owner of the judyrecords site, who has been very responsive and collaborative. It is now the State Bar's belief that there was no malicious "hack" of its system. Instead, it appears that a previously unknown security vulnerability in the Tyler Technologies Odyssey case management portal allowed the nonpublic records to be unintentionally swept up by judyrecords when they attempted to access the public records, using a sophisticated access method. The State Bar is working with Tyler Technologies, the maker of the Odyssey system, to remediate the security vulnerability, which we believe may not be unique to the State Bar's implementation and could impact other users of Odyssey systems.

The State Bar and the owner of the judyrecords site are working together to ensure that nonpublic State Bar records are permanently purged from the site and that State Bar public records can be made available on the site.

"Our obligation and responsibility are to the respondents and witnesses whose nonpublic information may have been shared, and again I apologize to them for this breach," said Leah Wilson, State Bar Executive Director. "We have confirmed that this was not a hack, but rather an access vulnerability problem with our Odyssey system. We thank judyrecords for quickly removing the files, and we have directed Tyler Technologies to give their highest priority to resolving this systems issue and helping us implement the needed fixes."

Look forward to speaking with you soon,

Rick
--

**Rick Rankin** | IT Director (Interim)
The State Bar of California
180 Howard St. | San Francisco, CA 94105
845 S. Figueroa St. | Los Angeles, CA 90017
213-393-6725

**Schwitzer000000038**

**NEW!** Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

Schwitzer000000039

4/16/22, 3:40 PM                              Gmail - State Bar file promised tonight

 Gmail                                        **Kevan Schwitzer <kevanschwitzer@gmail.com>**

---

## State Bar file promised tonight
1 message

---

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                        Mon, Feb 28, 2022 at 8:56 PM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>
Cc: Nicholas Albright <NicholasAlbright@emagined.com>, "Mazer, Steve" <Steve.Mazer@calbar.ca.gov>

Hi Kevan,

I met with our team to QA the file of cases that were meant to be "non-public" and to get an exact match to your data set we do in fact need the encrypted case IDs from Tyler.

The file we have assembled now could have cases in it that you in fact do not have and we dont want that added confusion.

We asked Tyler to make that x-ref a priority for first thing tomorrow, we'll update you when we can commit to getting you that dataset.  If you think you could use the file we have and the fact that there could be some cases in our list that are not in judyrecords, let me know and I can get that file to you right away.

Thanks so much for your partnership!

Rick

--

**Rick Rankin** | IT Director (Interim)
The State Bar of California
180 Howard St. | San Francisco, CA 94105
845 S. Figueroa St. | Los Angeles, CA 90017
213-393-6725

**NEW!** Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

---

**Schwitzer000000040**



**Kevan Schwitzer <kevanschwitzer@gmail.com>**

---

## State Bar of California + judyrecords.com connect
1 message

---

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                                      Tue, Mar 1, 2022 at 9:31 AM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>, "nicholasalbright@emagined.com" <nicholasalbright@emagined.com>, "Mazer, Steve"
<Steve.Mazer@calbar.ca.gov>

https://calbar.zoom.us/j/2386983752

Rick Rankin is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://calbar.zoom.us/j/2386983752

Meeting ID: 238 698 3752
One tap mobile
+16699009128,,2386983752# US (San Jose)
+12532158782,,2386983752# US (Tacoma)

---

**From:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Sent:** Monday, February 28, 2022 5:57:52 PM
**To:** Rankin, Rick <Rick.Rankin@calbar.ca.gov>; nicholasalbright@emagined.com <nicholasalbright@emagined.com>
**Subject:** Re: State Bar of California + judyrecords.com connect

Thanks guys,

I appreciate your time discussing the issue and moving forward with next steps. To recap, we discussed 2 things to move forward on:
- Working with Tyler to get a list of IDs of publicly accessible cases that should not have been accessible. This would include the domain, eid, and case id
parameters so they can be removed. This can be provided in a single spreadsheet or in smaller ones by site.
- I'll check into the reporting to see about the extended dates regarding the CA State Bar cases and how granular/time specific the data can get.

As mentioned in the last email and in the discussion, my main priority is to get the data right on the judyrecords site, and remove the cases that were publicly
accessible that shouldn't have been able to be accessed. We'll continue to work as well on addressing the scope of the CA State Bar data.

We'll meet again at 4PT to discuss steps made on the issue and steps to take going forward.

On Mon, Feb 28, 2022 at 10:32 AM <kevanschwitzer@gmail.com> wrote:

https://us05web.zoom.us/j/6518577100?pwd=bGhnVGl5Z0s4ZmFDdXNQM1MzV21hZz09

**Schwitzer000000041**

**State Bar of California + judyrecords.com connect**

When    Mon Feb 28, 2022 10:30am – 11:20am Central Time - Chicago

Who     • Rankin, Rick - organizer
        • kevanschwitzer@gmail.com - creator
        • Nicholas Albright

_____

From: Rankin, Rick

Sent: Monday, February 28, 2022 2:12:37 AM

To: Kevan Schwitzer

Subject: Re: ca state bar confidential data publicly accessible

Hi Kevan,

We greatly appreciate you making contact with us, for taking down the records, and for being willing to speak with us tomorrow.

It is not our current belief that any unlawful or malicious hacking occurred. We look forward to learning more about your statement that the records were publicly available. Understanding how the nonpublic records may have been unintentionally swept up with the public records will help us to better secure our data.

Sending over the invite for tomorrow's call shortly.

Sincerely,

Rick

--

Schwitzer000000042

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

213-393-6725


NEW! Schedule time with me HERE


This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

_____

From: Kevan Schwitzer

Sent: Sunday, February 27, 2022 15:52

To: Rankin, Rick

Subject: Re: ca state bar confidential data publicly accessible


Sounds good. However, I would like to ask that you provide clarity on whether there is any belief that any kind of unlawful, malicious, or hacking activity has taken place.


If anyone believes this is the case, it's important that I know because it would be reckless to join a meeting about the issue with that backdrop.


On Sun, Feb 27, 2022 at 5:37 PM Rankin, Rick > wrote:

Thank you for your speedy reply. I'll send out an invite later today for our call.


Let's discuss our press release in the context of the situation in it's entirety tomorrow. I'm sure we can figure this all out together.

Schwitzer000000043

Again, thank you for your quick reply. We look forward to speaking with you tomorrow.

Rick

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

213-393-6725

NEW! Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

_____

From: Kevan Schwitzer >

Sent: Sunday, February 27, 2022 15:30

To: Rankin, Rick >

Subject: Re: ca state bar confidential data publicly accessible

Also, the language in the original press release suggested there have been "unlawful activities". Is there any belief at this point that any kind of hacking or unlawful activities have taken place?

Schwitzer000000044

I've posted on the info page details where this information was publicly accessible.


On Sun, Feb 27, 2022 at 5:20 PM Kevan Schwitzer > wrote:

Hi, sure I can meet at the 8:30am PDT time.


On Sun, Feb 27, 2022 at 4:46 PM Rankin, Rick > wrote:

Dear Mr. Schwitzer,


We are in receipt of your email below and very much appreciate you reaching out to us.


We would like to arrange a time to connect with you on this topic. Would you be available for a conference call with us at 8am or 830am PDT tomorrow, Monday Feb 28?


Let me know if either of those times work for you and we will send over an invitation with connection details. If not, could you kindly propose some alternative times for us to speak?


Sincerely,


Rick Rankin


--


Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

Schwitzer000000045

NEW! Schedule time with me HERE


This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.



# # #



From: Kevan Schwitzer >

Sent: Saturday, February 26, 2022 9:07 PM

To: The State Bar of California >

Subject: ca state bar confidential data publicly accesible



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Hey, I saw these pages just a bit ago:


https://www.pe.com/2022/02/26/260000-confidential-attorney-discipline-records-published-after-data-breach-state-bar-says/


https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates<https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.
calbar.ca.gov%2FAbout-Us%2FNews%2FData-Breach-Updates&data=04%7C01%7CRick.Ranki

Schwitzer000000046

**invite.ics**
13K

Schwitzer000000047

4/16/22, 3:41 PM                                    Gmail - State Bar of California + judyrecords.com connect

 Gmail                                                        **Kevan Schwitzer <kevanschwitzer@gmail.com>**

## State Bar of California + judyrecords.com connect
1 message

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                           Tue, Mar 1, 2022 at 12:19 PM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>, "nicholasalbright@emagined.com" <nicholasalbright@emagined.com>

https://calbar.zoom.us/j/2386983752

Rick Rankin is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://calbar.zoom.us/j/2386983752

Meeting ID: 238 698 3752
One tap mobile
+16699009128,,2386983752# US (San Jose)
+12532158782,,2386983752# US (Tacoma)

---

**From:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Sent:** Monday, February 28, 2022 5:57:52 PM
**To:** Rankin, Rick <Rick.Rankin@calbar.ca.gov>; nicholasalbright@emagined.com <nicholasalbright@emagined.com>
**Subject:** Re: State Bar of California + judyrecords.com connect

Thanks guys,

I appreciate your time discussing the issue and moving forward with next steps. To recap, we discussed 2 things to move forward on:
- Working with Tyler to get a list of IDs of publicly accessible cases that should not have been accessible. This would include the domain, eid, and case id parameters so they can be removed. This can be provided in a single spreadsheet or in smaller ones by site.
- I'll check into the reporting to see about the extended dates regarding the CA State Bar cases and how granular/time specific the data can get.

As mentioned in the last email and in the discussion, my main priority is to get the data right on the judyrecords site, and remove the cases that were publicly accessible that shouldn't have been able to be accessed. We'll continue to work as well on addressing the scope of the CA State Bar data.

We'll meet again at 4PT to discuss steps made on the issue and steps to take going forward.

On Mon, Feb 28, 2022 at 10:32 AM <kevanschwitzer@gmail.com> wrote:

https://us05web.zoom.us/j/6518577100?pwd=bGhnVGl5Z0s4ZmFDdXNQM1MzV21hZz09

**Schwitzer000000048**

**State Bar of California + judyrecords.com connect**

When    Mon Feb 28, 2022 10:30am – 11:20am Central Time - Chicago

Who    • Rankin, Rick - organizer
       • kevanschwitzer@gmail.com - creator
       • Nicholas Albright

_____

From: Rankin, Rick

Sent: Monday, February 28, 2022 2:12:37 AM

To: Kevan Schwitzer

Subject: Re: ca state bar confidential data publicly accessible

Hi Kevan,

We greatly appreciate you making contact with us, for taking down the records, and for being willing to speak with us tomorrow.

It is not our current belief that any unlawful or malicious hacking occurred. We look forward to learning more about your statement that the records were publicly available. Understanding how the nonpublic records may have been unintentionally swept up with the public records will help us to better secure our data.

Sending over the invite for tomorrow's call shortly.

Sincerely,

Rick

--

Schwitzer000000049

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

213-393-6725


NEW! Schedule time with me HERE


This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

_____

From: Kevan Schwitzer

Sent: Sunday, February 27, 2022 15:52

To: Rankin, Rick

Subject: Re: ca state bar confidential data publicly accessible


Sounds good. However, I would like to ask that you provide clarity on whether there is any belief that any kind of unlawful, malicious, or hacking activity has taken place.


If anyone believes this is the case, it's important that I know because it would be reckless to join a meeting about the issue with that backdrop.


On Sun, Feb 27, 2022 at 5:37 PM Rankin, Rick > wrote:

Thank you for your speedy reply. I'll send out an invite later today for our call.


Let's discuss our press release in the context of the situation in it's entirety tomorrow. I'm sure we can figure this all out together.

Schwitzer000000050

Again, thank you for your quick reply. We look forward to speaking with you tomorrow.

Rick

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

213-393-6725

NEW! Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

_____

From: Kevan Schwitzer >

Sent: Sunday, February 27, 2022 15:30

To: Rankin, Rick >

Subject: Re: ca state bar confidential data publicly accessible

Also, the language in the original press release suggested there have been "unlawful activities". Is there any belief at this point that any kind of hacking or unlawful activities have taken place?

Schwitzer000000051

I've posted on the info page details where this information was publicly accessible.


On Sun, Feb 27, 2022 at 5:20 PM Kevan Schwitzer > wrote:

Hi, sure I can meet at the 8:30am PDT time.


On Sun, Feb 27, 2022 at 4:46 PM Rankin, Rick > wrote:

Dear Mr. Schwitzer,


We are in receipt of your email below and very much appreciate you reaching out to us.


We would like to arrange a time to connect with you on this topic. Would you be available for a conference call with us at 8am or 830am PDT tomorrow, Monday Feb 28?


Let me know if either of those times work for you and we will send over an invitation with connection details. If not, could you kindly propose some alternative times for us to speak?


Sincerely,


Rick Rankin


--


Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

Schwitzer000000052

NEW! Schedule time with me HERE


This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.


# # #


From: Kevan Schwitzer >

Sent: Saturday, February 26, 2022 9:07 PM

To: The State Bar of California >

Subject: ca state bar confidential data publicly accesible


CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Hey, I saw these pages just a bit ago:


https://www.pe.com/2022/02/26/260000-confidential-attorney-discipline-records-published-after-data-breach-state-bar-says/


https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates<https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.
calbar.ca.gov%2FAbout-Us%2FNews%2FData-Breach-Updates&data=04%7C01%7CRick.Ranki

Schwitzer000000053

**invite.ics**
13K

**Schwitzer000000054**

4/16/22, 3:41 PM                                    Gmail - State Bar of California + judyrecords.com connect

 Gmail

**Kevan Schwitzer <kevanschwitzer@gmail.com>**

## State Bar of California + judyrecords.com connect
1 message

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                                      Tue, Mar 1, 2022 at 5:54 PM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>, "nicholasalbright@emagined.com" <nicholasalbright@emagined.com>, "Mazer, Steve"
<Steve.Mazer@calbar.ca.gov>

https://calbar.zoom.us/j/2386983752

Rick Rankin is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://calbar.zoom.us/j/2386983752

Meeting ID: 238 698 3752
One tap mobile
+16699009128,,2386983752# US (San Jose)
+12532158782,,2386983752# US (Tacoma)

---

**From:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Sent:** Monday, February 28, 2022 5:57:52 PM
**To:** Rankin, Rick <Rick.Rankin@calbar.ca.gov>; nicholasalbright@emagined.com <nicholasalbright@emagined.com>
**Subject:** Re: State Bar of California + judyrecords.com connect

Thanks guys,

I appreciate your time discussing the issue and moving forward with next steps. To recap, we discussed 2 things to move forward on:
- Working with Tyler to get a list of IDs of publicly accessible cases that should not have been accessible. This would include the domain, eid, and case id
parameters so they can be removed. This can be provided in a single spreadsheet or in smaller ones by site.
- I'll check into the reporting to see about the extended dates regarding the CA State Bar cases and how granular/time specific the data can get.

As mentioned in the last email and in the discussion, my main priority is to get the data right on the judyrecords site, and remove the cases that were publicly
accessible that shouldn't have been able to be accessed. We'll continue to work as well on addressing the scope of the CA State Bar data.

We'll meet again at 4PT to discuss steps made on the issue and steps to take going forward.

On Mon, Feb 28, 2022 at 10:32 AM <kevanschwitzer@gmail.com> wrote:

    https://us05web.zoom.us/j/6518577100?pwd=bGhnVGl5Z0s4ZmFDdXNQM1MzV21hZz09

**Schwitzer000000055**

**State Bar of California + judyrecords.com connect**

When    Mon Feb 28, 2022 10:30am – 11:20am Central Time - Chicago

Who    • Rankin, Rick - organizer
       • kevanschwitzer@gmail.com - creator
       • Nicholas Albright

_____

From: Rankin, Rick

Sent: Monday, February 28, 2022 2:12:37 AM

To: Kevan Schwitzer

Subject: Re: ca state bar confidential data publicly accessible

Hi Kevan,

We greatly appreciate you making contact with us, for taking down the records, and for being willing to speak with us tomorrow.

It is not our current belief that any unlawful or malicious hacking occurred. We look forward to learning more about your statement that the records were publicly available. Understanding how the nonpublic records may have been unintentionally swept up with the public records will help us to better secure our data.

Sending over the invite for tomorrow's call shortly.

Sincerely,

Rick

--

Schwitzer000000056

Gmail - State Bar of California + judyrecords.com connect

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

213-393-6725


NEW! Schedule time with me HERE


This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

_____

From: Kevan Schwitzer

Sent: Sunday, February 27, 2022 15:52

To: Rankin, Rick

Subject: Re: ca state bar confidential data publicly accessible


Sounds good. However, I would like to ask that you provide clarity on whether there is any belief that any kind of unlawful, malicious, or hacking activity has taken place.


If anyone believes this is the case, it's important that I know because it would be reckless to join a meeting about the issue with that backdrop.


On Sun, Feb 27, 2022 at 5:37 PM Rankin, Rick > wrote:

Thank you for your speedy reply. I'll send out an invite later today for our call.


Let's discuss our press release in the context of the situation in it's entirety tomorrow. I'm sure we can figure this all out together.

Schwitzer000000057

Again, thank you for your quick reply. We look forward to speaking with you tomorrow.

Rick

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

213-393-6725

NEW! Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

_____

From: Kevan Schwitzer >

Sent: Sunday, February 27, 2022 15:30

To: Rankin, Rick >

Subject: Re: ca state bar confidential data publicly accessible

Also, the language in the original press release suggested there have been "unlawful activities". Is there any belief at this point that any kind of hacking or unlawful activities have taken place?

Schwitzer000000058

I've posted on the info page details where this information was publicly accessible.


On Sun, Feb 27, 2022 at 5:20 PM Kevan Schwitzer > wrote:

Hi, sure I can meet at the 8:30am PDT time.


On Sun, Feb 27, 2022 at 4:46 PM Rankin, Rick > wrote:

Dear Mr. Schwitzer,


We are in receipt of your email below and very much appreciate you reaching out to us.


We would like to arrange a time to connect with you on this topic. Would you be available for a conference call with us at 8am or 830am PDT tomorrow, Monday Feb 28?


Let me know if either of those times work for you and we will send over an invitation with connection details. If not, could you kindly propose some alternative times for us to speak?


Sincerely,


Rick Rankin


--


Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

Schwitzer000000059

NEW! Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

# # #

From: Kevan Schwitzer >

Sent: Saturday, February 26, 2022 9:07 PM

To: The State Bar of California >

Subject: ca state bar confidential data publicly accesible

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey, I saw these pages just a bit ago:

https://www.pe.com/2022/02/26/260000-confidential-attorney-discipline-records-published-after-data-breach-state-bar-says/

https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates<https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.calbar.ca.gov%2FAbout-Us%2FNews%2FData-Breach-Updates&data=04%7C01%7CRick.Ranki

Schwitzer000000060

**invite.ics**
13K

**Schwitzer000000061**

4/16/22, 3:41 PM                          Gmail - State Bar of California + judyrecords.com connect

 Gmail                                                          **Kevan Schwitzer <kevanschwitzer@gmail.com>**

---

## State Bar of California + judyrecords.com connect
1 message

---

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                          Wed, Mar 2, 2022 at 8:34 AM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>, "nicholasalbright@emagined.com" <nicholasalbright@emagined.com>

https://calbar.zoom.us/j/2386983752

Rick Rankin is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://calbar.zoom.us/j/2386983752

Meeting ID: 238 698 3752
One tap mobile
+16699009128,,2386983752# US (San Jose)
+12532158782,,2386983752# US (Tacoma)

---

**From:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Sent:** Monday, February 28, 2022 5:57:52 PM
**To:** Rankin, Rick <Rick.Rankin@calbar.ca.gov>; nicholasalbright@emagined.com <nicholasalbright@emagined.com>
**Subject:** Re: State Bar of California + judyrecords.com connect

Thanks guys,

I appreciate your time discussing the issue and moving forward with next steps. To recap, we discussed 2 things to move forward on:
- Working with Tyler to get a list of IDs of publicly accessible cases that should not have been accessible. This would include the domain, eid, and case id parameters so they can be removed. This can be provided in a single spreadsheet or in smaller ones by site.
- I'll check into the reporting to see about the extended dates regarding the CA State Bar cases and how granular/time specific the data can get.

As mentioned in the last email and in the discussion, my main priority is to get the data right on the judyrecords site, and remove the cases that were publicly accessible that shouldn't have been able to be accessed. We'll continue to work as well on addressing the scope of the CA State Bar data.

We'll meet again at 4PT to discuss steps made on the issue and steps to take going forward.

On Mon, Feb 28, 2022 at 10:32 AM <kevanschwitzer@gmail.com> wrote:

https://us05web.zoom.us/j/6518577100?pwd=bGhnVGl5Z0s4ZmFDdXNQM1MzV21hZz09

---

**Schwitzer000000062**

**State Bar of California + judyrecords.com connect**

When    Mon Feb 28, 2022 10:30am – 11:20am Central Time - Chicago

Who     • Rankin, Rick - organizer
        • kevanschwitzer@gmail.com - creator
        • Nicholas Albright

_____

From: Rankin, Rick

Sent: Monday, February 28, 2022 2:12:37 AM

To: Kevan Schwitzer

Subject: Re: ca state bar confidential data publicly accessible

Hi Kevan,


We greatly appreciate you making contact with us, for taking down the records, and for being willing to speak with us tomorrow.


It is not our current belief that any unlawful or malicious hacking occurred. We look forward to learning more about your statement that the records were publicly available. Understanding how the nonpublic records may have been unintentionally swept up with the public records will help us to better secure our data.


Sending over the invite for tomorrow's call shortly.


Sincerely,


Rick


--

Schwitzer000000063

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

213-393-6725


NEW! Schedule time with me HERE


This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

_____

From: Kevan Schwitzer

Sent: Sunday, February 27, 2022 15:52

To: Rankin, Rick

Subject: Re: ca state bar confidential data publicly accessible


Sounds good. However, I would like to ask that you provide clarity on whether there is any belief that any kind of unlawful, malicious, or hacking activity has taken place.


If anyone believes this is the case, it's important that I know because it would be reckless to join a meeting about the issue with that backdrop.


On Sun, Feb 27, 2022 at 5:37 PM Rankin, Rick > wrote:

Thank you for your speedy reply. I'll send out an invite later today for our call.


Let's discuss our press release in the context of the situation in it's entirety tomorrow. I'm sure we can figure this all out together.

Schwitzer000000064

Again, thank you for your quick reply. We look forward to speaking with you tomorrow.

Rick

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

213-393-6725

NEW! Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

_____

From: Kevan Schwitzer >

Sent: Sunday, February 27, 2022 15:30

To: Rankin, Rick >

Subject: Re: ca state bar confidential data publicly accessible

Also, the language in the original press release suggested there have been "unlawful activities". Is there any belief at this point that any kind of hacking or unlawful activities have taken place?

Schwitzer000000065

I've posted on the info page details where this information was publicly accessible.


On Sun, Feb 27, 2022 at 5:20 PM Kevan Schwitzer > wrote:

Hi, sure I can meet at the 8:30am PDT time.


On Sun, Feb 27, 2022 at 4:46 PM Rankin, Rick > wrote:

Dear Mr. Schwitzer,


We are in receipt of your email below and very much appreciate you reaching out to us.


We would like to arrange a time to connect with you on this topic. Would you be available for a conference call with us at 8am or 830am PDT tomorrow, Monday Feb 28?


Let me know if either of those times work for you and we will send over an invitation with connection details. If not, could you kindly propose some alternative times for us to speak?


Sincerely,


Rick Rankin


--


Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

Schwitzer000000066

NEW! Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

# # #

From: Kevan Schwitzer >

Sent: Saturday, February 26, 2022 9:07 PM

To: The State Bar of California >

Subject: ca state bar confidential data publicly accesible

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey, I saw these pages just a bit ago:

https://www.pe.com/2022/02/26/260000-confidential-attorney-discipline-records-published-after-data-breach-state-bar-says/

https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates<https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.calbar.ca.gov%2FAbout-Us%2FNews%2FData-Breach-Updates&data=04%7C01%7CRick.Ranki

Schwitzer000000067

**invite.ics**
13K

Schwitzer000000068

4/16/22, 3:42 PM                                    Gmail - State Bar of California + judyrecords.com connect

 Gmail

**Kevan Schwitzer <kevanschwitzer@gmail.com>**

## State Bar of California + judyrecords.com connect
1 message

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                                    Wed, Mar 2, 2022 at 8:35 AM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>, "nicholasalbright@emagined.com" <nicholasalbright@emagined.com>

https://calbar.zoom.us/j/2386983752

Rick Rankin is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://calbar.zoom.us/j/2386983752

Meeting ID: 238 698 3752
One tap mobile
+16699009128,,2386983752# US (San Jose)
+12532158782,,2386983752# US (Tacoma)

---

**From:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Sent:** Monday, February 28, 2022 5:57:52 PM
**To:** Rankin, Rick <Rick.Rankin@calbar.ca.gov>; nicholasalbright@emagined.com <nicholasalbright@emagined.com>
**Subject:** Re: State Bar of California + judyrecords.com connect

Thanks guys,

I appreciate your time discussing the issue and moving forward with next steps. To recap, we discussed 2 things to move forward on:
- Working with Tyler to get a list of IDs of publicly accessible cases that should not have been accessible. This would include the domain, eid, and case id parameters so they can be removed. This can be provided in a single spreadsheet or in smaller ones by site.
- I'll check into the reporting to see about the extended dates regarding the CA State Bar cases and how granular/time specific the data can get.

As mentioned in the last email and in the discussion, my main priority is to get the data right on the judyrecords site, and remove the cases that were publicly accessible that shouldn't have been able to be accessed. We'll continue to work as well on addressing the scope of the CA State Bar data.

We'll meet again at 4PT to discuss steps made on the issue and steps to take going forward.

On Mon, Feb 28, 2022 at 10:32 AM <kevanschwitzer@gmail.com> wrote:

    https://us05web.zoom.us/j/6518577100?pwd=bGhnVGl5Z0s4ZmFDdXNQM1MzV21hZz09

Schwitzer000000069

**State Bar of California + judyrecords.com connect**

When    Mon Feb 28, 2022 10:30am – 11:20am Central Time - Chicago

Who     • Rankin, Rick - organizer
        • kevanschwitzer@gmail.com - creator
        • Nicholas Albright

_____

From: Rankin, Rick

Sent: Monday, February 28, 2022 2:12:37 AM

To: Kevan Schwitzer

Subject: Re: ca state bar confidential data publicly accessible

Hi Kevan,


We greatly appreciate you making contact with us, for taking down the records, and for being willing to speak with us tomorrow.


It is not our current belief that any unlawful or malicious hacking occurred. We look forward to learning more about your statement that the records were publicly available. Understanding how the nonpublic records may have been unintentionally swept up with the public records will help us to better secure our data.


Sending over the invite for tomorrow's call shortly.


Sincerely,


Rick


--

Schwitzer000000070

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

213-393-6725


NEW! Schedule time with me HERE


This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

_____

From: Kevan Schwitzer

Sent: Sunday, February 27, 2022 15:52

To: Rankin, Rick

Subject: Re: ca state bar confidential data publicly accessible


Sounds good. However, I would like to ask that you provide clarity on whether there is any belief that any kind of unlawful, malicious, or hacking activity has taken place.


If anyone believes this is the case, it's important that I know because it would be reckless to join a meeting about the issue with that backdrop.


On Sun, Feb 27, 2022 at 5:37 PM Rankin, Rick > wrote:

Thank you for your speedy reply. I'll send out an invite later today for our call.


Let's discuss our press release in the context of the situation in it's entirety tomorrow. I'm sure we can figure this all out together.

Schwitzer000000071

Again, thank you for your quick reply. We look forward to speaking with you tomorrow.

Rick



Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

213-393-6725


NEW! Schedule time with me HERE


This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.


_____

From: Kevan Schwitzer >

Sent: Sunday, February 27, 2022 15:30

To: Rankin, Rick >

Subject: Re: ca state bar confidential data publicly accessible


Also, the language in the original press release suggested there have been "unlawful activities". Is there any belief at this point that any kind of hacking or unlawful activities have taken place?

Schwitzer000000072



I've posted on the info page details where this information was publicly accessible.


On Sun, Feb 27, 2022 at 5:20 PM Kevan Schwitzer > wrote:

Hi, sure I can meet at the 8:30am PDT time.


On Sun, Feb 27, 2022 at 4:46 PM Rankin, Rick > wrote:

Dear Mr. Schwitzer,


We are in receipt of your email below and very much appreciate you reaching out to us.


We would like to arrange a time to connect with you on this topic. Would you be available for a conference call with us at 8am or 830am PDT tomorrow, Monday Feb 28?


Let me know if either of those times work for you and we will send over an invitation with connection details. If not, could you kindly propose some alternative times for us to speak?


Sincerely,


Rick Rankin


--


Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

Schwitzer000000073

NEW! Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

# # #

From: Kevan Schwitzer >

Sent: Saturday, February 26, 2022 9:07 PM

To: The State Bar of California >

Subject: ca state bar confidential data publicly accesible

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey, I saw these pages just a bit ago:

https://www.pe.com/2022/02/26/260000-confidential-attorney-discipline-records-published-after-data-breach-state-bar-says/

https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates<https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.calbar.ca.gov%2FAbout-Us%2FNews%2FData-Breach-Updates&data=04%7C01%7CRick.Ranki

**Schwitzer000000074**

Gmail - State Bar of California + judyrecords.com connect

invite.ics
13K

**Schwitzer000000075**

4/16/22, 3:42 PM                                    Gmail - State Bar of California + judyrecords.com connect

 Gmail

**Kevan Schwitzer <kevanschwitzer@gmail.com>**

## State Bar of California + judyrecords.com connect
1 message

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                           Wed, Mar 2, 2022 at 2:04 PM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>, "nicholasalbright@emagined.com" <nicholasalbright@emagined.com>

https://calbar.zoom.us/j/2386983752

Rick Rankin is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://calbar.zoom.us/j/2386983752

Meeting ID: 238 698 3752
One tap mobile
+16699009128,,2386983752# US (San Jose)
+12532158782,,2386983752# US (Tacoma)

**From:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Sent:** Monday, February 28, 2022 5:57:52 PM
**To:** Rankin, Rick <Rick.Rankin@calbar.ca.gov>; nicholasalbright@emagined.com <nicholasalbright@emagined.com>
**Subject:** Re: State Bar of California + judyrecords.com connect

Thanks guys,

I appreciate your time discussing the issue and moving forward with next steps. To recap, we discussed 2 things to move forward on:
- Working with Tyler to get a list of IDs of publicly accessible cases that should not have been accessible. This would include the domain, eid, and case id
parameters so they can be removed. This can be provided in a single spreadsheet or in smaller ones by site.
- I'll check into the reporting to see about the extended dates regarding the CA State Bar cases and how granular/time specific the data can get.

As mentioned in the last email and in the discussion, my main priority is to get the data right on the judyrecords site, and remove the cases that were publicly
accessible that shouldn't have been able to be accessed. We'll continue to work as well on addressing the scope of the CA State Bar data.

We'll meet again at 4PT to discuss steps made on the issue and steps to take going forward.

On Mon, Feb 28, 2022 at 10:32 AM <kevanschwitzer@gmail.com> wrote:

> https://us05web.zoom.us/j/6518577100?pwd=bGhnVGl5Z0s4ZmFDdXNQM1MzV21hZz09

Schwitzer000000076

**State Bar of California + judyrecords.com connect**

When    Mon Feb 28, 2022 10:30am – 11:20am Central Time - Chicago

Who     • Rankin, Rick - organizer
        • kevanschwitzer@gmail.com - creator
        • Nicholas Albright

_____

From: Rankin, Rick

Sent: Monday, February 28, 2022 2:12:37 AM

To: Kevan Schwitzer

Subject: Re: ca state bar confidential data publicly accessible

Hi Kevan,

We greatly appreciate you making contact with us, for taking down the records, and for being willing to speak with us tomorrow.

It is not our current belief that any unlawful or malicious hacking occurred. We look forward to learning more about your statement that the records were publicly available. Understanding how the nonpublic records may have been unintentionally swept up with the public records will help us to better secure our data.

Sending over the invite for tomorrow's call shortly.

Sincerely,

Rick

--

Schwitzer000000077

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

213-393-6725


NEW! Schedule time with me HERE


This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

_____

From: Kevan Schwitzer

Sent: Sunday, February 27, 2022 15:52

To: Rankin, Rick

Subject: Re: ca state bar confidential data publicly accessible


Sounds good. However, I would like to ask that you provide clarity on whether there is any belief that any kind of unlawful, malicious, or hacking activity has taken place.


If anyone believes this is the case, it's important that I know because it would be reckless to join a meeting about the issue with that backdrop.


On Sun, Feb 27, 2022 at 5:37 PM Rankin, Rick > wrote:

Thank you for your speedy reply. I'll send out an invite later today for our call.


Let's discuss our press release in the context of the situation in it's entirety tomorrow. I'm sure we can figure this all out together.

Schwitzer000000078

Again, thank you for your quick reply. We look forward to speaking with you tomorrow.

Rick

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

213-393-6725

NEW! Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

_____

From: Kevan Schwitzer >

Sent: Sunday, February 27, 2022 15:30

To: Rankin, Rick >

Subject: Re: ca state bar confidential data publicly accessible

Also, the language in the original press release suggested there have been "unlawful activities". Is there any belief at this point that any kind of hacking or unlawful activities have taken place?

Schwitzer000000079

I've posted on the info page details where this information was publicly accessible.

On Sun, Feb 27, 2022 at 5:20 PM Kevan Schwitzer > wrote:

Hi, sure I can meet at the 8:30am PDT time.

On Sun, Feb 27, 2022 at 4:46 PM Rankin, Rick > wrote:

Dear Mr. Schwitzer,

We are in receipt of your email below and very much appreciate you reaching out to us.

We would like to arrange a time to connect with you on this topic. Would you be available for a conference call with us at 8am or 830am PDT tomorrow, Monday Feb 28?

Let me know if either of those times work for you and we will send over an invitation with connection details. If not, could you kindly propose some alternative times for us to speak?

Sincerely,

Rick Rankin

--

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

Schwitzer000000080

NEW! Schedule time with me HERE


This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.



# # #



From: Kevan Schwitzer >

Sent: Saturday, February 26, 2022 9:07 PM

To: The State Bar of California >

Subject: ca state bar confidential data publicly accesible



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Hey, I saw these pages just a bit ago:


https://www.pe.com/2022/02/26/260000-confidential-attorney-discipline-records-published-after-data-breach-state-bar-says/


https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates<https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.calbar.ca.gov%2FAbout-Us%2FNews%2FData-Breach-Updates&data=04%7C01%7CRick.Ranki

Schwitzer000000081

Gmail - State Bar of California + judyrecords.com connect

**invite.ics**
13K

**Schwitzer000000082**

4/16/22, 3:42 PM                                    Gmail - State Bar of California + judyrecords.com connect

                                                     **Kevan Schwitzer <kevanschwitzer@gmail.com>**

---

## State Bar of California + judyrecords.com connect
1 message

---

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                          Wed, Mar 2, 2022 at 5:15 PM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>, "nicholasalbright@emagined.com" <nicholasalbright@emagined.com>

https://calbar.zoom.us/j/2386983752

Rick Rankin is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://calbar.zoom.us/j/2386983752

Meeting ID: 238 698 3752
One tap mobile
+16699009128,,2386983752# US (San Jose)
+12532158782,,2386983752# US (Tacoma)

---

**From:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Sent:** Monday, February 28, 2022 5:57:52 PM
**To:** Rankin, Rick <Rick.Rankin@calbar.ca.gov>; nicholasalbright@emagined.com <nicholasalbright@emagined.com>
**Subject:** Re: State Bar of California + judyrecords.com connect

Thanks guys,

I appreciate your time discussing the issue and moving forward with next steps. To recap, we discussed 2 things to move forward on:
- Working with Tyler to get a list of IDs of publicly accessible cases that should not have been accessible. This would include the domain, eid, and case id parameters so they can be removed. This can be provided in a single spreadsheet or in smaller ones by site.
- I'll check into the reporting to see about the extended dates regarding the CA State Bar cases and how granular/time specific the data can get.

As mentioned in the last email and in the discussion, my main priority is to get the data right on the judyrecords site, and remove the cases that were publicly accessible that shouldn't have been able to be accessed. We'll continue to work as well on addressing the scope of the CA State Bar data.

We'll meet again at 4PT to discuss steps made on the issue and steps to take going forward.

On Mon, Feb 28, 2022 at 10:32 AM <kevanschwitzer@gmail.com> wrote:

https://us05web.zoom.us/j/6518577100?pwd=bGhnVGl5Z0s4ZmFDdXNQM1MzV21hZz09

---

**Schwitzer000000083**

**State Bar of California + judyrecords.com connect**

When    Mon Feb 28, 2022 10:30am – 11:20am Central Time - Chicago

Who     • Rankin, Rick - organizer
        • kevanschwitzer@gmail.com - creator
        • Nicholas Albright

_____

From: Rankin, Rick

Sent: Monday, February 28, 2022 2:12:37 AM

To: Kevan Schwitzer

Subject: Re: ca state bar confidential data publicly accessible

Hi Kevan,


We greatly appreciate you making contact with us, for taking down the records, and for being willing to speak with us tomorrow.


It is not our current belief that any unlawful or malicious hacking occurred. We look forward to learning more about your statement that the records were publicly available. Understanding how the nonpublic records may have been unintentionally swept up with the public records will help us to better secure our data.


Sending over the invite for tomorrow's call shortly.


Sincerely,


Rick


--

Schwitzer000000084

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

213-393-6725


NEW! Schedule time with me HERE


This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

_____

From: Kevan Schwitzer

Sent: Sunday, February 27, 2022 15:52

To: Rankin, Rick

Subject: Re: ca state bar confidential data publicly accessible


Sounds good. However, I would like to ask that you provide clarity on whether there is any belief that any kind of unlawful, malicious, or hacking activity has taken place.


If anyone believes this is the case, it's important that I know because it would be reckless to join a meeting about the issue with that backdrop.


On Sun, Feb 27, 2022 at 5:37 PM Rankin, Rick > wrote:

Thank you for your speedy reply. I'll send out an invite later today for our call.


Let's discuss our press release in the context of the situation in it's entirety tomorrow. I'm sure we can figure this all out together.

Schwitzer000000085

Again, thank you for your quick reply. We look forward to speaking with you tomorrow.

Rick

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

213-393-6725

NEW! Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

_____

From: Kevan Schwitzer >

Sent: Sunday, February 27, 2022 15:30

To: Rankin, Rick >

Subject: Re: ca state bar confidential data publicly accessible

Also, the language in the original press release suggested there have been "unlawful activities". Is there any belief at this point that any kind of hacking or unlawful activities have taken place?

Schwitzer000000086

I've posted on the info page details where this information was publicly accessible.


On Sun, Feb 27, 2022 at 5:20 PM Kevan Schwitzer > wrote:

Hi, sure I can meet at the 8:30am PDT time.


On Sun, Feb 27, 2022 at 4:46 PM Rankin, Rick > wrote:

Dear Mr. Schwitzer,


We are in receipt of your email below and very much appreciate you reaching out to us.


We would like to arrange a time to connect with you on this topic. Would you be available for a conference call with us at 8am or 830am PDT tomorrow, Monday Feb 28?


Let me know if either of those times work for you and we will send over an invitation with connection details. If not, could you kindly propose some alternative times for us to speak?


Sincerely,


Rick Rankin


--


Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

Schwitzer000000087

NEW! Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

# # #

From: Kevan Schwitzer >

Sent: Saturday, February 26, 2022 9:07 PM

To: The State Bar of California >

Subject: ca state bar confidential data publicly accesible

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey, I saw these pages just a bit ago:

https://www.pe.com/2022/02/26/260000-confidential-attorney-discipline-records-published-after-data-breach-state-bar-says/

https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates<https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.calbar.ca.gov%2FAbout-Us%2FNews%2FData-Breach-Updates&data=04%7C01%7CRick.Ranki

Schwitzer000000088

**invite.ics**
13K

Schwitzer000000089

4/16/22, 3:42 PM                                  Gmail - State Bar of California + judyrecords.com connect

 **Gmail**

                                                                    **Kevan Schwitzer <kevanschwitzer@gmail.com>**

___

## State Bar of California + judyrecords.com connect
1 message

___

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                       Thu, Mar 3, 2022 at 4:42 PM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>, "nicholasalbright@emagined.com" <nicholasalbright@emagined.com>

https://calbar.zoom.us/j/2386983752

Rick Rankin is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://calbar.zoom.us/j/2386983752

Meeting ID: 238 698 3752
One tap mobile
+16699009128,,2386983752# US (San Jose)
+12532158782,,2386983752# US (Tacoma)

___

**From:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Sent:** Monday, February 28, 2022 5:57:52 PM
**To:** Rankin, Rick <Rick.Rankin@calbar.ca.gov>; nicholasalbright@emagined.com <nicholasalbright@emagined.com>
**Subject:** Re: State Bar of California + judyrecords.com connect

Thanks guys,

I appreciate your time discussing the issue and moving forward with next steps. To recap, we discussed 2 things to move forward on:
- Working with Tyler to get a list of IDs of publicly accessible cases that should not have been accessible. This would include the domain, eid, and case id parameters so they can be removed. This can be provided in a single spreadsheet or in smaller ones by site.
- I'll check into the reporting to see about the extended dates regarding the CA State Bar cases and how granular/time specific the data can get.

As mentioned in the last email and in the discussion, my main priority is to get the data right on the judyrecords site, and remove the cases that were publicly accessible that shouldn't have been able to be accessed. We'll continue to work as well on addressing the scope of the CA State Bar data.

We'll meet again at 4PT to discuss steps made on the issue and steps to take going forward.

On Mon, Feb 28, 2022 at 10:32 AM <kevanschwitzer@gmail.com> wrote:

    https://us05web.zoom.us/j/6518577100?pwd=bGhnVGl5Z0s4ZmFDdXNQM1MzV21hZz09

___

**Schwitzer000000090**

**State Bar of California + judyrecords.com connect**

When    Mon Feb 28, 2022 10:30am – 11:20am Central Time - Chicago

Who     • Rankin, Rick - organizer
        • kevanschwitzer@gmail.com - creator
        • Nicholas Albright

_____

From: Rankin, Rick

Sent: Monday, February 28, 2022 2:12:37 AM

To: Kevan Schwitzer

Subject: Re: ca state bar confidential data publicly accessible

Hi Kevan,

We greatly appreciate you making contact with us, for taking down the records, and for being willing to speak with us tomorrow.

It is not our current belief that any unlawful or malicious hacking occurred. We look forward to learning more about your statement that the records were publicly available. Understanding how the nonpublic records may have been unintentionally swept up with the public records will help us to better secure our data.

Sending over the invite for tomorrow's call shortly.

Sincerely,

Rick

--

Schwitzer000000091

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

213-393-6725


NEW! Schedule time with me HERE


This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

_____

From: Kevan Schwitzer

Sent: Sunday, February 27, 2022 15:52

To: Rankin, Rick

Subject: Re: ca state bar confidential data publicly accessible


Sounds good. However, I would like to ask that you provide clarity on whether there is any belief that any kind of unlawful, malicious, or hacking activity has taken place.


If anyone believes this is the case, it's important that I know because it would be reckless to join a meeting about the issue with that backdrop.


On Sun, Feb 27, 2022 at 5:37 PM Rankin, Rick > wrote:

Thank you for your speedy reply. I'll send out an invite later today for our call.


Let's discuss our press release in the context of the situation in it's entirety tomorrow. I'm sure we can figure this all out together.

Schwitzer000000092

Again, thank you for your quick reply. We look forward to speaking with you tomorrow.

Rick

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

213-393-6725

NEW! Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

_____

From: Kevan Schwitzer >

Sent: Sunday, February 27, 2022 15:30

To: Rankin, Rick >

Subject: Re: ca state bar confidential data publicly accessible

Also, the language in the original press release suggested there have been "unlawful activities". Is there any belief at this point that any kind of hacking or unlawful activities have taken place?

Schwitzer000000093

I've posted on the info page details where this information was publicly accessible.

On Sun, Feb 27, 2022 at 5:20 PM Kevan Schwitzer > wrote:

Hi, sure I can meet at the 8:30am PDT time.

On Sun, Feb 27, 2022 at 4:46 PM Rankin, Rick > wrote:

Dear Mr. Schwitzer,

We are in receipt of your email below and very much appreciate you reaching out to us.

We would like to arrange a time to connect with you on this topic. Would you be available for a conference call with us at 8am or 830am PDT tomorrow, Monday Feb 28?

Let me know if either of those times work for you and we will send over an invitation with connection details. If not, could you kindly propose some alternative times for us to speak?

Sincerely,

Rick Rankin

--

Rick Rankin | IT Director (Interim)

The State Bar of California

180 Howard St. | San Francisco, CA 94105

845 S. Figueroa St. | Los Angeles, CA 90017

Schwitzer000000094

NEW! Schedule time with me HERE


This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If
you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.


# # #


From: Kevan Schwitzer >

Sent: Saturday, February 26, 2022 9:07 PM

To: The State Bar of California >

Subject: ca state bar confidential data publicly accesible


CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Hey, I saw these pages just a bit ago:


https://www.pe.com/2022/02/26/260000-confidential-attorney-discipline-records-published-after-data-breach-state-bar-says/


https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates<https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.
calbar.ca.gov%2FAbout-Us%2FNews%2FData-Breach-Updates&data=04%7C01%7CRick.Ranki

Schwitzer000000095

Gmail - State Bar of California + judyrecords.com connect

**invite.ics**
13K

Schwitzer000000096

4/16/22, 3:43 PM                                    Gmail - Zoom

 **Gmail**                                      Kevan Schwitzer <kevanschwitzer@gmail.com>

## Zoom
1 message

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                    Tue, Mar 15, 2022 at 1:19 PM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>

https://calbar.zoom.us/j/2386983752

--

**Rick Rankin** | IT Director (Interim)
The State Bar of California
180 Howard St. | San Francisco, CA 94105
845 S. Figueroa St. | Los Angeles, CA 90017
213-393-6725

**NEW!** Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

**Schwitzer000000097**

 Gmail

**Kevan Schwitzer <kevanschwitzer@gmail.com>**

---

**zoom connect**
1 message

---

**Kevan Schwitzer** <kevanschwitzer@gmail.com>                                    Fri, Mar 25, 2022 at 3:07 PM
To: "Rankin, Rick" <Rick.Rankin@calbar.ca.gov>

https://us05web.zoom.us/j/3293341379?pwd=Wkh0RnlMODlMWWdIZVEzdjgxVmcyUT09

**Schwitzer000000098**

4/16/22, 3:43 PM                                      Gmail - State Bar of California + judyrecords.com connect

 Gmail

**Kevan Schwitzer <kevanschwitzer@gmail.com>**

## State Bar of California + judyrecords.com connect
42 messages

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                                Sun, Feb 27, 2022 at 8:22 PM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>

---

**From:** Rankin, Rick <Rick.Rankin@calbar.ca.gov>
**Sent:** Monday, February 28, 2022 2:12:37 AM
**To:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Subject:** Re: ca state bar confidential data publicly accessible

Hi Kevan,

We greatly appreciate you making contact with us, for taking down the records, and for being willing to speak with us tomorrow.

It is not our current belief that any unlawful or malicious hacking occurred. We look forward to learning more about your statement that the records were publicly available. Understanding how the nonpublic records may have been unintentionally swept up with the public records will help us to better secure our data.

Sending over the invite for tomorrow's call shortly.

Sincerely,

Rick

--

**Rick Rankin** | IT Director (Interim)
The State Bar of California
180 Howard St. | San Francisco, CA 94105
845 S. Figueroa St. | Los Angeles, CA 90017
213-393-6725

**NEW!** Schedule time with me HERE

Schwitzer000000099

4/16/22, 3:43 PM                                    Gmail - State Bar of California + judyrecords.com connect

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

**From:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Sent:** Sunday, February 27, 2022 15:52
**To:** Rankin, Rick <Rick.Rankin@calbar.ca.gov>
**Subject:** Re: ca state bar confidential data publicly accessible

Sounds good. However, I would like to ask that you provide clarity on whether there is any belief that any kind of unlawful, malicious, or hacking activity has taken place.

If anyone believes this is the case, it's important that I know because it would be reckless to join a meeting about the issue with that backdrop.

On Sun, Feb 27, 2022 at 5:37 PM Rankin, Rick <Rick.Rankin@calbar.ca.gov> wrote:

Thank you for your speedy reply. I'll send out an invite later today for our call.

Let's discuss our press release in the context of the situation in it's entirety tomorrow. I'm sure we can figure this all out together.

Again, thank you for your quick reply. We look forward to speaking with you tomorrow.

Rick


--

**Rick Rankin** | IT Director (Interim)
The State Bar of California
180 Howard St. | San Francisco, CA 94105
845 S. Figueroa St. | Los Angeles, CA 90017
213-393-6725

**NEW!** Schedule time wi h me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

**From:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Sent:** Sunday, February 27, 2022 15:30
**To:** Rankin, Rick <Rick.Rankin@calbar.ca.gov>
**Subject:** Re: ca state bar confidential data publicly accessible

Also, the language in the original press release suggested there have been "unlawful activities". Is there any belief at this point that any kind of hacking or unlawful activities have taken place?

I've posted on the info page details where this information was publicly accessible.

**Schwitzer000000100**

4/16/22, 3:43 PM                                        Gmail - State Bar of California + judyrecords.com connect

On Sun, Feb 27, 2022 at 5:20 PM Kevan Schwitzer <kevanschwitzer@gmail.com> wrote:
Hi, sure I can meet at the 8:30am PDT time.

On Sun, Feb 27, 2022 at 4:46 PM Rankin, Rick <Rick.Rankin@calbar.ca.gov> wrote:
Dear Mr. Schwitzer,

We are in receipt of your email below and very much appreciate you reaching out to us.

We would like to arrange a time to connect with you on this topic.  Would you be available for a conference call with us at 8am or 830am PDT tomorrow, Monday Feb 28?

Let me know if either of those times work for you and we will send over an invitation with connection details. If not, could you kindly propose some alternative times for us to speak?

Sincerely,

Rick Rankin

--

**Rick Rankin** | IT Director (Interim)
The State Bar of California
180 Howard St. | San Francisco, CA 94105
845 S. Figueroa St. | Los Angeles, CA 90017

**NEW!** Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

# # #

**From:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Sent:** Saturday, February 26, 2022 9:07 PM
**To:** The State Bar of California <BARCOMM@calbar.ca.gov>
**Subject:** ca state bar confidential data publicly accesible

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey, I saw these pages just a bit ago:
https://www.pe.com/2022/02/26/260000-confidential-attorney-discipline-records-published-after-data-breach-state-bar-says/
https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates

Schwitzer000000101

https://www.calbar.ca.gov/About-Us/News/News-Releases/state-bar-of-california-addresses-breach-of-confidential-data

First thing, I removed all the CA state bar court cases in the judyrecords search index. All the records downloaded were publicly accessible on this portal:
https://discipline.calbar.ca.gov/

Second, I haven't been contacted about this issue and just checked for any communication from my hosting provider. Also, anyone can contact me for example on reddit with a simple google search.

These cases were publicly accessible, so my assumption is that those are the cases open to the public. They weren't protected from public access.

If there's anything I can do please let me know. Also, my direct number is ████████

---

## Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 323-433-2365,,180533399#   United States, Los Angeles

Phone Conference ID: 180 533 399#
Find a local number | Reset PIN

Learn More | Meeting options

---

📄 **invite.ics**
15K

---

**Kevan Schwitzer** <kevanschwitzer@gmail.com>                                    Sun, Feb 27, 2022 at 10:33 PM
To: "Rankin, Rick" <Rick.Rankin@calbar.ca.gov>

OK, will see you then.

What I can tell you after some digging is that I was able to pull a list of all the page CA State Bar page views between Oct 15 and Feb 23 and the number of total page views was 913 total. So a subset of this number would be the affected cases.

Schwitzer000000102

Fortunately, I was also able to pull the exact list of URLs as well. Attached.

[Quoted text hidden]

 **CA State Bar page views.pdf**
269K

---

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                                    Mon, Feb 28, 2022 at 8:34 AM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>

HI Kevan,

Thank you for this additional information.  Are you able to produce this data from Feb 23rd to the time the data was taken down, and is it possible to get the date and time each record was accessed?

Much appreciated, speak with you soon.

Rick

--

**Rick Rankin** | IT Director (Interim)
The State Bar of California
180 Howard St. | San Francisco, CA 94105
845 S. Figueroa St. | Los Angeles, CA 90017
213-393-6725

**NEW!** Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

**From:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Sent:** Sunday, February 27, 2022 20:33
**To:** Rankin, Rick <Rick.Rankin@calbar.ca.gov>
**Subject:** Re: State Bar of California + judyrecords.com connect

[Quoted text hidden]

---

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                                    Mon, Feb 28, 2022 at 8:34 AM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>, Nicholas Albright <NicholasAlbright@emagined.com>

Schwitzer000000103

4/16/22, 3:43 PM                                    Gmail - State Bar of California + judyrecords.com connect

[Quoted text hidden]

---

📄 **invite.ics**
    15K

---

**Kevan Schwitzer** <kevanschwitzer@gmail.com>                                 Mon, Feb 28, 2022 at 9:17 AM
To: "Rankin, Rick" <Rick.Rankin@calbar.ca.gov>

I think I can get that information, but need to check into exactly how.

[Quoted text hidden]

---

**Kevan Schwitzer** <kevanschwitzer@gmail.com>                                 Mon, Feb 28, 2022 at 9:19 AM
To: "Rankin, Rick" <Rick.Rankin@calbar.ca.gov>

After reviewing the issue, I'd like to take the lead on an action plan for immediate next steps and outline what I think is the right thing to do and logical way to proceed.

Currently, all the CA State Bar cases have been taken down from judyrecords. At this point, however, the urgent priority needs to be on making sure any other cases that were publicly accessible but shouldn't have been are removed ASAP. For this, I'll basically need to get in contact with a capable engineer on the Tyler side to get a list of IDs that can be cross-referenced so that appropriate action can be taken. The 2nd part isn't specifically related to CA State Bar cases but is what needs to be the priority right now. This will allow identifying the scope of the issue and most importantly getting right with the data and making sure any issue of non-public cases being accessible is resolved.

After these steps are taken, then it would make sense to take next steps as far as understanding the situation and moving from there. And at that point, all parties are in a justifiable position to report on the issue, it's scope, and how the issue has been dealt with and steps taken going forward. I think this makes the most sense from a public relations perspective but most importantly the steps above are the right thing to do today/right now. So to clarify, right now the issue needs to be treated as a technical one and once the steps above are handled, the appropriate non-technical steps can be taken and be appropriately informed.

Will see you at the 10:30CT meeting time. We can discuss this plan and your feedback.

[Quoted text hidden]

---

**kevanschwitzer@gmail.com** <kevanschwitzer@gmail.com>                         Mon, Feb 28, 2022 at 10:32 AM
Reply-To: kevanschwitzer@gmail.com
To: rick.rankin@calbar.ca.gov, nicholasalbright@emagined.com, kevanschwitzer@gmail.com

https://us05web.zoom.us/j/6518577100?pwd=bGhnVGl5Z0s4ZmFDdXNQM1MzV21hZz09

---

**State Bar of California + judyrecords.com** connect

---

https://mail.google.com/mail/u/0/?ik=51338fdbf1&view=pt&search=all&permthid=thread-f%3A1725971756085106240&simpl=msg-f%3A1725971756085106240&simpl=msg-a%3Ar-735680400023335…   6/19

Schwitzer000000104

When     Mon Feb 28, 2022 10:30am – 11:20am Central Time - Chicago

Who      •   Rankin, Rick - organizer

             •   kevanschwitzer@gmail.com - creator

             •   Nicholas Albright

_____

From: Rankin, Rick
Sent: Monday, February 28, 2022 2:12:37 AM
To: Kevan Schwitzer
Subject: Re: ca state bar confidential data publicly accessible

Hi Kevan,

We greatly appreciate you making contact with us, for taking down the records, and for being willing to speak with us tomorrow.

It is not our current belief that any unlawful or malicious hacking occurred. We look forward to learning more about your statement that the records were publicly available. Understanding how the nonpublic records may have been unintentionally swept up with the public records will help us to better secure our data.

Sending over the invite for tomorrow's call shortly.

Sincerely,

Rick

--

Rick Rankin | IT Director (Interim)
The State Bar of California
180 Howard St. | San Francisco, CA 94105
845 S. Figueroa St. | Los Angeles, CA 90017
213-393-6725

NEW! Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.
_____
From: Kevan Schwitzer
Sent: Sunday, February 27, 2022 15:52
To: Rankin, Rick
Subject: Re: ca state bar confidential data publicly accessible

Sounds good. However, I would like to ask that you provide clarity on whether there is any belief that any kind of unlawful, malicious, or hacking activity has taken place.

If anyone believes this is the case, it's important that I know because it would be reckless to join a meeting about the issue with that backdrop.

Schwitzer000000105

On Sun, Feb 27, 2022 at 5:37 PM Rankin, Rick > wrote:
Thank you for your speedy reply. I'll send out an invite later today for our call.

Let's discuss our press release in the context of the situation in it's entirety tomorrow. I'm sure we can figure this all out together.

Again, thank you for your quick reply. We look forward to speaking with you tomorrow.

Rick

--

Rick Rankin | IT Director (Interim)
The State Bar of California
180 Howard St. | San Francisco, CA 94105
845 S. Figueroa St. | Los Angeles, CA 90017
213-393-6725

NEW! Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

_____
From: Kevan Schwitzer >
Sent: Sunday, February 27, 2022 15:30
To: Rankin, Rick >
Subject: Re: ca state bar confidential data publicly accessible

Also, the language in the original press release suggested there have been "unlawful activities". Is there any belief at this point that any kind of hacking or unlawful activities have taken place?

I've posted on the info page details where this information was publicly accessible.

On Sun, Feb 27, 2022 at 5:20 PM Kevan Schwitzer > wrote:
Hi, sure I can meet at the 8:30am PDT time.

On Sun, Feb 27, 2022 at 4:46 PM Rankin, Rick > wrote:
Dear Mr. Schwitzer,

We are in receipt of your email below and very much appreciate you reaching out to us.

We would like to arrange a time to connect with you on this topic. Would you be available for a conference call with us at 8am or 830am PDT tomorrow, Monday Feb 28?

Let me know if either of those times work for you and we will send over an invitation with connection details. If not, could you kindly propose some alternative times for us to speak?

Sincerely,

Schwitzer000000106

Rick Rankin

--

Rick Rankin | IT Director (Interim)
The State Bar of California
180 Howard St. | San Francisco, CA 94105
845 S. Figueroa St. | Los Angeles, CA 90017

NEW! Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.


# # #

From: Kevan Schwitzer >
Sent: Saturday, February 26, 2022 9:07 PM
To: The State Bar of California >
Subject: ca state bar confidential data publicly accesible

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey, I saw these pages just a bit ago:

https://www.pe.com/2022/02/26/260000-confidential-attorney-discipline-records-published-after-data-breach-state-bar-says/

https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates<https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.calbar.ca.gov%2FAbout-Us%2FNews%2FData-Breach-Updates&data=04%7C01%7CRick.Ranki

---

**Kevan Schwitzer** <kevanschwitzer@gmail.com>                                   Mon, Feb 28, 2022 at 11:57 AM
To: "Rankin, Rick" <rick.rankin@calbar.ca.gov>, nicholasalbright@emagined.com

Thanks guys,

I appreciate your time discussing the issue and moving forward with next steps. To recap, we discussed 2 things to move forward on:
- Working with Tyler to get a list of IDs of publicly accessible cases that should not have been accessible. This would include the domain, eid, and case id parameters so they can be removed. This can be provided in a single spreadsheet or in smaller ones by site.
- I'll check into the reporting to see about the extended dates regarding the CA State Bar cases and how granular/time specific the data can get.

As mentioned in the last email and in the discussion, my main priority is to get the data right on the judyrecords site, and remove the cases that were publicly accessible that shouldn't have been able to be accessed. We'll continue to work as well on addressing the scope of the CA State Bar data.

Schwitzer000000107

We'll meet again at 4PT to discuss steps made on the issue and steps to take going forward.

[Quoted text hidden]

---

**Rankin, Rick**   Rick Rankin@calbar ca gov                                    Mon, Feb 28, 2022 at 12 11 PM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>, "nicholasalbright@emagined.com" <nicholasalbright@emagined.com>, "Mazer, Steve"
<Steve.Mazer@calbar.ca.gov>

https://calbar.zoom.us/j/2386983752

Rick Rankin is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://calbar.zoom.us/j/2386983752

Meeting ID: 238 698 3752
One tap mobile
+16699009128,,2386983752# US (San Jose)
+12532158782,,2386983752# US (Tacoma)

---

**From**  Kevan Schwitzer   kevan  chwitzer@gmail com
**Sent:** Monday, February 28, 2022 5:57:52 PM
**To:** Rankin, Rick <Rick.Rankin@calbar.ca.gov>; nicholasalbright@emagined.com <nicholasalbright@emagined.com>
**Subject:** Re: State Bar of California + judyrecords.com connect

[Quoted text hidden]

---

📄 **invite.ics**
13K

---

**Rankin, Rick** <Rick.Rankin@calbar.ca.gov>                                    Mon, Feb 28, 2022 at 5:28 PM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>, "nicholasalbright@emagined.com" <nicholasalbright@emagined.com>

Thank you Kevan as well.

Look forward to our update call at 4pm / 6pm. We have a few updates to share with you.

RIck

--

**Rick Rankin** | IT Director (Interim)

Schwitzer000000108

4/16/22, 3:43 PM                                    Gmail - State Bar of California + judyrecords.com connect

The State Bar of California
180 Howard St. | San Francisco, CA 94105
845 S. Figueroa St. | Los Angeles, CA 90017
213-393-6725

NEW! Schedule time with me HERE

This message contains confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

---

**From:** Kevan Schwitzer <kevanschwitzer@gmail.com>
**Sent:** Monday, February 28, 2022 09:57
**To:** Rankin, Rick <Rick.Rankin@calbar.ca.gov>; nicholasalbright@emagined.com <nicholasalbright@emagined.com>
**Subject:** Re: State Bar of California + judyrecords.com connect

[Quoted text hidden]

---

**Nicholas Albright** <NicholasAlbright@emagined.com>                            Mon, Feb 28, 2022 at 8:51 PM
To: Kevan Schwitzer <kevanschwitzer@gmail.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>

You've received an encrypted message from **NicholasAlbright@emagined.com**
**To view your message**
Save and open the attachment (message html), and follow the instructions
Sign in using the following email address  **kevanschwitzer@gmail.com**

This email message and its attachments are for the sole use of the intended recipient or recipients and may contain confidential information. If you have received this email in error, please notify the sender and delete this message.

🔒 Message encryption by Microsoft Office 365

---

📄 **message.html**
103K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                          Tue, Mar 1, 2022 at 1:05 AM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>

https://mail.google.com/mail/u/0/?ik=51338fdbf1&view=pt&search=all&permthid=thread-f%3A1725971756085106240&simpl=msg-f%3A1725971756085106240&simpl=msg-a%3Ar-73568040002333…   11/19

Cc: Kevan Schwitzer <kevanschwitzer@gmail.com>

---

You've received an encrypted message from **kevanschwitzer@gmail.com**

[Quoted text hidden]

---

📄 **message.html**
102K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                          Tue, Mar 1, 2022 at 1:32 AM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>, "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

[Quoted text hidden]

---

📄 **message.html**
117K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                          Tue, Mar 1, 2022 at 1:51 AM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>, "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

[Quoted text hidden]

---

📄 **message.html**
121K

---

**rick.rankin@calbar.ca.gov** <Office365@messaging.microsoft.com>                 Tue, Mar 1, 2022 at 10:03 AM
Reply-To: "rick.rankin@calbar.ca.gov" <rick.rankin@calbar.ca.gov>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
Cc: "rick.rankin@calbar.ca.gov" <rick.rankin@calbar.ca.gov>

---

You've received an encrypted message from **rick.rankin@calbar.ca.gov**

[Quoted text hidden]

---

📄 **message.html**
123K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                          Wed, Mar 2, 2022 at 4:39 PM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>

Schwitzer000000110

Cc: Kevan Schwitzer <kevanschwitzer@gmail.com>

---

You've received an encrypted message from **kevanschwitzer@gmail.com**
[Quoted text hidden]

---

📄 **message.html**
106K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                     Wed, Mar 2, 2022 at 6:22 PM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>, "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

[Quoted text hidden]

---

📄 **message.html**
108K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                     Wed, Mar 2, 2022 at 7:39 PM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>, "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

[Quoted text hidden]

---

📄 **message.html**
110K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                     Wed, Mar 2, 2022 at 8:43 PM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>, "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

[Quoted text hidden]

---

📄 **message.html**
117K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                     Wed, Mar 2, 2022 at 10:36 PM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>, "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

[Quoted text hidden]

---

**Schwitzer000000111**

4/16/22, 3:43 PM                                    Gmail - State Bar of California + judyrecords.com connect

 **message.html**
24892K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                                    Wed, Mar 2, 2022 at 10:41 PM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>, "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

[Quoted text hidden]

 **message.html**
128K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                                    Thu, Mar 3, 2022 at 6:45 PM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>, "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

[Quoted text hidden]

 **message.html**
506K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                                    Sun, Mar 6, 2022 at 11:02 AM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>, "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

[Quoted text hidden]

 **message.html**
231K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                                    Sun, Mar 6, 2022 at 2:13 PM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>, "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

[Quoted text hidden]

 **message.html**
9221K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                                    Sun, Mar 6, 2022 at 2:21 PM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

Schwitzer000000112

4/16/22, 3:43 PM                                    Gmail - State Bar of California + judyrecords.com connect

To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>, "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

[Quoted text hidden]

📄 **message.html**
184K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                                    Sun, Mar 6, 2022 at 2:26 PM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>, "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

[Quoted text hidden]

📄 **message.html**
2321K

---

**Nicholas Albright** <NicholasAlbright@emagined.com>                                    Sun, Mar 6, 2022 at 2:45 PM
To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>

You've received an encrypted message from **NicholasAlbright@emagined.com**
[Quoted text hidden]

📄 **message.html**
150K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                                    Fri, Mar 11, 2022 at 12:56 PM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>
Cc: Kevan Schwitzer <kevanschwitzer@gmail.com>

You've received an encrypted message from **kevanschwitzer@gmail.com**
[Quoted text hidden]

📄 **message.html**
1164K

---

**Nicholas Albright** <NicholasAlbright@emagined.com>                                    Fri, Mar 11, 2022 at 1:59 PM
To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>

**Schwitzer000000113**

You've received an encrypted message from **NicholasAlbright@emagined.com**
[Quoted text hidden]

---

📄 **message.html**
161K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                                    Fri, Mar 11, 2022 at 2:22 PM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>
Cc: Kevan Schwitzer <kevanschwitzer@gmail.com>

You've received an encrypted message from **kevanschwitzer@gmail.com**
[Quoted text hidden]

---

📄 **message.html**
151K

---

**Nicholas Albright** <NicholasAlbright@emagined.com>                                    Fri, Mar 11, 2022 at 2:57 PM
To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>

[Quoted text hidden]

---

📄 **message.html**
164K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                                    Fri, Mar 11, 2022 at 3:05 PM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: Nicholas Albright <NicholasAlbright@emagined.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>
Cc: Kevan Schwitzer <kevanschwitzer@gmail.com>

You've received an encrypted message from **kevanschwitzer@gmail.com**
[Quoted text hidden]

---

📄 **message.html**
152K

---

**Nicholas Albright** <NicholasAlbright@emagined.com>                                    Fri, Mar 11, 2022 at 3:49 PM
To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>, "Rankin, Rick" <rick.rankin@calbar.ca.gov>
Cc: Kevan Schwitzer <kevanschwitzer@gmail.com>

**Schwitzer000000114**

You've received an encrypted message from **NicholasAlbright@emagined.com**

[Quoted text hidden]

---

📄 **message.html**
159K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                                      Thu, Mar 24, 2022 at 2:36 PM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: "rick.rankin@calbar.ca.gov" <rick.rankin@calbar.ca.gov>
Cc: Kevan Schwitzer <kevanschwitzer@gmail.com>

You've received an encrypted message from **kevanschwitzer@gmail.com**

[Quoted text hidden]

---

📄 **message.html**
268K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                                      Thu, Mar 24, 2022 at 7:08 PM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: "rick.rankin@calbar.ca.gov" <rick.rankin@calbar.ca.gov>
Cc: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

[Quoted text hidden]

---

📄 **message.html**
266K

---

**Rick Rankin** <Office365@messaging.microsoft.com>                                          Fri, Mar 25, 2022 at 8:11 AM
Reply-To: "rick.rankin@calbar.ca.gov" <rick.rankin@calbar.ca.gov>
To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
Cc: Rick Rankin <rick.rankin@calbar.ca.gov>

You've received an encrypted message from **rick.rankin@calbar.ca.gov**

[Quoted text hidden]

---

📄 **message.html**
268K

---

**Schwitzer000000115**

4/16/22, 3:43 PM                                    Gmail - State Bar of California + judyrecords.com connect

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                                  Fri, Mar 25, 2022 at 8:22 AM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: "rick.rankin@calbar.ca.gov" <rick.rankin@calbar.ca.gov>
Cc: Kevan Schwitzer <kevanschwitzer@gmail.com>

---

You've received an encrypted message from **kevanschwitzer@gmail.com**
[Quoted text hidden]

---

📄 **message.html**
310K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                                  Fri, Mar 25, 2022 at 8:23 AM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: rick.rankin@calbar.ca.gov <rick.rankin@calbar.ca.gov>, "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

[Quoted text hidden]

---

📄 **message.html**
328K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                                  Wed, Mar 30, 2022 at 11:56 AM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: rick.rankin@calbar.ca.gov <rick.rankin@calbar.ca.gov>, "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

[Quoted text hidden]

---

📄 **message.html**
335K

---

**Rick Rankin** <Office365@messaging.microsoft.com>                                      Wed, Mar 30, 2022 at 12:22 PM
Reply-To: "rick.rankin@calbar.ca.gov" <rick.rankin@calbar.ca.gov>
To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

---

You've received an encrypted message from **rick.rankin@calbar.ca.gov**
[Quoted text hidden]

---

📄 **message.html**
333K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                                  Wed, Mar 30, 2022 at 12:33 PM

Schwitzer000000116

Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: "rick.rankin@calbar.ca.gov" <rick.rankin@calbar.ca.gov>
Cc: Kevan Schwitzer <kevanschwitzer@gmail.com>

---

You've received an encrypted message from **kevanschwitzer@gmail.com**
[Quoted text hidden]

---

 **message.html**
339K

---

**Kevan Schwitzer** <Office365@messaging.microsoft.com>                           Wed, Mar 30, 2022 at 12:37 PM
Reply-To: "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>
To: "rick.rankin@calbar.ca.gov" <rick.rankin@calbar.ca.gov>, "kevanschwitzer@gmail.com" <kevanschwitzer@gmail.com>

[Quoted text hidden]

---

**message.html**
342K

**Schwitzer000000117**

 Gmail

**Kevan Schwitzer <kevanschwitzer@gmail.com>**

## amended complaint
1 message

**Kevan Schwitzer** <kevanschwitzer@gmail.com>                           Wed, Apr 13, 2022 at 9:31 AM
To: "Rankin, Rick" <Rick.Rankin@calbar.ca.gov>

Just got this a bit ago (attached).

Hope you're doing well.

---

📄 **DataBreach - Class Action Complaint FAC.pdf**
330K

**Schwitzer000000118**

1
2

## PROOF OF SERVICE OF DOCUMENT

3
4
I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.
My business address is: 1968 S Coast Hwy #3960, Laguna Beach, CA 92651
A true and correct copy of the foregoing document entitled:

5
6
**DECLARATION OF KEVAN SCHWITZER FILED IN SUPPORT MOTION
FOR PRELIMINARY INJUNCTION**

7
8
will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR; and **(b)** in the manner stated below:

9
10
**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE
TRANSMISSION OR EMAIL** (state method for each person or entity served):

11
12
Pursuant to F.R.Civ.P. on 08-05-2022, I served the following persons and/or entities ECF
or email as follows:

13
14
X Service information continued on attached page
I declare under penalty of perjury under the laws of the United States that the foregoing
is true and correct.

15
16

| 08-06-2022 | James D. Ocon | /s/James D. Ocon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

17
18
19
20
21
22
23
24
25
26
27
28

**2**

**DECLARATION OF KEVAN SCHWITZER FILED IN SUPPORT MOTION
FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*          22-CV-00983-DFM

1

## SERVICE BY ECF

2

**Defendant**

3

| **The State Bar of California** | represented by | **Michael G Rhodes** |
| | | Cooley LLP |
| | | 3 Embarcadero Center 20th Floor |
| | | San Francisco, CA 94111 |
| | | 415-693-2000 |
| | | Fax: 415-693-2222 |
| | | Email: rhodesmg@cooley.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Barrett J Anderson** |
| | | Cooley LLP |
| | | 4401 Eastgate Mall |
| | | San Diego, CA |
| | | 858-550-6000 |
| | | Fax: 858-550-6420 |
| | | Email: banderson@cooley.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Gregory John Merchant** |
| | | Cooley LLP |
| | | 3175 Hanover Street |
| | | Palo Alto, CA 94304 |
| | | 650-843-5620 |
| | | Email: gmerchant@cooley.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Walter Waidelich** |
| | | Cooley LLP |
| | | 4401 Eastgate Mall |
| | | San Diego, CA 92121 |
| | | 858-550-6000 |
| | | Fax: 858-550-6420 |
| | | Email: cwaidelich@jonesday.com |
| | | *ATTORNEY TO BE NOTICED* |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**DECLARATION OF KEVAN SCHWITZER FILED IN SUPPORT MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*          22-CV-00983-DFM

| | | |
|---|---|---|
| **Defendant** | | |
| **Tyler Technologies, Inc.**<br>*also known as*<br>Doe 1 | represented by | **Jason Nathaniel Haycock**<br>K and L Gates LLP<br>Four Embarcadero Center Suite 1200<br>San Francisco, CA 94111<br>415-882-8200<br>Fax: 415-882-8220<br>Email:<br>jason.haycock@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christina N Goodrich**<br>K and L Gates LLP<br>10100 Santa Monica Boulevard<br>8th Floor<br>Los Angeles, CA 90067<br>310-552-5000<br>Fax: 310-552-5001<br>Email:<br>christina.goodrich@klgates.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Kevan Schwitzer** | represented by | **David Belcher**<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East Suite 1500<br>Los Angeles, CA 90067<br>310-203-4000<br>Fax: 310-229-1285<br>Email:<br>david.belcher@faegredrinker.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter William Baldwin** |

**4**

**DECLARATION OF KEVAN SCHWITZER FILED IN SUPPORT MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*          22-CV-00983-DFM

| | | |
|---|---|---|
| | | Faegre Drinker Bibble and Reath LLP<br>1177 Avenue of the Americas 41st Floor<br>New York, NY 10036<br>212-248-3140<br>Fax: 212-248-3141<br>Email:<br>peter.baldwin@faegredrinker.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | **Michael Gold** |
| **Rick Rankin** | | MAG@jmbm.com via Email |

Tiana A. Demas    tdemas@cooley.com

Christina N. Goodrich    klgateseservice@klgates.com, christina.goodrich@klgates.com

Michael Allan Gold    mgold@jmbm.com, cl7@jmbm.com, mastercalendar@jmbm.com

Lenore L Albert    docket@interactivecounsel.com, lenorealbert@msn.com, lenalbert@interactivecounsel.com

Justin Alexander Anderson    learly@jmbm.com, janderson@jmbm.com, mastercalendar@jmbm.com

Michael G Rhodes    mrhodes@cooley.com, john-brocales-7263@ecf.pacerpro.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, rhodesmg@cooley.com, smartinez@cooley.com

Walter Waidelich    cwaidelich@cooley.com, kjones@cooley.com

David Belcher    docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com, david.belcher@faegredrinker.com

Beth W. Petronio    beth.petronio@klgates.com

5

**DECLARATION OF KEVAN SCHWITZER FILED IN SUPPORT MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*        22-CV-00983-DFM

Gregory John Merchant       gmerchant@cooley.com

Peter William Baldwin       peter.baldwin@faegredrinker.com,
usacac.criminal@usdoj.gov, peter.baldwin@usdoj.gov

Barrett J Anderson      banderson@cooley.com, mdejesus@cooley.com, efiling-
notice@ecf.pacerpro.com

**6**

**DECLARATION OF KEVAN SCHWITZER FILED IN SUPPORT MOTION
FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*           22-CV-00983-DFM