# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:22-cv-00983 DFM | Date: August 4, 2022 |
| Title John Roe 1, et al. v. The State Bar of California, et al. | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | CS 08/04/2022 |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Lenore Albert | Barrett Anderson<br>Tiana Demas<br>Greg Merchant<br>Suzanne Grandt<br>Beth Petronio<br>Michael Gold |

**Proceedings:** Telephonic Status Conference

Case called and counsel make their appearances. Court and counsel confer. Court moves motions hearing from September 16, 2022, at 2:00 pm to Thursday, September 15, 2022, at 11:00 am. Court also sets a Scheduling Conference for September 15, 2022, at 11:00 am. Counsel to submit proposed dates to Court by September 1, 2022.

                                                       : 15

Initials of Clerk: nb