Lenore L. Albert, Esq. SBN 210876
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of*
*themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br>                    Defendants. | CASE NO. 22-cv-00983-DFM<br><br>Assigned to the Hon. Douglas F. McCormick<br><br>Complaint filed: 03-18-2022<br><br>**DECLARATION OF JANE ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: September 15, 2022<br>Time: 11:00AM<br>Crtm: 6B |

1

**DECLARATION OF JANE ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*                    22-cv-00983-DFM

**I, JANE ROE 2 DO HEREBY DECLARE,** that I am a class representative plaintiff of the above-captioned case and make this declaration upon my own personal knowledge and could competently testify as follows:

1. I am an attorney that was licensed to practice before the highest court in the State of California and a member in good standing with the State Bar of California.
2. I am retired federal administrative judge and on inactive status. I was placed on inactive status due to a physical medical condition, being diagnosed with Multiple Sclerosis (MS) which makes it hard for me to see.
3. I want to preserve my right to privacy of my medical condition and information – something I believe the State Bar never had a right to investigate in the first place.
4. I reside in San Diego County, California.
5. My State Bar membership page does not show any public disciplinary action.
6. I know the State Bar Office of Chief Trial Counsel holds a confidential record about my condition in their disciplinary system, yet I have not received an email from the State Bar administrator "castatebarodysseynotice.com" giving me notice of the State Bar data breach.
7. I believe the State Bar knew I was a plaintiff in this case prior to sending out the notice so they removed me from their list.
8. I am making this declaration under the fictitious name of Jane Roe 2 to protect my privacy, however, the State Bar and other defendants should be able to figure out my identity by my status and medical diagnosis.
9. I have not been convicted of any crime.
10. Any State Bar investigation against me would be more than six months old.

2

**DECLARATION OF JANE ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*          22-cv-00983-DFM

11. I would be irreparably harmed if this motion were not granted because I do not have any assurance from the State Bar that they will not file public charges against me in order to lessen the purported harm to me.

12. I want to preserve my reputation as a lawyer and former federal administrative judge in this state and filing any public charges against me would harm that reputation.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this day in San Diego County, California.

Dated: August 11, 2022     */s/Jane Roe 2 *  
_____  
JANE ROE 2

\* *Electronically signed with consent of declarant and original signature is being mailed to counsel.*

3

**DECLARATION OF JANE ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*     22-cv-00983-DFM

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1968 S Coast Hwy #3960, Laguna Beach, CA 92651

A true and correct copy of the foregoing document entitled:

**DECLARATION OF JANE ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR; and **(b)** in the manner stated below:

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):
Pursuant to F.R.Civ.P. on 08-11-2022, I served the following persons and/or entities ECF or email as follows:

X Service information continued on attached page
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08-11-2022 | James D. Ocon | /s/James D. Ocon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**4**

**DECLARATION OF JANE ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*     22-cv-00983-DFM

**SERVICE BY ECF**

| Defendant | | |
|---|---|---|
| **The State Bar of California** | represented by | **Michael G Rhodes**<br>Cooley LLP<br>3 Embarcadero Center 20th Floor<br>San Francisco, CA 94111<br>415-693-2000<br>Fax: 415-693-2222<br>Email: rhodesmg@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Barrett J Anderson**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA<br>858-550-6000<br>Fax: 858-550-6420<br>Email: banderson@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory John Merchant**<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>650-843-5620<br>Email: gmerchant@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Walter Waidelich**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>858-550-6000<br>Fax: 858-550-6420<br>Email: cwaidelich@jonesday.com<br>*ATTORNEY TO BE NOTICED* |

5

**DECLARATION OF JANE ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*        22-cv-00983-DFM

| **Defendant** | | |
|---|---|---|
| **Tyler Technologies, Inc.**<br>*also known as*<br>Doe 1 | represented by | **Jason Nathaniel Haycock**<br>K and L Gates LLP<br>Four Embarcadero Center Suite 1200<br>San Francisco, CA 94111<br>415-882-8200<br>Fax: 415-882-8220<br>Email: jason.haycock@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christina N Goodrich**<br>K and L Gates LLP<br>10100 Santa Monica Boulevard<br>8th Floor<br>Los Angeles, CA 90067<br>310-552-5000<br>Fax: 310-552-5001<br>Email: christina.goodrich@klgates.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Kevan Schwitzer** | represented by | **David Belcher**<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East Suite 1500<br>Los Angeles, CA 90067<br>310-203-4000<br>Fax: 310-229-1285<br>Email: david.belcher@faegredrinker.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter William Baldwin** |

6

**DECLARATION OF JANE ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*          22-cv-00983-DFM

| | | |
|---|---|---|
| | | Faegre Drinker Bibble and Reath LLP<br>1177 Avenue of the Americas 41st Floor<br>New York, NY 10036<br>212-248-3140<br>Fax: 212-248-3141<br>Email: peter.baldwin@faegredrinker.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Rick Rankin** | | **Michael Gold**<br>MAG@jmbm.com via Email |

Tiana A. Demas     tdemas@cooley.com

Christina N. Goodrich     klgateseservice@klgates.com, christina.goodrich@klgates.com

Michael Allan Gold     mgold@jmbm.com, cl7@jmbm.com, mastercalendar@jmbm.com

Lenore L Albert     docket@interactivecounsel.com, lenorealbert@msn.com, lenalbert@interactivecounsel.com

Justin Alexander Anderson     learly@jmbm.com, janderson@jmbm.com, mastercalendar@jmbm.com

Michael G Rhodes     mrhodes@cooley.com, john-brocales-7263@ecf.pacerpro.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, rhodesmg@cooley.com, smartinez@cooley.com

Walter Waidelich     cwaidelich@cooley.com, kjones@cooley.com

David Belcher     docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com, david.belcher@faegredrinker.com

Beth W. Petronio     beth.petronio@klgates.com

Gregory John Merchant     gmerchant@cooley.com

Peter William Baldwin     peter.baldwin@faegredrinker.com, usacac.criminal@usdoj.gov, peter.baldwin@usdoj.gov

Barrett J Anderson     banderson@cooley.com, mdejesus@cooley.com, efiling-notice@ecf.pacerpro.com

7

**DECLARATION OF JANE ROE 2 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*          22-cv-00983-DFM