COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIANA DEMAS (*pro hac vice*) (tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
WALTER WAIDELICH (300798) (cwaidelich@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

GREGORY MERCHANT (341287) (gmerchant@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant*
THE STATE BAR OF CALIFORNIA

*Additional counsel on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2, an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00983-DFM<br><br>**DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFFS' REQUESTS FOR JUDICIAL NOTICE**<br><br>Courtroom: 6B<br>Judge: Hon. Douglas F. McCormick<br>Date: September 15, 2022<br>Time: 11:00 a.m. |

| | |
|---|---|
| 1 | OFFICE OF GENERAL COUNSEL<br>THE STATE BAR OF CALIFORNIA |
| 2 | ROBERT G. RETANA (148677) (robert.retana@calbar.ca.gov)<br>Interim General Counsel |
| 3 | SUZANNE C. GRANDT (304794) (suzanne.grandt@calbar.ca.gov)<br>Assistant General Counsel |
| 4 | 180 Howard Street<br>San Francisco, CA 94105-1639 |
| 5 | Telephone:  (415) 538-2388<br>Facsimile:   (415) 538-2517 |
| 6 | |
| 7 | *Attorneys for Defendant*<br>THE STATE BAR OF CALIFORNIA |
| 8 | |
| 9 | K&L GATES LLP<br>BETH W. PETRONIO (*pro hac vice*) (beth.petronio@klgates.com) |
| 10 | 1717 Main Street, Suite 2800<br>Dallas, TX 75201 |
| 11 | Telephone:  (214) 939-5815<br>Facsimile:   (214) 939-5849 |
| 12 | CHRISTINA N. GOODRICH (261722) (christina.goodrich@klgates.com)<br>ZACHARY T. TIMM (316564) (zach.timm@klgates.com) |
| 13 | 10100 Santa Monica Boulevard<br>Eighth Floor |
| 14 | Los Angeles, California 90067<br>Telephone:  (310) 552-5000 |
| 15 | Facsimile:   (310) 552-5001 |
| 16 | *Attorneys for Defendant*<br>TYLER TECHNOLOGIES, INC. |
| 17 | |
| 18 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>MICHAEL A. GOLD (90667) (mgold@jmbm.com ) |
| 19 | JUSTIN ANDERSON (328969) (janderson@jmbm.com)<br>1900 Avenue of the Stars, 7th Floor |
| 20 | Los Angeles, California 90067-4308<br>Telephone:  (310) 203-8080 |
| 21 | Facsimile:   (310) 203-0567 |
| 22 | *Attorneys for Defendant*<br>RICK RANKIN |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 15, 2022, or as soon thereafter as this matter may be heard, Defendants The State Bar of California, Tyler Technologies, Inc., and Rick Rankin will and hereby do jointly move the Court, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, for an order to strike or otherwise deny Plaintiffs' Request for Judicial Notice, (Dkt. 57), and Supplemental Request for Judicial Notice in Opposition to the Motions to Dismiss, (Dkt. 70 ("Second RJN" and, together with Dkt. 57, the "RJNs")). This motion is principally based on the grounds that: (1) the RJNs are improper attempts to amend Plaintiffs' First Amended Complaint, (Dkt. 1-8 (the "FAC")); (2) the Second RJN constitutes a sur-reply brief in support of Plaintiffs' oppositions to Defendants' motions to dismiss the FAC, which Plaintiffs filed without leave of the Court in violation of Local Rule 7-10; and (3) the RJNs do not contain facts properly subject to judicial notice under Federal Rule of Evidence 201(b).

This motion is made based on this notice of motion and motion, the accompanying memorandum of points and authorities, all records and papers on file in this action, and any evidence or oral argument offered at a hearing on this motion.

Pursuant to Local Rule 7-3, this motion is made following the conference of counsel regarding Defendants' motions to dismiss the FAC, which took place on May 26, 2022.

| | | |
|---|---|---|
| 1 | Dated: August 18, 2022 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Tiana Demas* |
| | | Tiana Demas |
| 4 | | |
| 5 | | *Attorneys for Defendant* THE STATE BAR OF CALIFORNIA |
| 6 | | *The filer, Tiana Demas, attests that the other signatories listed, on whose behalf the filing also is submitted, concur in the filing's content and have authorized the filing.* |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Dated: August 18, 2022 | K&L GATES LLP |
| 11 | | |
| 12 | | */s/ Beth W. Petronio* |
| | | Beth W. Petronio |
| 13 | | |
| 14 | | *Attorneys for Defendant* TYLER TECHNOLOGIES, INC. |
| 15 | | |
| 16 | Dated: August 18, 2022 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| 17 | | |
| 18 | | */s/ Michael A. Gold* |
| | | Michael A. Gold |
| 19 | | |
| 20 | | *Attorneys for Defendant* RICK RANKIN |