UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 8:22-cv-00983-DFM<br><br>**[Proposed] Order Granting Defendants' Joint Motion to Strike Plaintiffs' Requests for Judicial Notice**<br><br>Courtroom: 6B<br>Judge:　　Hon. Douglas F. McCormick<br>Date:　　　September 15, 2022<br>Time:　　　11:00 a.m. |

# [PROPOSED] ORDER

Having considered Defendants' joint motion to strike Plaintiffs' requests for judicial notice, all other matters presented to the Court, and good cause appearing, the Court GRANTS the motion in its entirety.

**IT IS HEREBY ORDERED THAT:**

Plaintiffs' Request for Judicial Notice, (Dkt. 57), and Supplemental Request for Judicial Notice in Opposition to the Motions to Dismiss, (Dkt. 70), are STRICKEN.

**IT IS SO ORDERED.**

Dated: _____    _____

HON. DOUGLAS F. MCCORMICK
U.S. MAGISTRATE JUDGE