COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIANA DEMAS (*pro hac vice*) (tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
WALTER WAIDELICH (300798) (cwaidelich@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

GREGORY MERCHANT (341287) (gmerchant@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant*
THE STATE BAR OF CALIFORNIA

*Additional counsel on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00983-DFM<br><br>**DECLARATION OF TIANA DEMAS IN SUPPORT OF THE STATE BAR'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Courtroom: 6B<br>Judge: Hon. Douglas F. McCormick<br>Date: September 15, 2022<br>Time: 11:00 a.m. |

OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
ROBERT G. RETANA (148677) (robert.retana@calbar.ca.gov)
Interim General Counsel
SUZANNE C. GRANDT (304794) (suzanne.grandt@calbar.ca.gov)
Assistant General Counsel
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2388
Facsimile: (415) 538-2517

*Attorneys for Defendant*
THE STATE BAR OF CALIFORNIA

I, Tiana Demas, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with the law firm of Cooley LLP, which is counsel for The State Bar of California, a defendant in the above-captioned matter. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. I have been part of every communication between counsel for the State Bar and Plaintiffs' counsel regarding the above-captioned matter. Plaintiffs' counsel has never disclosed Plaintiffs' real names in any of these communications. I also participated in the meet and confer held via videoconference on May 26, 2022, in which all parties were represented. Plaintiffs' counsel declined to disclose Plaintiffs' real names during that call and has not disclosed Plaintiffs' real names to the State Bar to this day.

3. Attached as **Exhibit A** is a true and correct copy of a press release issued by the State Bar, dated February 26, 2022, and titled "State Bar of California Addresses Breach of Confidential Data." This press release was accessed on August 25, 2022 and is publicly available on the State Bar's website at: https://www.calbar.ca.gov/About-Us/News/News-Releases/state-bar-of-california-addresses-breach-of-confidential-data.

4. Attached as **Exhibit B** is a true and correct copy of a webpage issued by the State Bar containing Frequently Asked Questions ("FAQs"), dated February 27, 2022 to August 25, 2022, and titled "Data Breach Updates." This webpage was accessed on August 25, 2022 and is publicly available on the State Bar's website at: https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates.

5. Attached as **Exhibit C** is a true and correct copy of a webpage issued by the State Bar, titled "How to File a Complaint against an Attorney." This webpage was accessed on August 25, 2022 and is publicly available on the State Bar's website at: https://www.calbar.ca.gov/Public/Complaints-Claims/How-to-File-a-Complaint.

6. Attached as **Exhibit D** is a true and correct copy of a sample notice letter sent by the State Bar to complainants and witnesses affected by the Incident and whose names appeared in confidential records for which there was evidence of a page view. This sample notice is publicly available on the State Bar's website at: https://www.calbar.ca.gov/Portals/0/documents/DataBreach/Sample-Notice-Witness-Viewed-Records-No-Personal-Information.pdf.

7. Attached as **Exhibit E** is a true and correct copy of a sample notice letter sent by the State Bar to respondents affected by the Incident and whose names appeared in confidential records for which there was evidence of a page view. This sample notice is publicly available on the State Bar's website at: https://www.calbar.ca.gov/Portals/0/documents/DataBreach/Sample-Notice-Viewed-Records-No-Personal-Information.pdf.

8. Attached as **Exhibit F** is a true and correct copy of a sample notice letter sent by the State Bar to the individuals whose names appeared in the six records for which there was evidence of a page view and contained the case type "Inactive 6007(b)(3) Mental Illness or Substance Abuse." This sample notice is publicly available on the State Bar's website at: https://www.calbar.ca.gov/Portals/0/documents/DataBreach/Sample-Notice-Respondent-Viewed-Records.pdf.

9. Attached as **Exhibit G** is a true and correct copy of a sample notice letter sent by the State Bar to respondents, complainants, and witnesses affected by the Incident and whose names appeared in confidential records for which there is no evidence of a page view. This sample notice is publicly available on the State Bar's website at: https://www.calbar.ca.gov/Portals/0/documents/DataBreach/Sample-Notice-Unviewed-Records.pdf.

10. Attached as **Exhibit H** is a true and correct copy of an email sent by Plaintiffs' counsel to Defendants' counsel dated May 26, 2022.

11. Attached as **Exhibit I** is a true and correct copy of two emails exchanged between Plaintiffs' and Defendants' counsel dated July 26 and August 1, 2022.

12. Attached as **Exhibit J** is a true and correct copy of California Assembly Bill No. 2958, introduced March 8, 2022. This bill was accessed on August 25, 2022 and is publicly available on the California State Legislature's website at: https://leginfo.legislature.ca.gov/faces/billNavClient.xhtml?bill_id=202120220AB2958.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2022, in Chicago, Illinois.

*/s/ Tiana Demas*
Tiana Demas