# EXHIBIT C

# The State Bar of California

## How to File a Complaint against an Attorney

Once you've decided to take your grievance about an attorney to the State Bar, you need to file an attorney complaint form.

### Attorney complaint forms

- Online Form - Attorney misconduct complaint – English, Spanish, Vietnamese, Korean, Russian, and Chinese
- Attorney misconduct complaint form [PDF] – English
- Formulario de queja de abogados – Spanish
- Reklamo sa Maling Gawain ng Abogado – Tagalog
- Mẫu Khiếu Nại Luật – Vietnamese
- 불만양식 – Korean
- Форма жалобы на адвоката – Russian
- 加州律师投诉表 – Chinese
- Online Form - Discipline referral form (for judicial officer use only)
- Discipline referral form (for judicial officer use only)
- Report by Prosecuting Agency of Charges Against Attorney

### Unauthorized practice of law complaint forms

- Online Form - Nonattorney unauthorized practice of law complaint – English, Spanish, Vietnamese, Korean, Russian, and Chinese
- Nonattorney unauthorized practice of law complaint form [PDF] – English
- Formulario de queja contra proveedor no licenciado – Spanish
- Reklamo sa Hindi Awtorisadong Pagsasanay ng Abogasya ng Hindi Abogado – Tagalog
- Mẫu khiếu nại hành nghề luật không có giấy phép của người không phải là luật sư – Vietnamese
- 무자격 변호사의 비변호사 행위 불만 양식 – Korean
- 非律师未经授权从事法律执业投诉表 – Chinese
- Форма жалобы на несанкционированную юридическую деятельность лиц, не являющихся адвокатами – Russian

The State Bar's Office of Chief Trial Counsel handles complaints about unethical attorney conduct from several different sources, including clients, family and friends of clients, courts, opposing counsel, members of the public or other third parties, and anonymous submissions.

With the exception of anonymous complaints, the State Bar notifies the complainant of receipt of the complaint. An experienced State Bar attorney will review the complaint to determine if the facts are sufficient to show that an ethical violation occurred. Additional documents from the complainant may be needed to complete this evaluation.

If the review determines that the alleged facts establish a violation, the matter will be investigated. Complaints and investigations are confidential.

If, after investigation, the evidence does not establish a serious violation, the State Bar may issue a warning to the lawyer. The State Bar could also issue an Agreement in Lieu of Discipline (ALD), in which the lawyer agrees to take corrective action. Neither a warning nor an ALD are considered discipline.

If the State Bar decides to file charges against the lawyer, the case will go to the independent State Bar Court and will become public, with notice on the attorney's online profile. A judge can dismiss the case, issue a reproval, or recommend suspension or disbarment. The California Supreme Court has the final say in all discipline cases involving suspension or disbarment.

## What happens if my attorney is disciplined because they stole my money?

If you lost money or property because a lawyer did something dishonest, you may be able to recover it by filing an application with the Client Security Fund. But first you need to file a complaint against the attorney.

If criminal conduct is suspected, the State Bar may also refer the matter to a law enforcement agency for investigation and potential prosecution.

- Read more about the Client Security Fund

## Related Links

- Having a fee dispute with your attorney?
- Recovering money through the Client Security Fund
- Having a problem with your lawyer?
- This chart explains what happens after you file a complaint
- Gráfico de información: Despues de presentar una queja

Copyright © 2022 The State Bar of California