# EXHIBIT H

| | |
|---|---|
| **From:** | lenore albert <lenalbert@interactivecounsel.com> |
| **Sent:** | Thursday, May 26, 2022 9:51 AM |
| **To:** | Demas, Tiana; Petronio, Beth W.; Gold, Michael A.; Waidelich, Chris |
| **Cc:** | Anderson, Barrett |
| **Subject:** | Re: Roe v. State Bar of California et al.: Meet and Confer |

**[External]**

Good morning everyone,

Thank you setting up this meeting, Chris. Will it be recorded?

This is what I have on agenda for today's meeting:

1. Meet and Confer on the basis for Defendant's 12b6 motions set to be filed on 6/7/2022
2. Meet and Confer on the basis for Plaintiff's potential motion for preliminary injunction

If there is something else I should be prepared to discuss with you this morning, please let me know. If not, I will see everybody soon.

Sincerely,

Lenore Albert, Esq.
**Law Offices of Lenore Albert**
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Phone: 424-365-0741
https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

*Also, President & CEO*
*Simply Lenore LLC (patent pending ICan ID(tm) technology)*
*Mined Media Org.*
*Project Geeks*
*MasterMined(tm) Tech.*
*InteractiveCounsel*
*FactChecks(tm)*


Cal Bus & Prof Code 6001.1
"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE
INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT
PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON
INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.
ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF
THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE,
PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER
IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE
ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

On Tuesday, May 24, 2022, 08:46:36 AM PDT, Waidelich, Chris <cwaidelich@cooley.com> wrote:



Chris Waidelich is inviting you to a scheduled Zoom meeting.

# Join Zoom Meeting

iPhone one-tap:

Meeting URL:

## Join by Telephone

Dial:

Meeting ID:

International numbers

2

**Join from an H.323/SIP room system**

H.323: ████████████████████████████
Meeting ID: ████████
SIP: ████████████████

**Skype for Business (Lync)**

SIP: ████████████████

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

3