# EXHIBIT I

| | |
|---|---|
| **From:** | Anderson, Barrett |
| **Sent:** | Monday, August 1, 2022 4:26 PM |
| **To:** | lenore albert; beth.petronio@klgates.com; christina.goodrich@klgates.com; klgateseservice@klgates.com; david.belcher@faegredrinker.com; Merchant, Greg J.; janderson@jmbm.com; mgold@jmbm.com; Rhodes, Michael; Martinez, Suenmy; peter.baldwin@faegredrinker.com; robert.retana@calbar.ca.gov; joan.randolph@calbar.ca.gov; suzanne.grandt@calbar.ca.gov; Demas, Tiana; vanessa.holton@calbar.ca.gov; Waidelich, Chris; Jones, Kendra; zach.timm@klgates.com |
| **Subject:** | RE: Roe 1, et al v State Bar of California et al - Reassurances |

Counsel:

As you know, the Chief Trial Counsel (CTC) is responsible for the enforcement and prosecution of disciplinary charges. The CTC "reports to and serves under the Regulation and Discipline Oversight Committee and does not serve under the direction of the executive director." Cal. Bus. & Prof. Code § 6079.5. Moreover, the Board of Trustees of the State Bar may not interfere with the CTC's independence or his discretion to investigate and prosecute disciplinary proceedings. The State Bar is thus unable to agree to your request.

The State Bar is also unable to agree to your request insofar as delaying a disciplinary proceeding would result in undermining the State Bar's "highest priority" as established by law, which is the "[p]rotection of the public." Cal. Bus. & Prof. Code § 6001.1.

Sincerely,
Barrett

---

**From:** lenore albert <lenalbert@interactivecounsel.com>
**Sent:** Tuesday, July 26, 2022 5:27 AM
**To:** Anderson, Barrett <banderson@cooley.com>; beth.petronio@klgates.com; christina.goodrich@klgates.com; klgateseservice@klgates.com; david.belcher@faegredrinker.com; Merchant, Greg J. <gmerchant@cooley.com>; janderson@jmbm.com; mgold@jmbm.com; Rhodes, Michael <RHODESMG@cooley.com>; Rhodes, Michael <RHODESMG@cooley.com>; Martinez, Suenmy <smartinez@cooley.com>; peter.baldwin@faegredrinker.com; robert.retana@calbar.ca.gov; joan.randolph@calbar.ca.gov; suzanne.grandt@calbar.ca.gov; Demas, Tiana <tdemas@cooley.com>; vanessa.holton@calbar.ca.gov; Waidelich, Chris <cwaidelich@cooley.com>; Jones, Kendra <kjones@cooley.com>; zach.timm@klgates.com
**Subject:** Roe 1, et al v State Bar of California et al - Reassurances

**[External]**

Dear Counsel,

I write seeking a written reassurance from the State Bar of California that it will immediately cease and desist from filing any public notice of disciplinary charges against any victim of the breach if the investigation/complaint is more than six months old.

The State Bar should be restrained from rushing to proceed to make these old matters public (regardless of investigative merit) due to the Breach on the misguided notion that such would mitigate the State Bar's damages here.

1

Sincerely,

Lenore Albert, Esq.
**Law Offices of Lenore Albert**
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Phone: 424-365-0741

https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

*Also, President & CEO*
**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*
**Mined Media Org.**
**Project Geeks**
**MasterMined(tm) Tech.**
**InteractiveCounsel**
**FactChecks(tm)**


Cal Bus & Prof Code 6001.1
"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.