| | |
|---|---|
| 1 | COOLEY LLP<br>MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)<br>3 Embarcadero Center<br>20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222 |
| 2 | |
| 3 | |
| 4 | |
| 5 | TIANA DEMAS (*pro hac vice*) (tdemas@cooley.com)<br>110 N. Wacker Drive, Suite 4200<br>Chicago, IL 60606<br>Telephone: (312) 881-6500<br>Facsimile: (312) 881-6598 |
| 6 | |
| 7 | |
| 8 | BARRETT J. ANDERSON (318539) (banderson@cooley.com)<br>WALTER WAIDELICH (300798) (cwaidelich@cooley.com)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420 |
| 9 | |
| 10 | |
| 11 | |
| 12 | GREGORY MERCHANT (341287) (gmerchant@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400 |
| 13 | |
| 14 | |
| 15 | *Attorneys for Defendant*<br>THE STATE BAR OF CALIFORNIA |
| 16 | *Additional counsel on next page* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>            Defendants. | Case No. 8:22-cv-00983-DFM<br><br>**NOTICE OF DEFENDANTS' JOINT PROPOSED CASE SCHEDULE**<br><br>Courtroom: 6B<br>Judge: Hon. Douglas F. McCormick<br>Date: September 15, 2022<br>Time: 11:00 a.m. |

| | |
|---|---|
| 1 | OFFICE OF GENERAL COUNSEL |
| | THE STATE BAR OF CALIFORNIA |
| 2 | ELLIN DAVTYAN (238609) (ellin.davtyan@calbar.ca.gov) |
| | General Counsel |
| 3 | ROBERT G. RETANA (148677) (robert.retana@calbar.ca.gov) |
| | Deputy General Counsel |
| 4 | SUZANNE C. GRANDT (304794) (suzanne.grandt@calbar.ca.gov) |
| | Assistant General Counsel |
| 5 | 180 Howard Street |
| | San Francisco, CA 94105-1639 |
| 6 | Telephone: (415) 538-2388 |
| | Facsimile: (415) 538-2517 |
| 7 | |
| | *Attorneys for Defendant* |
| 8 | THE STATE BAR OF CALIFORNIA |
| 9 | |
| | K&L GATES LLP |
| 10 | BETH W. PETRONIO (*pro hac vice*) (beth.petronio@klgates.com) |
| | 1717 Main Street, Suite 2800 |
| 11 | Dallas, TX 75201 |
| | Telephone: (214) 939-5815 |
| 12 | Facsimile: (214) 939-5849 |
| 13 | CHRISTINA N. GOODRICH (261722) (christina.goodrich@klgates.com) |
| | ZACHARY T. TIMM (316564) (zach.timm@klgates.com) |
| 14 | 10100 Santa Monica Boulevard |
| | Eighth Floor |
| 15 | Los Angeles, California 90067 |
| | Telephone: (310) 552-5000 |
| 16 | Facsimile: (310) 552-5001 |
| 17 | *Attorneys for Defendant* |
| | TYLER TECHNOLOGIES, INC. |
| 18 | |
| 19 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | MICHAEL A. GOLD (90667) (mgold@jmbm.com ) |
| 20 | JUSTIN ANDERSON (328969) (janderson@jmbm.com) |
| | 1900 Avenue of the Stars, 7th Floor |
| 21 | Los Angeles, California 90067-4308 |
| | Telephone: (310) 203-8080 |
| 22 | Facsimile: (310) 203-0567 |
| 23 | *Attorneys for Defendant* |
| | RICK RANKIN |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that, pursuant to the Court's request that the |
| 2 | parties in the above-captioned matter submit a proposed case schedule, Defendants |
| 3 | the State Bar of California, Tyler Technologies, Inc., and Rick Rankin (together, |
| 4 | "Defendants"), by and through their respective counsel, hereby jointly agree and |
| 5 | submit as follows: |
| 6 | **WHEREAS**, on August 4, 2022, counsel for Plaintiffs and Defendants |
| 7 | participated in a telephonic status conference with the Court, during which the Court |
| 8 | requested that the parties meet and confer and submit a joint proposed case schedule, |
| 9 | under the assumption that the Court does not grant Defendants' motions to dismiss |
| 10 | after the hearing set for September 15, 2022; |
| 11 | **WHEREAS**, on August 19, 2022, Defendants emailed to Plaintiffs their |
| 12 | proposed case schedule and, on August 21, 2022, Plaintiffs emailed to Defendants |
| 13 | their proposed case schedule; |
| 14 | **WHEREAS**, on August 23, 2022, the parties met and conferred by telephone |
| 15 | regarding their respective proposed case schedules, but were unable to reach an |
| 16 | agreement to a joint proposed case schedule; |
| 17 | **WHEREAS**, the parties have been unable to reach an agreement to a joint |
| 18 | proposed case schedule following the meet and confer; |
| 19 | **WHEREAS**, Defendants have, separately from Plaintiffs, reached an |
| 20 | agreement as to a proposed case schedule agreeable to all Defendants; |
| 21 | **WHEREAS**, Defendants believe that their proposed case schedule is |
| 22 | reasonable and appropriate because, among other things, it sets trial approximately |
| 23 | two years after the action's reassignment to Magistrate Judge Douglas F. McCormick |
| 24 | while still allowing reasonable time for the parties to complete class-certification, |
| 25 | proceedings, fact discovery, expert discovery, dispositive motions, and other matters; |
| 26 | **NOW, THEREFORE**, Defendants submit the proposed case schedule as set |
| 27 | forth in the proposed order filed with this joint notice for the Court's consideration |
| 28 | at the scheduling conference scheduled for September 15, 2022. |

| | | |
|---|---|---|
| 1 | Dated: September 1, 2022 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Tiana Demas* |
| 4 | | Tiana Demas |
| 5 | | *Attorneys for Defendant*<br>THE STATE BAR OF CALIFORNIA |
| 6 | | *The filer, Tiana Demas, attests that the other signatories listed, on whose behalf the filing also is submitted, concur in the filing's content and have authorized the filing.* |
| 7 | | |
| 8 | | |
| 9 | Dated: September 1, 2022 | K&L GATES |
| 10 | | |
| 11 | | */s/ Beth W. Petronio* |
| 12 | | Beth W. Petronio |
| 13 | | *Attorneys for Defendant*<br>TYLER TECHNOLOGIES, INC. |
| 14 | | |
| 15 | Dated: September 1, 2022 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| 16 | | |
| 17 | | |
| 18 | | */s/ Michael A. Gold*<br>Michael A. Gold |
| 19 | | *Attorneys for Defendant*<br>RICK RANKIN |
| 20 | | |

2

**NOTICE OF DEFENDANTS' JOINT PROPOSED CASE SCHEDULE**
**CASE NO. 8:22-CV-00983-DFM**