UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:22-cv-00983-DFM<br><br>**[PROPOSED] SCHEDULING ORDER** |

# [PROPOSED] SCHEDULING ORDER

The Court, having reviewed the pleadings and the parties' submissions regarding the case schedule, now ORDERS as follows:

1. The parties shall conference pursuant to Federal Rule of Civil Procedure 26(f) by **October 18, 2022**.

2. The parties shall exchange initial disclosures and file a Rule 26(f) discovery plan and a stipulated protective order by **November 1, 2022**.

3. The parties shall file any motions to amend their pleadings, or to add or amend parties, by **November 15, 2022**.

4. Any discovery related to Plaintiffs' motion for class certification shall be completed by **March 14, 2023**. Discovery motions related to Plaintiffs' motion for class certification must be filed and heard prior to this date.

5. Plaintiffs shall have until **March 28, 2023** to file their motion for class certification, with the schedule for related briefing as follows:

   - Defendants shall file their oppositions by **April 11, 2023**.
   - Plaintiffs shall file their replies by **April 18, 2023**.
   - A hearing on Plaintiffs' motion for class certification will be held on **May 2, 2023** at **11:00 a.m.**

6. Fact discovery shall be completed by **November 14, 2023**. Discovery motions related to fact discovery must be filed and heard prior to this date.

7. The parties shall exchange their expert disclosures and expert reports by **November 21, 2023**.

8. The parties shall exchange their expert rebuttal disclosures and reports by **December 19, 2023**.

9. Expert discovery shall be completed by **January 30, 2024**. Discovery motions related to expert discovery must be filed and heard prior to this date.

10. The parties shall file their motions for summary judgment by **February 27, 2024**, with the schedule for related briefing as follows:

- The parties shall file their oppositions by **March 26, 2024**.
- The parties shall file their replies by **April 9, 2024**.
- A hearing on the parties' motions for summary judgment will held on **April 23, 2024** at **11:00 a.m.**

11. The parties shall file a pretrial order by **June 18, 2024**.

12. The parties shall file any motions *in limine* and *Daubert* motions by **June 18, 2024**, with the schedule for related briefing as follows:

- The parties shall file their oppositions to any pretrial motions by **June 25, 2024**.
- The parties shall file their replies to any pretrial motions by **July 2, 2024**.

13. A pretrial conference will be held on **July 16, 2024** at **11:00 a.m.**

14. The case is set for trial on **July 22, 2024** at **9:00 a.m.**

**IT IS SO ORDERED.**

IT IS FURTHER ORDERED that the Clerk of Court shall serve copies of this Order on counsel for the parties for this matter.

Dated: _____     _____
                                  HON. DOUGLAS F. MCCORMICK
                                  U.S. MAGISTRATE JUDGE