Lenore L. Albert, Esq. SBN 210876
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of*
*themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*,<br><br>                        Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br>                        Defendants. | CASE NO. 22-cv-00983-DFM<br><br>Assigned to the Hon.<br>Douglas F. McCormick<br>Complaint filed: 03-18-2022<br><br>**REPORT OF PLAINTIFFS' COUNSEL PURSUANT TO FED. R. CIV. PROC. RULE 26(F)**<br><br>Hearing Date: September 15, 2022<br>Time: 11:00AM<br>Crtm: 6B |

**TO THE COURT, THE PARTIES AND ALL ATTORNEYS OF RECORD:**

**COMES NOW PLAINTIFFS,** John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, by and through their attorney of record, and hereby submits this report (the "Report") pursuant to Fed. R. Civ. Proc. Rule 26(f) and proposes that this Court issue a Scheduling Order consistent with the following:

Rule 26(f) Meeting:

1

**REPORT OF PLAINTIFFS' COUNSEL PURSUANT TO FED. R. CIV. PROC. RULE 26(F)**

*Roe v The State Bar of California, et al.*                    22-cv-00983-DFM

Pursuant to Fed. R. Civ. P. 26(f) the following attorneys met and conferred on August 23, 2022:

    Counsel for the plaintiffs: Lenore L. Albert, Esq.

    Counsel for the State Bar of California: Barrett Anderson, Esq. and Tiama Demas, Esq.

    Counsel for Tyler Technologies, Inc.: Beth Petronio, Esq.

    Counsel for Rick Rankin: Michael A. Gold, Esq.

The parties agreed to exchange initial disclosures on November 1, 2022. The initial disclosures should include:

(i)     the name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

(ii)    a copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

(iii)   a computation of each category of damages claimed by the disclosing party — who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and

(iv)   for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a

possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

1. **The Nature and Basis of Claims and Defenses:**

This is a data breach case where the State Bar hired Tyler Technologies, Inc. to build a new case management system for the Office of Chief Trial Counsel and expanded to other departments within the State Bar. Rick Rankin was the interim Chief when it was discovered that the defendants left the front door open in 2018 when they switched over to Tyler Technologies case management system called Odyssey. In October 2021 Kevan Schwitzer who was running a free public records search online database went to the State Bar website to collect all of the public records off of it. Not only did his website collect all of the State Bar public records of disciplinary but also all of the confidential records in the system which included old stale investigations that never went anywhere to people who were refused admission and everything in between. In total, approximately 326,525 confidential records landed on Schwitzer's website called JudyRecords.com and some were indexed. The State Bar said they fixed the problem but deny any liability along with Tyler Technologies and Rick Rankin. The causes of action include:

 i. Violation of the Information Practices Act of 1977
 ii. Violation of Constitutional Right to Privacy
 iii. Invasion of Privacy
 iv. Two Antitrust violations
 v. Two Negligence Claims

The case was filed and amended prior to any purported notice of the breach being sent out. The form and nature of the notice lends itself to a deceit/fraud claim. Plaintiffs will determine the best course of action after the motion to dismiss has been heard.

2. **Settlement:**

3

**REPORT OF PLAINTIFFS' COUNSEL PURSUANT TO FED. R. CIV. PROC. RULE 26(F)**

*Roe v The State Bar of California, et al.*                22-cv-00983-DFM

   a. Plaintiffs are amenable to pursuing a form of ADR such as selecting a settlement officer or mediator to approach settlement discussions.

3. **Disclosures:**
   a. At the conference, the parties agreed to a date for initial disclosure set out in the proposed plan below (11/01/2022).
   b. No additional 26(f) conference is necessary.

4. **Preserving Discoverable Electronically Stored Evidence:**
   a. Plaintiffs expect the Defendants have captured all hard drives and preserved such evidence as required. Since, the breach was dealt with by the Defendants it is unknown if there is spoliation at this point or not. The drives, communications and all related information needs to be preserved so plaintiffs' experts can analyze and test the Defendants' programs and system.

5. **Issues about Claims of Privilege:**
   a. Plaintiffs: A protective order is going to be drafted by the parties for the Court's consideration. With that said, the central theme in this case is that confidential investigations or other confidential matters that were leaked onto the internet. It is hard to imagine a legitimate claim of privilege by the defendants in this case where a FRE 502(d) order would be used. On the other hand, a FRE 502(d) order on the plaintiff's side would be appropriate for the same reason. However, in plaintiffs' counsel experience, the State Bar will vehemently object to discovery on the grounds of privilege in this case.

6. **Changes to the Limitations on Discovery:**
   a. Plaintiffs: the ten (10) deposition limit should be waived for plaintiffs in this case. Plaintiffs request a deviation from Fed. R. Civ. Proc. Rule 30

4

**REPORT OF PLAINTIFFS' COUNSEL PURSUANT TO FED. R. CIV. PROC. RULE 26(F)**

*Roe v The State Bar of California, et al.*         22-cv-00983-DFM

        because plaintiffs contemplate an excess of ten (10) depositions if it proceeds through the pretrial stage before settlement.

   b. Alternatively, the limit on Requests for Admissions should be expanded because the nature of the breach is technical in nature; the communications appears to be related to proving the defendants' missteps in violation of the IPA after the fact; and there is discovery related to the anticompetitive driving force behind the actions against the plaintiffs and putative class. Because there are three relevant discrete areas of inquiry the number of Requests for Admission should be tripled. In fact, it would make the litigation more cost effective.

7. **Discovery Plan and Proposed Deadlines**

| Action or Event | Plaintiffs' Proposed Deadline* | Defendants' Position from Doc No 87-1 | Court's |
|---|---|---|---|
| Fact (Merits) and Class Discovery Begins (plaintiff preserves the right to exceed ten depositions) | 9/15/2022 | | |
| Last Day to meet and confer on ESI and protective order for discovery purposes | 10/05/2022 | | |

5

**REPORT OF PLAINTIFFS' COUNSEL PURSUANT TO FED. R. CIV. PROC. RULE 26(F)**

*Roe v The State Bar of California, et al.*         22-cv-00983-DFM

| | | | |
|---|---|---|---|
| Last Day to file proposed Stipulated Protective Order with the Court | 10/14/2022 | | |
| Last Day to Serve Initial Disclosures including Initial ESI | 11/01/2022 | 11/01/2022 | |
| Last Day to Amend Pleadings or Join Parties | 3/30/2023<br>• Must meet and confer 7 days prior<br>Not including the substitution of Class Reps on class cert. motion/scope of class or seeking leave to amend as relief in opp. to summary judgment motion | 11/15/2022 | |
| Last Day to File Motion for Class Certification | 5/28/2023<br>• Must meet and confer at least 5 days prior to filing<br>• Plaintiff's right to file earlier<br>Opposition due 7 days after motion is filed | 3/28/2023<br>Opp 4/11/2023<br>Reply 4/18/2023<br>Hearing 5/2/2023 | |

6

**REPORT OF PLAINTIFFS' COUNSEL PURSUANT TO FED. R. CIV. PROC. RULE 26(F)**

*Roe v The State Bar of California, et al.*          22-cv-00983-DFM

| | | | |
|---|---|---|---|
| Initial Simultaneous Exchange of Expert Witnesses, papers and reports | 5/09/2023 (all parties) | 11/21/2023 | |
| Simultaneous Exchange of Rebuttal Expert Witnesses, papers and reports | 5/29/2023 (all parties) | 12/19/2023 | |
| Last Day to file Motions For Summary Judgment/Adjudication | 5/30/2023<br>• Must meet and confer at least 7 days prior to filing<br>• 5/30/2023 Motion<br>• 6/06/2023 Opposition<br>• 6/13/2023 Reply<br>6/27/2023 Hearing | 2/27/2024 Opp 3/26/2024 Reply 4/09/2024 Hearing 4/23/2024 | |
| Fact, class Discovery Closes | 6/30/2023 | 3/14/2023 Class and 11/14/2023 | |
| Last Day to hear Motions on Fact Discovery | 7/10/2023 Must meet and confer at least 5 days prior to filing | 3/14/2023 Class and 11/14/2023 | |
| Last Day to depose Experts | 7/18/2023 | 1/30/2024 | |

7

**REPORT OF PLAINTIFFS' COUNSEL PURSUANT TO FED. R. CIV. PROC. RULE 26(F)**

*Roe v The State Bar of California, et al.*          22-cv-00983-DFM

| | | |
|---|---|---|
| Expert Discovery closes (all supplemental or amended reports and documents must be exchanged) | 7/18/2023 | 1/30/2024 |
| Last Day to Hear motions on Expert Discovery | 8/10/2023 Must meet and confer 7 days prior | |
| Last Day to file joint proposed pretrial stipulation (to include all stipulations, admissions (other than RFA), contested issues or fact/law, proposed witness and exhibit lists.) | 8/29/2022<ul><li>7/19/2023 conference of counsel</li><li>7/26/2023 exchange of draft witness and exhibit lists</li><li>8/2/2023 file MILS/Daubert/Bifurcation/Severance motions</li><li>8/08/2023 Opp to MILS/Daubert Motions</li></ul>8/15/2023 Reply Briefs | 6/18/2024 6/18/2024 MILS/Daubert motions Opp 6/25/2024 Reply 7/2/2024 |
| Pretrial Conference with the Court | 9/12/2023 | 7/16/2024 |

8

**REPORT OF PLAINTIFFS' COUNSEL PURSUANT TO FED. R. CIV. PROC. RULE 26(F)**

*Roe v The State Bar of California, et al.*    22-cv-00983-DFM

| | | | |
|---|---|---|---|
| Deadline to Submit proposed Deposition testimony to be used at trial | 9/24/2023<br>10/03/2023 Objections must be filed | | |
| Deadline to submit demonstrative evidence | 9/24/2023<br>• 10/03/2023 Objections must be filed | | |
| Jury Trial | 10/10/2023 | 7/22/2024 | |
| | | | |
| | | | |

Dated: September 1, 2022

Respectfully Submitted,
LAW OFFICES OF LENORE ALBERT
 /s/Lenore Albert_____
LENORE L. ALBERT, ESQ.
Attorney for Plaintiffs, John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of themselves and all others similarly situated*

9

**REPORT OF PLAINTIFFS' COUNSEL PURSUANT TO FED. R. CIV. PROC. RULE 26(F)**

*Roe v The State Bar of California, et al.*          22-cv-00983-DFM

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1968 S Coast Hwy #3960, Laguna Beach, CA 92651

A true and correct copy of the foregoing document entitled:

**REPORT OF PLAINTIFFS' COUNSEL PURSUANT TO FED. R. CIV. PROC. RULE 26(F)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR; and **(b)** in the manner stated below:

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):
Pursuant to F.R.Civ.P. on , I served the following persons and/or entities ECF or email as follows:

X Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09-01-2022 | Lenore Albert | /s/Lenore Albert |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## SERVICE BY ECF

| Defendant | | |
|---|---|---|
| **The State Bar of California** | represented by | **Michael G Rhodes**<br>Cooley LLP<br>3 Embarcadero Center 20th Floor<br>San Francisco, CA 94111<br>415-693-2000<br>Fax: 415-693-2222<br>Email: rhodesmg@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Barrett J Anderson**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA<br>858-550-6000<br>Fax: 858-550-6420<br>Email: banderson@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory John Merchant**<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>650-843-5620<br>Email: gmerchant@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Walter Waidelich**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>858-550-6000<br>Fax: 858-550-6420<br>Email: cwaidelich@jonesday.com<br>*ATTORNEY TO BE NOTICED* |

**REPORT OF PLAINTIFFS' COUNSEL PURSUANT TO FED. R. CIV. PROC. RULE 26(F)**

*Roe v The State Bar of California, et al.*                     22-cv-00983-DFM

| **Defendant** | | |
|---|---|---|
| **Tyler Technologies, Inc.** *also known as* Doe 1 | represented by | **Jason Nathaniel Haycock** K and L Gates LLP Four Embarcadero Center Suite 1200 San Francisco, CA 94111 415-882-8200 Fax: 415-882-8220 Email: jason.haycock@klgates.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* **Christina N Goodrich** K and L Gates LLP 10100 Santa Monica Boulevard 8th Floor Los Angeles, CA 90067 310-552-5000 Fax: 310-552-5001 Email: christina.goodrich@klgates.com *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Kevan Schwitzer** | represented by | **David Belcher** Faegre Drinker Biddle and Reath LLP 1800 Century Park East Suite 1500 Los Angeles, CA 90067 310-203-4000 Fax: 310-229-1285 Email: david.belcher@faegredrinker.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | **Peter William Baldwin**<br>Faegre Drinker Bibble and Reath LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036<br>212-248-3140<br>Fax: 212-248-3141<br>Email: peter.baldwin@faegredrinker.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | **Michael Gold** |
| **Rick Rankin** | | MAG@jmbm.com via Email |

Tiana A. Demas    tdemas@cooley.com

Christina N. Goodrich    klgateseservice@klgates.com, christina.goodrich@klgates.com

Michael Allan Gold    mgold@jmbm.com, cl7@jmbm.com, mastercalendar@jmbm.com

Lenore L Albert    docket@interactivecounsel.com, lenorealbert@msn.com, lenalbert@interactivecounsel.com

Justin Alexander Anderson    learly@jmbm.com, janderson@jmbm.com, mastercalendar@jmbm.com

Michael G Rhodes    mrhodes@cooley.com, john-brocales-7263@ecf.pacerpro.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, rhodesmg@cooley.com, smartinez@cooley.com

Walter Waidelich    cwaidelich@cooley.com, kjones@cooley.com

David Belcher    docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com, david.belcher@faegredrinker.com

Beth W. Petronio    beth.petronio@klgates.com

Gregory John Merchant    gmerchant@cooley.com

Peter William Baldwin    peter.baldwin@faegredrinker.com, usacac.criminal@usdoj.gov, peter.baldwin@usdoj.gov

Barrett J Anderson    banderson@cooley.com, mdejesus@cooley.com, efiling-notice@ecf.pacerpro.com

13

**REPORT OF PLAINTIFFS' COUNSEL PURSUANT TO FED. R. CIV. PROC. RULE 26(F)**

*Roe v The State Bar of California, et al.*    22-cv-00983-DFM