Lenore L. Albert, Esq. SBN 210876
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of*
*themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br>                    Defendants. | CASE NO. 22-cv-00983-DFM<br><br>Assigned to Hon. Douglas F. McCormick<br>Complaint filed: 03-18-2022<br><br>**DECLARATION OF LENORE ALBERT, ESQ.**<br><br>Hearing Date: September 15, 2022<br>Time: 11:00AM<br>Crtm: 6B |

**DECLARATION OF LENORE ALBERT, ESQ.**

*Roe v The State Bar of California, et al.*          22-CV-00983-DFM

I, Lenore Albert, am the attorney for the plaintiffs in the above-captioned matter and am licensed to practice law before the highest court in the state of California, the state of Michigan and the United States Supreme Court. I am a member in good standing in the United States District Court for the Central District of California. If called as a witness, I could testify competently to the following:

1. I attempted in good faith to comply with Fed. R. Civ. Proc. Rule 26f and Rule 16.

2. I attempted in good faith to work with the defense counsel to submit a joint report.

3. On August 23, 2022 I met with defense counsel to fill out the 26(f) report.

4. Prior to the meeting we had exchanged some proposed dates and I created a table with both the plaintiffs' proposed dates in one column and the defendants' proposed dates in another column. We made two drafts. The latest draft version is attached hereto as Exhibit 1.

5. On August 30, 2022, I received an email from Beth Petrino that the defense counsel proposed new dates and wanted to know if it was possible to confer.

6. I was in Seattle, Washington and unavailable to meet at the proposed time.

7. Instead, on August 31, 2022, I suggested they fill out their column with the new dates and sign and I would file our joint report.

8. For some reason, I still do not understand, the defendants chose to file their own proposed schedule and changed the date of trial from February 2024 to July 2024.

9. So, I took what they filed and put it in the second column and have prepared my own report.

**2**
**DECLARATION OF LENORE ALBERT, ESQ.**
*Roe v The State Bar of California, et al.*        22-CV-00983-DFM

10. Attached hereto and incorporated herein as Exhibit 2 is a true and correct copy
    of the email conversation I had with opposing counsel, Barrett Anderson et al
    on attempting to get the defendants to file a joint report with me.

11. I do not know why the date shows September 1, 2022 when looking at my
    communications within the email string because I sent those messages on
    August 31, 2022.

I declare under penalty of perjury of the laws of the United States that the
foregoing is true and correct to the best of my knowledge. Executed this day in
Portland, Oregon.

Dated:  September 1, 2022                    Respectfully Submitted,
                                            LAW OFFICES OF LENORE ALBERT
                                            /s/ Lenore Albert_____
                                            LENORE L. ALBERT, ESQ.
                                            Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
                                            Jane Roe 2, Jane Roe 3, and John Roe 2, *on
                                            behalf of themselves and all others similarly
                                            situated*

**3**

**DECLARATION OF LENORE ALBERT, ESQ.**

*Roe v The State Bar of California, et al.*          22-CV-00983-DFM

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.
My business address is: 1968 S Coast Hwy #3960, Laguna Beach, CA 92651
A true and correct copy of the foregoing document entitled:

**DECLARATION OF LENORE ALBERT, ESQ.**

will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR; and **(b)** in the manner stated below:

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE
TRANSMISSION OR EMAIL** (state method for each person or entity served):
Pursuant to F.R.Civ.P. on 09-01-2022, I served the following persons and/or entities ECF
or email as follows:

X Service information continued on attached page
I declare under penalty of perjury under the laws of the United States that the foregoing
is true and correct.

| 09-01-2022 | Lenore Albert | /s/Lenore Albert |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**4**
**DECLARATION OF LENORE ALBERT, ESQ.**

*Roe v The State Bar of California, et al.*          22-CV-00983-DFM

**SERVICE BY ECF**

| **<u>Defendant</u>** | | |
|---|---|---|
| **The State Bar of California** | represented by | **Michael G Rhodes**<br>Cooley LLP<br>3 Embarcadero Center 20th Floor<br>San Francisco, CA 94111<br>415-693-2000<br>Fax: 415-693-2222<br>Email: rhodesmg@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Barrett J Anderson**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA<br>858-550-6000<br>Fax: 858-550-6420<br>Email: banderson@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory John Merchant**<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>650-843-5620<br>Email: gmerchant@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Walter Waidelich**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>858-550-6000<br>Fax: 858-550-6420<br>Email: cwaidelich@jonesday.com<br>*ATTORNEY TO BE NOTICED* |
| **<u>Defendant</u>** | | |

5

**DECLARATION OF LENORE ALBERT, ESQ.**

*Roe v The State Bar of California, et al.*          22-CV-00983-DFM

| | | |
|---|---|---|
| **Tyler Technologies, Inc.**<br>*also known as*<br>Doe 1 | represented by | **Jason Nathaniel Haycock**<br>K and L Gates LLP<br>Four Embarcadero Center Suite 1200<br>San Francisco, CA 94111<br>415-882-8200<br>Fax: 415-882-8220<br>Email: jason.haycock@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christina N Goodrich**<br>K and L Gates LLP<br>10100 Santa Monica Boulevard<br>8th Floor<br>Los Angeles, CA 90067<br>310-552-5000<br>Fax: 310-552-5001<br>Email: christina.goodrich@klgates.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Kevan Schwitzer** | represented by | **David Belcher**<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East Suite 1500<br>Los Angeles, CA 90067<br>310-203-4000<br>Fax: 310-229-1285<br>Email: david.belcher@faegredrinker.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter William Baldwin**<br>Faegre Drinker Bibble and Reath |

6

**DECLARATION OF LENORE ALBERT, ESQ.**

*Roe v The State Bar of California, et al.*        22-CV-00983-DFM

|  |  | LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036<br>212-248-3140<br>Fax: 212-248-3141<br>Email:<br>peter.baldwin@faegredrinker.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Defendant** |  | **Michael Gold** |
| **Rick Rankin** |  | MAG@jmbm.com via Email |

Tiana A. Demas     tdemas@cooley.com

Christina N. Goodrich     klgateseservice@klgates.com,
christina.goodrich@klgates.com

Michael Allan Gold     mgold@jmbm.com, cl7@jmbm.com,
mastercalendar@jmbm.com

Lenore L Albert     docket@interactivecounsel.com, lenorealbert@msn.com,
lenalbert@interactivecounsel.com

Justin Alexander Anderson     learly@jmbm.com, janderson@jmbm.com,
mastercalendar@jmbm.com

Michael G Rhodes     mrhodes@cooley.com, john-brocales-7263@ecf.pacerpro.com,
efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, rhodesmg@cooley.com,
smartinez@cooley.com

Walter Waidelich     cwaidelich@cooley.com, kjones@cooley.com

David Belcher     docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com,
david.belcher@faegredrinker.com

Beth W. Petronio     beth.petronio@klgates.com

Gregory John Merchant     gmerchant@cooley.com

**7**

**DECLARATION OF LENORE ALBERT, ESQ.**

*Roe v The State Bar of California, et al.*        22-CV-00983-DFM

Peter William Baldwin     peter.baldwin@faegredrinker.com,
usacac.criminal@usdoj.gov, peter.baldwin@usdoj.gov

Barrett J Anderson     banderson@cooley.com, mdejesus@cooley.com, efiling-
notice@ecf.pacerpro.com

**DECLARATION OF LENORE ALBERT, ESQ.**

*Roe v The State Bar of California, et al.*          22-CV-00983-DFM

EX 1

Lenore L. Albert, Esq. SBN 210876
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of
themselves and all others similarly situated*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br>                    Defendants. | CASE NO. 22-cv-00983-DFM<br><br>Assigned to the Hon.<br>Douglas F. McCormick<br>Complaint filed: 03-18-2022<br><br>**JOINT SCHEDULING REPORT**<br><br>Hearing Date: September 15, 2022<br>Time: 11:00AM<br>Crtm: 6B |

**TO THE COURT, THE PARTIES AND ALL ATTORNEYS OF RECORD:**

**COMES NOW PLAINTIFFS,** John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, and Defendants, the State Bar of California, Tyler Technologies, Inc, and Rick Rankin, by and through their attorneys of record hereby propose this Court issue a Scheduling Order consistent with the following:

1

## JOINT SCHEDULING REPORT

*Roe v The State Bar of California, et al.*        22-cv-00983-DFM

| Action or Event | Plaintiffs' Proposed Deadline* | Defendants' Proposed Deadline |
|---|---|---|
| Fact (Merits) Discovery Begins | 9/15/2022 | |
| Last Day to meet and confer on ESI and protective order for discovery purposes | 9/26/2022 | |
| Last Day to file proposed Stipulated Protective Order with the Court | 10/04/2022 | |
| Last Day to Serve Initial Disclosures including Initial ESI | 10/11/2022 | 11/1/2022<br>• (Discovery plan under Rule 26(f)<br>• Parties' initial disclosures<br>• Stipulated protective order |
| Initial Simultaneous Exchange of Expert Witnesses, papers and reports | 3/21/2023 | 11/21/2023 |
| Depositions of Experts Begin date | 3/30/2023 | |
| Fact Discovery Closes | 4/25/2023 | 11/14/2023 |
| Class Discovery Closes | 4/25/2023<br>*(plaintiff's position is that merits and class discovery should occur at the same time) | 3/14/2023 |

2

## JOINT SCHEDULING REPORT

*Roe v The State Bar of California, et al.*            22-cv-00983-DFM

| Last Day to File Motion for Class Certification | 3/28/2023<br>• Must meet and confer at least 5 days prior to filing<br>• Plaintiff's right to file earlier<br>• Opposition due 7 days after motion is filed | 3/28/2023<br>○ **Apr. 11** – Defendants' oppositions<br>○ **Apr. 18** – Plaintiffs' reply<br>○ **May 2** – Hearing |
|---|---|---|
| Simultaneous Exchange of Rebuttal Expert Witnesses, papers and reports | 4/21/2023 | 12/19/2023 |
| Last Day to depose Experts | 5/15/2023 | 1/30/2024 |
| Last Day to hear Motions on Fact Discovery | 5/23/2023<br>• Must meet and confer at least 5 days prior to filing | |
| Expert Discovery closes (all supplemental or amended reports and documents must be exchanged) | 5/25/2023 | |
| Last Day to Amend Pleadings or Join Parties | 3/30/2023<br>• Must meet and confer 7 days prior<br>• Not including the substitution of Class Reps | 11/15/2022 |

**3**

**JOINT SCHEDULING REPORT**

*Roe v The State Bar of California, et al.*         22-cv-00983-DFM

| Last Day to Hear motions on Expert Discovery | 5/30/2023<br><br>• Must meet and confer 7 days prior | |
|---|---|---|
| Last Day to file Motions For Summary Judgment/Adjudication | 5/30/2023<br><br>• Must meet and confer at least 7 days prior to filing<br>• 5/30/2023 Motion<br>• 6/06/2023 Opposition<br>• 6/13/2023 Reply<br>• 6/27/2023 Hearing | 2/27/2024<br><br>○ **Mar. 26** – Oppositions to motions for summary judgment<br>○ **Apr. 9** – Replies<br>○ **Apr. 23** – Hearing |
| Last Day to file joint proposed pretrial stipulation (to include all stipulations, admissions (other than RFA), contested issues or fact/law, proposed witness and exhibit lists.) | 8/16/2023<br><br>• 7/19/2023 conference of counsel<br>• 7/26/2023 exchange of draft witness and exhibit lists<br>• 8/2/2023 file MILS/Daubert /Bifurcation/Severance motions<br>• 8/09/2023 Opp to MILS/Daubert Motions | 6/18/2024<br><br>○ **June 25** – Oppositions to pretrial motions<br>○ **July 2** – Replie<br><br>(including any Daubert motions and motions in limine) |

**4**

**JOINT SCHEDULING REPORT**

*Roe v The State Bar of California, et al.*        22-cv-00983-DFM

| | • 8/16/2023 Reply Briefs | |
|---|---|---|
| Pretrial Conference with the Court | 8/30/2023 | 7/16/2024 |
| Deadline to Submit proposed Deposition testimony to be used at trial | 9/12/2023<br>• 9/16/2023 Objections must be filed | |
| Deadline to submit demonstrative evidence | 9/12/2023<br>• 9/16/2023 Objections must be filed | |
| Jury Trial | 9/25/2023 | 7/22/2024 |
| | | |
| | | |

Dated: _____, 2022       Respectfully Submitted,
LAW OFFICES OF LENORE ALBERT

_____
LENORE L. ALBERT, ESQ.
Attorney for Plaintiffs, John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of themselves and all others similarly situated*

5

**JOINT SCHEDULING REPORT**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.
My business address is: 1968 S Coast Hwy #3960, Laguna Beach, CA 92651
A true and correct copy of the foregoing document entitled:
will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR; and **(b)** in the manner stated below:

**3.  <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE
TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):
Pursuant to F.R.Civ.P. on , I served the following persons and/or entities ECF or email as
follows:

X Service information continued on attached page
I declare under penalty of perjury under the laws of the United States that the foregoing
is true and correct.

_____    _____

*Date*                    *Printed Name*                        *Signature*

**6**

**JOINT SCHEDULING REPORT**

*Roe v The State Bar of California, et al.*                22-cv-00983-DFM

**SERVICE BY ECF**

| **Defendant** | | |
| --- | --- | --- |
| **The State Bar of California** | represented by | **Michael G Rhodes**<br>Cooley LLP<br>3 Embarcadero Center 20th Floor<br>San Francisco, CA 94111<br>415-693-2000<br>Fax: 415-693-2222<br>Email: rhodesmg@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Barrett J Anderson**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA<br>858-550-6000<br>Fax: 858-550-6420<br>Email: banderson@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory John Merchant**<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>650-843-5620<br>Email: gmerchant@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Walter Waidelich**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>858-550-6000<br>Fax: 858-550-6420<br>Email: cwaidelich@jonesday.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |

**7**

**JOINT SCHEDULING REPORT**

| | | |
|---|---|---|
| **Tyler Technologies, Inc.**<br>*also known as*<br>Doe 1 | represented by | **Jason Nathaniel Haycock**<br>K and L Gates LLP<br>Four Embarcadero Center Suite 1200<br>San Francisco, CA 94111<br>415-882-8200<br>Fax: 415-882-8220<br>Email:<br>jason.haycock@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christina N Goodrich**<br>K and L Gates LLP<br>10100 Santa Monica Boulevard<br>8th Floor<br>Los Angeles, CA 90067<br>310-552-5000<br>Fax: 310-552-5001<br>Email:<br>christina.goodrich@klgates.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Kevan Schwitzer** | represented by | **David Belcher**<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East Suite 1500<br>Los Angeles, CA 90067<br>310-203-4000<br>Fax: 310-229-1285<br>Email:<br>david.belcher@faegredrinker.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter William Baldwin**<br>Faegre Drinker Bibble and Reath |

**8**

**JOINT SCHEDULING REPORT**

*Roe v The State Bar of California, et al.*          22-cv-00983-DFM

| | | LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036<br>212-248-3140<br>Fax: 212-248-3141<br>Email:<br>peter.baldwin@faegredrinker.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **<u>Defendant</u>** | | **Michael Gold** |
| **Rick Rankin** | | MAG@jmbm.com via Email |

Tiana A. Demas     tdemas@cooley.com

Christina N. Goodrich     klgateservice@klgates.com, christina.goodrich@klgates.com

Michael Allan Gold     mgold@jmbm.com, cl7@jmbm.com, mastercalendar@jmbm.com

Lenore L Albert     docket@interactivecounsel.com, lenorealbert@msn.com, lenalbert@interactivecounsel.com

Justin Alexander Anderson     learly@jmbm.com, janderson@jmbm.com, mastercalendar@jmbm.com

Michael G Rhodes     mrhodes@cooley.com, john-brocales-7263@ecf.pacerpro.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, rhodesmg@cooley.com, smartinez@cooley.com

Walter Waidelich     cwaidelich@cooley.com, kjones@cooley.com

David Belcher     docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com, david.belcher@faegredrinker.com

Beth W. Petronio     beth.petronio@klgates.com

Gregory John Merchant     gmerchant@cooley.com

Peter William Baldwin     peter.baldwin@faegredrinker.com, usacac.criminal@usdoj.gov, peter.baldwin@usdoj.gov

Barrett J Anderson     banderson@cooley.com, mdejesus@cooley.com, efiling-notice@ecf.pacerpro.com

**JOINT SCHEDULING REPORT**

*Roe v The State Bar of California, et al.*          22-cv-00983-DFM

EX 2

## RE: Second Draft of the Scheduling Report v2

From:   lenore albert (lenalbert@interactivecounsel.com)

To:     banderson@cooley.com

Cc:     beth.petronio@klgates.com; zach.timm@klgates.com; mgold@jmbm.com; tdemas@cooley.com; cwaidelich@cooley.com; gmerchant@cooley.com

Date:   Wednesday, August 31, 2022 at 05:16 PM GMT-8

Plaintiffs agree that this is your proposal as of today rather than your last two prior positions and honor your position as being that for defense counsel. Also some dates were agreed to buy plaintiffs and those were.incorporatrd in the last draft I sent you last week after our meeting.

The rules don't require us to agree on all dates. I made two columns and put your dates on the right and plaintiffs dates on the left. All sides seemed agreeable to this method when we met and conferred
 I am out of state and not as readily available as last week. I did not infer from your email that you were flexible on the date and time you wanted another meeting. I didn't even under you thought it mandatory.
Nothing in your email explains why defense counsel want to file their position and preferred dates separately.
Lenore Albert

Sent from Yahoo Mail on Android

> On Wed, Aug 31, 2022 at 5:36 PM, Anderson, Barrett <banderson@cooley.com> wrote:
>
>> Counsel:
>> To clarify, do Plaintiffs agree with Defendants' proposed case schedule?  If so, let us know and we can review or draft a joint submission.  However, that is not what we understand Plaintiffs' position to be. For the record, Defendants were very surprised to see that the dates Plaintiffs proposed following our last meet and confer barely changed from your first iteration, despite your repeated assurances on our call that you would alter them to meet Defendants in the middle.  Regardless, in an effort to reach agreement, Defendants sent a significantly revised proposal of our own, to which you never responded.  Nor did you accept our offer to meet and confer on the schedule again.  Instead, you now have proposed submitting differing proposals to the Court.  It seems clear, then, that Plaintiffs intend to proceed without further discussions between the parties.
>> Given the above, Defendants believe it will be more efficient for the sides to file their proposals separately.
>> Barrett
>>
>> **From:** lenore albert <lenalbert@interactivecounsel.com>
>> **Sent:** Thursday, September 1, 2022 8:54 AM
>> **To:** Anderson, Barrett <banderson@cooley.com>
>> **Cc:** beth.petronio@klgates.com; Timm, Zach T. <zach.timm@klgates.com>; mgold@jmbm.com; Demas, Tiana <tdemas@cooley.com>; Waidelich, Chris <cwaidelich@cooley.com>; Merchant, Greg J. <gmerchant@cooley.com>
>> **Subject:** Re: Second Draft of the Scheduling Report v2
>>
>> **[External]**
>>
>> Mr. Anderson,

That is not what I stated. You asked for a second session to meet and confer with a deadline that passed. I see no reason to file separately when we each can simply put in our dates as discussed and as I had drafted previously. At the Zoom meeting we agreed we would email thereafter. You sent some changes, and all I asked was that you put them in your side if that is what you desire. Filing a proposed scheduling order is not an adversarial process in California federal court. We each simply propose our positions so why is it exactly you feel the need to file yours separately? I am really disappointed.

Sincerely,

Lenore Albert, Esq.
**Law Offices of Lenore Albert**
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Phone: 424-365-0741
https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

*Also, President & CEO*
***Simply Lenore LLC** (patent pending ICan ID(tm) technology)*
***Mined Media Org.***
***Project Geeks***
***MasterMined(tm) Tech.***
***InteractiveCounsel***
***FactChecks(tm)***

Cal Bus & Prof Code 6001.1
"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

On Wednesday, August 31, 2022 at 03:10:36 PM GMT-8, Anderson, Barrett <banderson@cooley.com> wrote:

Counsel:

Defendants understand from your email that you do not agree to our proposed case schedule and that, despite our offer to continue discussions, you also decline to meet and confer regarding the schedule any further.

Defendants will file their joint proposal separately and do not consent to you filing on Defendants' behalf.

Barrett

Barrett J. Anderson

Cooley LLP

4401 Eastgate Mall

San Diego, CA 92121-1909

+1 858 550 6161 office

+1 858 550 6420 fax

banderson@cooley.com

Pronouns: he, him, his

www.cooley.com/people/barrett-anderson

---

**From:** lenore albert <lenalbert@interactivecounsel.com>

**Sent:** Thursday, September 1, 2022 7:42 AM
**To:** beth.petronio@klgates.com; Anderson, Barrett <banderson@cooley.com>; Merchant, Greg J. <gmerchant@cooley.com>; mgold@jmbm.com; Demas, Tiana <tdemas@cooley.com>; Waidelich, Chris <cwaidelich@cooley.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Petronio, Beth W. <beth.petronio@klgates.com>
**Subject:** RE: Second Draft of the Scheduling Report v2

[External]

Please make any edits to your side that you wish, sign and return.. I will file. Thanks.

Lenore Albert

Sent from Yahoo Mail on Android

On Tue, Aug 30, 2022 at 8:04 AM, Petronio, Beth W.

<beth.petronio@klgates.com> wrote:

Lenore:

Defense counsel have conferred further and wanted to make another effort to reach an agreed schedule.  Our proposal is as follows:

| | |
|---|---|
| Meet and confer on ESI | 10/5/22 |
| Submit Protective Order | 10/14/22 |
| Initial Disclosures | 11/11/22 |
| Amendments to Pleadings w/o leave | 11/15/22 |
| Deadline for Expert Designation for Plaintiff | 5/9/23 |
| Deadline for Expert Designation for Defendants | 6/6/23 |
| Deadline to File Class Certification Motion | 6/13/23 |
| Deadline for Rebuttal Expert Designation | 6/27/23 |
| Fact Discovery Cutoff and last day to hear motions on fact discovery | 8/10/23 |
| Expert Discovery Cutoff and last day to hear motions on expert discovery | 9/12/23 |
| Deadline to File Summary Judgment Motions | 11/1/23 |
| Deadline to file pretrial materials | 1/16/24 |
| Deadline for deposition designations/demonstratives | 2/5/24 |
| Pretrial Conference | 2/5/24 |
| Trial | 2/20/24 |

We are available this afternoon between 3-4pm PT for another meet and confer on this if you think it would be productive.

Please let us know.

Thanks,

Beth

**K&L GATES**

**Beth W. Petronio**
K&L Gates LLP
1717 Main Street
Suite 2800
Dallas, TX 75201
Phone: 214.939.5815
Fax: 214.939.5849
beth.petronio@klgates.com
www.klgates.com

---

**From:** lenore albert <lenalbert@interactivecounsel.com>
**Sent:** Tuesday, August 23, 2022 8:52 PM
**To:** banderson@cooley.com; Petronio, Beth W. <beth.petronio@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>; K&L GATES Electronic Service <Electronic.Service@klgates.com>; david.belcher@faegredrinker.com; gmerchant@cooley.com; janderson@jmbm.com; mgold@jmbm.com; rhodesmg@cooley.com; mrhodes@cooley.com; smartinez@cooley.com; peter.baldwin@faegredrinker.com; robert.retana@calbar.ca.gov; joan.randolph@calbar.ca.gov; suzanne.grandt@calbar.ca.gov; tdemas@cooley.com; vanessa.holton@calbar.ca.gov; cwaidelich@cooley.com; kjones@cooley.com; Timm, Zach T. <Zach.Timm@klgates.com>
**Subject:** Second Draft of the Scheduling Report v2

Dear Counsel,


After our conference today, I filled out more of the proposed plan. I do think some of the dates towards the end became a bit muddled. I did not see where the 9/12/2023 was supposed to go and it did not fit in my proposal after all so please take a good look at it as there are some changes on my side. I rearranged and consolidated some line items, also.


Please fill out your side, and also your positions at the top of the form and I will file it with the Court. If you want to meet and confer again, I will make time to do so.


Sincerely,

Lenore Albert, Esq.

**Law Offices of Lenore Albert**

1968 S. Coast Hwy #3960

Laguna Beach, CA 92651

Phone: 424-365-0741

https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

*Also, President & CEO*

**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*

**Mined Media Org.**

**Project Geeks**

**MasterMined(tm) Tech.**

**InteractiveCounsel**

**FactChecks(tm)**

Cal Bus & Prof Code 6001.1

"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Beth.Petronio@klgates.com.-5

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.