Lenore L. Albert, Esq. SBN 210876
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of*
*themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*,<br><br>                Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br>                Defendants. | CASE NO. 22-cv-00983-DOC<br><br>Assigned to the Hon. David O. Carter<br>Complaint filed: 03-18-2022<br><br>**DECLARATION OF JANE ROE 1 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: September 16, 2022<br>Time: 8:30AM<br>Crtm: 10A |

1

**DECLARATION OF JANE ROE 1 IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*            30-2022-01250695-CU-AT-CXC

**I, JANE ROE 1 DO HEREBY DECLARE,** that I am a class representative plaintiff of the above-captioned case and make this declaration upon my own personal knowledge and could competently testify as follows:

1. I am a person who filed a complaint against an attorney that was licensed to practice before the highest court in the State of California and a member in good standing with the State Bar of California.
2. I reside in Los Angeles County, California.
3. I had the monkey pox when the motion for preliminary injunction was filed and did not review my declaration until last week.
4. I do not want the State Bar complaint I filed to become public because I regret ever filing it in the first place. I was directed by another person(s) to file the complaint.
5. I know how hard it is to find a competent lawyer at a reasonable fee and I do not want my name associated with others who targeted an attorney for money.
6. I know the State Bar Office of Chief Trial Counsel holds a confidential record about my complaint in their disciplinary system, yet I have not received an email from the State Bar administrator "castatebarodysseynotice.com" giving me notice of the State Bar data breach.
7. I believe the State Bar knew I was a plaintiff in this case prior to sending out the notice so they removed me from their list.
8. I filed a claim with the State Bar for the data breach but it was denied.
9. I am making this declaration under the fictitious name of Jane Roe 1 to protect my privacy, however, the State Bar and other defendants should be able to figure out my identity by my circumstance.
10. I have not been convicted of any crime and neither was the lawyer I complained about.

2

**DECLARATION OF JANE ROE 1 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*   30-2022-01250695-CU-AT-CXC

11. I filed the State Bar complaint in August 2014 so it would be more than six months old.
12. I would be irreparably harmed if this motion were not granted because I do not have any assurance from the State Bar that they will not file public charges against my former attorney in order to lessen the purported harm which would then also affect me adversely, too by association with others.
13. I have tried really hard to disassociate myself with people who I thought were advocates but found out they were not.
14. I am a good person who was vulnerable.
15. I am in college now and want to move forward with my life without the fear that what I wrote to the State Bar in confidence years ago will be made public.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this day in Los Angeles County, California.

Dated: September 1, 2022        /s/Jane Roe 1*_____
                                JANE ROE 1

*Electronically filed with the plaintiff mailing her original signature to counsel.

3

**DECLARATION OF JANE ROE 1 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*            30-2022-01250695-CU-AT-CXC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankrupty case or adversary proceeding. My business address is: 1968 S Coast Hwy #3960, Laguna Beach, CA 92651

A true and correct copy of the foregoing document entitled:

**DECLARATION OF JANE ROE 1 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR; and **(b)** in the manner stated below:

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):
Pursuant to F.R.Civ.P. on 08-04-2022, I served the following persons and/or entities ECF or email as follows:

X Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09-01-2022 | Lenore Albert | /s/Lenore Albert |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVICE BY ECF**

| **Defendant** | | |
|---|---|---|
| **The State Bar of California** | represented by | **Michael G Rhodes**<br>Cooley LLP<br>3 Embarcadero Center 20th Floor<br>San Francisco, CA 94111<br>415-693-2000<br>Fax: 415-693-2222<br>Email: rhodesmg@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Barrett J Anderson**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA<br>858-550-6000<br>Fax: 858-550-6420<br>Email: banderson@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory John Merchant**<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>650-843-5620<br>Email: gmerchant@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Walter Waidelich**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>858-550-6000<br>Fax: 858-550-6420<br>Email: cwaidelich@jonesday.com<br>*ATTORNEY TO BE NOTICED* |

5

**DECLARATION OF JANE ROE 1 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*          30-2022-01250695-CU-AT-CXC

| **Defendant** | | |
|---|---|---|
| **Tyler Technologies, Inc.**<br>*also known as*<br>Doe 1 | represented by | **Jason Nathaniel Haycock**<br>K and L Gates LLP<br>Four Embarcadero Center Suite 1200<br>San Francisco, CA 94111<br>415-882-8200<br>Fax: 415-882-8220<br>Email: jason.haycock@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christina N Goodrich**<br>K and L Gates LLP<br>10100 Santa Monica Boulevard 8th Floor<br>Los Angeles, CA 90067<br>310-552-5000<br>Fax: 310-552-5001<br>Email: christina.goodrich@klgates.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Kevan Schwitzer** | represented by | **David Belcher**<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East Suite 1500<br>Los Angeles, CA 90067<br>310-203-4000<br>Fax: 310-229-1285<br>Email: david.belcher@faegredrinker.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter William Baldwin** |

6

**DECLARATION OF JANE ROE 1 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*     30-2022-01250695-CU-AT-CXC

| | | |
|---|---|---|
| | | Faegre Drinker Bibble and Reath LLP<br>1177 Avenue of the Americas 41st Floor<br>New York, NY 10036<br>212-248-3140<br>Fax: 212-248-3141<br>Email: peter.baldwin@faegredrinker.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Rick Rankin** | | **Michael Gold**<br>MAG@jmbm.com via Email |

Tiana A. Demas    tdemas@cooley.com

Christina N. Goodrich    klgateseservice@klgates.com, christina.goodrich@klgates.com

Michael Allan Gold    mgold@jmbm.com, cl7@jmbm.com, mastercalendar@jmbm.com

Lenore L Albert    docket@interactivecounsel.com, lenorealbert@msn.com, lenalbert@interactivecounsel.com

Justin Alexander Anderson    learly@jmbm.com, janderson@jmbm.com, mastercalendar@jmbm.com

Michael G Rhodes    mrhodes@cooley.com, john-brocales-7263@ecf.pacerpro.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, rhodesmg@cooley.com, smartinez@cooley.com

Walter Waidelich    cwaidelich@cooley.com, kjones@cooley.com

David Belcher    docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com, david.belcher@faegredrinker.com

Beth W. Petronio    beth.petronio@klgates.com

Gregory John Merchant    gmerchant@cooley.com

Peter William Baldwin    peter.baldwin@faegredrinker.com, usacac.criminal@usdoj.gov, peter.baldwin@usdoj.gov

Barrett J Anderson    banderson@cooley.com, mdejesus@cooley.com, efiling-notice@ecf.pacerpro.com

**DECLARATION OF JANE ROE 1 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

*Roe v The State Bar of California, et al.*    30-2022-01250695-CU-AT-CXC