# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:22-cv-00983 DFM | Date: September 15, 2022 |
| Title  John Roe 1, et al. v. The State Bar of California, et al. | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | CS 09/15/2022 |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Lenore Albert | Barrett Anderson<br>Tiana Demas<br>Greg Merchant<br>Beth Petronio<br>Michael Gold |

**Proceedings:** Defendant, Tyler Technologies, Inc.'s Motion to Dismiss [35]
Defendant, Rick Rankin's Motion to Dismiss [36]
Defendant, The State Bar of California's Motion to Dismiss First Amended Complaint [38]
Plaintiffs' Motion for Order for Protective Order [41]
Defendants' Joint Motion to Strike Plaintiffs' Requests for Judicial Notice [84]

Case called and counsel make their appearances. Counsel argue motions. Court takes matters under submission.

: 45

Initials of Clerk:  nb