| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 2 | 3 Embarcadero Center |
| | 20th Floor |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 693-2000 |
| 4 | Facsimile: (415) 693-2222 |
| 5 | TIANA DEMAS (*pro hac vice*) (tdemas@cooley.com) |
| | 110 N. Wacker Drive, Suite 4200 |
| 6 | Chicago, IL 60606 |
| | Telephone: (312) 881-6500 |
| 7 | Facsimile: (312) 881-6598 |
| 8 | BARRETT J. ANDERSON (318539) (banderson@cooley.com) |
| | WALTER WAIDELICH (300798) (cwaidelich@cooley.com) |
| 9 | 10265 Science Center Drive |
| | San Diego, CA 92121 |
| 10 | Telephone: (858) 550-6000 |
| | Facsimile: (858) 550-6420 |
| 11 | |
| 12 | GREGORY MERCHANT (341287) (gmerchant@cooley.com) |
| | 3175 Hanover Street |
| 13 | Palo Alto, CA 94304 |
| | Telephone: (650) 843-5000 |
| 14 | Facsimile: (650) 849-7400 |
| 15 | *Attorneys for Defendant* |
| | THE STATE BAR OF CALIFORNIA |
| 16 | *Additional counsel on next page* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | | |
|---|---|---|
| 20 | JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated, | Case No. 8:22-cv-00983-DFM |
| 21 | | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| 22 | | Courtroom: 6B |
| 23 | | Judge: Hon. Douglas F. McCormick |
| 24 | Plaintiffs, | |
| | v. | |
| 25 | THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive, | |
| 28 | Defendants. | |

1  OFFICE OF GENERAL COUNSEL
   THE STATE BAR OF CALIFORNIA
2  ELLIN DAVTYAN (238609) (ellin.davtyan@calbar.ca.gov)
   General Counsel
3  ROBERT G. RETANA (148677) (robert.retana@calbar.ca.gov)
   Deputy General Counsel
4  SUZANNE C. GRANDT (304794) (suzanne.grandt@calbar.ca.gov)
   Assistant General Counsel
5  180 Howard Street
   San Francisco, CA 94105-1639
6  Telephone:  (415) 538-2388
   Facsimile:   (415) 538-2517
7
   *Attorneys for Defendant*
8  THE STATE BAR OF CALIFORNIA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLEASE TAKE NOTICE that, effective September 26, 2022, the new address for the attorneys of **COOLEY LLP**, counsel for Defendant The State Bar of California, who are located in the firm's San Diego office is as follows:

**10265 Science Center Drive**
**San Diego, CA  92121**

The office addresses for the other Cooley attorneys noticed on this action—Michael G. Rhodes, who is located in the firm's San Francisco office, Tiana Demas, who is located in the firm's Chicago office, and Gregory Merchant, who is located in the firm's Palo Alto office—remain unchanged.

Dated:  September 30, 2022            COOLEY LLP

*/s/ Tiana Demas*
Tiana Demas

*Attorneys for Defendant*
THE STATE BAR OF CALIFORNIA

-1-

NOTICE OF CHANGE OF FIRM ADDRESS
CASE NO. 8:22-CV-00983-DFM