1  Lenore L. Albert, Esq. SBN 210876
2  LAW OFFICES OF LENORE ALBERT
3  1968 S. Coast Hwy #3960
   Laguna Beach, CA 92651
4  Telephone (424)365-0741
5  Email: lenalbert@InteractiveCounsel.com
   Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
6  Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of*
7   *themselves and all others similarly situated*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br>                    Defendants. | CASE NO. 22-cv-00983-DFM<br><br>Assigned to the Hon. Douglas F. McCormick Crtm. 6B<br>Complaint filed: 03-18-2022<br><br>**PLAINTIFFS' APPLICATION TO SEAL; DECLARATION OF LENORE ALBERT** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE THAT** Plaintiffs John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3 and John Roe 2 (referred to collectively as "Plaintiff" or "Plaintiffs"), by and through their attorney, and APPLIES for an ORDER sealings Document 99

1

**PLAINTIFFS' APPLICATION TO SEAL; DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*                    22-cv-00983-DFM

"Second Amended Complaint" pursuant to Local Rule 79-5 on the grounds the incorrect draft of the pleading was erroneously filed and it contained work product privilege. The application will be considered by the Honorable Douglas F. McCormick sitting in Courtroom 6B of the United States District Court for the Central District of California, located at 411 W. Fourth Street, Santa Ana, California 92701.

" A Party may file documents under seal only for good cause and to the extent necessary to preserve legitimate confidentiality concerns." *Jones v. Bath & Body Works* (C.D. Cal., Jan. 16, 2014, CV 13-5206 FMO (AJWx)) [pp. 1]

Document No. 99 was erroneously filed containing work product privilege of plaintiffs' antitrust law and economic experts warranting good cause for sealing the record. The ECF system went down shortly thereafter for several days. When the ECF system came back online on October 10, 2022 plaintiffs filed the correct document with an errata. In the interim defense counsel was contacted and made aware of the incorrect filing and do not oppose the record being removed or placed under seal. As such, no prejudice to the parties or public is grounds for denial because there exists an overriding interest in sealing the document that overcomes the public's right to access it.

Wherefore the plaintiffs respectfully request that this Court filed Doc. No. 99 under seal.

Dated: October 11, 2022                Respectfully Submitted,
                                       LAW OFFICES OF LENORE ALBERT
                                       /s/ Lenore Albert
                                       LENORE L. ALBERT, ESQ.
                                       Attorney for Plaintiffs, John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of themselves and all others similarly situated*

2

**PLAINTIFFS' APPLICATION TO SEAL; DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*                22-cv-00983-DFM

# DECLARATION

I, Lenore Albert, am the attorney for the plaintiffs in the above-captioned matter and am licensed to practice law before the highest court in the state of California, the state of Michigan and the United States Supreme Court. I am a member in good standing in the United States District Court for the Central District of California. If called as a witness, I could testify competently to the following:

1. On September 15, 2022 I attended the hearing to dismiss the first amended complaint in this case.
2. On September 16, 2022 I had a case with a continued jury trial date trail but it was picked up by the Judge the following week.
3. I have been in that jury trial since that time.
4. In the interim I hired and consulted with one or more antitrust experts to assist in rebuilding viable economic models for the redrafting the antitrust claims and one of those drafts erroneously was uploaded on October 7, 2022 approximately an hour prior to the ECF going down for maintenance (about 8PM PST).
5. I did not discover the mistake until after 8PM on October 7, 2022.
6. Discovery is not open and this contained work product privileged information.
7. Even if it did not, it was a draft (the incorrect document).
8. I tried contacting the ECF helpdesk, checked the ECF system daily, and informed the defense counsel of the situation.
9. Without attaching our email communications back and forth, in summary defense counsel all agreed that the erroneous filing never reached them or they had not looked at it; that it could be sealed; and that plaintiffs would not be late by refiling the correct document.

3

**PLAINTIFFS' APPLICATION TO SEAL; DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*          22-cv-00983-DFM

10. Wherefore I request that the draft filed at Docket Number 99 be sealed.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this day in Irvine, California.

Dated:  October 11, 2022        Respectfully Submitted,
LAW OFFICES OF LENORE ALBERT
/s/ Lenore Albert_____
LENORE L. ALBERT, ESQ.
Attorney for Plaintiffs, John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of themselves and all others similarly situated*

4

**PLAINTIFFS' APPLICATION TO SEAL; DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*            22-cv-00983-DFM

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S. Coast Hwy #3960, Laguna Beach, CA 92651. On October 11, 2022, I served a copy of the following document(s) described as:

**PLAINTIFFS' APPLICATION TO SEAL; DECLARATION OF LENORE ALBER**

On the interested parties in this action as follows:

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth. (Per Covid-19 Order)

**[] BY MAIL** – I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Huntington Beach, California, to the aforementioned addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: October 11, 2022

                                              /s/Lenore Albert
                                              Lenore Albert

# SERVICE LIST

**For Defendants State Bar of California**

COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
TIANA DEMAS (*pro hac vice*) (tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
BARRETT J. ANDERSON (318539) (banderson@cooley.com)
WALTER WAIDELICH (300798) (cwaidelich@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
GREGORY MERCHANT (341287) (gmerchant@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400


 VANESSA L. HOLTON (111613)
General Counsel
ROBERT G. RETANA (148677) Deputy General Counsel
SUZANNE C. GRANDT (304794)
Assistant General Counsel
**OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639 Telephone: 415-538-2388; Facsimile: 415-538-2517
Email: suzanne.grandt@calbar.ca.gov

**For Defendant Rick Rankin**
JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

**For Defendant Tyler Technologies, Inc.**
Christina N. Goodrich (SBN 261722) christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard Seventh Floor Los Angeles, California 90067
Telephone: 310.552.5000 Facsimile: 310.552.5001

Beth W. Petronio, admitted *pro hac vice*
beth.petronio@klgates.com
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5815
Facsimile: (214) 939-5849

### ECF LIST:

Barrett J. Anderson    banderson@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, mdejesus@cooley.com

Beth W. Petronio    beth.petronio@klgates.com

Christina N. Goodrich     christina.goodrich@klgates.com, klgateseservice@klgates.com

David Belcher     david.belcher@faegredrinker.com, docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com

Gregory John Merchant     gmerchant@cooley.com

Justin Alexander Anderson     janderson@jmbm.com, learly@jmbm.com, mastercalendar@jmbm.com

Lenore L Albert     lenalbert@interactivecounsel.com, docket@interactivecounsel.com, lenorealbert@msn.com

Michael Allan Gold     mgold@jmbm.com, cl7@jmbm.com, mastercalendar@jmbm.com, MGold@jmbm.com

Michael G Rhodes     rhodesmg@cooley.com, efiling-notice@ecf.pacerpro.com, eFilingNotice@cooley.com, john-brocales-7263@ecf.pacerpro.com, mrhodes@cooley.com, smartinez@cooley.com

Peter William Baldwin     peter.baldwin@faegredrinker.com, peter.baldwin@usdoj.gov, USACAC.criminal@usdoj.gov

Robert G Retana     robert.retana@calbar.ca.gov, joan.randolph@calbar.ca.gov

Suzanne Grandt     suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov

Tiana A. Demas     tdemas@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Vanessa L Holton     vanessa.holton@calbar.ca.gov

Walter Waidelich     cwaidelich@cooley.com, kjones@cooley.com

Zachary Thomas Timm     zach.timm@klgates.com, klgateseservice@klgates.com