# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, et al.,<br><br>PLAINTIFF(S)<br>v.<br>THE STATE BAR OF CALIFORNIA, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br>8:22-cv-00983 DFM<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 10/11/2022 | 102 | APPLICATION to file document No. 99 under seal |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☐ The hearing date has been rescheduled to _____ at _____.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

Plaintiff is ordered to lodge a proposed order no later than 10/21/2022.

Dated: October 13, 2022

By: /s/ Douglas F. McCormick
U.S. Magistrate Judge