1  Lenore L. Albert, Esq. SBN 210876
2  LAW OFFICES OF LENORE ALBERT
3  1968 S. Coast Hwy #3960
   Laguna Beach, CA 92651
4  Telephone (424)365-0741
5  Email: lenalbert@InteractiveCounsel.com
   Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
6  Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of*
7  *themselves and all others similarly situated*

8
                    **UNITED STATES DISTRICT COURT**
9
              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10

11
   | JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive, <br><br> Defendants. | CASE NO. 22-cv-00983-DFM <br><br> Assigned to the Hon. Douglas F. McCormick <br> Crtm. 6B <br> Complaint filed: 03-18-2022 <br><br> **[PROPOSED] ORDER SEALING DOC. NO. 99** |
   |---|---|

---

1

**ORDER SEALING DOC. NO. 99**

*Roe v The State Bar of California, et al.*          22-cv-00983-DFM

**Good cause appearing,** this Court grants Plaintiffs John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3 and John Roe 2 application for an ORDER sealing Document 99 "Second Amended Complaint" pursuant to Local Rule 79-5 on the grounds the incorrect draft of the pleading containing work product privilege was erroneously filed.

IT IS SO ORDERED.

Dated: October __, 2022

_____
HON. DOUGLAS F. MCCORMICK
United States Magistrate Judge
Central District of California


PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S. Coast Hwy #3960, Laguna Beach, CA 92651. On October 13, 2022, I served a copy of the following document(s) described as:

**[PROPOSED] ORDER SEALING DOC. NO. 99**

On the interested parties in this action as follows:

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth. (Per Covid-19 Order)

**[] BY MAIL**– I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Huntington Beach, California, to the aforementioned addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: October 13, 2022

                                  /s/Lenore Albert
                                    Lenore Albert

## SERVICE LIST

**For Defendants State Bar of California**
COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
TIANA DEMAS (*pro hac vice*) (tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
BARRETT J. ANDERSON (318539) (banderson@cooley.com)
WALTER WAIDELICH (300798) (cwaidelich@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
GREGORY MERCHANT (341287) (gmerchant@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400


 VANESSA L. HOLTON (111613)
General Counsel
ROBERT G. RETANA (148677) Deputy General Counsel
SUZANNE C. GRANDT (304794)
Assistant General Counsel
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639 Telephone: 415-538-2388; Facsimile: 415-538-2517
Email: suzanne.grandt@calbar.ca.gov

**For Defendant Rick Rankin**
JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

**For Defendant Tyler Technologies, Inc.**
Christina N. Goodrich (SBN 261722) christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard Seventh Floor Los Angeles, California 90067
Telephone: 310.552.5000 Facsimile: 310.552.5001

Beth W. Petronio, admitted *pro hac vice*
beth.petronio@klgates.com
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5815
Facsimile: (214) 939-5849

## ECF LIST:

Barrett J. Anderson     banderson@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, mdejesus@cooley.com

Beth W. Petronio     beth.petronio@klgates.com

Christina N. Goodrich     christina.goodrich@klgates.com, klgateseservice@klgates.com

David Belcher     david.belcher@faegredrinker.com, docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com

Gregory John Merchant     gmerchant@cooley.com

Justin Alexander Anderson     janderson@jmbm.com, learly@jmbm.com, mastercalendar@jmbm.com

Lenore L Albert     lenalbert@interactivecounsel.com, docket@interactivecounsel.com, lenorealbert@msn.com

Michael Allan Gold     mgold@jmbm.com, cl7@jmbm.com, mastercalendar@jmbm.com, MGold@jmbm.com

Michael G Rhodes     rhodesmg@cooley.com, efiling-notice@ecf.pacerpro.com, eFilingNotice@cooley.com, john-brocales-7263@ecf.pacerpro.com, mrhodes@cooley.com, smartinez@cooley.com

Peter William Baldwin     peter.baldwin@faegredrinker.com, peter.baldwin@usdoj.gov, USACAC.criminal@usdoj.gov

Robert G Retana     robert.retana@calbar.ca.gov, joan.randolph@calbar.ca.gov

Suzanne Grandt     suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov

Tiana A. Demas     tdemas@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Vanessa L Holton     vanessa.holton@calbar.ca.gov

Walter Waidelich     cwaidelich@cooley.com, kjones@cooley.com

Zachary Thomas Timm     zach.timm@klgates.com, klgateseservice@klgates.com