COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIANA DEMAS (*pro hac vice*) (tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
WALTER WAIDELICH (300798) (cwaidelich@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

GREGORY MERCHANT (341287) (gmerchant@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant*
THE STATE BAR OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00983-DFM<br><br>**NOTICE OF DEFENDANTS' *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND SET BRIEFING SCHEDULE**<br><br>Courtroom: 6B<br>Judge: Hon. Douglas F. McCormick |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANTS' *EX PARTE* APPLICATION TO
EXTEND TIME TO RESPOND TO SAC
CASE NO. 8:22-CV-00983-DFM

| | |
|---|---|
| 1 | |
| 2 | OFFICE OF GENERAL COUNSEL<br>THE STATE BAR OF CALIFORNIA |
| 3 | ELLIN DAVTYAN (238609) (ellin.davtyan@calbar.ca.gov)<br>General Counsel |
| 4 | ROBERT G. RETANA (148677) (robert.retana@calbar.ca.gov)<br>Deputy General Counsel |
| 5 | SUZANNE C. GRANDT (304794) (suzanne.grandt@calbar.ca.gov)<br>Assistant General Counsel |
| 6 | 180 Howard Street<br>San Francisco, CA 94105-1639 |
| 7 | Telephone: (415) 538-2388<br>Facsimile: (415) 538-2517 |
| 8 | *Attorneys for Defendant* |
| 9 | THE STATE BAR OF CALIFORNIA |
| 10 | K&L GATES LLP |
| 11 | BETH W. PETRONIO (*pro hac vice*) (beth.petronio@klgates.com)<br>1717 Main Street, Suite 2800 |
| 12 | Dallas, TX 75201<br>Telephone: (214) 939-5815 |
| 13 | Facsimile: (214) 939-5849 |
| 14 | CHRISTINA N. GOODRICH (261722) (christina.goodrich@klgates.com)<br>ZACHARY T. TIMM (316564) (zach.timm@klgates.com) |
| 15 | 10100 Santa Monica Boulevard<br>Eighth Floor |
| 16 | Los Angeles, California 90067<br>Telephone: (310) 552-5000 |
| 17 | Facsimile: (310) 552-5001 |
| 18 | *Attorneys for Defendant*<br>TYLER TECHNOLOGIES, INC. |
| 19 | |
| 20 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>MICHAEL A. GOLD (90667) (mgold@jmbm.com ) |
| 21 | JUSTIN ANDERSON (328969) (janderson@jmbm.com)<br>1900 Avenue of the Stars, 7th Floor |
| 22 | Los Angeles, California 90067-4308<br>Telephone: (310) 203-8080 |
| 23 | Facsimile: (310) 203-0567 |
| 24 | *Attorneys for Defendant*<br>RICK RANKIN |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANTS' *EX PARTE* APPLICATION TO
EXTEND TIME TO RESPOND TO SAC
CASE NO. 8:22-CV-00983-DFM

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE THAT** Defendants The State Bar of California, Tyler Technologies, Inc., and Rick Rankin (collectively, "Defendants") hereby apply *ex parte*, pursuant to Local Rule 7-19, for an extension of time to file their supplemental motions to dismiss the federal antitrust claims alleged in Plaintiffs' Second Amended Complaint. The current deadline for these supplemental motions is October 24, 2022. Because of the voluminous additions and changes that Plaintiffs have made to the SAC, Defendants request a four-week extension of their deadline to November 21, 2022. Defendants also propose a corresponding briefing schedule to allow Plaintiffs until January 9, 2023 to file their opposition briefs and Defendants until January 23, 2023 to file their reply briefs in support of the motions to dismiss.

Prior to filing this *ex parte* application, counsel for the State Bar, on behalf of Defendants, met and conferred with Plaintiffs' counsel by email regarding the requested extension. Plaintiffs' counsel declined to agree to Defendants' requested extension and indicated that Plaintiffs would oppose the *ex parte* application.

This *ex parte* application is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Barrett J. Anderson, and all records and papers on file in this action. A proposed order has also been lodged with the Court.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

1

DEFENDANTS' *EX PARTE* APPLICATION TO
EXTEND TIME TO RESPOND TO SAC
CASE NO. 8:22-CV-00983-DFM

| | | |
|---|---|---|
| 1 | Dated: October 18, 2022 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Tiana Demas* |
| | | Tiana Demas |
| 4 | | |
| | | *Attorneys for Defendant* |
| 5 | | THE STATE BAR OF CALIFORNIA |
| 6 | | *The filer, Tiana Demas, attests that the other signatories listed, on whose behalf the filing also is submitted, concur in the filing's content and have authorized the filing.* |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Dated: October 18, 2022 | K&L GATES LLP |
| 11 | | |
| 12 | | */s/ Beth W. Petronio* |
| | | Beth W. Petronio |
| 13 | | |
| | | *Attorneys for Defendant* |
| 14 | | TYLER TECHNOLOGIES, INC. |
| 15 | | |
| 16 | Dated: October 18, 2022 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| 17 | | |
| 18 | | */s/ Michael A. Gold* |
| | | Michael A. Gold |
| 19 | | |
| 20 | | *Attorneys for Defendant* |
| | | RICK RANKIN |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DEFENDANTS' *EX PARTE* APPLICATION TO
EXTEND TIME TO RESPOND TO SAC
CASE NO. 8:22-CV-00983-DFM