COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIANA DEMAS (*pro hac vice*) (tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
WALTER WAIDELICH (300798) (cwaidelich@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

GREGORY MERCHANT (341287) (gmerchant@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant*
THE STATE BAR OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00983-DFM<br><br>**DECLARATION OF BARRETT J. ANDERSON IN SUPPORT OF DEFENDANTS' JOINT *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Courtroom: 6B<br>Judge: Hon. Douglas F. McCormick |

I, Barrett J. Anderson, declare as follows:

1. I am an attorney with the law firm of Cooley LLP, which is counsel for Defendant The State Bar of California in the above-captioned matter. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of emails that I exchanged with Plaintiffs' counsel, dated between October 12 and October 18, 2022. I was authorized to speak for all Defendants in this correspondence with respect to the request for an extension of time for Defendants to file their supplemental motions to dismiss the federal antitrust claims alleged in Plaintiffs' recently filed Second Amended Complaint.

3. Attached as **Exhibit B** is a true and correct copy of a redline comparison of Plaintiffs' First Amended Complaint, (Dkt. 1-8), against Plaintiffs' Second Amended Complaint, (Dkt. 100). For ease of viewing, the electronic court filing stamps and footers were removed, but the substance of the pleadings has not otherwise been changed or altered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 18, 2022, in Yokosuka, Japan.

Barrett J. Anderson