# EXHIBIT A

| | |
|---|---|
| **From:** | lenore albert <lenalbert@interactivecounsel.com> |
| **Sent:** | Tuesday, October 18, 2022 4:18 PM |
| **To:** | Anderson, Barrett |
| **Cc:** | Petronio, Beth W.; Michael A. Gold; Demas, Tiana |
| **Subject:** | RE: Roe v. State Bar - Motion to dismiss briefing schedule |

**[External]**

That is not what we originally discussed nor what I wanted nor does it accommodate because you are delaying. Delay is not a legitimate reason to move for an extension of time.
 Lenore Albert
I am in jury trial and I do oppose.

Sent from Yahoo Mail on Android

On Tue, Oct 18, 2022 at 3:36 PM, Anderson, Barrett
<banderson@cooley.com> wrote:

Counsel:

As we previously indicated, Defendants will be filing an *ex parte* application to extend their time to file the supplemental motions to dismiss.  We will be requesting the following briefing schedule, which we originally proposed specifically to accommodate your trial schedule:

1. Nov. 21 – Defendants' supplemental motions to dismiss due
2. Jan. 9 – Plaintiffs' oppositions due
3. Jan. 23 – Defendants' replies due

Do Plaintiffs intend to oppose the *ex parte* application?  Please let us know by 5 PM Pacific today.

Sincerely,

Barrett

**From:** lenore albert <lenalbert@interactivecounsel.com>
**Sent:** Saturday, October 15, 2022 1:18 PM
**To:** Anderson, Barrett <banderson@cooley.com>
**Cc:** Petronio, Beth W. <beth.petronio@klgates.com>; Michael A. Gold <mag@jmbm.com>; Demas, Tiana

1

&lt;tdemas@cooley.com&gt;
**Subject:** Re: Roe v. State Bar - Motion to dismiss briefing schedule

**[External]**

Counsel,

You have the State Bar, a team at the Cooley Firm, a team at K&L Gates and Mr. Gold's team all working on two causes of action that you wanted me to replead because the claims were "too conclusory." Now you have more facts. All I did was meet the needs of the Court. If sixteen (16) lawyers on your side can't figure out how to file a motion to dismiss on two causes of action in 21 days, I don't think another 30 days will bring you any closer to such resolution.

I had to get my pleading in while I was in jury trial on another matter. That took me 21 days to do because that is what the Court gave me. I have a hard time believing over a dozen attorneys from three private firms and one state agency cannot figure out a way to file a motion to dismiss on the two antitrust causes of action in the same time period. Like I said, I will give you 21 days, which is seven days more than the Court's order, but I cannot go further than that.

Even if my schedule was not impacted by the State Bar in the time periods that you have proposed, Plaintiffs' deserve to start discovery in this case and get the ball moving down the road.

I hope you take me up on my offer to stipulate to an additional seven (7) day extension giving you 21 days before you need to file you If not, r motion to dismiss on the antitrust claims.

Sincerely,

Lenore Albert, Esq.

**Law Offices of Lenore Albert**

1968 S. Coast Hwy #3960

Laguna Beach, CA 92651

Phone: 424-365-0741

https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

*Also, President & CEO*

**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*

**Mined Media Org.**

**Project Geeks**

**MasterMined(tm) Tech.**

**InteractiveCounsel**

**FactChecks(tm)**

Cal Bus & Prof Code 6001.1

"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

On Friday, October 14, 2022 at 03:07:34 PM PDT, Anderson, Barrett <banderson@cooley.com> wrote:

Counsel:

To be clear, the proposed January 23 deadline in the briefing schedule would be for Defendants to file our reply briefs.  Plaintiffs would have nothing to do on that date, so it cannot interfere with your trial schedule.

In any event, Defendants strongly disagree with your statement that Plaintiffs have not substantially revised and enlarged their allegations in the second amended complaint.  By way of example, the first amended complaint was just over 19 pages, while the second amended complaint is over 66 pages of allegations plus two new exhibits.  Further, Plaintiffs have amended more than simply re-pleading the antitrust claims, and even those "amended" antitrust claims now involve what appears to be, as far as we can tell, new and different legal theories from those in the first amended complaint.  These changes to the very character of the case will require more time for Defendants to study and attempt to understand before filing our motions to dismiss.

Our request for 2 additional weeks is quite reasonable.  We do not wish to bother the Court, but if Plaintiffs decline to agree to that modest request, then Defendants will have no choice but to file a motion asking the Court to grant additional time.

Barrett

**From:** lenore albert <lenalbert@interactivecounsel.com>
**Sent:** Friday, October 14, 2022 10:47 AM
**To:** Anderson, Barrett <banderson@cooley.com>
**Cc:** Petronio, Beth W. <beth.petronio@klgates.com>; Michael A. Gold <mag@jmbm.com>; Demas, Tiana <tdemas@cooley.com>
**Subject:** Re: Roe v. State Bar - Motion to dismiss briefing schedule

**[External]**

Counsel,

January 23, 2023 which I had previously disclosed, lands on the day of my second trial with the State Bar of California. This schedule just does not work for me.

Second, the Court understood the plaintiff's overall theory as stated in the Order dismissing the FAC with leave to amend. On page of the Order it reads:

Plaintiffs

respond that the State Bar's failure to act was due to anticompetitive animus,

as the disclosure of confidential information benefited lawyers who did not

have disciplinary records. See Opp'n at 17. But Plaintiffs' allegation that the

entire disciplinary system is set up to benefit large law firms at the expense of

solo practitioners is entirely conclusory. Plaintiffs offer no facts in support,

only vague economic theories. See, e.g., FAC ¶ 87 ("One theory why solo

practitioners are disciplined more than defense counsel of large firms is that

large corporations hire large firms to defend them and if there is dissatisfaction

in the legal representation, the large corporation merely takes their business

(and money) elsewhere.").

Order. pg. 8.

Although the markets were not labeled "People Law Market" and "Organizational Clients Market" it nevertheless is not as much of a substantive change as I think you are making it out to be.

I thought giving you an additional week when you asked for two additional weeks under the circumstances was a good compromise. In sum, the Court gave me 21 to amend and you 14 days to file your motion. You initially asked for 28 to file and I showed you why I could not due to conflicts because I have trial on December 13, 2022 but compromised to giving you 21 days to file.

5

If you are willing to take that offer of 21 days to file, I will sign that stipulation. My clients will not, for good reason. agree to extensions where I am in pretrial conference gearing up for trial or trial and to delay to February would be ridiculous. At the hearing I thought defense counsel wanted this briefing resolved quickly. It would appear to be in the interest of all to do so - so that we know what courtroom we are going to be in. When I read the Court's transcript, it appeared to me that he believed it was unlikely he was going to dismiss the entire case. I think this is just to see whether we end up before Judge McCormick or Judge Sherman.

I really want to accommodate, so I hope that you take me up on the offer to extend it to 21 days.

Sincerely,

Lenore Albert, Esq.

**Law Offices of Lenore Albert**

1968 S. Coast Hwy #3960

Laguna Beach, CA 92651

Phone: 424-365-0741

https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

*Also, President & CEO*

**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*

**Mined Media Org.**

**Project Geeks**

**MasterMined(tm) Tech.**

**InteractiveCounsel**

**FactChecks(tm)**

Cal Bus & Prof Code 6001.1

"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

On Thursday, October 13, 2022 at 04:44:42 PM PDT, Anderson, Barrett <banderson@cooley.com> wrote:

Counsel:

Defendants believe that they will require at least 2 additional weeks to address the substantially revised and expanded allegations in the second amended complaint.  Under our proposed, Defendants' motions to dismiss would still be filed a month before your pretrial conference.  We believe this proposal is a very reasonable request in light of Plaintiffs' considerable changes to their claims.

However, in an attempt to address your concerns, we can offer the following even more extended schedule, which would accommodate your trial schedule.  It would give Defendants 6 weeks to prepare their motions and Plaintiffs 7 weeks (which, minus the holiday period, would be approximately equivalent) to prepare their oppositions:

1. Nov. 21 – Defendants' motions to dismiss due
2. Jan. 9 – Plaintiffs' oppositions due
3. Jan. 23 – Defendants' replies due

If Plaintiffs are unable to agree to either of these proposed briefing schedules, then Defendants will request an extended briefing schedule from the Court.

Barrett

**From:** lenore albert <lenalbert@interactivecounsel.com>
**Sent:** Thursday, October 13, 2022 10:25 AM
**To:** Anderson, Barrett <banderson@cooley.com>
**Cc:** Petronio, Beth W. <beth.petronio@klgates.com>; Michael A. Gold <mag@jmbm.com>; Demas, Tiana <tdemas@cooley.com>
**Subject:** Re: Roe v. State Bar - Motion to dismiss briefing schedule

**[External]**

As a follow up compromise how about one extra week so you have 21 days instead of 14 days? I can do that.

| Briefing Schedule | Court Order | Defendants' Proposal | Plaintiff's Compromise |
|---|---|---|---|
| Motion to Dismiss | 10/24/2022 | 11/7/2022 | 10/31/2022 |
| Opposition | 11/7/2022 | 12/5/2022 | 11/14/2022 |
| Reply | 11/14/2022 | 12/19/2022 | 11/21/2022 |

Sincerely,

Lenore Albert, Esq.

**Law Offices of Lenore Albert**

1968 S. Coast Hwy #3960

Laguna Beach, CA 92651

Phone: 424-365-0741

https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

*Also, President & CEO*

*Simply Lenore LLC (patent pending ICan ID(tm) technology)*

*Mined Media Org.*

*Project Geeks*

*MasterMined(tm) Tech.*

*InteractiveCounsel*

*FactChecks(tm)*

Cal Bus & Prof Code 6001.1

"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE,

PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

On Wednesday, October 12, 2022 at 06:15:58 PM PDT, lenore albert <lenalbert@interactivecounsel.com> wrote:

Counsel,

I have a trial with the State Bar on December 13, 2022 and our pretrial conference is set for December 5, 2022. This new schedule would impact my ability to properly prepare for my trial with the State Bar in December.

My second State Bar trial is set for January 23, 2022 so pushing it forward for me impacts my trial calendar.

I note you are asking for 28 day extension of time to file. With as many large firms you have on this case, and the motion is limited to only two antitrust causes of action and not the entire pleading which you each have already briefed in your first motion to dismiss, what is it precisely that you think you need extra time for?

Sincerely,

Lenore Albert, Esq.

**Law Offices of Lenore Albert**

1968 S. Coast Hwy #3960

Laguna Beach, CA 92651

Phone: 424-365-0741

https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

Also, President & CEO

**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*

**Mined Media Org.**

**Project Geeks**

**MasterMined(tm) Tech.**

**InteractiveCounsel**

**FactChecks(tm)**

Cal Bus & Prof Code 6001.1

"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

On Wednesday, October 12, 2022 at 06:10:43 PM PDT, Anderson, Barrett <banderson@cooley.com> wrote:

Counsel:

Defendants believe that additional time is necessary to prepare our motions to dismiss and have proposed an extended briefing schedule accordingly.  The proposed extended schedule likewise provides Plaintiffs the same amount of additional time to prepare their opposition briefs.

Separately, the proposed extended briefing schedule, while providing additional time to the parties for briefing, nevertheless also avoids the holidays.

Would Plaintiffs agree to the proposed extended briefing schedule?

Barrett

**From:** lenore albert <lenalbert@interactivecounsel.com>
**Sent:** Thursday, October 13, 2022 10:04 AM
**To:** Anderson, Barrett <banderson@cooley.com>
**Cc:** Petronio, Beth W. <beth.petronio@klgates.com>; Michael A. Gold <mag@jmbm.com>; Demas, Tiana <tdemas@cooley.com>
**Subject:** Re: Roe v. State Bar - Motion to dismiss briefing schedule

**[External]**

Counsel,

I see the current schedule as allowing it to be fully briefed before the holidays. Am I missing something?

| | | |
|---|---|---|
| | SAC | 10/10/2022 |
| 14 | Motion to Dismiss | 10/24/2022 |
| 14 | Opposition | 11/7/2022 |
| 7 | Reply | 11/14/2022 |

Sincerely,

Lenore Albert, Esq.

**Law Offices of Lenore Albert**

1968 S. Coast Hwy #3960

Laguna Beach, CA 92651

Phone: 424-365-0741

https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

*Also, President & CEO*

**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*

**Mined Media Org.**

**Project Geeks**

**MasterMined(tm) Tech.**

**InteractiveCounsel**

**FactChecks(tm)**

Cal Bus & Prof Code 6001.1

"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE
INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT
PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON
INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.
ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF
THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE,
PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER
IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE
ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

On Wednesday, October 12, 2022 at 05:54:54 PM PDT, Anderson, Barrett <banderson@cooley.com> wrote:

Counsel:

Defendants believe that all parties would benefit from additional time to brief the supplemental motions to dismiss the second amended complaint.  For that reason, we proposed the following briefing schedule:

1. Nov. 7 – Defendants' motions to dismiss due
2. Dec. 5 – Plaintiffs' oppositions due
3. Dec. 19 – Defendants' replies due

This schedule should both provide the necessary time to properly brief the court and avoid the need for the parties to work over the holidays.  Please advise if you agree and we will prepare a joint stipulation for review.

Barrett

**Barrett J. Anderson**

Cooley LLP

10265 Science Center Drive

San Diego, CA   92121

+1 858 550 6161 office

+1 858 550 6420 fax

banderson@cooley.com

Pronouns: he, him, his

www.cooley.com/people/barrett-anderson

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.