UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00983-DFM<br><br>**[PROPOSED] SCHEDULING ORDER FOR DEFENDANTS' SUPPLEMENTAL MOTIONS TO DISMISS THE SHERMAN ANTITRUST ACT CLAIMS IN THE SECOND AMENDED COMPLAINT** |

# [PROPOSED] SCHEDULING ORDER

Having considered Defendants' *ex parte* application to extend time to respond to Plaintiffs' Second Amended Complaint, and good cause appearing, the Court **GRANTS** the application in its entirety.

**IT IS HEREBY ORDERED THAT:**

Defendants shall file their Supplemental Motions to Dismiss addressing the Sherman Antitrust Act claims alleged in the Second Amended Complaint, (Dkt. 100), by November 21, 2022. Plaintiffs shall file any Supplemental Opposition by January 9, 2023. Defendants shall file any Supplemental Reply by January 23, 2023. The Clerk of Court will reach out to set a hearing date.

**IT IS SO ORDERED.**

Dated: _____     _____
HON. DOUGLAS F. MCCORMICK
U.S. MAGISTRATE JUDGE