UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 22-00983-DFM | Date: | October 21, 2022 |
|---|---|---|---|
| Title | John Roe 1. et al. v. The State Bar of California et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Granting Defendants' Ex Parte Application (Dkt. 107)

Defendants move <u>ex parte</u> for an extension of time to file their supplemental motions to dismiss the federal antitrust claims alleged in Plaintiffs' Second Amended Complaint. <u>See</u> Dkt. 107. Because of the "voluminous additions and changes" to the SAC, Defendants request a four-week extension of their deadline to November 21, 2022. <u>See id.</u> Defendants also propose a corresponding briefing schedule to allow Plaintiffs until January 9, 2023 to file their opposition and Defendants until January 23 to file their reply. <u>See id.</u> Plaintiffs opposed, arguing that Defendants have not provided good cause for such a lengthy extension and suggest that a seven (7) day extension is reasonable.

Defendants' Application is GRANTED. Federal Rule of Civil Procedure 6(b) permits a court to extend time to do an act for "good cause." Here, the Court largely agrees with Defendants' characterization of Plaintiffs' amended pleading. The SAC has increased from 19 to 66 pages (with two new exhibits) and from 129 to 298 paragraphs of allegations. Additionally, Plaintiffs' theory of antitrust liability has blossomed, with new markets and different allegations concerning wrongdoing. Given these changes, a four-week extension is a reasonable request. And the Court does not agree with Plaintiffs that they would be prejudiced by such an extension, given the early stages of this case.

The Court will sign Defendants' Proposed Scheduling Order. <u>See</u> Dkt. 107-5.