JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for DEFENDANT RICK RANKIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual, JANE ROE 1, an individual, JANE ROE 2 an individual, JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA, TYLER TECHNOLOGIES, INC., KEVAN SCHWITZER, RICK RANKIN, and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8-22-CV-00983-DFM<br><br>**DEFENDANT RICK RANKIN'S STATEMENT IN RESPONSE TO COURT'S SEPTEMBER 16, 2022 AND OCTOBER 21, 2022 ORDERS**<br><br>[Assigned to Hon. Douglas F. McCormick, Courtroom 6B]<br><br>State Complaint Filed: March 18, 2022 [Orange County Superior Court Case No. 30-02022-01250695-CU-AT-CXC]<br><br>First Amended Complaint Filed: April 13, 2022<br><br>Notice of Removal Filed: May 13, 2022<br><br>Second Amended Complaint Filed: October 7, 2022 |

70783677

DEFENDANT RICK RANKIN'S STATEMENT IN RESPONSE TO COURT'S ORDERS

## STATEMENT IN RESPONSE TO COURT'S ORDERS

Defendant Rick Rankin ("Rankin") hereby submits this statement in response to the Court's September 16, 2022 and October 21, 2022 Orders. (Dkt. Nos. 94 and 110.)

On September 16, 2022, the Court issued an Order on the Motions to Dismiss Plaintiffs' First Amended Complaint ("FAC") filed by Defendants. (*See* Dkt. No. 94.) The Court's Order addressed only Plaintiffs' Sherman Antitrust Act causes of action. (*See id.* at pg. 9.) Plaintiffs were permitted to file an amended complaint but not add new causes of action or parties, and Defendants could thereafter file Supplemental Motions to Dismiss addressing the antitrust claims. (*See id.*)

The Court thereafter granted Defendants' *ex parte* application to extend the time to respond to Plaintiffs' Second Amended Complaint ("SAC"). (*See* Dkt. No. 110.) The Court ordered Defendants to file their Supplemental Motions to Dismiss as to Plaintiffs' antitrust claims by November 21, 2022. (*See id.* at 2:6-8.)

Plaintiffs have not alleged antitrust claims against Rankin. Because Plaintiffs' claims against Rankin are pending and unresolved, and because the Court has only permitted Supplemental Motions to Dismiss Plaintiffs' antitrust claims, Rankin is not filing a Supplemental Motion to Dismiss.

DATED: November 21, 2022   Respectfully submitted,

JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL A. GOLD
JUSTIN ANDERSON

By: ___/s/ Michael A. Gold___
MICHAEL A. GOLD
Attorneys for Defendant Rick Rankin