# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC., a Delaware corporation; KEVAN SCHWITZER, an individual; RICK RANKIN, an individual; and DOES 4 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:22-cv-00983-DOC-DFM<br><br>**[PROPOSED] ORDER GRANTING TYLER TECHNOLOGIES, INC.'S SUPPLEMENTAL MOTION TO DISMISS SHERMAN ACT CLAIM IN SECOND AMENDED COMPLAINT**<br><br>[Assigned to Hon. Douglas F. McCormick, Courtroom 6B]<br><br>State Complaint Filed:  March 18, 2022<br>[Orange County Superior Court Case No. 30-02022-01250695-CU-AT-CXC]<br><br>First Amended Complaint Filed:　April 13, 2022<br><br>Notice of Removal Filed:　May 13, 2022<br><br>Second Amended Complaint Filed:　October 7, 2022<br><br>Hearing Date:　TBD |

[PROPOSED] ORDER

Having considered the Defendant Tyler Technologies, Inc. ("Tyler") Supplemental Motion to Dismiss the Sherman Act Section 1 claim in Plaintiffs' Second Amended Complaint pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6) (the "Motion") and all other matters presented to the Court thereon, and good cause appearing, the Court finds Plaintiffs Sherman Act Section 1 claim against Tyler fails as a matter of law and GRANTS Tyler's Motion in its entirety.

**IT IS HEREBY ORDERED THAT:**

The Fourth Cause of Action in Plaintiffs' Second Amended Complaint against Defendant Tyler Technologies, Inc. is dismissed with prejudice.

Dated: _____

_____
Hon. Douglass F. McCormick
U.S. Magistrate Judge