1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  3 Embarcadero Center
   20th Floor
3  San Francisco, CA  94111
   Telephone:  (415) 693-2000
4  Facsimile:  (415) 693-2222

5  TIANA DEMAS (*pro hac vice*) (tdemas@cooley.com)
   110 N. Wacker Drive, Suite 4200
6  Chicago, IL  60606
   Telephone:  (312) 881-6500
7  Facsimile:  (312) 881-6598

8  BARRETT J. ANDERSON (318539) (banderson@cooley.com)
   WALTER WAIDELICH (300798) (cwaidelich@cooley.com)
9  4401 Eastgate Mall
   San Diego, CA 92121
10 Telephone:  (858) 550-6000
   Facsimile:  (858) 550-6420

11
   GREGORY MERCHANT (341287) (gmerchant@cooley.com)
12 3175 Hanover Street
   Palo Alto, CA 94304
13 Telephone:  (650) 843-5000
   Facsimile:  (650) 849-7400
14

15 *Attorneys for Defendant*
   THE STATE BAR OF CALIFORNIA
16
   *Counsel continued on following page*
17
                UNITED STATES DISTRICT COURT
18
        CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION
19

20
   JOHN ROE 1, an individual; JANE          Case No. 8-22-CV-00983-DFM
21 ROE 1, an individual; JANE ROE 2 an
   individual; JANE ROE 3, an individual,   **THE STATE BAR OF CALIFORNIA'S**
22 JOHN ROE 2, on behalf of themselves      **NOTICE OF SUPPLEMENTAL MOTION**
   and all others similarly situated,       **AND MOTION TO DISMISS**
23                                          **PLAINTIFFS' SECOND AMENDED**
               Plaintiffs,                  **COMPLAINT**
24        v.
                                            Courtroom:  6B
25 THE STATE BAR OF CALIFORNIA;             Judge:      Hon. Douglas F. McCormick
   TYLER TECHNOLOGIES, INC.;                Date:       [The Clerk of Court will
26 RICK RANKIN; and DOES 4 through          Time:        reach out to set a hearing
   10, inclusive,                                        date, (Dkt. 110)]
27
               Defendants.
28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

                                            **THE CA STATE BAR'S NOTICE OF SUPP.**
                                            **MOTION AND MOTION TO DISMISS SAC**
                                            **CASE NO. 8-22-CV-00983-DFM**

1  OFFICE OF GENERAL COUNSEL
   THE STATE BAR OF CALIFORNIA
2  ELLIN DAVTYAN (238609) (ellin.davtyan@calbar.ca.gov)
   General Counsel
3  ROBERT G. RETANA (148677) (robert.retana@calbar.ca.gov)
   Deputy General Counsel
4  SUZANNE C. GRANDT (304794) (suzanne.grandt@calbar.ca.gov)
   Assistant General Counsel
5  180 Howard Street
   San Francisco, CA 94105-1639
6  Telephone:   (415) 538-2388
   Facsimile:   (415) 538-2517
7

8  *Attorneys for Defendant*
   THE STATE BAR OF CALIFORNIA
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on a date and time to be set by the Clerk of Court, (Dkt. 110), defendant The State Bar of California will and hereby does move for the Court, pursuant to Rule 8 and Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the claims brought under Sections 1 and 2 of the Sherman Antitrust Act in the Second Amended Complaint ("SAC") with prejudice.  The State Bar's Motion is principally based on the grounds that: (1) the SAC does not provide the State Bar adequate notice of the antitrust claims asserted against it in violation of Rule 8;  (2) the State bar is immune from antitrust liability under *Parker v. Brown*, 317 U.S. 341, 350 (1943); and (3) the SAC fails to sufficiently allege the essential elements of a claim under Sections 1 or 2 of the Sherman Antitrust Act in violation of Rule 12(b)(6).

This Motion is made pursuant to the Court's order on the State Bar's first motion to dismiss, (Dkt. 94 at 9), and is based on this Notice of Supplemental Motion and Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Tiana Demas, and all attached exhibits, all records and papers on file in this action, and any evidence or oral argument offered at any hearing on this motion.

Pursuant to Local Rule 7-3, this Motion is made following the conference of counsel on the State Bar's motion to dismiss, which took place on May 26, 2022, and additional communications between counsel since then.

Dated:  November 21, 2022

COOLEY LLP

*/s/ Tiana Demas*

Tiana Demas

*Attorneys for Defendant*
THE STATE BAR OF CALIFORNIA

1