COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIANA DEMAS (*pro hac vice*) (tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
WALTER WAIDELICH (300798) (cwaidelich@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

GREGORY MERCHANT (341287) (gmerchant@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant*
THE STATE BAR OF CALIFORNIA

*Counsel continued on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8-22-CV-00983-DFM<br><br>**DECLARATION OF TIANA DEMAS IN SUPPORT OF THE STATE BAR OF CALIFORNIA'S SUPPLEMENTAL MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Courtroom: 6B<br>Judge: Hon. Douglas F. McCormick<br>Date: [The Clerk of Court will<br>Time: reach out to set a hearing date, (Dkt. 110)] |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

DEMAS DECL. ISO THE CA STATE
BAR'S SUPP. MOTION TO DISMISS SAC
CASE NO. 8-22-CV-00983-DFM

OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
ELLIN DAVTYAN (238609) (ellin.davtyan@calbar.ca.gov)
General Counsel
ROBERT G. RETANA (148677) (robert.retana@calbar.ca.gov)
Deputy General Counsel
SUZANNE C. GRANDT (304794) (suzanne.grandt@calbar.ca.gov)
Assistant General Counsel
180 Howard Street
San Francisco, CA 94105-1639
Telephone:  (415) 538-2388
Facsimile:   (415) 538-2517

*Attorneys for Defendant*
THE STATE BAR OF CALIFORNIA

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

DEMAS DECL. ISO THE CA STATE
BAR'S SUPP. MOTION TO DISMISS SAC
CASE NO. 8-22-CV-00983-DFM

I, Tiana Demas, declare as follows:

1. I am an attorney with the law firm of Cooley LLP, which is counsel for The State Bar of California in the above-captioned matter. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of a press release issued by the State Bar, dated February 26, 2022, and titled "State Bar of California Addresses Breach of Confidential Data." This press release was accessed on November 17, 2022, and is publicly available on the State Bar's website at: https://www.calbar.ca.gov/About-Us/News/News-Releases/state-bar-of-california-addresses-breach-of-confidential-data.

3. Attached as **Exhibit B** is a true and correct copy of a webpage issued by the State Bar containing Frequently Asked Questions ("FAQs"), dated February 27, 2022 to August 25, 2022, and titled "Data Breach Updates." This webpage was accessed on November 17, 2022, and is publicly available on the State Bar's website at: https://www.calbar.ca.gov/About-Us/News/Data-Breach-Updates.

4. Attached as **Exhibit C** is a true and correct copy of an article issued by the Whittier Daily News, dated February 28, 2022, and titled "Security glitch enabled website to publish attorney discipline records, State Bar says." All online advertisements have been removed and the article's substance has not been changed. This article was accessed on November 17, 2022, and is publicly available on the Whittier Daily News' website at: https://www.whittierdailynews.com/2022/02/28/security-glitch-enabled-website-to-publish-attorney-discipline-records-state-bar-says/.

5. Attached as **Exhibit D** is a true and correct copy of the agenda and an excerpt of an item from the agenda of the January 7, 2011 meeting of the State Bar's Board of Governors. The agenda item is titled: "Response to State Auditor: Updating Formula for Assessing Costs of Discipline Proceedings." For the Court's

1  convenience, the 13 appendices to the agenda item, which span 85 pages, have been removed, and the agenda item's substance has not been changed. The agenda and agenda item are available to the public upon submitting a public records request pursuant to the process outlined on the State Bar's website at: https://www.calbar.ca.gov/About-Us/Our-Mission/Protecting-the-Public/Public-Records.

6. Attached as **Exhibit E** is a true and correct copy of the minutes from the January 7, 2011 meeting of the State Bar's Board of Governors, and titled "Board of Governors January 7, 2011 Minutes." The minutes are available to the public upon submitting a public records request pursuant to the process outlined on the State Bar's website at: https://www.calbar.ca.gov/About-Us/Our-Mission/Protecting-the-Public/Public-Records.

7. Attached as **Exhibit F** is a true and correct copy of an administrative order issued by the Supreme Court of California, dated September 26, 2017, and titled "State Bar Antitrust Policy." The administrative order was accessed November 18, 2022, and is publicly available on the State Bar's website at: https://www.calbar.ca.gov/Portals/0/documents/antitrust/AntitrustPolicy.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2022, in Chicago, Illinois.


*/s/ Tiana Demas*
Tiana Demas