UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8-22-CV-00983-DFM<br><br>**[PROPOSED] ORDER GRANTING THE STATE BAR OF CALIFORNIA'S SUPPLEMENTAL MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Courtroom: 6B<br>Judge: Hon. Douglas F. McCormick<br>Date: [The Clerk of Court will<br>Time: reach out to set a hearing date, (Dkt. 110)] |

**[PROPOSED] ORDER**
**CASE NO. 8-22-CV-00983 -DFM**

# [PROPOSED] ORDER

Having considered The State Bar of California's Supplemental Motion to Dismiss Plaintiffs' Second Amended Complaint (the "Supplemental Motion"), all other matters presented to the Court, and good cause appearing, the Court finds that Plaintiffs' claims under Sections 1 and 2 of the Sherman Antitrust Act fail as a matter of law and GRANTS the Supplemental Motion in its entirety.

**IT IS HEREBY ORDERED THAT:**

The Fourth and Fifth Causes of Action alleged in Plaintiffs' Second Amended Complaint, (Dkt. 100), are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        HON. DOUGLAS F. MCCORMICK
                                        MAGISTRATE JUDGE