# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SA CV 22-00983-DFM | Date: | January 31, 2023 |
|---|---|---|---|
| Title | John Roe 1. et al. v. The State Bar of California et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Setting Hearing on Supplemental Motions to Dismiss

Defendants Tyler Technologies and State Bar of California have filed supplemental motions to dismiss the federal antitrust claims alleged in Plaintiffs' Second Amended Complaint. See Dkts. 112, 113. The motions are fully briefed. The Court sets the motions for hearing on February 16, 2023, at 10:00 a.m.

The parties should be prepared to discuss whether the Court should exercise supplemental jurisdiction over the state law claims, should the antitrust claims be dismissed. See 28 U.S.C. §§ 1367(c)(1)-(4); Sanford v. Member Works, Inc., 625 F.3d 550, 561 (9th Cir. 2010).