| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)<br>3 Embarcadero Center<br>20th Floor |
| 3 | San Francisco, CA  94111 |
| 4 | Telephone:  (415) 693-2000<br>Facsimile:   (415) 693-2222 |
| 5 | TIANA DEMAS (*pro hac vice*) (tdemas@cooley.com) |
| 6 | 110 N. Wacker Drive, Suite 4200<br>Chicago, IL  60606 |
| 7 | Telephone: (312) 881-6500<br>Facsimile:   (312) 881-6598 |
| 8 | BARRETT J. ANDERSON (318539) (banderson@cooley.com) |
| 9 | WALTER WAIDELICH (300798) (cwaidelich@cooley.com)<br>4401 Eastgate Mall |
| 10 | San Diego, CA 92121<br>Telephone:  (858) 550-6000 |
| 11 | Facsimile:   (858) 550-6420 |
| 12 | GREGORY MERCHANT (341287) (gmerchant@cooley.com)<br>3175 Hanover Street |
| 13 | Palo Alto, CA 94304<br>Telephone:  (650) 843-5000 |
| 14 | Facsimile:   (650) 849-7400 |
| 15 | *Attorneys for Defendant*<br>THE STATE BAR OF CALIFORNIA |
| 16 | *Additional counsel on next page* |

17  UNITED STATES DISTRICT COURT

18  CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | | |
|---|---|---|
| 20 | JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated, | Case No. 8:22-cv-00983-DFM |
| 21 | | **JOINT STIPULATION REGARDING THE HEARING DATE FOR DEFENDANTS' SUPPLEMENTAL MOTIONS TO DISMISS** |
| 23 | Plaintiffs, | Courtroom: 6B<br>Judge:    Hon. Douglas F. McCormick<br>Date:     February 16, 2022<br>Time:     10:00 a.m. |
| 24 | v. | |
| 25 | THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive, | |
| 28 | Defendants. | |

| | |
|---|---|
| 1 | OFFICE OF GENERAL COUNSEL<br>THE STATE BAR OF CALIFORNIA |
| 2 | ELLIN DAVTYAN (238609) (ellin.davtyan@calbar.ca.gov)<br>General Counsel |
| 3 | ROBERT G. RETANA (148677) (robert.retana@calbar.ca.gov)<br>Deputy General Counsel |
| 4 | SUZANNE C. GRANDT (304794) (suzanne.grandt@calbar.ca.gov)<br>Assistant General Counsel |
| 5 | 180 Howard Street<br>San Francisco, CA 94105-1639 |
| 6 | Telephone:  (415) 538-2388<br>Facsimile:   (415) 538-2517 |
| 7 | |
| 8 | *Attorneys for Defendant*<br>THE STATE BAR OF CALIFORNIA |
| 9 | |
| 10 | K&L GATES LLP<br>BETH W. PETRONIO (*pro hac vice*) (beth.petronio@klgates.com) |
| 11 | 1717 Main Street, Suite 2800<br>Dallas, TX 75201 |
| 12 | Telephone:  (214) 939-5815<br>Facsimile:   (214) 939-5849 |
| 13 | CHRISTINA N. GOODRICH (261722) (christina.goodrich@klgates.com) |
| 14 | ZACHARY T. TIMM (316564) (zach.timm@klgates.com)<br>10100 Santa Monica Boulevard |
| 15 | Eighth Floor<br>Los Angeles, California 90067 |
| 16 | Telephone:  (310) 552-5000<br>Facsimile:   (310) 552-5001 |
| 17 | *Attorneys for Defendant* |
| 18 | TYLER TECHNOLOGIES, INC. |
| 19 | LAW OFFICES OF LENORE ALBERT |
| 20 | LENORE L. ALBERT (210876) (lenalbert@InteractiveCounsel.com)<br>1968 S. Coast Hwy #3960 |
| 21 | Laguna Beach, CA 92651<br>Telephone:  (424)365-0741 |
| 22 | *Attorneys for Plaintiffs and Putative Class* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**PLEASE TAKE NOTICE** that, pursuant to the Court's procedures for requesting a new hearing date, Plaintiffs and Defendants the State Bar of California, and Tyler Technologies, Inc., (together, the "Parties"), by and through their respective counsel, hereby jointly agree and stipulate as follows:

**WHEREAS**, on January 31, 2023, the Court set the hearing on the Supplemental Motions to Dismiss the Sherman Act Claims in the Second Amended Complaint (the "Motions") filed by the State Bar and Tyler Technologies, Inc. ("Tyler") for February 16, 2023 at 10:00 a.m. (Dkt. 120);

**WHEREAS**, on February 2, 2023, counsel for the State Bar emailed counsel for Plaintiffs and Tyler to notify them of a possible conflict and request their availability for a mutually agreeable alternative hearing date that aligns with the Court's ordinary law-and-motion practice hearing schedule;

**WHEREAS**, counsel for the Parties have each confirmed that they are available for a hearing on March 7, 2023 at 10:00 a.m.;

**NOW, THEREFORE**, the Parties jointly agree and stipulate that the Court should reset hearing date for the Motions for March 7, 2023, at 10:00 a.m.

| | | |
|---|---|---|
| 1 | Dated: February 7, 2022 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Tiana Demas* |
| 4 | | Tiana Demas |
| 5 | | *Attorneys for Defendant*<br>THE STATE BAR OF CALIFORNIA |
| 6 | | *The filer, Tiana Demas, attests that the other signatories listed, on whose behalf the filing also is submitted, concur in the filing's content and have authorized the filing.* |
| 7 | | |
| 8 | | |
| 9 | Dated: February 7, 2022 | K&L GATES |
| 10 | | |
| 11 | | */s/ Beth W. Petronio* |
| 12 | | Beth W. Petronio |
| 13 | | *Attorneys for Defendant*<br>TYLER TECHNOLOGIES, INC. |
| 14 | | |
| 15 | Dated: February 7, 2022 | LAW OFFICES OF LENORE ALBERT |
| 16 | | *Lenore Albert* |
| 17 | | Lenore L. Albert |
| 18 | | *Attorney for Plaintiffs and Putative Class* |