UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br>   v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>  Defendants. | Case No. 8:22-cv-00983-DFM<br><br>**[Proposed] Order Regarding the Hearing Date for Defendants' Supplemental Motions to Dismiss**<br><br>Courtroom: 6B<br>Judge: Hon. Douglas F. McCormick<br>Date: February 16, 2022<br>Time: 10:00 a.m. |

# [PROPOSED] ORDER

The Court, having reviewed the joint stipulation filed by Plaintiffs and Defendants the State Bar of California and Tyler Technologies, Inc. ("Tyler"), now ORDERS as follows:

The Court resets the hearing on the supplemental motions to dismiss the federal antitrust claims in Plaintiffs' Second Amended Complaint, filed by the State Bar and Tyler, (*see* Dkts. 112, 113), for **March 7, 2023** at **10:00 a.m.**

**IT IS SO ORDERED.**

IT IS FURTHER ORDERED that the Clerk of Court shall serve copies of this Order on counsel for the parties for this matter.

Dated: _____     _____
                                   HON. DOUGLAS F. MCCORMICK
                                   U.S. MAGISTRATE JUDGE