UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 8:22-cv-00983-DFM<br><br>**ORDER REGARDING THE HEARING DATE FOR DEFENDANTS' SUPPLEMENTAL MOTIONS TO DISMISS**<br>Courtroom:　6B<br>Judge:　　　Hon. Douglas F. McCormick<br>Date:　　　　February 16, 2022<br>Time:　　　　10:00 a.m. |

# **ORDER**

The Court, having reviewed the joint stipulation filed by Plaintiffs and Defendants the State Bar of California and Tyler Technologies, Inc. ("Tyler"), now ORDERS as follows:

    The Court resets the hearing on the supplemental motions to dismiss the federal antitrust claims in Plaintiffs' Second Amended Complaint, filed by the State Bar and Tyler, (*see* Dkts. 112, 113), for **March 7, 2023,** at **10:00 a.m.**

    **IT IS SO ORDERED.**

    IT IS FURTHER ORDERED that the Clerk of Court shall serve copies of this Order on counsel for the parties for this matter.

Dated: February 7, 2023

                                  HON. DOUGLAS F. MCCORMICK
                                  U.S. MAGISTRATE JUDGE