# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:22-cv-00983 DFM | Date: March 7, 2023 |
| Title   John Roe 1, et al. v. The State Bar of California, et al. | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | CS 03/07/2023 |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Lenore Albert | Barrett Anderson<br>Greg Merchant (by phone)<br>Suzanne Grandt (by phone)<br>Beth Petronio<br>Justin Anderson (by phone) |
| **Proceedings:** | Hearing on Supplemental Motions to Dismiss [112] [113] |

Case called and counsel make their appearances. Counsel argue motions. Court takes matters under submission.

: 50

Initials of Clerk:  nb