Lenore L. Albert, Esq. SBN 210876
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, Jane Roe 1,
Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of*
 *themselves and all others similarly situated*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; KEVAN SCHWITZER; RICK RANKIN; and DOES 4 through 10, inclusive,<br>Defendants. | CASE NO. 22-cv-00983-DFM<br><br>Assigned to the Hon. Douglas F. McCormick Crtm. 6B<br>Complaint filed: 03-18-2022<br><br>**PLAINTIFFS' SUPPLEMENTAL BRIEF ON SUPPLEMENTAL JURISDICTION** |

1

**PLAINTIFFS' SUPPLEMENTAL BRIEF ON SUPPLEMENTAL JURISDICTION**

*Roe v The State Bar of California, et al.*            22-cv-00983-DFM

# MEMORANDUM OF POINTS & AUTHORITIES

## I.  FACTS

On March 18, 2022 plaintiff filed this action in state court.

Defendants then removed the action to federal court.

On March 17, 2023 this Court denied plaintiff's motion for protective order (Roe anonymity) asserting that plaintiffs would need to amend their complaint with the actual names of the plaintiffs. (Doc. 127).

Thereafter, on April 3, 2023 this Court dismissed the federal claims with prejudice. (Doc. 130).

Since the bases for removal was federal question, this Court invited briefing on supplemental jurisdiction. (Doc. 131).

Plaintiff contends that the Court's order of April 3, 2023 now makes its Order of March 17, 2023 void or voidable and should be vacated as a result.

## II.  LEGAL ARGUMENT

"[A] court's exercise of supplemental jurisdiction over remaining state law claims is discretionary." *Horne v. Wells Fargo Bank, N.A.,* 969 F.Supp.2d 1203, 1209-10 (CD. Cal. 2013).

The district courts may decline to exercise supplemental jurisdiction over a claim under subsection (a) if —

(1) the claim raises a novel or complex issue of State law,

(2) the claim substantially predominates over the claim or claims over which the district court has original jurisdiction,

(3) the district court has dismissed all claims over which it has original jurisdiction, or

(4) in exceptional circumstances, there are other compelling reasons for declining jurisdiction.

*Acri v. Varian Associates, Inc.* (9th Cir. 1997) 114 F.3d 999, 1000 fn. 2

2

**PLAINTIFFS' SUPPLEMENTAL BRIEF ON SUPPLEMENTAL JURISDICTION**

*Roe v The State Bar of California, et al.*          22-cv-00983-DFM

Here, the district court has dismissed all claims over which it has original jurisdiction making remand appropriate because the defendants removed it from state court.

There are a few benefits to plaintiffs by keeping the case in federal court like: (1) federal judges do not have to worry that their decisions could be reviewed by the California Supreme Court like the state court judges; and (2) an appeal, if any, based on the determination to dismiss the antitrust claims, would be heard by the Ninth Circuit Court of Appeals when considering the federal claims.

But there are several benefits to the plaintiffs by remanding, too: (1) Plaintiffs chose the state court as the forum; and (2) Plaintiffs were waiting for the defendants to respond to written discovery when the defendants removed this action to federal court. Remand gives plaintiffs the advantage of obtaining discovery that they have been waiting a long time for.

In sum, the Plaintiffs, are fine with either forum as they each have their advantages.

Plaintiffs' true dog in this race is that the order on March 17, 2023 be vacated if the Court remands because the plaintiff will be out of time to appeal here and that order would necessarily be void.

Thus, if the Court is inclined to remand the case back to state court where plaintiffs initially filed it, and if it does so, the court should also vacate its ruling on the protective order to allow the state court to determine whether the Doe plaintiffs can proceed anonymously and whether they must amend the pleading. (See, *Albingia Versicherungs A.G. v. Schenker Intl* (9th Cir. 2003) 344 F.3d 931, 938-39.)

> "It is well settled that a judgment is void " *if the court that considered it lacked jurisdiction of the subject matter,* or if the parties or if [the court] acted in a manner inconsistent with due process of law.""

3
**PLAINTIFFS' SUPPLEMENTAL BRIEF ON SUPPLEMENTAL JURISDICTION**

*Roe v The State Bar of California, et al.*                22-cv-00983-DFM

*Watts v. Pinckney* (9th Cir. 1985) 752 F.2d 406, 409

Now that the Court lacks subject matter jurisdiction, it should void its Order denying the plaintiffs ability to proceed anonymously/ordering them to amend with their actual names upon remand. (Doc. 127) It should do so without requiring plaintiff to file a motion to reconsider the prior order under Rule 60 on the grounds it has invited briefing on whether it should retain supplemental jurisdiction on April 3, 2023.

### III.   CONCLUSION

Wherefore plaintiff respectfully requests this Court **vacate** the March 17, 2023 Order (Doc. 127) if and/or when it **remands the case back** to state court. It should not dismiss it.

Dated:  April 13, 2023         Respectfully Submitted,
                               LAW OFFICES OF LENORE ALBERT
                               /s/ Lenore Albert
                               LENORE L. ALBERT, ESQ.
                               Attorney for Plaintiffs, John Roe 1, Jane Roe 1, Jane Roe 2, Jane Roe 3, and John Roe 2, *on behalf of themselves and all others similarly situated*

`

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S. Coast Hwy #3960, Laguna Beach, CA 92651. On April 13, 2023, I served a copy of the following document(s) described as:

**PLAINTIFFS' SUPPLEMENTAL BRIEF ON SUPPLEMENTAL JURISDICTION**

On the interested parties in this action as follows:

[x] **BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth. (Per Covid-19 Order)

[] **BY MAIL**– I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Huntington Beach, California, to the aforementioned addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: April 13, 2023

                                             /s/Lenore Albert
                                             Lenore Albert

**PLAINTIFFS' SUPPLEMENTAL BRIEF ON SUPPLEMENTAL JURISDICTION**

*Roe v The State Bar of California, et al.*                22-cv-00983-DFM

# SERVICE LIST

**For Defendants State Bar of California**

COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
TIANA DEMAS (*pro hac vice*) (tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
BARRETT J. ANDERSON (318539) (banderson@cooley.com)
WALTER WAIDELICH (300798) (cwaidelich@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
GREGORY MERCHANT (341287) (gmerchant@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400


 VANESSA L. HOLTON (111613)
General Counsel
ROBERT G. RETANA (148677) Deputy General Counsel
SUZANNE C. GRANDT (304794)
Assistant General Counsel
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639 Telephone: 415-538-2388; Facsimile: 415-538-2517
Email: suzanne.grandt@calbar.ca.gov

**PLAINTIFFS' SUPPLEMENTAL BRIEF ON SUPPLEMENTAL JURISDICTION**

*Roe v The State Bar of California, et al.*          22-cv-00983-DFM

**For Defendant Rick Rankin**
JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

**For Defendant Tyler Technologies, Inc.**
Christina N. Goodrich (SBN 261722) christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard Seventh Floor Los Angeles, California 90067
Telephone: 310.552.5000 Facsimile: 310.552.5001

Beth W. Petronio, admitted *pro hac vice*
beth.petronio@klgates.com
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5815
Facsimile: (214) 939-5849

### ECF LIST:

Barrett J. Anderson     banderson@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, mdejesus@cooley.com

Beth W. Petronio     beth.petronio@klgates.com

7

**PLAINTIFFS' SUPPLEMENTAL BRIEF ON SUPPLEMENTAL JURISDICTION**

*Roe v The State Bar of California, et al.*          22-cv-00983-DFM

Christina N. Goodrich    christina.goodrich@klgates.com, klgateseservice@klgates.com

David Belcher    david.belcher@faegredrinker.com, docketgeneral@faegredrinker.com, shanta.teekah@faegredrinker.com

Gregory John Merchant    gmerchant@cooley.com

Justin Alexander Anderson    janderson@jmbm.com, learly@jmbm.com, mastercalendar@jmbm.com

Lenore L Albert    lenalbert@interactivecounsel.com, docket@interactivecounsel.com, lenorealbert@msn.com

Michael Allan Gold    mgold@jmbm.com, cl7@jmbm.com, mastercalendar@jmbm.com, MGold@jmbm.com

Michael G Rhodes    rhodesmg@cooley.com, efiling-notice@ecf.pacerpro.com, eFilingNotice@cooley.com, john-brocales-7263@ecf.pacerpro.com, mrhodes@cooley.com, smartinez@cooley.com

Peter William Baldwin    peter.baldwin@faegredrinker.com, peter.baldwin@usdoj.gov, USACAC.criminal@usdoj.gov

Robert G Retana    robert.retana@calbar.ca.gov, joan.randolph@calbar.ca.gov

Suzanne Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov

Tiana A. Demas    tdemas@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Vanessa L Holton    vanessa.holton@calbar.ca.gov

Walter Waidelich    cwaidelich@cooley.com, kjones@cooley.com

Zachary Thomas Timm    zach.timm@klgates.com, klgateseservice@klgates.com

**8**

**PLAINTIFFS' SUPPLEMENTAL BRIEF ON SUPPLEMENTAL JURISDICTION**

*Roe v The State Bar of California, et al.*          22-cv-00983-DFM