# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  SA CV 22-00983-DFM | Date: May 3, 2023 |
| Title  John Roe 1 et al. v. The State Bar of California et al. | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Remanding Case

On May 1, 2023, the Court exercised its discretion to decline supplemental jurisdiction over the state-law claims and closed this case. See Dkt. 134. Plaintiffs have informed the Court that the state court suspended the case after removal and thus wish for an order of remand rather than dismissal.

The dismissal order is VACATED. The Clerk of Court is directed to REMAND this case to Orange County Superior Court and CLOSE this case.