

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

May 4, 2023

  Orange County Superior Court
  751 Civic Center Drive West
  Santa Ana, CA 92701

Re:  Case Number:     8:22−cv−00983−DFM
      Previously Superior Court Case No.     30−2022−01250695−CU−AT−CXC
      Case Name:     John Roe 1 et al v. The State Bar of California et al

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on     May 3, 2023    , the above−referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ *Evelyn Synagogue*
    Deputy Clerk
    Evelyn_Synagogue@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____                By: _____
Date                                                                Deputy Clerk