

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

May 4, 2023

Orange County Superior Court
751 Civic Center Drive West
Santa Ana, CA 92701

Re: Case Number: ___8:22-cv-00983-DFM___
Previously Superior Court Case No. ___30-2022-01250695-CU-AT-CXC___
Case Name: ___John Roe 1 et al v. The State Bar of California et al___

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on ___May 3, 2023___, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012



Respectfully,

Clerk, U.S. District Court

By: ___/s/ Evelyn Synagogue___
Deputy Clerk
Evelyn_Synagogue@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: [signature]
Deputy Clerk

5-24-2023
Date

G-17 (01/23)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT