Lenore L. Albert *Suspended Cal State Bar 03-14-2024*
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, John Roe 3, Jane Roe 2, Chad Pratt, and NZ *on behalf of themselves and all others similarly situated.*
**<u>IN FEDERAL COURT ONLY</u>**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JOHN ROE 3, an individual; JANE ROE 2 an individual; CHAD PRATT, an individual, NZ, *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br>　　　　　　　　Defendants. | CASE NO. 22-cv-00983-DFM<br><br>Assigned to the Hon. Douglas F. McCormick<br>Complaint filed: 03-18-2022<br><br>**DECLARATION OF LENORE ALBERT**<br>Hearing Date: TBD<br>Time: On the papers<br>Crtm: 6B – Sixth Floor |

**TO THE COURT, THE PARTIES AND ALL ATTORNEYS OF RECORD:**

I, Lenore Albert was plaintiff's counsel in the case of John Roe v State Bar of California, Orange County Case Number 30-2022-01250695-CU-AT-CXC until I was abruptly suspended by the California State Bar on 03-14-2024.

1. If called as a witness I could competently testify to the following of my own personal knowledge.

1

**DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*　　　　　　　22-cv-00983

2. I am currently a member of the Central District of California and my membership is active.

3. I lasted checked my membership status on the Court's website today.

4. I am currently a member of the Eastern District of California, State Bar of Michigan and U.S. Supreme Court.

5. I last checked my membership status in those courts online today (except for U.S. Supreme Court – cannot find online membership status).

6. Judge Philip Gutierrez has issued an OSC on 3-14-2024 upon my request. That is pending.

7. Judge Kimberly Mueller has issued an OSC on 3-20-2024 upon my request. That is also pending.

8. No other OSCs that I have requested has happened yet.

9. The Ninth Circuit has provided a scheduling Order on my request for an injunction pending appeal in the case of Albert v Gonzalez. Although I did make a request on clarification noting this case, I need the relief from this Court because this case is not squarely before the Ninth. It is the case of Roxanne Gonzalez violating my constitutional rights when she automatically suspended my right to practice law based on the State Bar's website without any due process.

10. That is what the State Bar relied on when proceeding with the discipline that resulted in this recommendation for disbarment and interim suspension.

11. I know my membership in this Court is still active and I have that right under the Constitution to due process, but I am proceeding cautiously, nevertheless in all federal courts under an abundance of caution.

12. I am proceeding quickly and cautiously.

13. On March 11, 2024 at 5:00PM (precisely 4:24PM according to my email) I received an email from the California State Bar Review Department with an Opinion recommending disbarment with an Order of Interim Suspension beginning on 3-14-2024. (RJN)

14. The Prior State Bar recommendation I received on 4-03-2023 did not include interim suspension or disbarment. (RJN).

15. The plaintiffs are stuck in a State Court action against the State Bar wherein the timing of everything that has happened (or not happened in that case appears to be retaliatory against the attorneys).

16. Plaintiff Chad Pratt is the only plaintiff that can file a dismissal without being compelled to disclose all names of the plaintiffs.

17. The same day I received the Opinion from the State Bar Review Department, I was also served with Defendants demurrer to all causes of action, including

3

**DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*    22-cv-00983

those previously overruled and to dismiss the motion to certify the class – leaving the plaintiffs and putative class exposed (3-11-2024).

18. On 3-20-2024 after giving notice to opposing counsel the Court dismissed the motion to certify the class and continued the CMC date to June 2024. (RJN).

19. I have obtained further information – evidence – since this case was dismissed supporting the plaintiffs' causes of action.

20. Other evidence has been obstructed on the purported grounds that defendants refused to sign the protective order and then because the suspension issued would not give it to me before the suspension issued as agreed.

21. Nevertheless, I have the evidence with no other courthouse to go to.

22. It appears that counsel for the defendants and the State Bar are using the power of the State Bar to shape events in Court. Snapshot of questionable events include:

- **3-01-2024**  Counsel on Data Breach case in State Court confirm Defendants requested extension of time to demurrer to the Fourth Amended complaint to 3-11-2024.
- **3-01-2024** Counsel on Data Breach case in State Court confirm all Defendants will get their documents to plaintiff's counsel by 3-08-2024.
- Suzanne Grandt, office of general counsel at State Bar, out of office until 3-06-2024
- **3-08-2024** Chris Weber attorney for State Bar says they need more time to get documents to plaintiffs' counsel. Plaintiffs' counsel responds - get them to me by end of day on 3-12-2024. The rest of the Defendants produce their documents by 3-08-2024.

4

**DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*   22-cv-00983

- **3-11-2024, 4:24PM** I receive and email from the State Bar Review Department that they are not recommending suspension any longer, but now flipped it into a disbarment with interim suspension to start on 3-14-2024.
- **3-11-2024** All defendants filed their demurrers.
- **3-12-2024** plaintiff's counsel requests the documents. State Bar does not reply and does not produce any documents.
- **3-14-2024** Plaintiffs' Counsel was abruptly suspended to practice law in state court.
- **3-15-2024** State Bar and co-defendants file statement with the State Court to dismiss the Class Certification motion.
- **3-19-2024** plaintiff's counsel filed a tort claim against the State Bar and a status report with the State Bar noting the above timeline.
- **3-19-2024** Chris Weber, attorney for the State Bar sends an email – would not produce documents based on the upcoming suspension (that plaintiff's counsel did not know about).
- **3-20-2024** Orange County Superior Court Order Striking the Motion for Class Certification.

*This happened within 11 minutes last year, too *

- **04-03-2023, 4:10PM:** Federal Court Order filed Dismissing the State Bar Data Breach Claims.
- **04-03-2023, 4:15PM:** Federal Court Minutes filed re: Dismissal of Federal Claims of the State Bar Data Breach case.
- **04-03-2023, 4:21PM:** State Bar issues Recommendation to Suspend Albert for 18 months on purported UPL in Federal Court. (Note the disciplinary proceeding was not filed until after this lawsuit was filed.).

23. Attached hereto and fully incorporated herein as **Exhibit 1** is an email exchange between opposing counsel and myself dated March 1, 2024 wherein it is agreed that defendants, including the State Bar will produce discovery on 3-8-2024 and have an extension to 3-11-2024 to file their demurrers.

5

**DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*　　　　　　22-cv-00983

24. Attached hereto and fully incorporated herein as **Exhibit 2** is an email exchange between opposing counsel for the State Bar and myself dated March 8, 2024 wherein it is agreed that defendants, State Bar will have until March 12, 2024 to produce their discovery documents on the pretense that the State Bar needs more time to review the package.
25. The State Bar never produced their documents.
26. Instead, on March 11, 2024 they demurred to all causes of action, even those that were overruled and issued an Interim Suspension against me.
27. Every person that I have asked whether this timeline looked suspicious or coincidental has each replied to me that it looked like it was coordinated by the State Bar.
28. In response to the news of the impending interim suspension, I filed an emergency motion with the Ninth Circuit and notices with all courts in the case of Albert v Gonzalez.
29. The Interim Suspension and Opinion of 3-11-2024 is based on practice of law in a federal court that did not sanction, admonish, or suspend me.
30. It was an act performed on or about March 1, 2021 by an Operations Supervisor without a Judge advising her to do so. The issue is before the Ninth Circuit.
31. The State Bar also asserted that it was UPL for me to put my State Bar number next to my name on the caption. As such, I have removed my State Bar number next to my name in these papers.
32. My disagreement with the State Bar is not an attempt to obfuscate the disbarment or suspension that is looming over my law license in the State of California. It is merely my recognition that my Constitutional right to practice in federal court is not automatically taken away by a state bar court suspension.
33. On 3-20-2024 I gave notice to the Court and opposing counsel that this relief would be sought. I did not receive a response to my email and presume that the

defendants will oppose this application. Attached hereto and fully incorporated herein as **Exhibit 3** is a true and correct copy of the email I sent.

34. Thus far I have received two types of reactions from attorneys in this case.
35. One attorney, Alison Berry Wilkinson, appears to be cheering on the State Bar and the suspension. She is of the mind that suspension in federal court is automatic.
36. I know this because she has sent me an email stating as much.
37. Every single other attorney that has responded to the news of my interim suspension is horrified by the State Bar's actions and fearful of the State Bar knowing their identity.
38. State Bar members should not have to fear their own organization.
39. Now that the Review Department issued recommendation of disbarment with interim suspension, it has become impracticable to find an attorney who is a member of the California State Bar to act as class counsel.
40. This is causing the plaintiffs and class irreparable harm.
41. When I asked a handful of putative members of the class whether they preferred I find a way to stay on the case as class counsel in federal court, I received a response in the affirmative.
42. The response from the Complainants (nonattorneys) in the putative class has been equally horrified and one of verifiable mistrust in the State Bar's actions.
43. There is no money damage that could adequately address the harm that the Defendants are causing the plaintiffs, putative class members and appearance of integrity in the judicial system.
44. The plaintiffs and members of the putative class were not given much time to get declarations back to me. I am filing those that have been returned.
45. I declare under penalty of perjury of the law of the United States that the foregoing is true and correct to the best of my knowledge. Executed this day in Coldwater, Michigan.

7

**DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*　　　　　　22-cv-00983

Dated: March 20, 2024

Respectfully Submitted,
/s/ Lenore Albert
LENORE L. ALBERT, ESQ.
Attorney for Plaintiffs, John Roe 1, John Roe 3, Jane Roe 2, Chad Pratt, and NZ *on behalf of themselves and all others similarly situated. ** In Federal Court ONLY –* **Suspended by California State Bar 03-14-2024 \*\***

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S Coast Hwy #3960, Laguna Beach, CA 92651. On March 20, 2024, I served a copy of the following document(s) described as:

**DECLARATION OF LENORE ALBERT**

On the interested parties in this action as follows:

SEE ELECTRONIC SERVICE LIST ATTACHED

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth per CCP 1010.6.

**[] BY MAIL**– I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Santa Ana, California, to the aforementioned addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: March 20, 2024

                                        /s/ James Ocon
                                        James Ocon

# ELECTRONIC SERVICE LIST

**For Defendants State Bar of California**
David M. Liu
**FREEMAN MATHIS & GARY, LLP**
3030 Old Ranch Parkway | Suite 200 | Seal Beach, CA 90740-2713
D: 562-245-8405 | C: 562-682-8062
David.Liu@fmglaw.com

ROBERT G. RETANA (148677) Deputy General Counsel
SUZANNE C. GRANDT (304794)
Assistant General Counsel
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639 Telephone: 415-538-2388; Facsimile: 415-538-2517
Email: suzanne.grandt@calbar.ca.gov

**For Defendant Rick Rankin**
**JEFFER MANGELS BUTLER & MITCHELL LLP**
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor.
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

**For Defendant Tyler Technologies, Inc.**
**K&L GATES LLP**
Beth Petronio
Christina N. Goodrich (SBN 261722) christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564) zach.timm@klgates.com
10100 Santa Monica Boulevard Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000 Facsimile: 310.552.5001

**DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*                22-cv-00983