## Notice Ex Parte Matter John Roe v State Bar of California 22-cv-00983-DFM

From: lenore albert (lenalbert@interactivecounsel.com)

To: nancy_boehme@cacd.uscourts.gov; david.liu@fmglaw.com; christopher.weber@fmglaw.com; beth.petronio@klgates.com; mgold@jmbm.com

Date: Wednesday, March 20, 2024 at 11:41 AM PDT

Dear Ms. Boehme,

Let the Court and opposing counsel be advised that the plaintiffs in the closed case of Roe v State Bar of California 22-cv-00983-DFM will be applying ex parte for an order to reopen the case and vacate the dismissal and remand on the grounds that the defendant State Bar filed an Order on 3-11-2024 ordering plaintiff's counsel's license suspended on 3-14-2024. As a result, they have cut off the case proceeding with counsel of choice in state court.

Furthermore, the Chief Judge has been notified of this fact and the OSC has been issued keeping plaintiff's counsel's membership active to proceed in federal court with 30 days to respond. Finally, the Ninth Circuit has issued a briefing schedule as to plaintiff's counsel motion for injunctive relief pending appeal regarding the underlying circumstances in the Eastern District that the State Bar used to justify its actions.

Relief being sought is reopening the case, vacating the order of dismissal and order of remand, and taking back jurisdiction. The court has diversity jurisdiction under CAFA.

The papers are being drafted and hopefully filed by the end of today.

Sincerely,

Lenore Albert