| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>Civil Complex Center<br>751 W. Santa Ana Blvd<br>Santa Ana, CA 92701 ||
|---|---|
| **SHORT TITLE:** Roe 1 vs. The State Bar of California ||
| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE** | **CASE NUMBER:**<br>**30-2022-01250695-CU-AT-CXC** |

I certify that I am not a party to this cause. I certify that that the following document(s), Minute Order dated 03/20/24, was transmitted electronically by an Orange County Superior Court email server on March 20, 2024, at 2:56:32 PM PDT. The business mailing address is Orange County Superior Court, 700 Civic Center Dr. W, Santa Ana, California 92701. Pursuant to Code of Civil Procedure section 1013b, I electronically served the document(s) on the persons identified at the email addresses listed below:

FREEMAN, MATHIS & GARY, LLP
DAVID.LIU@FMGLAW.COM

JEFFER MANGELS BUTLER & MITCHELL LLP
JANDERSON@JMBM.COM

JEFFER MANGELS BUTLER & MITCHELL LLP
MGOLD@JMBM.COM

K&L GATES, LLP
BETH.PETRONIO@KLGATES.COM

K&L GATES, LLP
CHRISTINA.GOODRICH@KLGATES.COM

K&L GATES, LLP
ZACH.TIMM@KLGATES.COM

LAW OFFICES OF LENORE ALBERT
LENALBERT@INTERACTIVECOUNSEL.COM

OFFICE OF GENERAL COUNSEL THE STATE BAR OF CALIFORNIA
ELLIN.DAVTYAN@CALBAR.CA.GOV

OFFICE OF GENERAL COUNSEL THE STATE BAR OF CALIFORNIA
ROBERT.RETANA@CALBAR.CA.GOV

OFFICE OF GENERAL COUNSEL THE STATE BAR OF CALIFORNIA
SUZANNE.GRANDT@CALBAR.CA.GOV

Clerk of the Court, by: _____, Deputy

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CIVIL COMPLEX CENTER**

**MINUTE ORDER**

DATE: 03/20/2024 TIME: 02:44:00 PM DEPT: CX105
JUDICIAL OFFICER PRESIDING: Randall J. Sherman
CLERK: J. Phu
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT:

CASE NO: **30-2022-01250695-CU-AT-CXC** CASE INIT.DATE: 03/18/2022
CASE TITLE: **Roe 1 vs. The State Bar of California**
CASE CATEGORY: Civil - Unlimited    CASE TYPE: Antitrust/Trade Regulation

EVENT ID/DOCUMENT ID: 74253231
**EVENT TYPE:** Chambers Work

**APPEARANCES**

There are no appearances by any party.

Status Conference Statement filed on 3/15/2024 is read and considered.

Status Conference continued to 06/28/2024 at 10:00 AM in this department.

The Court, on its own motion, strikes Plaintiffs' Motion for Class Certification. It appears that plaintiffs' counsel has been suspended or disbarred, which would preclude the element of having adequate class counsel.

A Joint Status Report must be filed at least one week before the hearing.

Court orders clerk to give notice.