| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 20 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| LENORE ALBERT, an individual,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>ROXANNE GONZALEZ and DOES, 1 through 10, inclusive,<br><br>    Defendants - Appellees. | No. 23-3322<br><br>D.C. No. 8:23-cv-00635-FWS-JDE<br>Central District of California, Santa Ana<br><br>ORDER |

Appellees' motion for an extension of time to file the answering brief (Docket Entry No. 19) is granted. The answering brief is due March 29, 2024. The optional reply brief is due within 21 days after service of the answering brief.

The court has received appellant's motion for an injunction pending appeal. Any response to the motion is due March 22, 2024. An optional reply is due March 25, 2024.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT