Lenore L. Albert *Suspended Cal State Bar 03-14-2024*
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1,John Roe 3,
Jane Roe 2, Chad Pratt, and NZ *on behalf of*
*themselves and all others similarly situated.*
**_IN FEDERAL COURT ONLY_**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JOHN ROE 3, an individual; JANE ROE 2 an individual; CHAD PRATT, an individual, NZ, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiff, <br> vs. <br><br> THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive, <br> Defendants. | CASE NO. 22-cv-00983-DFM <br><br> Assigned to the Hon. Douglas F. McCormick <br> Complaint filed: 03-18-2022 <br><br> **ERRATA TO DOC. NO. 138** <br><br> Hearing Date: TBD <br> Time: On the papers <br> Crtm: 6B – Sixth Floor |

TO THE COURT, THE PARTIES AND ALL ATTORNEYS OF RECORD:

COMES NOW PLAINTIFFS, John Roe 1, John Roe 3, Jane Roe 2, Chad Pratt, and NZ and corrects the following clerical errors in Doc. 138 filed on 3-20-2024:

1. Page ii line 19 "it" to "it is";

2. Page iv line 9 "Remand Other" to "Remand Order";

3. Page 3 line 9 "did that in" to "did in";

4. Page 4 line 1 "I receive and" to "Counsel received an";

5.  Page 6 line 2 "all parties" to "all defendants";

6.  Page 9 line 22 "cause him" to "cause them";

7.  Page 14 line 24 "04-03-2023" to "05-03-2023"; and

8.  Page 17 line 18 "would use its" to "would not use its".

Albert has been drafting nearly nonstop after the State Bar Review Department's Order issued on 3-11-2024 which has caused her vision issues (of which she is protected under the ADA) to only become more apparent. She apologizes to the Court and opposing counsel for the errors.

Dated:  March 20, 2024                    Respectfully Submitted,
                                          /s/ Lenore Albert_____
                                          LENORE L. ALBERT
                                          Attorney for Plaintiffs, John Roe 1,John Roe 3,
                                          Jane Roe 2, Chad Pratt, and NZ *on behalf of
                                          themselves and all others similarly situated.* **In
                                          Federal Court ONLY – __Suspended by California
                                          State Bar 03-14-2024__ **

2

**ERRATA TO DOC. NO. 138**

*Roe v The State Bar of California, et al.*                    22-cv-00983

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S Coast Hwy #3960, Laguna Beach, CA 92651. On March 20, 2024, I served a copy of the following document(s) described as:

**ERRATA TO DOC. NO. 138**

On the interested parties in this action as follows:

SEE ELECTRONIC SERVICE LIST ATTACHED

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth per CCP 1010.6.

**[] BY MAIL**– I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Santa Ana, California, to the aforementioned addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: March 20, 2024

　　　　　　　　　　　　　　　　　_/s/_ Lenore Albert_____
　　　　　　　　　　　　　　　　　　　　　　　Lenore Albert

**ERRATA TO DOC. NO. 138**

*Roe v The State Bar of California, et al.*　　　　　22-cv-00983

1

## ELECTRONIC SERVICE LIST

2    **For Defendants State Bar of California**

3    David M. Liu
**FREEMAN MATHIS & GARY, LLP**

4    3030 Old Ranch Parkway | Suite 200 | Seal Beach, CA 90740-2713

5    D: 562-245-8405 | C: 562-682-8062

6    David.Liu@fmglaw.com

7    ROBERT G. RETANA (148677) Deputy General Counsel

8    SUZANNE C. GRANDT (304794)
Assistant General Counsel

9    **OFFICE OF GENERAL COUNSEL**

10   **THE STATE BAR OF CALIFORNIA**
180 Howard Street

11   San Francisco, CA 94105-1639 Telephone: 415-538-2388; Facsimile: 415-538-2517

12   Email: suzanne.grandt@calbar.ca.gov

13   **For Defendant Rick Rankin**

14   **JEFFER MANGELS BUTLER & MITCHELL LLP**
MICHAEL A. GOLD (Bar No. 90667)

15   *mgold@jmbm.com*

16   JUSTIN ANDERSON (Bar No. 328969)

17   *Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor.

18   Los Angeles, California 90067-4308

19   Telephone: (310) 203-8080
Facsimile: (310) 203-0567

20

21   **For Defendant Tyler Technologies, Inc.**
**K&L GATES LLP**

22   Beth Petronio

23   Christina N. Goodrich (SBN 261722) christina.goodrich@klgates.com

24   Zachary T. Timm (SBN 316564) zach.timm@klgates.com
10100 Santa Monica Boulevard Seventh Floor

25   Los Angeles, California 90067

26   Telephone: 310.552.5000 Facsimile: 310.552.5001

27

28

**4**

## ERRATA TO DOC. NO. 138

*Roe v The State Bar of California, et al.*          22-cv-00983