**FREEMAN MATHIS & GARY, LLP**
DAVID M. LIU (SBN 216311)
david.liu@fmglaw.com
CHRISTOPHER J. WEBER (SBN 233998)
christopher.weber@fmglaw.com
DANIELLE A. OCAMPO (SBN 353484)
danielle.ocampo@fmglaw.com
3030 Old Ranch Parkway, Suite 200
Seal Beach, CA 90740
Telephone: (213) 615-7000
Facsimile: (213) 615-7100

OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
ELLIN DAVTYAN (238609) (ellin.davtyan@calbar.ca.gov)
General Counsel
ROBERT G. RETANA (148677) (robert.retana@calbar.ca.gov)
Deputy General Counsel
SUZANNE C. GRANDT (304794) (suzanne.grandt@calbar.ca.gov)
Assistant General Counsel
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2388
Facsimile: (415) 538-2517

*Attorneys for Defendant*
THE STATE BAR OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN ROE 1, an individual; JOHN ROE 3; JANE ROE 2 an individual; JANE ROE 3, an individual, JOHN ROE 2, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00983-DFM<br><br>**DEFENDANT THE STATE BAR OF CALIFORNIA'S OPPOSITION TO EX PARTE APPLICATION TO VACATE ORDER TO REMAND CASE TO STATE COURT** |

Defendant The State Bar of California ("State Bar") objects to the *Ex Parte* Application to Vacate Order to Remand this Case to State Court, filed on March 30, 2024 [Doc. Nos. 138 to 140.] The filer of the *ex parte* application, Lenore Albert, ***is admittedly not licensed to practice law in the State of California, effective March 14, 2024.***

This action is currently pending in the Superior Court of California, County of Orange, case number 30-2022-01250695 (the "State Court Action"). The Court in the State Court Action has noted the Ms. Albert cannot practice law in the State of California. As a consequence, the Court in the State Court Action has stricken Plaintiffs' Motion for Class Certification due to Plaintiff's counsel's suspension and possible disbarment. *See* State Court Action Minute Order, dated March 202, 2024, attached as Exhibit 1. Hence, Plaintiff's counsel will not be able to satisfy the adequate class counsel requirement and therefore cannot represent the class. Moreover, Plaintiff has not sought substitute counsel to date.

As another basis for denying the *ex parte* application, Plaintiff's application further fails because Ms. Albert failed to meet the notice requirements by not orally advising Defendants of her intention to file the application and the grounds therefore.

The *ex parte* application also fails for numerous reasons on the merits, which Defendant will address if the Court reaches them and entertains briefing.

Dated: March 21, 2024

**FREEMAN MATHIS & GARY, LLP**

By: /s/ David M. Liu

DAVID M. LIU
CHRISTOPHER J. WEBER
DANIELLE A. OCAMPO
Attorneys for Defendant
STATE BAR OF CALIFORNIA

2

DEFENDANT THE STATE BAR OF CALIFORNIA'S OPPOSITION TO EX PARTE APPLICATION TO VACATE ORDER TO REMAND CASE TO STATE COURT

# EXHIBIT 1

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CIVIL COMPLEX CENTER**

**MINUTE ORDER**

DATE: 03/20/2024                    TIME: 02:44:00 PM           DEPT: CX105
JUDICIAL OFFICER PRESIDING: Randall J. Sherman
CLERK: J. Phu
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT:

CASE NO: **30-2022-01250695-CU-AT-CXC**   CASE INIT.DATE: 03/18/2022
CASE TITLE: **Roe 1 vs. The State Bar of California**
CASE CATEGORY: Civil - Unlimited     CASE TYPE: Antitrust/Trade Regulation

EVENT ID/DOCUMENT ID: 74253231
**EVENT TYPE:** Chambers Work

**APPEARANCES**

There are no appearances by any party.

Status Conference Statement filed on 3/15/2024 is read and considered.

Status Conference continued to 06/28/2024 at 10:00 AM in this department.

The Court, on its own motion, strikes Plaintiffs' Motion for Class Certification. It appears that plaintiffs' counsel has been suspended or disbarred, which would preclude the element of having adequate class counsel.

A Joint Status Report must be filed at least one week before the hearing.

Court orders clerk to give notice.

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>Civil Complex Center<br>751 W. Santa Ana Blvd<br>Santa Ana, CA 92701 | |
| **SHORT TITLE:** Roe 1 vs. The State Bar of California | |
| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE** | CASE NUMBER:<br>**30-2022-01250695-CU-AT-CXC** |

I certify that I am not a party to this cause. I certify that that the following document(s), Minute Order dated 03/20/24, was transmitted electronically by an Orange County Superior Court email server on March 20, 2024, at 2:56:32 PM PDT. The business mailing address is Orange County Superior Court, 700 Civic Center Dr. W, Santa Ana, California 92701. Pursuant to Code of Civil Procedure section 1013b, I electronically served the document(s) on the persons identified at the email addresses listed below:

FREEMAN, MATHIS & GARY, LLP
DAVID.LIU@FMGLAW.COM

JEFFER MANGELS BUTLER & MITCHELL LLP
JANDERSON@JMBM.COM

JEFFER MANGELS BUTLER & MITCHELL LLP
MGOLD@JMBM.COM

K&L GATES, LLP
BETH.PETRONIO@KLGATES.COM

K&L GATES, LLP
CHRISTINA.GOODRICH@KLGATES.COM

K&L GATES, LLP
ZACH.TIMM@KLGATES.COM

LAW OFFICES OF LENORE ALBERT
LENALBERT@INTERACTIVECOUNSEL.COM

OFFICE OF GENERAL COUNSEL THE STATE BAR OF CALIFORNIA
ELLIN.DAVTYAN@CALBAR.CA.GOV

OFFICE OF GENERAL COUNSEL THE STATE BAR OF CALIFORNIA
ROBERT.RETANA@CALBAR.CA.GOV

OFFICE OF GENERAL COUNSEL THE STATE BAR OF CALIFORNIA
SUZANNE.GRANDT@CALBAR.CA.GOV

Clerk of the Court, by: _____, Deputy

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is 3030 Old Ranch Parkway, Suite 200, Seal Beach, CA 90740. My email address is stephanie.catterall@fmglaw.com.

On October 10, 2023, I served the foregoing document described as

**DEFENDANT THE STATE BAR OF CALIFORNIA'S OPPOSITION TO EX PARTE APPLICATION TO VACATE ORDER TO REMAND CASE TO STATE COURT**

on the interested parties in this action:

☐ **By United States Mail.** I enclosed the document(s) in the envelope(s) addressed to the individual(s) on the attached Service List. I sealed and deposited the envelope(s) with postage fully prepaid at the United States Postal Service collection box located at 3020 Old Ranch Parkway, Seal Beach, California 90740.

☐ **By Overnight Delivery.** I enclosed the document(s) in the envelope(s) provided by an overnight delivery carrier and addressed to the individual(s) on the attached Service List. I sealed and deposited the envelope(s) in the box regularly maintained by the express service carrier located at 3020 Old Ranch Parkway, Seal Beach, California 90740.

☒ **By CM/ECF PORTAL.** I certify that I electronically filed the foregoing documents and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ **By Electronic Service.** I attached the document(s) to an email and sent the email from lisa.khan@fmglaw.com to the individual(s) on the attached Service List at the email address(es) stated therein.

Executed on October 10, 2023, at Seal Beach, California.

*/s/ Lisa Khan*

LISA KHAN

3

DEFENDANT THE STATE BAR OF CALIFORNIA'S OPPOSITION TO EX PARTE APPLICATION TO VACATE ORDER TO REMAND CASE TO STATE COURT

**FREEMAN MATHIS & GARY, LLP**
3030 Old Ranch Parkway, Suite 200
Seal Beach, California 90740

# SERVICE LIST

*John Roe 1, et al. v. The State Bar of California, et al.*
*Case No.: 30-2022-01250695-CU-AT-CXC*

| | |
|---|---|
| Lenore Albert, Esq.<br>LAW OFFICE OF LENORE ALBERT<br>31872 Joshua Dr #22C<br>Trabuco Canyon, CA 92679 | *Attorney for Plaintiffs JOHN ROE 1, et al.*<br><br>T: (424) 365-0741<br>LenAlbert@InteractiveCounsel.com |
| Michael A. Gold, Esq.<br>Justin Anderson, Esq.<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 | *Attorney for Defendant RICK RANKIN*<br><br>T: (310) 203-8080<br>mgold@jmbm.com<br>janderson@jmbm.com |
| Christina N. Goodrich, Esq.<br>Zachary T. Timm, Esq.<br>K&L GATES LLP<br>10100 Santa Monica Boulevard, 8th Floor<br>Los Angeles, CA 90067 | *Attorney for Defendant TYLER TECHNOLOGIES, INC.*<br><br>T: (310) 552-5000<br>christina.goodrich@klgates.com<br>zach.timm@klgates.com |
| Beth W. Petronio, Esq. (*pro hac vice* pending)<br>K&L GATES LLP<br>1717 Main Street, Suite 2800<br>Dallas, TX  75201 | *Attorney for Defendant TYLER TECHNOLOGIES, INC.*<br><br>T: (214) 939-5815<br>beth.petronio@klgates.com |