Lenore L. Albert *Suspended Cal State Bar 03-14-2024*
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, John Roe 3, Jane Roe 2, Chad Pratt, and NZ *on behalf of themselves and all others similarly situated.*
**IN FEDERAL COURT ONLY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JOHN ROE 3, an individual; JANE ROE 2 an individual; CHAD PRATT, an individual, NZ, *on behalf of themselves and all others similarly situated*, <br><br>                    Plaintiff, <br>vs. <br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive, <br>                    Defendants. | CASE NO. 22-cv-00983-DFM <br><br>Assigned to the Hon. Douglas F. McCormick <br>Complaint filed: 03-18-2022 <br>Dismissed and remanded: 05-03-2023 <br><br>**DECLARATION OF NZ** <br><br>Hearing Date: May 2, 2024 <br>Time: 10:00AM <br>Crtm: 6B – Sixth Floor |

　　I, NZ, am a Plaintiff in the case of John Roe v. State Bar of California, Orange County Superior Court Case Number 30-2022-01250695-CU-AT-CXC, which was remanded from the federal court, Case No. 22-cv-00983-DFM, in this case. I declare as follows:

1

**DECLARATION OF NZ**

*Roe v The State Bar of California, et al.*　　　　　　　　22-cv-00983

1. If called as a witness, I could competently testify to the following of my own personal knowledge.

2. My fundamental civil rights under the First and Fourteenth amendment are being violated by the State Bar's gamesmanship of charging, prosecuting, and then suspending our counsel of record, with recommendation of disbarment, based solely on her practice in federal court.

3. I am an attorney in good standing, duly admitted to the State Bar of California.

4. I make this declaration anonymously in order to protect my privacy.

5. Opposing counsel are well aware of my true identity.

6. On March 18, 2022, this data breach putative class action was filed with anonymous Roe plaintiffs.

7. On May 18, 2022, I received an email from the State Bar administrator "castatebarodysseynotice.com," giving me notice of the State Bar data breach. Attached hereto and fully incorporated herein as **Exhibit 1** is a true and correct copy of the email I received on May 18, 2022 from castatebarodysseynotice.com.

8. The Notice I received from the administrator explained that the confidential state bar investigation found evidence on JudyRecords.com of a "page view" of my confidential records.

9. I have no public State Bar disciplinary history on my California State Bar membership page.

10. However, after I received notice of the Breach, I have had issues with the State Bar, mostly in the form of y frivolous complaints, which greatly concerns me. Indeed, after seeing the vindictive and unjustified manner in which the State Bar has brought multiple meritless actions against my attorney simply because she has chosen to speak the truth about the State Bar's ineptitude with regard to security, I am even more concerned for my own wellbeing.

11. I have suffered, and continue to suffer, privacy harm and emotional distress harm.

12. I am committed to prosecuting this action on behalf of the class.

13. I have no known conflict of interest with the other members of the class.

14. As an officer of the Court, I will fully cooperate with the discovery process in this case, to the fullest extent of the law, including having my deposition taken and providing responses to discovery under oath.

15. I am confident in Lenore Albert, Esq. and the Law Offices of Lenore Albert to act as counsel on my behalf and on behalf of the class.

16. I caused a State Bar Tort Claim to be filed with the State Bar on September 20, 2022.

17. My tort claim was denied by the Office of General Counsel of the State Bar.

18. Based on the events which have transpired, as more fully detailed herein and in the operative complaint against the State Bar and other tortfeasors, I have lost great peace of mind.

19. On May 3, 2023, this case had its antitrust claims dismissed, including the claim that the State Bar was attempting to regulate attorneys practice in federal court. The federal court remanded the case back to state court.

20. My harm is greater than $26.34 ($5,000,000.00 / 191,000 class members).

21. None of the defendants offered us any kind of web monitoring service, including any protection against materials which may end up or have ended up on the "dark web."

22. Once something about me is posted on the internet, even if later deleted, it simply never really goes away. The internet, for better or worse, is "forever."

23. I want this court to vacate both the remand to state court and the dismissal of the attempted monopoly claim, because the State Bar has improperly used and abused its power to regulate our attorney's practice in federal court.

24. The State Bar suspended my attorney of choice, Lenore Albert, from practicing law in the State of California, and recommended she be disbarredt on the grounds that she purportedly violated a local rule in the federal court in the Eastern District of California.

25. I understand that this Court cannot enjoin the State Bar from suspending or disbarring my attorney, but the inability for my counsel, Lenore Albert, to proceed by this abrupt interim suspension – by the very entity we are suing for its misdeeds – is irreparably harming me as a plaintiff in this case because Ms. Albert has worked diligently on this case, has institutional knowledge about both the facts underlying this case as well as the legal theories we are using to prosecute our claims that would be nearly impossible to replicate at this point in time, and time is of the essence in prosecuting our claims.

26. Ms. Albert has obtained multiple favorable rulings in this case on our behalf, including my paramount right to proceed anonymously.

27. I believe that the interests of justice are best served by taking this case back into the federal court where it was in 2023, and permitting Ms. Albert's privileges to remain active in the Central District of California until there is a final adjudication of Ms. Albert's claims and all appellate proceedings are exhausted.

28. I have a fundamental right to seek redress for my grievances with the judicial branch of government, and by unceremoniously taking away my attorney in such an abrupt manner, has violated that right.

29. My attorney, Lenore Albert, attempted to obtain an emergency stay in the state court action, but the clerk – without proper legal authority to do so, as the clerk's role should be purely ministerial in filing papers – refused to file the papers because Ms. Albert allegedly could not reserve a hearing to appear the next day because that following day she would be suspended.

30. We were all caught completely off guard by the capricious action of the State Bar, and we believe that this action by the State Bar against Ms. Albert was and is an improper attempt by the State Bar to thwart justice and further damage both Ms. Albert and the plaintiffs in this matter.

31. After the State Bar improperly suspended Ms. Albert, I tried to get other attorneys to take this case. Unfortunately, no other attorney was willing to take a case against the State Bar out of the legitimate fear of retaliation. Indeed, observing the vindictive nature of the State Bar towards Ms. Albert, those fears by other attorneys appear to be justified.

32. I make this declaration on behalf of the putative members of the class and the other plaintiffs who remain anonymous.

33. Allowing the State Bar to irreparably damage my case by suspending my attorney, and letting the State Bar act with impunity just because they are a state agency, undermines the public's faith in the integrity of the judicial system.

34. The Defendants and their counsel know my true identity. I would be willing to provide the same to this honorable court *in camera*.

35. My contact information can be secured by Lenore Albert.

I declare under penalty of perjury of the law of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of April, 2024 in West Hollywood, California

By: __/s/NZ

NZ, Esq.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S Coast Hwy #3960, Laguna Beach, CA 92651. On April 2, 2024, I served a copy of the following document(s) described as:

**DECLARATION OF NZ**

On the interested parties in this action as follows:

SEE ELECTRONIC SERVICE LIST ATTACHED

**[x] BY E-SERVE and EMAIL –** I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth per CCP 1010.6.
**[] BY MAIL–** I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Santa Ana, California, to the aforementioned addressee(s).
 I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: April 2, 2024

                                         /s/  Lenore Albert_____
                                              Lenore Albert

# ELECTRONIC SERVICE LIST

**For Defendants State Bar of California**
David M. Liu
**FREEMAN MATHIS & GARY, LLP**
3030 Old Ranch Parkway | Suite 200 | Seal Beach, CA 90740-2713
D: 562-245-8405 | C: 562-682-8062
David.Liu@fmglaw.com

ROBERT G. RETANA (148677) Deputy General Counsel
SUZANNE C. GRANDT (304794)
Assistant General Counsel
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639 Telephone: 415-538-2388; Facsimile: 415-538-2517
Email: suzanne.grandt@calbar.ca.gov

**For Defendant Rick Rankin**
**JEFFER MANGELS BUTLER & MITCHELL LLP**
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor.
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

**For Defendant Tyler Technologies, Inc.**
**K&L GATES LLP**
Beth Petronio
Christina N. Goodrich (SBN 261722) christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564) zach.timm@klgates.com
10100 Santa Monica Boulevard Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000 Facsimile: 310.552.5001