1  Lenore L. Albert *Suspended Cal State Bar 03-14-2024*
2  1968 S. Coast Hwy #3960
   Laguna Beach, CA 92651
3  Telephone (424)365-0741
4  Email: lenalbert@InteractiveCounsel.com
   Attorney for Plaintiffs, John Roe 1,John Roe 3,
5  Jane Roe 2, Chad Pratt, and NZ *on behalf of*
6  *themselves and all others similarly situated.*
7  <u>**IN FEDERAL COURT ONLY**</u>

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JOHN ROE 3, an individual; JANE ROE 2 an individual; CHAD PRATT, an individual, NZ, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiff,<br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | CASE NO. 22-cv-00983-DFM<br><br>Assigned to the Hon. Douglas F. McCormick<br>Complaint filed: 03-18-2022<br><br>**DECLARATION OF PUTATIVE CLASS MEMBER - COMPLAINANT K.C**<br><br>Hearing Date: TBD<br>Time: On the papers<br>Crtm: 6B – Sixth Floor |

I, ___Ka[redacted] C[redacted]___ [NAME] am a putative class member in the case of John Roe v State Bar of California, Orange County Case Number 30-2022-01250695-CU-AT-CXC which was remanded from the federal court Case No. 22-cv-00983-DFM in this case.

1. If called as a witness I could competently testify to the following of my own personal knowledge.

1

**DECLARATION OF PUTATIVE CLASS MEMBER - COMPLAINANT**
*Roe v The State Bar of California, et al.*    22-cv-00983-DFM

2. I am a putative class member in the putative Class action of John Roe 1 v State Bar on the data breach along with other plaintiffs.

3. My harm is greater than $26.34 ($5,000,000.00 / 191,000 class members).

4. I am a Complainant.

5. I want this court to take back the case because the State Bar suspended my attorney of choice, Lenore Albert from practicing law in the state of California.

6. I understand that this Court cannot enjoin the state bar from suspending or disbarring my attorney, but the inability for my counsel, Lenore Albert, to proceed by this abrupt interim suspension – by the very entity we are suing for its misdeeds – is irreparably harming me as a plaintiff in this case because Ms. Albert has worked diligently on this case, has institutional knowledge about both the facts underlying this case as well as the legal theories we are using to prosecute our claims that would be nearly impossible to replicate at this point in time, and time is of the essence in prosecuting our claims.

7. Ms. Albert obtained multiple favorable rulings in this case on our behalf including my right to proceed anonymously.

8. I believe that the interests of justice are best served by taking this case back into the federal court where it was in 20203 and permitting Ms. Albert's

privileges to remain active in the Central District of California until there is a final adjudication of Ms. Albert's claims.

9. I have a fundamental right to seek redress for my grievance with the judicial branch of government and by taking away my attorney in such an abrupt manner has violated that right.

10. My attorney, Lenore Albert, attempted to get an emergency stay in the state court action but the clerk refused to file the papers because Lenore Albert could not reserve a hearing to appear the next day because that following day she would be suspended.

11. We were all caught off guard.

12. I make this declaration on behalf of the putative members of the class that are Complainants and the other plaintiffs who remain anonymous.

13. Allowing the State Bar to hurt my case by suspending my attorney and letting them get away with it because they are a state agency undermines faith in the integrity of the judicial system.

14. I have a right to privacy.

15. The Defendants and their counsel know the identity of every Complainant, Witness, Attorney and former Judge that received notice of the Data Breach, of which I am one.

3

**DECLARATION OF PUTATIVE CLASS MEMBER - COMPLAINANT**

*Roe v The State Bar of California, et al.*      22-cv-00983-DFM

16. I fear retaliation of the State Bar, by and through their counsel's knowledge of who I am or others.

17. I would be happy to provide the Court my name in camera.

I declare under penalty of perjury of the law of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of March, 2024 in __West Covina__, __California__ (City and State).

Dated: 3-20-2024         Signed:__Katherine Cardiel__

__Katherine Cardiel___[Print Name]

4

**DECLARATION OF PUTATIVE CLASS MEMBER - COMPLAINANT**

*Roe v The State Bar of California, et al.*          22-cv-00983-DFM

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S Coast Hwy #3960, Laguna Beach, CA 92651. On March 20, 2024, I served a copy of the following document(s) described as:

**DECLARATION OF PUTATIVE CLASS MEMBER – COMPLAINANT** K.C.

On the interested parties in this action as follows:

SEE ELECTRONIC SERVICE LIST ATTACHED

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth per CCP 1010.6.

**[] BY MAIL–** I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Santa Ana, California, to the aforementioned addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: March 20, 2024

                                    /s/ James D. Ocon
                                       James D. Ocon

**DECLARATION OF PUTATIVE CLASS MEMBER - COMPLAINANT**

*Roe v The State Bar of California, et al.*         22-cv-00983-DFM

# ELECTRONIC SERVICE LIST

**For Defendants State Bar of California**
David M. Liu
**FREEMAN MATHIS & GARY, LLP**
3030 Old Ranch Parkway | Suite 200 | Seal Beach, CA 90740-2713
D: 562-245-8405 | C: 562-682-8062
David.Liu@fmglaw.com

ROBERT G. RETANA (148677) Deputy General Counsel
SUZANNE C. GRANDT (304794)
Assistant General Counsel
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639 Telephone: 415-538-2388; Facsimile: 415-538-2517
Email: suzanne.grandt@calbar.ca.gov

**For Defendant Rick Rankin**
**JEFFER MANGELS BUTLER & MITCHELL LLP**
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor.
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

**For Defendant Tyler Technologies, Inc.**
**K&L GATES LLP**
Beth Petronio
Christina N. Goodrich (SBN 261722) christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564) zach.timm@klgates.com
10100 Santa Monica Boulevard Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000 Facsimile: 310.552.5001

**DECLARATION OF PUTATIVE CLASS MEMBER - COMPLAINANT**

*Roe v The State Bar of California, et al.*  22-cv-00983-DFM