Lenore L. Albert *Suspended Cal State Bar 03-14-2024*
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, John Roe 3, Jane Roe 2, Chad Pratt, and NZ *on behalf of themselves and all others similarly situated.*
<u>**IN FEDERAL COURT ONLY**</u>

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JOHN ROE 3, an individual; JANE ROE 2 an individual; CHAD PRATT, an individual, NZ, *on behalf of themselves and all others similarly situated*, <br><br>                    Plaintiff,<br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br>                    Defendants. | CASE NO. 22-cv-00983-DFM<br><br>Assigned to the Hon. Douglas F. McCormick<br>Complaint filed: 03-18-2022<br>Dismissed and remanded: 05-03-2023<br><br>**DECLARATION OF THERESA MARASCO**<br><br>Hearing Date: May 2, 2024<br>Time: 10:00AM<br>Crtm: 6B – Sixth Floor |

**DECLARATION OF THERESA MARASCO**

I, Theresa Marasco am a plaintiff in the case of Marasco v 1753 9th Street LLC, Los Angeles County Case Number 19SMCV00056 which was set to go to jury trial on April 8, 2024.

If called as a witness, I could testify to the following of my own personal knowledge.

1. I am over the age of 18 years old.
2. I was a client of Ms. Lenore Albert that was irreparably harmed by the State Bar's abrupt suspension of Ms. Lenore Albert's license to practice law in the state of California.
3. I am a paralegal and Vice Chair of the Santa Monica Housing Commission.
4. I make this declaration based on my knowledge and experience in both of these fields.
5. In January 2019, with other counsel, I had a case filed in the Santa Monica Courthouse against my landlord 1753 9th Street LLC.
6. I had waited five years to have my day in court and it was taken away from me the day that my attorney, Ms. Albert received an Opinion from the State Bar of California Review Department that she was going to be suspended on March 14, 2024.
7. She was representing my family, Antonio Marasco, Holly Burns, Simon Valenzuela and myself in a case where we were being abused and discriminated against by our landlord because I am a Section 8 voucher holder.
8. I had no choice but to settle my lawsuit on March 13, 2024 because I knew that I could not find another attorney and I could not represent myself at trial.
9. Our case had excellent merit that was painstakingly laid out by Ms. Albert and could have set an important precedent for California renters and bolster legislation recently introduced to shine a light on owners hiding behind LLC's.
10. I knew about Ms. Albert's disciplinary proceeding at the State Bar, and I wrote a declaration and testified at her State Bar Court hearing explaining how any suspension of her license would harm my family and myself.
11. My trial was on April 8, 2024, but the State Bar suspended Ms. Albert anyway on March 14, 2024, with no care or concern for us as Plaintiffs.

2

**DECLARATION OF THERESA MARASCO**

*Roe v The State Bar of California, et al.*  22-cv-00983

12. There is irreparable harm to Ms. Albert by not allowing her to continue with representing us.
13. We both are being irreparably harmed.
14. Ms. Albert's law practice is losing her goodwill.
15. One example of Ms. Albert losing her goodwill is when I contacted an attorney to take over the case and he said there was no way he would take it because Ms. Albert was suspended.
16. She is losing her state court cases, of which this is one of them.
17. By losing her state court cases, she is losing clients like me.
18. This case was filed on contingency and as such she is losing her financial income also.
19. It is a verifiable fact that we had prior attorneys who dropped the ball on our case and attempted to rush us into a lowball settlement offer before conducting any discovery in the case.
20. In March of 2020, our prior attorneys filed Motions to Be Relieved as Counsel because we refused to accept the lowball settlement offer and left us abandoned in the case for 2 ½ years having to attend depositions and answer discovery on our own and severely prejudicing our case.
21. I tried to find another attorney to take our case, and none could or would until Ms. Albert gladly accepted the case and immediately got right to work.
22. Ms. Albert did all the discovery in my case, helped identify three other defendants, added them to the complaint, took depositions of all four defendants and filed all of our Motions in Limine for trial. We had experts lined up to testify – the case was fully ready for trial.
23. We had a hearing pending for March 19, 2024 in the Santa Monica Courthouse to compel the financial net worth documents for the punitive damages phase of trial thanks to Ms. Albert's hard work, trial lawyer expertise, and care for us as clients.

3

**DECLARATION OF THERESA MARASCO**

*Roe v The State Bar of California, et al.*          22-cv-00983

24. My family endured unreasonably loud construction noise and air particles from 2015 through 2016. In 2017 our bathroom ceiling caved in from a water leak above causing mold infestation. In 2018 the apartment was tested, and the mold infestation still existed and finally in February 2019 the kitchen ceiling started raining down water because none of the prior issues were properly fixed causing my children and myself to be exposed to toxic mold which led to multiple health issues.

25. Because the State Bar abruptly was taking away my attorney's license to practice law, I had to settle on the eve of trial.

26. I had evidence to prove malice, fraud, or oppression but I had to relinquish any punitive damage award.

27. My case was complex because I am a low income tenant with a federally funded Housing Voucher causing my family and I to be discriminated against, being subjected to several years of acts of constructive eviction such as severe retaliation and harassment, including sexual harassment, refusal by the landlord and several of his agents to properly repair and make my unit habitable after failing several Health Department and Housing Authority inspections, constant threats of eviction, charging us for shared utilities/RUBS in violation of the HUD contract, and threats to take my Housing Voucher, all while my children were attending high school, college, and trying to get into a union in the entertainment industry.

28. Not all attorneys are skilled trial attorneys but Ms. Albert is a highly skilled attorney with vast knowledge of the law and used her skills and sharp acumen to save our case over a short period time by piecing together a very complex story of fraud and other unlawful acts committed by our former landlord, she knew exactly what motions to file, saved us from paying thousands of dollars in sanctions because our former counsel did not respond to discovery on our behalf, and even got sanctions against defense counsel who had delayed responding to discovery

and only provided boiler plate objections – Ms. Albert aggressively sought justice for us.

29. The questions she asked at the depositions were skillfully crafted knowing exactly what to ask the defendants that resulted in them telling numerous lies and Ms. Albert using carefully chosen exhibits out of thousands to prove that they were lying, while catching every mistake the defendants made in their statements, and Ms. Albert having them on the record contradicting themselves, bringing hard proof of the fraud committed, and shining a bright light on the truth of the harm that my family and I suffered – she was amazing!

30. My prior attorneys did not file motions to dismiss an unlawful detainer that was filed four months after the complaint was filed, did not prepare us for mediation and ignored us during mediation while being on their phone and computer, did not file case management statements, did not respond to discovery requests, did not do discovery requests in the affirmative case, and allowed the defense to not have to answer discovery requests in the unlawful detainer case the day before it was due, and used language in their motions to be relieved as counsel that violated the confidential mediation and attorney client privilege, added claims to the complaint that were affirmative defenses that could have resulted in us being sued for malicious prosecution and acted like they were working for the defense.

31. My case is done.

32. I had to do an ex parte to regain my ability to file papers as a pro per and to file a motion to interplead the funds of the attorney lien by my prior attorneys.

33. Just doing those tasks has been extremely stressful for me.

34. Ms. Albert worked hard every day that she represented us, digging deep to get to the truth and had to work quickly to catch up on case that was upside down and had lose out on financial compensation under the contingency agreement to try to give my family some justice.

35. My case is an example of exactly the type of irreparable harm Ms. Albert faces in federal court now because her harm and the harm the State Bar did to my case are intertwined.
36. She is losing income, her business, and her livelihood.
37. It would be a manifest injustice to not vacate the remand and take the data breach back to the federal court where Ms. Albert has the ability to proceed in federal court.
38. Ms. Albert is rare attorney who is highly skilled and cares about her clients and works extremely hard to get justice for them, and was the only attorney willing to step up and take our case on, Ms. Albert did not harm clients.
39. Also, I want to mention that tenants with Section 8 housing vouchers wanted Ms. Albert to file a class action case because again, no other attorneys would take the case and don't have the legal acumen and skills to take on such a case.
40. Ms. Albert told me that she could not look at it until after my trial was over.
41. Now that day will never come because the State Bar suspended her license over practice in the federal courts and over 1,600 people will continue to suffer harm as a result.
42. I read each of the complaints and opinions against Ms. Albert in the State Bar of California.
43. I have worked for other attorneys in California and can say that other attorneys' conduct has been far worse than anything the State Bar has ever alleged against Ms. Albert, and they are still working in good standing without any disciplinary record.
44. The conduct I witnessed throughout my case; Ms. Albert is a far better lawyer than the others I have come across.
45. My phone number is 720-226-4051. I would be happy to answer any questions the Court may have.

1  I declare under penalty of perjury of the law of the United States that the foregoing
2  is true and correct to the best of my knowledge.
3  Executed this 2nd day of April, 2024 in Santa Monica, California
4  By: __/s/Theresa Marasco
5      Theresa Marasco

**DECLARATION OF THERESA MARASCO**

*Roe v The State Bar of California, et al.*　　　　　22-cv-00983

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S Coast Hwy #3960, Laguna Beach, CA 92651. On April 2, 2024, I served a copy of the following document(s) described as:

**DECLARATION OF THERESA MARASCO**

On the interested parties in this action as follows:

SEE ELECTRONIC SERVICE LIST ATTACHED

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth per CCP 1010.6.

**[] BY MAIL**– I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Santa Ana, California, to the aforementioned addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: April 2, 2024

                                           /s/ Lenore Albert
                                                  Lenore Albert

**DECLARATION OF THERESA MARASCO**

*Roe v The State Bar of California, et al.*　　　　　　　　　22-cv-00983

**ELECTRONIC SERVICE LIST**

**For Defendants State Bar of California**
David M. Liu
**FREEMAN MATHIS & GARY, LLP**
3030 Old Ranch Parkway | Suite 200 | Seal Beach, CA 90740-2713
D: 562-245-8405 | C: 562-682-8062
David.Liu@fmglaw.com

ROBERT G. RETANA (148677) Deputy General Counsel
SUZANNE C. GRANDT (304794)
Assistant General Counsel
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639 Telephone: 415-538-2388; Facsimile: 415-538-2517
Email: suzanne.grandt@calbar.ca.gov

**For Defendant Rick Rankin**
**JEFFER MANGELS BUTLER & MITCHELL LLP**
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor.
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

**For Defendant Tyler Technologies, Inc.**
**K&L GATES LLP**
Beth Petronio
Christina N. Goodrich (SBN 261722) christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564) zach.timm@klgates.com
10100 Santa Monica Boulevard Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000 Facsimile: 310.552.5001

**DECLARATION OF THERESA MARASCO**

*Roe v The State Bar of California, et al.*          22-cv-00983