Lenore L. Albert *Suspended Cal State Bar 03-14-2024*
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, John Roe 3,
Jane Roe 2, Chad Pratt, and NZ *on behalf of themselves and all others similarly situated.*
**IN FEDERAL COURT ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JOHN ROE 3, an individual; JANE ROE 2 an individual; CHAD PRATT, an individual, NZ, *on behalf of themselves and all others similarly situated*,<br><br>                    Plaintiff,<br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br>                    Defendants. | CASE NO. 22-cv-00983-DFM<br><br>Assigned to the Hon. Douglas F. McCormick<br>Complaint filed: 03-18-2022<br><br>**DECLARATION OF LENORE ALBERT**<br><br>Hearing Date: May 2, 2024<br>Time: 10:00AM<br>Crtm: 6B – Sixth Floor |

**TO THE COURT, THE PARTIES AND ALL ATTORNEYS OF RECORD:**

I, Lenore Albert was plaintiff's counsel in the case of John Roe v State Bar of California, Orange County Case Number 30-2022-01250695-CU-AT-CXC until I was abruptly suspended by the California State Bar on 03-14-2024.

1. If called as a witness I could competently testify to the following of my own personal knowledge.

1

**DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*                    22-cv-00983

2. In my opinion the State Bar should be defunded by the governor.

3. There is no stopping their power and they misshape the law and constitutional rights in an illegitimate and unconstitutional manner.

4. I was a whistleblower against the State Bar of California in 2014 and I received nothing but the threat of my license and livelihood to practice in my chosen profession as a result.

5. I did not pursue my complaint after 2014, but the State Bar has not let me alone to be a lawyer since then.

6. I brought this case for the other 191,000 or so other lawyers and Complainants because I have institutional knowledge about how the State Bar really works, how the political parties work in this state and this is not the first time they breached attorneys privacy without repercussion.

7. Without this lawsuit, the State Bar will just do it again.

8. The first time was the fingerprints, then it was the confidential state bar investigations. What will it be next time?

9. How many times do they get to ruin other peoples' lives (whether it attorney or complainant) before some judge somewhere decides to allow the plaintiffs to have their grievances redressed without fear of reprisal?

10. The State Bar doesn't always hear legitimate cases they also hear political cases.

11. I am currently a member of the Central District of California and my membership is active.

12. I lasted checked my membership status on the Court's website today.

13. I am currently a member of the Eastern District of California, State Bar of Michigan and U.S. Supreme Court.

14. I last checked my membership status in those courts online today (except for U.S. Supreme Court – cannot find online membership status).

15. Judge Philip Gutierrez has issued an OSC on 3-14-2024 upon my request. That is pending.

16. Judge Kimberly Mueller has issued an OSC on 3-20-2024 upon my request. That is also pending.

17. No other OSCs that I have requested has happened yet.

18. I know my membership in this Court is still active and I have that right under the Constitution to due process, but I am proceeding cautiously, nevertheless in all federal courts under an abundance of caution.

19. I am proceeding quickly and cautiously.

20. On March11, 2024 at approximately 5:00PM (precisely 4:24PM according to my email) I received an email from the California State Bar Review Department with an Opinion recommending disbarment with an Order of Interim Suspension beginning on 3-14-2024. (RJN)

21. The Prior State Bar recommendation I received on 4-03-2023, it did not include interim suspension or disbarment. (RJN).

22. The plaintiffs are stuck in a State Court action against the State Bar wherein the timing of everything that has happened (or not happened in that case appears to be retaliatory against the attorneys).

23. Plaintiff Chad Pratt is the only plaintiff that can file a dismissal without being compelled to disclose all names of the plaintiffs.

24. The same day I received the Opinion from the State Bar Review Department, I was also served with Defendants demurrer to all causes of action, including those previously overruled and to dismiss the motion to certify the class – leaving the plaintiffs and putative class exposed (3-11-2024).

25. On 3-20-2024 after giving notice to opposing counsel the Court dismissed the motion to certify the class and continued the CMC date to June 2024. (RJN).

26. I have obtained further information – evidence – since this case was dismissed supporting the plaintiffs' causes of action.

27. Other evidence has been obstructed on the purported grounds that defendants refused to sign the protective order and then because the suspension issued would not give it to me before the suspension issued as agreed.

28. Nevertheless, I have the evidence with no other courthouse to go to.

29. It appears that counsel for the defendants and the State Bar are using the power of the State Bar to shape events in Court.

30. I have reviewed my emails, Court rulings and orders from the state court, state bar and federal court and found the following series of events have occurred:

31. On **04-03-2023, 4:10PM:** I received an email informing me that Federal Court filed an Order Dismissing the State Bar Data Breach antitrust claims – including attempt to regulate the practice of law in federal courts.

32. On **04-03-2023, 4:15PM:** I received another email informing me that the Federal Court issued Minutes re: Dismissal of Federal Claims of the State Bar Data Breach case.

33. On **04-03-2023, 4:21PM:** I received an email from the State Bar Court which contained a Recommendation to Suspend my license to practice law for 18 months on purported UPL in Federal Court (purported violation of a Local Federal Rule).

34. The disciplinary proceeding leading to this event was filed approximately one month after I filed this lawsuit.

35. On **01-12-2024**: I received a favorable ruling in the data breach case wherein the state Court overruled the State Bar's demurrer on the breach of mandatory duty cause of action and the negligence cause of action against Tyler Technologies, Inc.

36. On **02-01-2024**: I was informed by Chad Pratt that the State Bar recommended his disbarment for practice of law in federal court while Chad Pratt was a member in that federal court and where no federal court suspended Chad Pratt or referred the matter to the State Bar for discipline.

37. On **3-01-2024** I was contacted by opposing counsel representing the State Bar on the Data Breach case in State Court to confirm that Defendants requested an extension of time to demurrer to the Fourth Amended complaint to 3-11-2024.

38. On **3-01-2024** I was able to confirm with all opposing counsel on the Data Breach case in State Court that defendants would produce their discovery documents by 3-08-2024.

39. I was informed that Suzanne Grandt, office of general counsel at State Bar, was out of office until 3-06-2024.

40. On **3-08-2024** I was contacted by Chris Weber, attorney for the State Bar, to inform me that the discovery documents were prepared but the State Bar wanted more time to review them. I responded "get them to me by end of day on 3-12-2024."

41. I received the discovery documents from the other Defendants on 3-08-2024.

42. On **3-11-2024, 4:24PM** I received an email from the State Bar Review Department that they are not recommending suspension any longer, but now flipped it into a disbarment with interim suspension to start on 3-14-2024.

43. On **3-11-2024** I then received demurrers from all of the defendants.

44. On **3-12-2024** I requested the discovery documents from the State Bar but the State Bar did not reply to me or produce any documents.

45. **Even with a Court Order from the state judge, the State Bar refused to cooperate and produce the documents**.

46. On **3-14-2024** Plaintiffs' Counsel was abruptly suspended to practice law in state court.

47. On **3-15-2024** I was served with the State Bar and co-defendants case management statement that they filed in the State Court to dismiss the Class Certification motion.

48. On **3-20-2024** I received an Order from the Orange County Superior Court Order Striking the Motion for Class Certification and staying the case to June.

49. There is every legitimate reason for other attorneys to fear representing the plaintiffs in this case.

50. There is every legitimate reason for any state court judge to now rule against the State Bar in the data breach case.

51. But, there is no legitimate reason for any federal judge to fear hearing this case.

52. In response to the news of the impending interim suspension, I filed a request in all federal courts to proceed with my membership.

7

**DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*                    22-cv-00983

53. Attached hereto and fully incorporated herein as **Exhibit 1** is a true and correct copy of this Court's Order denying plaintiff's request for a protective order dated March  (Doc. No. 127).

54. Attached hereto and fully incorporated herein as **Exhibit 1** is a true and correct copy of this Court's Order denying plaintiff's protective order on March 17, 2023. (Doc. No. 127).

55. Attached hereto and fully incorporated herein as **Exhibit 2** is a true and correct copy of this Court's Order dismissing the antitrust claims on April 3, 2023. (Doc. No. 130).

56. Attached hereto and fully incorporated herein as **Exhibit 3** is a true and correct copy of this Court's Order declining supplemental jurisdiction on May 1, 2023. (Doc. No. 134).

57. Attached hereto and fully incorporated herein as **Exhibit 4** is a true and correct copy of this Court's Order closing the case and remanding it to state court on May 3, 2024. (Doc. No. 135).

58. Attached hereto and fully incorporated herein as **Exhibit 5** is a true and correct copy of the state court Protective Order filed on December 8, 2023.

59. Attached hereto and fully incorporated herein as **Exhibit 6** is a true and correct copy of the state court minute order overruling the demurred to the mandatory duty cause of action against the state bar filed on January 12, 2024.

60. Attached hereto and fully incorporated herein as **Exhibit 7** is a true and correct copy of email communications I sent and received from opposing counsel on March 1, 2023 showing the defendant requested an extension of time which I granted to the following week.

61. Attached hereto and fully incorporated herein as **Exhibit 8** is a true and correct copy of email communications I sent and received from opposing counsel on March 8, 2023 where defendant said they could not produce the discovery documents so I gave an extension to March 12, 2024.

62. Attached hereto and fully incorporated herein as **Exhibit 9** is a true and correct copy of an Opinion and Order I received from the State Bar review department on March 11, 2024 for recommended disbarment and interim suspension to start on March 14, 2024.

63. Attached hereto and fully incorporated herein as **Exhibit 10** is a true and correct copy of the case management statement I received from the State Bar on March 15, 2024, requesting that the motion for class certification be dismissed based on my suspension.

64. Attached hereto and fully incorporated herein as **Exhibit 11** is a true and correct copy of an email I received from Chris Weber attempting to justify why he did not produce the State Bar documents since he knew I was going to be suspended.

65. On March 26, 2024 I met and conferred with opposing counsel before bringing this motion. David Lui would not answer me when I asked if he knew the State Bar was going to issue the interim suspension when the request for an extension of time was made by counsel on March 1, 2024.

66. Attached hereto and fully incorporated herein as **Exhibit 12** is a true and correct copy of the state court Order striking the motion to certify the class filed on or about March 20, 2024.

67. Attached hereto and fully incorporated herein as **Exhibit 13** is a true and correct copy of the State Bar Court's recommendation of 18-month suspension I received which was filed on April 3, 2023 solely for practice or purported violation of local federal rules.

68. Attached hereto and fully incorporated herein as **Exhibit 14** is a true and correct copy of the State Bar's Notice of Disciplinary Charges filed against me on April 29, 2022 that led to the recommendation of April 3, 2023.

69. Attached hereto and fully incorporated herein as **Exhibit 15** is a true and correct copy of my Certificate of Admission in the U.S. District Court for the Eastern District of California dated December 17, 2014.

70. Attached hereto and fully incorporated herein as **Exhibit 16** is a true and correct copy of a printout from the U.S. District Court for the Eastern District of California's website showing that as of February 12, 2021 my membership was still active in that district.

71. Attached hereto and fully incorporated herein as **Exhibit 17** is a true and correct copy of an email I sent to Leslie Westmoreland on August 3, 2019 specifically asking if I should put my State Bar number on the federal papers that were being filed.

72. Attached hereto and fully incorporated herein as **Exhibit 18** is a true and correct copy of the letter I received with the check from the State Bar after they stipulated that they violated federal law under 11 USC §524 (contempt).

73. Attached hereto and fully incorporated herein as **Exhibit 19** is a true and correct copy of the screenshot I took of my incoming email box showing that on April 3, 2023 the State Bar Recommendation came down minutes after this Court dismissed the case.

74. Attached hereto and fully incorporated herein as **Exhibit 20** is a true and correct copy of the Fourth Amended Complaint in the data breach case that was filed in the state court.

75. Attached hereto and fully incorporated herein as **Exhibit 21** is a true and correct copy of the Ninth Circuit BAP published Opinion in the matter of Albert-Sheridan v State Bar that was issued today, April 2, 2024 reinstating more of my causes of action against the State Bar when they wrongfully withheld my license to practice law dating back to 2018.

76. The timing of these events cannot be disputed.

77. Every person that I have asked whether this timeline looked suspicious or coincidental has each replied to me that it looked like it was coordinated by the State Bar.
78. The Interim Suspension and Opinion of 3-11-2024 is based on practice of law in a federal court that did not sanction, admonish, or suspend me.
79. My membership was not suspended in the Eastern District until on or about March 1, 2021 when an Operations Supervisor automatically switched my status without a Judge advising her to do so. The issue is before the Ninth Circuit.
80. The State Bar also asserted that it was UPL for me to put my State Bar number next to my name on the caption. As such, I have removed my State Bar number next to my name in these papers.
81. My disagreement with the State Bar is not an attempt to obfuscate the disbarment or suspension that is looming over my law license in the State of California. It is merely my recognition that my Constitutional right to practice in federal court is not automatically taken away by a state bar court suspension.
82. On 3-26-2024 while attempting to confer with opposing counsel, David Lui read the admission Local Rule and purported that it meant I was practicing UPL in this court because I was no longer qualified to file any papers – as if this district used automatic suspensions. It doesn't under Kramer and I have fully briefed that issue with the State Bar.
83. As stated in the 4-03-2023 Recommendation, the State Bar does not consider constitutionality of the actions – it is not an issue they will determine.
84. That is how I received my first suspension. Although it is unconstitutional to suspend a lawyer for failing to obey a void order, the State Bar can because constitutional issues are not relevant to a state bar determination.
85. So in this case, although it is unconstitutional (against due process) to suspend a lawyer automatically before a chance to fair notice and be heard in a federal

11

**DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*     22-cv-00983

court based on a state bar's suspension, the State Bar can because constitutional issues are not relevant to a state bar determination.

86. Thus far I have received two types of reactions from attorneys in this case.
87. Attorneys like David Lui, Beth Petronio, Michael Gold, and Alison Berry Wilkinson, appears to be cheering on the State Bar and the suspension. They are of the mind that suspension in federal court is automatic.
88. I know this because they told me to my face or in an email.
89. Every single other attorney that has responded to the news of my interim suspension is horrified by the State Bar's actions and fearful of the State Bar knowing their identity.
90. State Bar members should not have to fear their own organization.
91. Without basic constitutional guarantees their fear is justified.
92. Now that the Review Department issued recommendation of disbarment with interim suspension, it has become impracticable to find an attorney who is a member of the California State Bar to act as class counsel.
93. I have asked a handful of attorneys personally, the plaintiffs and putative class and two attorney groups amassing 12,000 in number and no one is willing to step in to take over this case – and it's a legitimate case coming close to winning.
94. This is causing the plaintiffs and class irreparable harm.
95. When I asked a handful of putative members of the class whether they preferred I find a way to stay on the case as class counsel in federal court, I received a response in the affirmative.
96. The response from the Complainants (nonattorneys) in the putative class has been equally horrified and one of verifiable mistrust in the State Bar's actions.
97. There is no money damage that could adequately address the harm that the Defendants are causing the plaintiffs, putative class members and appearance of integrity in the judicial system.

98. I am refiling the declarations from some of the declarations I filed before and others submitted more robust versions back to me.

99. I declare under penalty of perjury of the law of the United States that the foregoing is true and correct to the best of my knowledge. Executed this day in Coldwater, Michigan.

Dated: April 2, 2024

Respectfully Submitted,
/s/ Lenore Albert_____
LENORE L. ALBERT, ESQ.
Attorney for Plaintiffs, John Roe 1, John Roe 3, Jane Roe 2, Chad Pratt, and NZ *on behalf of themselves and all others similarly situated.* ** *In Federal Court ONLY –* **Suspended by California State Bar 03-14-2024** **

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S Coast Hwy #3960, Laguna Beach, CA 92651. On March 20, 2024, I served a copy of the following document(s) described as:

**DECLARATION OF LENORE ALBERT**

On the interested parties in this action as follows:

SEE ELECTRONIC SERVICE LIST ATTACHED

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth per CCP 1010.6.

**[] BY MAIL–** I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Santa Ana, California, to the aforementioned addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: March 20, 2024

                                                   /s/  James Ocon
                                                   James Ocon

**DECLARATION OF LENORE ALBERT**

*Roe v The State Bar of California, et al.*          22-cv-00983

**ELECTRONIC SERVICE LIST**

**For Defendants State Bar of California**
David M. Liu
**FREEMAN MATHIS & GARY, LLP**
3030 Old Ranch Parkway | Suite 200 | Seal Beach, CA 90740-2713
D: 562-245-8405 | C: 562-682-8062
David.Liu@fmglaw.com

ROBERT G. RETANA (148677) Deputy General Counsel
SUZANNE C. GRANDT (304794)
Assistant General Counsel
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639 Telephone: 415-538-2388; Facsimile: 415-538-2517
Email: suzanne.grandt@calbar.ca.gov

**For Defendant Rick Rankin**
**JEFFER MANGELS BUTLER & MITCHELL LLP**
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor.
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

**For Defendant Tyler Technologies, Inc.**
**K&L GATES LLP**
Beth Petronio
Christina N. Goodrich (SBN 261722) christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564) zach.timm@klgates.com
10100 Santa Monica Boulevard Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000 Facsimile: 310.552.5001