Re: Roe v. State Bar, et al.

From: lenore albert (lenalbert@interactivecounsel.com)

To: christopher.weber@fmglaw.com; janderson@jmbm.com; beth.petronio@klgates.com

Cc: mag@jmbm.com; zach.timm@klgates.com; david.liu@fmglaw.com

Date: Friday, March 1, 2024 at 11:53 AM PST

Thanks, I believe each defendant's counsel has responded. I agree to the extension to March 11, 2024 for your demurrer and expect to see the documents by March 8, 2024. Glad we were able to informally resolve an issue in this case.

Sincerely,

Lenore Albert, Esq.
**Law Offices of Lenore Albert**
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Phone: 424-365-0741
https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

Also, President & CEO
**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*
**Mined Media Org.**
**Project Geeks**
**MasterMined(tm) Tech.**
**InteractiveCounsel**
**FactChecks(tm)**

Cal Bus & Prof Code 6001.1
"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE

ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

On Friday, March 1, 2024 at 11:40:02 AM PST, Petronio, Beth W. <beth.petronio@klgates.com> wrote:

Tyler expects that it will be able to produce its document by Tuesday, March 5.

Thanks,

Beth

**K&L GATES**

**Beth W. Petronio**
Managing Partner, Dallas
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, Texas 75230
Office: 214.939.5815

Cell: 214.707.5022
Fax: 214.939.5849
beth.petronio@klgates.com

www.klgates.com

---

**From:** Christopher J. Weber <Christopher.Weber@fmglaw.com>
**Sent:** Friday, March 1, 2024 1:35 PM
**To:** Justin Anderson <JAnderson@jmbm.com>; lenore albert <lenalbert@interactivecounsel.com>
**Cc:** Michael A. Gold <MAG@JMBM.com>; Timm, Zach T. <Zach.Timm@klgates.com>; David M. Liu <david.liu@fmglaw.com>; Petronio, Beth W. <beth.petronio@klgates.com>
**Subject:** RE: Roe v. State Bar, et al.

The State Bar anticipates producing documents on March 8.  Thanks.

Chris

**Christopher J. Weber**
Partner
**Freeman Mathis & Gary, LLP**

550 South Hope Street | 22nd Floor | Los Angeles, CA 90071-2631
D: 213-615-7049 | C: 818-359-0735
Christopher.Weber@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



AZ | CA | CO | CT | FL | GA | IL | IN | KY | MA | NJ | NM | NV | NY | OH | PA | RI | TN | TX
Please read this important notice and confidentiality statement

**From:** Justin Anderson <JAnderson@jmbm.com>
**Sent:** Friday, March 1, 2024 11:32 AM
**To:** lenore albert <lenalbert@interactivecounsel.com>
**Cc:** Michael A. Gold <MAG@JMBM.com>; zach.timm@klgates.com; David M. Liu <david.liu@fmglaw.com>; Christopher J. Weber <Christopher.Weber@fmglaw.com>; beth.petronio@klgates.com
**Subject:** RE: Roe v. State Bar, et al.

**Caution:** This email originated from outside of the FMG organization. **Do not click links** or **open attachments** unless you recognize the sender and know the content is safe.

Hi Lenore,

I can't speak for the other defendants, but I'm shooting to get documents out early next week.

A one-week extension is helpful. Can you confirm the new March 11, 2024 deadline for Defendants to respond to the complaint?

Hope you have a nice weekend.

Thanks,

Justin

**From:** lenore albert <lenalbert@interactivecounsel.com>
**Sent:** Friday, March 1, 2024 11:23 AM
**To:** Justin Anderson <JAnderson@jmbm.com>
**Cc:** Michael A. Gold <MAG@JMBM.com>; zach.timm@klgates.com; David M. Liu <david.liu@fmglaw.com>; Christopher J. Weber <christopher.weber@fmglaw.com>;

beth.petronio@klgates.com
**Subject:** Re: Roe v. State Bar, et al.

Hi Justin,

Great to hear. What date do the defendants propose getting those documents to me? I recall the extension was requested for one week to March 11, 2024?

Sincerely,

Lenore Albert, Esq.

**Law Offices of Lenore Albert**

1968 S. Coast Hwy #3960

Laguna Beach, CA 92651

Phone: 424-365-0741

https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

*Also, President & CEO*

**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*

**Mined Media Org.**

**Project Geeks**

**MasterMined(tm) Tech.**

**InteractiveCounsel**

**FactChecks(tm)**

Cal Bus & Prof Code 6001.1

"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

3/17/24, 6:22 PM
Yahoo Mail - Re: Roe v. State Bar, et al.
Case 8:22-cv-00983-DFM    Document 145-7    Filed 04/02/24    Page 5 of 9    Page ID #:2975

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE
INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT
PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON
INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.
ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF
THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE,
PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER
IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE
ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

On Thursday, February 29, 2024 at 05:50:31 PM PST, Justin Anderson <janderson@jmbm.com> wrote:

Hi Lenore,

Thanks for the call today. You mentioned that you would be willing to extend the Defendants' time to respond to the Fourth Amended Complaint if the parties would agree to operate under the protective order as stipulated, and we appreciate the courtesy. Let's avoid any *ex partes* to get the order signed – Defendants will agree to operate under the protective order now, and will get productions out.

Please confirm your agreement to extend all of Defendants' deadlines to respond to the Fourth Amended Complaint by two weeks, from March 5, 2024, to March 19, 2024.

Best,

Justin

---

**From:** lenore albert <lenalbert@interactivecounsel.com>
**Sent:** Wednesday, February 28, 2024 3:56 PM
**To:** Justin Anderson <JAnderson@jmbm.com>
**Cc:** Michael A. Gold <MAG@JMBM.com>; zach.timm@klgates.com; David M. Liu <david.liu@fmglaw.com>; Christopher J. Weber <christopher.weber@fmglaw.com>; beth.petronio@klgates.com
**Subject:** Re: Roe v. State Bar, et al.

3/17/24, 6:22 PM
Yahoo Mail - Re: Roe v. State Bar, et al.
Case 8:22-cv-00983-DFM    Document 145-7    Filed 04/02/24    Page 6 of 9    Page ID #:2976

Hi Justin,

Attached is my letter in response. I have selected tomorrow morning at 9AM PST for our meeting. Here is the log in information. See you then!

Lenore Albert is inviting you to a scheduled Zoom meeting.

Topic: Roe v State Bar of California - Meet and Confer 9AM PST

Time: Feb 29, 2024 09:00 AM Pacific Time (US and Canada)

Join Zoom Meeting

https://us06web.zoom.us/j/87893724328?pwd=ogrXZvtTUeV2JNaDzf06QLRVYblOYy.1

Meeting ID: 878 9372 4328

Passcode: 229480

---

One tap mobile

+13092053325,,87893724328#,,,,*229480# US

+13126266799,,87893724328#,,,,*229480# US (Chicago)

---

Dial by your location

• +1 309 205 3325 US

• +1 312 626 6799 US (Chicago)

• +1 646 931 3860 US

• +1 929 205 6099 US (New York)

• +1 301 715 8592 US (Washington DC)

• +1 305 224 1968 US

3/17/24, 6:22 PM
Yahoo Mail - Re: Rod v. State Bar, et al.
Case 8:22-cv-00983-DFM Document 145-7 Filed 04/02/24 Page 7 of 9 Page ID #:2977

- +1 669 900 6833 US (San Jose)
- +1 689 278 1000 US
- +1 719 359 4580 US
- +1 253 205 0468 US
- +1 253 215 8782 US (Tacoma)
- +1 346 248 7799 US (Houston)
- +1 360 209 5623 US
- +1 386 347 5053 US
- +1 507 473 4847 US
- +1 564 217 2000 US
- +1 669 444 9171 US

Meeting ID: 878 9372 4328

Passcode: 229480

Find your local number: https://us06web.zoom.us/u/kc899D1u2M

Sincerely,

Lenore Albert, Esq.

**Law Offices of Lenore Albert**

1968 S. Coast Hwy #3960

Laguna Beach, CA 92651

Phone: 424-365-0741

https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

*Also, President & CEO*

3/17/24, 6:22 PM
Yahoo Mail - Re: Rod v. State Bar, et al.
Case 8:22-cv-00983-DFM   Document 145-7   Filed 04/02/24   Page 8 of 9   Page ID #:2978

*Simply Lenore LLC (patent pending ICan ID(tm) technology)*

*Mined Media Org.*

*Project Geeks*

*MasterMined(tm) Tech.*

*InteractiveCounsel*

*FactChecks(tm)*

Cal Bus & Prof Code 6001.1

"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE
INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT
PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON
INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.
ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF
THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE,
PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER
IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE
ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

On Wednesday, February 28, 2024 at 12:27:40 PM PST, Justin Anderson <janderson@jmbm.com> wrote:

Hi Lenore,

Please see the attached regarding the demurrers that Defendants anticipate filing in response to Plaintiffs' amended complaint. Should you need additional time to digest and to meet and confer, please do let us know; we would just

request a short extension of our deadline to respond so that we could do so.

Thanks,

Justin

**Justin Anderson** | Associate
**Jeffer Mangels Butler & Mitchell LLP | JMBM**
1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067
**D:** (310) 712-6826   **|   F:** (310) 203-0567   **|   E:** JAnderson@JMBM.com



This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify JMBM immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit JMBM.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Beth.Petronio@klgates.com.