

THE UNITED STATES OF AMERICA

Eastern District of California

I, Marianne Matherly, Clerk of the United States District Court for the Eastern District of California, do hereby certify that

**LENORE LUANN ALBERT**

was duly admitted and qualified as an Attorney and Counselor of said District Court on the 17th day of December, A.D., 2014

In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in Sacramento in the Eastern District of California, this 17th day of December, A.D., 2014

Marianne Matherly, Clerk of Court