## Attorney LookUp

Last Name*: albert             First Name (optional): lenore             [LookUp]

Total: 1

| Name | Bar Number | Office | City | Bar Status | Admission Date |
|---|---|---|---|---|---|
| **Albert, Lenore LuAnn** | 210876 | Law Office of Lenore Albert | Huntington Beach | Active | 12/17/2014 |