## For Your Review - Notice of Death before Judge Ishi

### Lenore Albert

Sat 8/3/2019 5:08 PM

To:leslieww1@gmail.com <leslieww1@gmail.com>;Brooke Lynn <readproverbs8@gmail.com>

📎 1 attachments (1 MB)
Noble - Notice of Death.pdf;

Please review. Unsure if wording in caption for "plaintiff" is correct. Unsure if I include my SBN number on Document.

Sincerely,

Simply Lenore :)