Case 8:22-cv-00983-DFM Document 145-19 Filed 04/02/24 Page 1 of 1 Page ID #:3112

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Courtroom C | ☆ | IN RE MATTER OF DEVORE LUANN ALBERT, CBC 22-O-30348 Decision of case see the attached ... "Decision" issued by Judge ... | Inbox | 4/3/2023 |
| ☐ | cacd_ecfmail@cacd.uscourts.gov | ☆ | Activity in Case 8:22-cv-00983-DFM John Roe 1 et al v. The State Bar of California et al Minutes of In Chambers Order/Directive ... | Inbox | 4/3/2023 |
| ☐ | cacd_ecfmail@cacd.uscourts.gov | ☆ | Activity in Case 8:22-cv-00983-DFM John Roe 1 et al v. The State Bar of California et al Order on Motion to Dismi... This is an a... | Inbox | 4/3/2023 |