UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JOHN ROE 3, an individual; JANE ROE 2 an individual; CHAD PRATT, an individual, NZ, *on behalf of themselves and all others similarly situated*,<br><br>         Plaintiff,<br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br>         Defendants. | CASE NO. 22-cv-00983-DFM<br><br>Assigned to the Hon. Douglas F. McCormick<br>Complaint filed: 03-18-2022<br>Dismissed and remanded: 05-03-2023<br><br>**DECLARATION OF LARRY TRAN**<br><br>Hearing Date: May 2, 2024<br>Time: 10:00AM<br>Crtm: 6B – Sixth Floor |

I, Larry Tran am a plaintiff in the case of Tran v Tesla, Inc., Los Angeles County Case Number 23TRCV02546 which is pending in the Inglewood Courthouse.

If called as a witness, I could testify to the following of my own personal knowledge. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

1. I am over the age of 18 years old.

1

**DECLARATION OF LARRY TRAN**

*Roe v The State Bar of California, et al.*                   22-cv-00983

2. I was a client of Ms. Lenore Albert that was irreparably harmed by the State Bar's abrupt suspension of Ms. Lenore Albert's license to practice law in the state of California.

3. I possess a J.D. and am a litigation paralegal at a personal injury law firm, I have been a class representative in some very large class action lawsuits, and assisted mediators in small claims court.

4. I make this declaration based on my knowledge and experience in this field.

5. I hired Ms. Albert to represent me in a case against Tesla after they refused to properly repair my vehicle while under express warranty. Based on Tesla's misrepresentations and failure to honor their warranty by providing adequate and proper repairs My Tesla while on the way to a trade show, failed on the highway – leaving me in a dangerous condition.

6. Ms. Albert notified me as soon as she was given notice of the interim suspension.

7. With little time, Ms. Albert did the best she could to try to get my case to settle, send out further discovery demands and prepared a filed a motion for me to pursue financial records based on my fraud cause of action.

8. Ms. Albert is the first trial lawyer that showed me one could file a motion under CCP 3295 to pursue discovery of a defendant's financial worth prior to trial. I understood that you needed a judgment to require defendant to open their books.

9. Ms. Albert is also the first trial lawyer that showed me the different areas one could request to prove financial worth during the punitive damages phase of trial.

10. Now, I had no choice but to substitute into my action against Tesla and represent myself.

11. There is irreparable harm to Ms. Albert by not allowing her to continue with representing me.

12. We both are being irreparably harmed.

13. Ms. Albert's law practice is losing her good will.

14. Ms. Albert is losing her state court cases, of which this is one of them.

15. By losing her state court cases, Ms. Albert is losing clients like me.

16. This case was filed on contingency and as such Ms. Albert is losing her financial income as well.

17. I tried to find another attorney to take my case and none could because other lemon law attorneys want cases where the vehicle was purchased new and mine is a used vehicle making my case more complex.

18. Because the State Bar abruptly was taking away my attorney's license to practice law, I had to substitute in as my own representative. Ms. Albert does put in the due diligence which could easily be proven by simply viewing the docket.

19. My case is an example of exactly the type of irreparable harm Ms. Albert faces in federal court now because her harm and the harm the State Bar did to my case are intertwined.

20. Ms. Albert is losing income, her business and her livelihood.

21. It would be a manifest injustice to allow a federal court to suspend her license to practice law, you are literally taking upon ones livelihood.

22. I have worked for, dealt with, and went up against other attorneys in California, and can say that some other attorneys' conduct has been far worse than anything the State Bar has ever alleged against Ms. Albert and they are still working in good standing without any disciplinary record.

23. The conduct I witnessed throughout my case, Ms. Albert is extremely competent and acts zealously.

24. Ms. Albert has all of my respect as she was willing to challenge Tesla when so many others were afraid. It is easy to take a case where everything is spoon-fed to you

### DECLARATION OF LARRY TRAN

*Roe v The State Bar of California, et al.*  22-cv-00983

and easily resolved via a simple demand letter in pre-litigation or take the first lowball offer presented. It takes much more to really hash out and fight the triable issues, especially against one of the largest companies in the world with their buildings full of defense attorneys. There are plenty of attorneys who are afraid to go to trial to fight for what is right, Ms. Albert is not one of them.

25. My phone number is 626-217-7836. I would be happy to answer any questions the Court may have.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this day in Canyon Country, California

Dated: April 2, 2024

/s/___LARRY TRAN_____
Larry Tran

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S Coast Hwy #3960, Laguna Beach, CA 92651.  On April 2, 2024, I served a copy of the following document(s) described as:

**DECLARATION OF LARRY TRAN**

On the interested parties in this action as follows:

SEE ELECTRONIC SERVICE LIST ATTACHED

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth per CCP 1010.6.

**[] BY MAIL**– I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Santa Ana, California, to the aforementioned addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: April 2, 2024

                                          /s/ Lenore Albert
                                          Lenore Albert

# ELECTRONIC SERVICE LIST

**For Defendants State Bar of California**
David M. Liu
**FREEMAN MATHIS & GARY, LLP**
3030 Old Ranch Parkway | Suite 200 | Seal Beach, CA 90740-2713
D: 562-245-8405 | C: 562-682-8062
David.Liu@fmglaw.com

ROBERT G. RETANA (148677) Deputy General Counsel
SUZANNE C. GRANDT (304794)
Assistant General Counsel
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639 Telephone: 415-538-2388; Facsimile: 415-538-2517
Email: suzanne.grandt@calbar.ca.gov

**For Defendant Rick Rankin**
**JEFFER MANGELS BUTLER & MITCHELL LLP**
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor.
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

**For Defendant Tyler Technologies, Inc.**
**K&L GATES LLP**
Beth Petronio
Christina N. Goodrich (SBN 261722) christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564) zach.timm@klgates.com
10100 Santa Monica Boulevard Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000 Facsimile: 310.552.5001