1  Lenore L. Albert *Suspended Cal State Bar 03-14-2024*
2  1968 S. Coast Hwy #3960
3  Laguna Beach, CA 92651
   Telephone (424)365-0741
4  Email: lenalbert@InteractiveCounsel.com
5  Attorney for Plaintiffs, John Roe 1, John Roe 3,
   Jane Roe 2, Chad Pratt, and NZ *on behalf of*
6  *themselves and all others similarly situated.*
7  **IN FEDERAL COURT ONLY**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JOHN ROE 3, an individual; JANE ROE 2 an individual; CHAD PRATT, an individual, NZ, *on behalf of themselves and all others similarly situated*,<br><br>                    Plaintiff,<br>vs.<br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br>                    Defendants. | CASE NO. 22-cv-00983-DFM<br><br>Assigned to the Hon. Douglas F. McCormick<br>Complaint filed: 03-18-2022<br><br>**EX PARTE APPLICATION TO ADVANCE THE 05-02-2024 HEARING DATE**<br><br>Hearing Date: TBD<br>Time: On the papers<br>Crtm: 6B – Sixth Floor |

**TO THE COURT, THE PARTIES AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE,** John Roe 1, John Roe 3, Jane Roe 2, Chad Pratt, and NZ will apply for an Order, *ex parte*, to shorten time on the motion to reopen the case and vacate orders pursuant to Fed. R. Civ. Proc. Rule 6 and Local Rule 6-1.

The underlying motion is a motion for relief pursuant to Fed. R. Civ. Proc. Rule 60 and the Court's inherent authority. (Doc. 144).

i

**EX PARTE APPLICATION TO ADVANCE THE 05-02-2024 HEARING DATE**

The application will be submitted on the papers to the Honorable Douglas F. McCormick sitting in Courtroom 6B of the United States District Court for the Central District of California located at 411 West Fourth Street, Santa Ana, CA 92701 on Monday April 8, 2024.

Pursuant to the Local Rules Defendants were given notice by telephone and by email on Friday April 5, 2024. Defendants are filing their own ex parte application seeking to extend time and continue the hearing. As such, they oppose.

Pursuant to Local Rule 7-20 a proposed order has been drafted and it being submitted herewith.

Plaintiff's counsel is unable to comply with Local Rule 11-3.8(a) because the State Bar has ruled that plaintiff's counsel's addition of the State Bar Number in federal court – is the Unauthorized Practice of Law. She is trying to get herself out of trouble – not in it. To substantially comply, plaintiff's counsel's California State Bar Number is 210876. Her Michigan State Bar Number is P85667. Finally, her U.S. Supreme Court Bar Number is 264066.

This application is based on the application, memorandum of points and authorities, Declaration of Lenore Albert, the underlying motion which can be found in the docket Doc. No. 144. The application is also based on the court file, papers and pleadings therein.

Dated: April 8, 2024

Respectfully Submitted,
/s/ Lenore Albert
LENORE L. ALBERT
Attorney for Plaintiffs, John Roe 1, John Roe 3, Jane Roe 2, Chad Pratt, and NZ *on behalf of themselves and all others similarly situated.* ** *In Federal Court ONLY* – **Suspended by California State Bar 03-14-2024** **

ii

**EX PARTE APPLICATION TO ADVANCE THE 05-02-2024 HEARING DATE**

*Roe v The State Bar of California, et al.*   22-cv-00983-DFM

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. **Relief Requested:**

Plaintiffs seek to advance their hearing on the motion to reopen this case and vacate terminating orders which was set for May 2, 2024. Specifically, the underlying motion for relief seeks an Order to reopen the case; and vacate: (1) the Order denying a protective order (Doc. No. 127); (2) Order dismissing the antitrust claim of attempted regulation of the practice of law in federal court by the California State Bar (Doc. No. 130); (3) Order declining supplemental jurisdiction (Doc. No. 134); and (4) the Order closing and remanding the case (Doc. No.135) pursuant to Fed. R. Civ. Proc. Rules 60 and the Court's inherent authority.

## II. **Parties Affected by Relief Requested in the Motion:**

Defendant State Bar of California

Defendant Tyler Technologies, Inc.

Defendant Rick Rankin

## III. **Reasons Necessitating the Court Hear the Motion on Shortened Time:**

On April 2, 2024, Plaintiffs filed a motion seeking relief under Fed. R. Civ. Proc. Rule 60(b). (Doc. 144). The hearing was set for May 2, 2024. However, May 2, 2024, is a Thursday. This Court hears motions on Tuesdays.

Because the motion seeks to reopen a case that was closed on May 3, 2023, the plaintiffs must have their motion heard prior to May 3, 2024. Consequently, plaintiffs seek relief to advance the hearing date to April 30, 2024, or anytime before May 3, 2024, at the convenience of the court.

Local Rule 6-1 provides a motion should be set 28 days prior to the hearing. However, the Court may hear the matter on shortened time.

1

**EX PARTE APPLICATION TO ADVANCE THE 05-02-2024 HEARING DATE**

*Roe v The State Bar of California, et al.*            22-cv-00983-DFM

FRCP Rule 6(b)(2) provides that "[a] court must not extend the time to act under Rules 50(b) and (d), 52(b), 59(b), (d), and (e), and 60(b)." Id.

The matter cannot be heard at a later because it would be in violation of Fed. R. Civ. Proc. Rule 6(b)(2). There is no exception just because the defendant is a state agency attempting to do some tail wagging. "Decency, security and liberty alike demand that government officials shall be subjected to the same rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously." *Miranda v. Arizona* (1966) 384 U.S. 436, 479-80.

The matter cannot be heard at a later date without prejudicing the plaintiffs because Fed. R. Civ. Proc. Rule 60(c) limits relief to within one year from the date of the order the party is seeking to have vacated. Consequently, good cause exists to grant this ex parte relief.

As such, the Court should *advance* the hearing on the motion to its April 30, 2024, calendar, *or anytime sooner* as the Court deems appropriate.

There is no prejudice to the defendants because there are 28 days between the date the motion was filed and served and a hearing date of Tuesday April 30, 2024.

Since the underlying motion for relief is based on FRCP 60(b), the Court should *not grant* the Defendants' ex parte application to extend time on the motion which is being filed simultaneously by them.

## IV.  CONCLUSION

Wherefore plaintiffs respectfully request that this Court grant this ex parte application and advance the hearing date on the plaintiffs' motion for relief under Fed. R. Civ. Proc. Rule 60 (Doc. 144) to April 30, 2024, or any other time before that date at the Court's convenience.

Dated:  April 8, 2024                    Respectfully Submitted,
                                         LAW OFFICES OF LENORE ALBERT

|   |   |
|---|---|
| 1 | /s/ Lenore Albert |
| 2 | LENORE L. ALBERT, ESQ. |
| 3 | Attorney for Plaintiffs, John Roe 1, John Roe 3, Jane Roe 2, Chad Pratt, and NZ *on behalf of themselves and all others similarly situated.* ** In Federal Court ONLY – **<u>Suspended State Bar 03-14-2024</u>** ** |

The undersigned, counsel of record for John Roe 1, et al, certifies that this brief contains 1,516 words, which complies with the word limit of L.R. 11-6.1.

Dated: April 8, 2024

Respectfully Submitted,
LAW OFFICES OF LENORE ALBERT
/s/ Lenore Albert
LENORE L. ALBERT, ESQ.
Attorney for Plaintiffs, John Roe 1, John Roe 3, Jane Roe 2, Chad Pratt, and NZ *on behalf of themselves and all others similarly situated.* ** In Federal Court ONLY – **<u>Suspended State Bar 03-14-2024</u>** **

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S Coast Hwy #3960, Laguna Beach, CA 92651.  On April 8, 2024, I served a copy of the following document(s) described as:

**EX PARTE APPLICATION TO ADVANCE THE 05-02-2024 HEARING DATE**

On the interested parties in this action as follows:

SEE ELECTRONIC SERVICE LIST ATTACHED

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth per CCP 1010.6.

**[] BY MAIL**– I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Santa Ana, California, to the aforementioned addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: April 8, 2024

                                               /s/ Lenore Albert
                                                   Lenore Albert

# ELECTRONIC SERVICE LIST

**For Defendants State Bar of California**
David M. Liu
**FREEMAN MATHIS & GARY, LLP**
3030 Old Ranch Parkway | Suite 200 | Seal Beach, CA 90740-2713
D: 562-245-8405 | C: 562-682-8062
David.Liu@fmglaw.com

ROBERT G. RETANA (148677) Deputy General Counsel
SUZANNE C. GRANDT (304794)
Assistant General Counsel
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639 Telephone: 415-538-2388; Facsimile: 415-538-2517
Email: suzanne.grandt@calbar.ca.gov

**For Defendant Rick Rankin**
**JEFFER MANGELS BUTLER & MITCHELL LLP**
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor.
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

**For Defendant Tyler Technologies, Inc.**
**K&L GATES LLP**
Beth Petronio
Christina N. Goodrich (SBN 261722) christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564) zach.timm@klgates.com
10100 Santa Monica Boulevard Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000 Facsimile: 310.552.5001