Lenore L. Albert *Suspended Cal State Bar 03-14-2024*
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1,John Roe 3, Jane Roe 2, Chad Pratt, and NZ *on behalf of themselves and all others similarly situated.*
**IN FEDERAL COURT ONLY**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JOHN ROE 3, an individual; JANE ROE 2 an individual; CHAD PRATT, an individual, NZ, *on behalf of themselves and all others similarly situated*, <br><br>          Plaintiff, <br>vs. <br><br>THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive, <br>          Defendants. | CASE NO. 22-cv-00983-DFM <br><br>Assigned to the Hon. Douglas F. McCormick <br>Complaint filed: 03-18-2022 <br><br>**DECLARATIO OF LENORE ALBERT IN SUPPORT OF THE EX PARTE APPLICATION TO ADVANCE THE 05-02-2024 HEARING DATE** <br><br>Hearing Date: TBD <br>Time: On the papers <br>Crtm: 6B – Sixth Floor |

**DECLARATION OF LENORE ALBERT**

I, Lenore Albert, was the counsel for the plaintiffs John Roe 1, John Roe 3, Jane Roe 2, Chad Pratt, and NZ in the state action until my suspension from the California State Bar on March 14, 2024. I am still the counsel for the plaintiffs in the above-captioned action in the federal court and am currently a member in good standing in the

1

**DECLARATION OF LENORE ALBERT IN SUPPORT OF THE EX PARTE APPLICATION TO ADVANCE THE 05-02-2024 HEARING DATE**

U.S. District Court for the Central District of California, the Ninth Circuit Court of Appeals, and the U.S. Supreme Court. If called as a witness, I could truthfully testify to the following facts of my own personal knowledge as follows:

1. I received an email from Beth Petronio on Friday April 5, 2024 informing me that the defendants were going to seek an ex parte order from this court continuing the hearing on the plaintiff's FRCP 60(b) motion for relief until the Chief Judge determines if a reciprocal suspension would be made by this federal court. Her email also indicated that the hearing was set on a Thursday and this Court hears matters on Tuesday.
2. Then I received a phone call from Justin Anderson later that evening informing me of the same. During the phone call, I asked if Mr. Anderson was representing all of the defendants on that call to which he replied yes, so I gave him ex parte notice that plaintiffs would be seeking an order to shorten time.
3. I then followed up my telephone conversation with a confirming email providing notice. Attached hereto and fully incorporated herein as **Exhibit 1** is a true and correct copy of my email to opposing counsel on Friday April 5, 2024.
4. The defense counsels' name, address, phone number and email are attached to this declaration.
5. The underlying motion can be found on the Court docket at Doc. No. 144. It is based on Fed. R. Civ. Proc. Rule 60(b) in part.
6. I filed and served the Motion for Relief (Doc. No. 144) on April 2, 2024.
7. If the hearing is advanced to Tuesday April 30, 2024, there are 28 days between the time of filing and hearing demonstrating no prejudice in advancing the hearing date.

2

**DECLARATION OF LENORE ALBERT IN SUPPORT OF THE EX PARTE APPLICATION TO ADVANCE THE 05-02-2024 HEARING DATE**

*Roe v The State Bar of California, et al.*   22-cv-00983-DFM

8. The plaintiffs, on the other hand, will be prejudiced if the hearing is not advanced because some of the issues had to be filed prior to one year of the Order.

9. The Order denying the protective Order was filed on March 17, 2023 (Doc. No. 127).

10. The Order dismissing the antitrust causes of action was filed on April 3, 2023 (Doc. No. 130).

11. The Order declining supplemental jurisdiction was filed on May 1, 2023 (Doc. No. 134).

12. The Order vacating the dismissal, closing the case and remanding to state court was filed on May 3, 2023 (Doc. No. 135).

13. I am unable to comply with Local Rule 11-3.8(a) because the State Bar has ruled that my addition of the State Bar Number in federal court – is the Unauthorized Practice of Law. To substantially comply, my Bar numbers are:
    a. California State Bar Number is 210876.
    b. Michigan State Bar Number is P85667.
    c. U.S. Supreme Court Bar Number is 264066.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this day in Coldwater, Michigan.

Dated: April 8, 2024           Respectfully Submitted,
                               /s/ Lenore Albert_____
                               LENORE L. ALBERT
                               Attorney for Plaintiffs, John Roe 1, John Roe 3, Jane Roe 2, Chad Pratt, and NZ *on behalf of themselves and all others similarly situated.* ** In Federal Court ONLY – **Suspended by California State Bar 03-14-2024** **

3

**DECLARATION OF LENORE ALBERT IN SUPPORT OF THE EX PARTE APPLICATION TO ADVANCE THE 05-02-2024 HEARING DATE**

*Roe v The State Bar of California, et al.*           22-cv-00983-DFM

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S Coast Hwy #3960, Laguna Beach, CA 92651. On April 8, 2024, I served a copy of the following document(s) described as:

**DECLARATION OF LENORE ALBERT IN SUPPORT OF THE EX PARTE APPLICATION TO ADVANCE THE 05-02-2024 HEARING DATE**

On the interested parties in this action as follows:

SEE ELECTRONIC SERVICE LIST ATTACHED

**[x] BY E-SERVE and EMAIL –** I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth per CCP 1010.6.

**[] BY MAIL–** I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Santa Ana, California, to the aforementioned addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: April 8, 2024

                                     /s/ Lenore Albert
                                       Lenore Albert

4

**DECLARATION OF LENORE ALBERT IN SUPPORT OF THE EX PARTE APPLICATION TO ADVANCE THE 05-02-2024 HEARING DATE**

*Roe v The State Bar of California, et al.*　　　22-cv-00983-DFM

# ELECTRONIC SERVICE LIST

**For Defendants State Bar of California**
David M. Liu
**FREEMAN MATHIS & GARY, LLP**
3030 Old Ranch Parkway | Suite 200 | Seal Beach, CA 90740-2713
D: 562-245-8405 | C: 562-682-8062
David.Liu@fmglaw.com

ROBERT G. RETANA (148677) Deputy General Counsel
SUZANNE C. GRANDT (304794)
Assistant General Counsel
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639 Telephone: 415-538-2388; Facsimile: 415-538-2517
Email: suzanne.grandt@calbar.ca.gov

**For Defendant Rick Rankin**
**JEFFER MANGELS BUTLER & MITCHELL LLP**
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor.
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

**For Defendant Tyler Technologies, Inc.**
**K&L GATES LLP**
Beth Petronio
Christina N. Goodrich (SBN 261722) christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564) zach.timm@klgates.com
10100 Santa Monica Boulevard Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000 Facsimile: 310.552.5001

5

**DECLARATION OF LENORE ALBERT IN SUPPORT OF THE EX PARTE APPLICATION TO ADVANCE THE 05-02-2024 HEARING DATE**

*Roe v The State Bar of California, et al.*     22-cv-00983-DFM

Re: Roe v. Tyler - email to Lenore

From: lenore albert (lenalbert@interactivecounsel.com)
To: beth.petronio@klgates.com
Cc: christopher.weber@fmglaw.com; janderson@jmbm.com; mgold@jmbm.com
Date: Friday, April 5, 2024 at 10:30 PM PDT

Dear Counsel,

**PLEASE TAKE NOTICE,** John Roe 1, John Roe 3, Jane Roe 2, Chad Pratt, and NZ will apply for an Order, *ex parte*, in the case of John Roe v State Bar of California, CASE NO. 22-cv-00983-DFM, to shorten time on the motion to reopen the case and vacate orders pursuant to Fed. R. Civ. Proc. Rule 60 and the Court's inherent authority. The application will be submitted on the papers to the Honorable Douglas F. McCormick sitting in Courtroom 6B of the United States District Court for the Central District of California located at 411 West Fourth Street, Santa Ana, CA 92701 on Monday April 8, 2024.

**I spoke to Justin on the phone tonight. I assume by your ex parte application, you will be opposing the application.**

 Sincerely,

Lenore Albert *Suspended Cal State Bar 3-14-2024* Not an attempt to practice law in the State of California!!!!

> On Friday, April 5, 2024 at 04:54:43 PM PDT, Petronio, Beth W. <beth.petronio@klgates.com> wrote:
>
> Counsel:
>
> Defendants in the matter or *Roe v. The State Bar of California*, Case No. 8:22-cv-00983-DFM intend to file an *ex parte* application to continue the hearing and briefing schedule on the Motion you filed in that matter on April 2, 2024 (Docket Entry 144). Specifically, Defendants seek a continuance until after a final order has been issued on the currently pending Order to Show Cause why you should not be suspended from the practice of law before this Court, pursuant to Rule 83-3.2 of the Local Rules for the Central District of California. (Case No. 2:24−ad−00002−PSG, DE 1.) Defendants' believe it is inefficient and a waste of resources to be required to respond to, and for the Court to review and consider, the Motion while this OSC is pending. Defendants thus seek a brief continuance. Moreover, the Motion was noticed for Thursday May 2, 2024, however Judge McCormick hears civil motions on Tuesdays. As such, Defendants will also request that the hearing date be reset for a Tuesday.
>
> Defendants intend to file their application on Monday, April 8, 2024. Please let us know if you intend to oppose.

4/5/24, 10:31 PM
Case 8:22-cv-00983-DFM   Document 148-1   Filed 04/08/24   Page 7 of 7   Page ID
Yahoo Mail - Re: Roku v. Tyler - email to Lendrel
#:3240

Thank you,

Beth

**Beth W. Petronio**
Managing Partner, Dallas
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, Texas 75230
Office: 214.939.5815

Cell: 214.707.5022
Fax: 214.939.5849
beth.petronio@klgates.com

www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Beth.Petronio@klgates.com.