Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Beth W. Petronio (admitted *pro hac vice*)
beth.petronio@klgates.com
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5815
Facsimile: (214) 939-5849

*Attorneys for Defendant*
TYLER TECHNOLOGIES, INC.

*Additional counsel on next page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JOHN ROE 3; JANE ROE 2 an individual; CHAD PRATT, NZ, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00983-DFM<br><br>*[Assigned to Hon. Douglas F. McCormick]*<br><br>**DECLARATION OF JUSTIN A. ANDERSON IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR RELIEF UNDER FED. R. CIV. PROC. RULE 60** |

1

| | |
|---|---|
| 1 | David M. Liu (SBN 216311)<br>Christopher J. Weber (SBN233998) |
| 2 | Danielle A. Ocampo (SBN 353484)<br>**FREEMAN MATHIS & GARY, LLP** |
| 3 | 3030 Old Ranch Parkway, Suite 200<br>Seal Beach, CA  90740 |
| 4 | Telephone:  (213) 615-7000<br>david.liu@fmglaw.com |
| 5 | christopher.weber@fmglaw.com<br>danielle.ocampo@fmglaw.com |
| 6 | |
| 7 | Ellin Davtyan (SBN 238609)<br>Robert G. Retana (SBN 148677) |
| 8 | Suzanne C. Grandt (SBN 304794)<br>**OFFICE OF GENERAL COUNSEL**<br>**THE STATE BAR OF CALIFORNIA** |
| 9 | 180 Howard Street<br>San Francisco, CA 94105-1639 |
| 10 | Telephone:  (415) 538-2388<br>ellin.davtyan@calbar.ca.gov |
| 11 | robert.retana@calbar.ca.gov<br>suzanne.grandt@calbar.ca.gov |
| 12 | |
| 13 | *Attorneys for Defendant*<br>THE STATE BAR OF CALIFORNIA |
| 14 | |
| 15 | **JEFFER MANGELS BUTLER & MITCHELL LLP**<br>MICHAEL A. GOLD (Bar No. 90667) |
| 16 | *mgold@jmbm.com*<br>JUSTIN ANDERSON (Bar No. 328969) |
| 17 | *Janderson@jmbm.com*<br>1900 Avenue of the Stars, 7th Floor |
| 18 | Los Angeles, California 90067-4308<br>Telephone:  (310) 203-8080<br>Facsimile:   (310) 203-0567 |
| 19 | |
| 20 | *Attorneys for Defendant*<br>RICK RANKIN |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ANDERSON DECL. ISO *EX PARTE* APPLICATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION

**DECLARATION OF JUSTIN A. ANDERSON**

I, Justin A. Anderson, declare:

1. I am an attorney licensed to practice law before all courts of the State of California and have been admitted to the United States District Court for the Central District of California, and am an associate at Jeffer Mangels Butler & Mitchell LLP ("JMBM"), counsel of record for Defendant Rick Rankin ("Rankin"). I submit this declaration in support of Rankin, The State Bar of California, and Tyler Technologies, Inc.'s ("Defendants") *Ex Parte* Application to Continue the Hearing and Briefing Schedule on Plaintiffs' Motion for Relief Under Federal Rule of Civil Procedure 60 (the "Motion"). I have personal knowledge of the following facts based on my experience as counsel for Rankin, and, if called upon as a witness, could and would testify competently thereto.

2. On April 5, 2024, I called Lenore Albert to give oral notice of Defendants' *Ex Parte* Application. On the call, I advised Ms. Albert of the date and substance of the Application, and thereafter asked Ms. Albert is she opposed the Application. Ms. Albert told me that she would oppose the Application.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an Order to Show Cause issued in the above-captioned District, Case No. 2:24-ad-00002-PSG.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an email exchange between Beth Petronio, counsel for Tyler Technologies, Inc., and Ms. Albert. I was copied on the latest email in the exchange.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Executed on April 8, 2024, at Los Angeles, California.

_____*/s/ Justin A. Anderson*_____
Justin A. Anderson