**EXHIBIT 2**

**Justin Anderson**

| | |
|---|---|
| **From:** | lenore albert <lenalbert@interactivecounsel.com> |
| **Sent:** | Friday, April 5, 2024 10:31 PM |
| **To:** | Petronio, Beth W. |
| **Cc:** | Christopher J. Weber; Justin Anderson; Michael A. Gold |
| **Subject:** | Re: Roe v. Tyler - email to Lenore |

Dear Counsel,

**PLEASE TAKE NOTICE,** John Roe 1, John Roe 3, Jane Roe 2, Chad Pratt, and NZ will apply for an Order, *ex parte*, in the case of John Roe v State Bar of California, CASE NO. 22-cv-00983-DFM, to shorten time on the motion to reopen the case and vacate orders pursuant to Fed. R. Civ. Proc. Rule 60 and the Court's inherent authority. The application will be submitted on the papers to the Honorable Douglas F. McCormick sitting in Courtroom 6B of the United States District Court for the Central District of California located at 411 West Fourth Street, Santa Ana, CA 92701 on Monday April 8, 2024.

**I spoke to Justin on the phone tonight. I assume by your ex parte application, you will be opposing the application.**

Sincerely,

Lenore Albert *Suspended Cal State Bar 3-14-2024* Not an attempt to practice law in the State of California!!!!

On Friday, April 5, 2024 at 04:54:43 PM PDT, Petronio, Beth W. <beth.petronio@klgates.com> wrote:

Counsel:

Defendants in the matter or *Roe v. The State Bar of California*, Case No. 8:22-cv-00983-DFM intend to file an *ex parte* application to continue the hearing and briefing schedule on the Motion you filed in that matter on April 2, 2024 (Docket Entry 144).  Specifically, Defendants seek a continuance until after a final order has been issued on the currently pending Order to Show Cause why you should not be suspended from the practice of law before this Court, pursuant to Rule 83-3.2 of the Local Rules for the Central District of California.  (Case No. 2:24−ad−00002−PSG, DE 1.)  Defendants' believe it is inefficient and a waste of resources to be required to respond to, and for the Court to review and consider, the Motion while this OSC is pending. Defendants thus seek a brief continuance.  Moreover, the Motion was noticed for Thursday

1

May 2, 2024, however Judge McCormick hears civil motions on Tuesdays.  As such, Defendants will also request that the hearing date be reset for a Tuesday.


Defendants intend to file their application on Monday, April 8, 2024.  Please let us know if you intend to oppose.


Thank you,

Beth




**Beth W. Petronio**
Managing Partner, Dallas
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, Texas 75230
Office: 214.939.5815

Cell: 214.707.5022
Fax: 214.939.5849
beth.petronio@klgates.com

www.klgates.com



This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Beth.Petronio@klgates.com.