# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE 1, an individual; JOHN ROE 3; JANE ROE 2 an individual; CHAD PRATT, NZ, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00983-DFM<br><br>*[Assigned to Hon. Douglas F. McCormick]*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR RELIEF UNDER FED. R. CIV. PROC. RULE 60** |

[PROPOSED] ORDER

Having considered Defendant The State Bar of California ("State Bar"), Defendant Tyler Technologies, Inc. ("Tyler") and Defendant Rick Rankin ("Rankin") (collectively, "Defendants") *Ex Parte* Application to Continue the Hearing and Briefing Schedule on Plaintiffs' Motion for Relief Under Federal Rule of Civil Procedure 60, and all other matters presented to the Court thereon, and good cause appearing, the Court GRANTS Defendants' Motion in its entirety.

**IT IS HEREBY ORDERED THAT:**

The hearing on Plaintiffs' Motion (DE 144) is taken off-calendar, to be rescheduled for a time after Chief Judge Philip S. Gutierez has entered a final order on the Order to Show Cause as to why Ms. Lenore Albert—the individual who filed Plaintiffs' Motion—should not be suspended from the practice of law in the Central District pursuant to Local Rule 83-3.2. (*See* Case No. 2:24-ad-00002-PSG, DE 1.)

Dated: _____

Hon. Douglass F. McCormick
U.S. Magistrate Judge