David M. Liu (SBN 216311)
Christopher J. Weber (SBN233998)
Danielle A. Ocampo (SBN 353484)
**FREEMAN MATHIS & GARY, LLP**
3030 Old Ranch Parkway, Suite 200
Seal Beach, CA 90740
Telephone: (213) 615-7000
david.liu@fmglaw.com
christopher.weber@fmglaw.com
danielle.ocampo@fmglaw.com

Ellin Davtyan (SBN 238609)
Robert G. Retana (SBN 148677)
Suzanne C. Grandt (SBN 304794)
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2388
ellin.davtyan@calbar.ca.gov
robert.retana@calbar.ca.gov
suzanne.grandt@calbar.ca.gov

*Attorneys for Defendant*
THE STATE BAR OF CALIFORNIA

*Additional counsel on next page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ROE 1, an individual; JOHN ROE 3; JANE ROE 2 an individual; CHAD PRATT, NZ, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RICK RANKIN; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00983-DFM<br><br>*[Assigned to Hon. Douglas F. McCormick]*<br><br>**DEFENDANTS' OPPOSITION TO *EX PARTE* APPLICATION TO ADVANCE MAY 2, 2024 HEARING DATE FOR PLAINTIFFS' MOTION FOR RELIEF UNDER FED. R. CIV. PROC. RULE 60** |

1  **JEFFER MANGELS BUTLER & MITCHELL LLP**
   MICHAEL A. GOLD (Bar No. 90667)
2  *mgold@jmbm.com*
   JUSTIN ANDERSON (Bar No. 328969)
3  *Janderson@jmbm.com*
   1900 Avenue of the Stars, 7th Floor
4  Los Angeles, California 90067-4308
   Telephone:  (310) 203-8080
5  Facsimile:  (310) 203-0567

6  *Attorneys for Defendant*
   RICK RANKIN
7

8  **K&L GATES LLP**
   BETH W. PETRONIO (*pro hac vice*) (beth.petronio@klgates.com)
9  1717 Main Street, Suite 2800
   Dallas, TX 75201
10 Telephone: (214) 939-5815
   Facsimile: (214) 939-5849
11
   CHRISTINA N. GOODRICH (261722) (christina.goodrich@klgates.com)
12 ZACHARY T. TIMM (316564) (zach.timm@klgates.com)
   10100 Santa Monica Boulevard
13 Eighth Floor
   Los Angeles, California 90067
14 Telephone: (310) 552-5000
   Facsimile: (310) 552-5001
15
   *Attorneys for Defendant*
16 TYLER TECHNOLOGIES, INC.

17
18
19
20
21
22
23
24
25
26
27
28

*[Left margin: FREEMAN MATHIS & GARY, LLP]*

Defendant The State Bar of California ("State Bar"), Defendant Tyler Technologies, Inc. ("Tyler") and Defendant Rick Rankin ("Rankin") (collectively, "Defendants") jointly oppose the "*Ex Parte* Application to Advance The 05-02-2024 Hearing Date" ("Advancement Request") filed with this Court on April 8, 2024 [Doc. No. 148]. The Advancement Request is to set the hearing date on Plaintiffs' Motion for Relief Under Federal Rule of Civil Procedure 60 (the "Motion") from May 3, 2024 to April 30, 2024.

On March 21, 2024, the Court denied a similar request to have the Motion heard on an *ex parte* basis and allowed the Motion to be heard as a regularly noticed motion. Thus, there is no basis to expedite the hearing on the Motion.

Defendants' arguments against the Advancement Request are more fully set forth in Defendants' Ex Parte Application to Continue the Hearing Date [Doc. No. 149] ("Continuance Request"). To avoid repetition of the arguments set forth in the Defendants' Continuance Request, Defendants briefly set forth the reasons why the hearing date for the Motion should not be advanced, but should be continued to a later date:

1. The only basis for Ms. Albert's *ex parte* application is that because the Motion seeks to reopen a case that was closed on May 3, 2023, the Motion must be heard by May 3, 2024. (DE 148 at 21-22.) Without commenting on or conceding the merits or timeliness of Ms. Albert's underlying Motion, Rule 60 requires a motion to be *made* within one year after the entry of the judgment or order it seeks relief from. It does not require such motion to be *heard* within one year. Federal Rule of Civil Procedure, Rule 60(c)(1) ("A motion under Rule 60(b) ***must be made*** within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding." (emphasis added)). The Motion seeks to vacate orders entered by this Court on March 17, 2023, April 3, 2023, May 1, 2023,

3

DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION TO ADVANCE MAY 2, 2024 HEARING DATE FOR PLAINTIFFS' MOTION FOR RELIEF UNDER FED. R. CIV. PROC. RULE 60

and May 3, 2023. The determination of whether the Motion is timely will run from the date the Motion was made in this Court—April 2, 2024. The date the Motion is heard is irrelevant to the timeliness of the Motion and, thus, there is no basis to advance the hearing date in order to have the Motion heard by any certain time.

2. For the reasons discussed in Defendants' Continuance Request, Defendants will be prejudiced if the hearing date is advanced. As this Court is aware, Ms. Albert is not currently eligible to practice law in the state of California. There is currently a pending Order to Show Cause ("OSC") issued by Chief Judge Philip S. Gutierrez as to why Ms. Lenore Albert—counsel of record and the individual who filed Plaintiffs' Motion—should not be suspended from the practice of law in the Central District pursuant to Local Rule 83-3.2. (*See* Case No. 2:24-ad-00002-PSG, DE 1.) Pending the outcome of this OSC—which was entered on March 14, 2024—Ms. Albert may be suspended from practice in this Court, and the Motion would therefore be moot. Ms. Albert was given 30 days to respond to this OSC, and Defendants requested a brief continuance of the hearing and briefing schedule on Plaintiffs' Motion until after any such response has been filed and Chief Judge Gutierrez has entered a final order; and

3. The Motion is noticed for hearing on Thursday, May 2, 2024. As such, Defendants' opposition papers are due April 11, 2024. This deadline is several days *before* Ms. Albert's deadline to respond to the OSC. This schedule would require Defendants to file any opposition(s) to the Motion before a final decision is rendered regarding the pending OSC—a decision that might moot the Motion.

4. Ms. Albert's Motion is expansive and meandering, and attaches dozens of declarations and other exhibits. In order to properly address all

4

arguments and inaccuracies included in the Motion, Defendants will need to expend a significant amount of time and resources. If the final order results in Ms. Albert being suspended, the Motion will become moot, and Defendants will have wasted that time and those resources. Moreover, depending on when a final order is entered on the OSC, it is also possible that this Court will have already read and considered all papers pertaining to the Motion, only for Ms. Albert to be suspended from practice and the Motion to be mooted.

In response to the Advancement Request, Defendants seek a brief continuance of the hearing and briefing schedule on the Motion to allow the Chief Judge to enter a final order before Defendants' opposition deadline so that there is clarity as to whether Ms. Albert is permitted to practice before this Court, and also to avoid expending the resources to prepare opposition(s) to a lengthy Motion, only for such Motion to be mooted only days later.

For these reasons, Plaintiffs' Ex Parte Advancement Request should be denied.

Date:   April 9, 2024            **FREEMAN MATHIS & GARY, LLP**

By: /s/ *David M. Liu*
_____
David M. Liu
Christopher J. Weber
Danielle A. Ocampo
Attorneys for Defendant
STATE BAR OF CALIFORNIA

| | | |
|---|---|---|
| Date: April 9, 2024 | | **K&L GATES LLP** |
| | By: | */s/ Christina N. Goodrich* |
| | | Christina N. Goodrich, Esq. |
| | | Zachary T. Timm, Esq. |
| | | Beth W. Petronio, Esq. |
| | | (Pro Hac Vice) |
| | | Attorney for Defendant |
| | | TYLER TECHNOLOGIES, INC. |
| Date: April 9, 2024 | | **JEFFER MANGELS BUTLER & MITCHELL LLP** |
| | By: | */s/ Michael A. Gold* |
| | | Michael A. Gold, Esq. |
| | | Justin Anderson, Esq. |
| | | Attorney for Defendant |
| | | RICK RANKIN |

**FREEMAN MATHIS & GARY, LLP**

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant The State Bar of California, certifies that this brief contains 1,626 words, which complies with the word limit of L.R. 11-6.1.

Date: April 9, 2024

**FREEMAN MATHIS & GARY, LLP**

By: */s/ David M. Liu*

David M. Liu
Christopher J. Weber
Danielle A. Ocampo
Attorneys for Defendant
STATE BAR OF CALIFORNIA

# PROOF OF SERVICE

I am over 18 years of age and not a party to this action.

I am employed in Orange County, California, in the office of an active member of the State Bar of California. My business address is 3030 Old Ranch Parkway, Suite 200, Seal Beach, California 90740.

On April 9, 2024, I served a copy of the document(s) entitled:

**DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION TO ADVANCE MAY 2, 2024 HEARING DATE FOR PLAINTIFFS' MOTION FOR RELIEF UNDER FED. R. CIV. PROC. RULE 60**

in the manner described below:

- ☐ **By Overnight Delivery.** I enclosed the document(s) in the envelope(s) provided by an overnight delivery carrier and addressed to the individual(s) on the attached Service List. I sealed and deposited the envelope(s) in the box regularly maintained by the express service carrier located at 3020 Old Ranch Parkway, Seal Beach, California 90740.

- ☒ **By CM/ECF PORTAL.** I certify that I electronically filed the foregoing documents and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

- ☐ **By Electronic Service.** I attached the document(s) to an email and sent the email from lisa.khan@fmglaw.com to the individual(s) on the attached Service List at the email address(es) stated therein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 9, 2024, at Seal Beach, California

_____
Lisa Khan

# SERVICE LIST

*John Roe 1, et al. v. The State Bar of California, et al.*
Case No.: 22-cv-00983-DFM

| | |
|---|---|
| Lenore Albert, Esq.<br>LAW OFFICE OF LENORE ALBERT<br>31872 Joshua Dr #22C<br>Trabuco Canyon, CA 92679 | *Former Attorney for Plaintiffs JOHN ROE 1, et al.*<br><br>T: (424) 365-0741<br>LenAlbert@InteractiveCounsel.com |
| Michael A. Gold, Esq.<br>Justin Anderson, Esq.<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 | *Attorney for Defendant RICK RANKIN*<br><br>T: (310) 203-8080<br>mgold@jmbm.com<br>janderson@jmbm.com |
| Christina N. Goodrich, Esq.<br>Zachary T. Timm, Esq.<br>K&L GATES LLP<br>10100 Santa Monica Boulevard, 8th Floor<br>Los Angeles, CA 90067 | *Attorney for Defendant TYLER TECHNOLOGIES, INC.*<br><br>T: (310) 552-5000<br>christina.goodrich@klgates.com<br>zach.timm@klgates.com |
| Beth W. Petronio, Esq. (*pro hac vice* pending)<br>K&L GATES LLP<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201 | *Attorney for Defendant TYLER TECHNOLOGIES, INC.*<br><br>T: (214) 939-5815<br>beth.petronio@klgates.com |

FREEMAN MATHIS & GARY, LLP

3
DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION TO ADVANCE MAY 2, 2024 HEARING DATE FOR PLAINTIFFS' MOTION FOR RELIEF UNDER FED. R. CIV. PROC. RULE 60