R S Plaintiff in the following case
Represented by
Lenore L. Albert *Suspended Cal State Bar 03-14-2024*
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Email: lenalbert@InteractiveCounsel.com
Attorney for Plaintiffs, John Roe 1, John Roe 3, Jane Roe 2, Chad Pratt, and NZ *on behalf of themselves and all others similarly situated.*
**IN FEDERAL COURT ONLY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Roe 1, an individual: John Doe 3, an Individual: Jane Doe 2 an individual, Chad Pratt, an Individual, NZ, on behalf of themselves and all others<br><br>Plaintiff<br><br>vs<br><br>The State bar of California: Tyler Technologies, INC Rick Rankin: and Does 4-10 inclusive - Defendants | CASE NO 9:22-cv-00983-DFM and joined with 30-2022-01250695-CU-AT-CXC<br><br>**U.S. DISTRICT COURT OF THE CENTRAL DISTRICT OF CALIFORNIA** |

    I RS am a plaintiff or putative class member acting and demanding damages against the Defendants for Civil Rights violations in the case of John Roe v State Bar of California, Orange County Case Number 30-2022-01250695-CU-AT-CXC which was remanded from the federal court Case No. 22-cv-00983-DFM in this case.

1.    If called as a witness, I could competently testify to the following of my own personal knowledge and I declare that at no time have I ever had any suspensions ruled

against me by the California State bar nor licensing removal against me, not any misconduct charges against me, I however was a contractor working under the Federal Telecommunications act of 1934 and in that capacity the Federal Communications Commission called us contractors (lawyers) because we signed contracts in Telecommunications deregulation agreements and the FCC believed that was appropriate because from 1934 to present no law prohibited it. The California State bar employee William Bell (I hope I remembered the last name correctly) admitted the State bar knew of the FCC practice but said the California Board had not approved it, at a later date Richard J Zanassi confirmed the worst they would do is simply issue a Cease and Desist letter. In which I obeyed.

2. My civil rights under the First and Fourteenth amendment have been violated by the State Bar's constant blacklisting and gamesmanship in which the California State bar employees John Rodriquez and Nathalie Hope constantly confused me with another person with the same first name and same last name as me and blamed me for things the other person did. I have not seen any evidence linking me anything else, and I have no criminal history.

3. I am a complainant who received notice that my identity was found in connection with a confidential State bar investigation site and Data Breach and I am unable to find any file that exist on me with the California State bar.

4. I also find it odd that the California State bar now believes they can regulate Federal Practice in Federal Courts when I was denied lawyer status by the California State bar for what FCC considered us contract guys were, and it just shows the gamesmanship by the State bar which damages gainful employment opportunities for me and follows me with bad light.

5. This case was ultimately assigned to the Honorable Douglas F. McCormick.

6. On May 3, 2023, this case had its antitrust claims dismissed, including the claim that the State Bar was attempting to regulate attorneys practice in federal court. The court remanded the case back to State court but now the State bar by its very own actions is jumping over the State into a Federal issue, again acting as an unregulated aggressor

agency superseding Federal jurisdiction and to me that is a factor of Anti trust dictatorship actions and the furtherance of a State office out of control and disrespecting the Constitutional division of Federal Courts vs State Courts and I feel the State bar has no power to suggest anything in demands to the Federal Courts.

7. A motion to reopen the case and vacate the remand has been filed in Judge McCormick's Court I believe that Judge McCormick fully understands that his Court room is not to be over-ruled by a group of State bullies.

8. The Clear negligence of the State bar and the other Defendants is so clear everyone can see it, and in a "Saving Face" the Defendant acted in a conspiracy to rig the rule of law against the Plaintiffs in the case even if it destroys forever the Civil Rights of each and every person whom was affected by this date breach.

9. The mere fact that the Plaintiffs are being denied legal counsel and to squash the Plaintiffs rights is forthright obvious and everyone can see it for what it is.

10. The Court cannot allow this kind of injustice because in the future the State bar has set forth a new precedent that anyone that has any issue can have their attorney suspended then everyone loses their Civil Rights before the Courts and the Courts are supposed to stand for justice.

11. My harm is $5,000,000.00, filing separately due to the fact this Data Breach and history against me based on the State bar and its Defendant conspirators have personally robbed me of my Civil Rights guaranteed to me by the United States Constitution and carelessness and unwillingness of the State bar to make any corrections on my status its just plain Negligence, Civil Rights violations, Bad light, Negligence Per se.

## Motion for Attorney Lenore Albert be appointed to represent me

12. I could not find another attorney to represent me after the State Bar issued an interim suspension against my counsel of record, Lenore Albert other Attorneys live in fear they to would suffer license removal, I have in fact talked with the Sterling Law firm

1 of Hollywood Ca, and they do State bar Defense law and they have admitted they follow
2 the case but are afraid to become involved because of fear of retaliation by the State bar.
3 13. I understand that the state bar suspended my attorney of choice, Lenore Albert
4 from practicing law in the state of California and recommended disbarment on the
5 grounds that she violated a local rule in the federal court in the Eastern District of
6 California and I request that the Court relieve Ms Albert from any suspension at least on
7 a temporary basis so that I can be represented before this Court and it is clear that the
8 gamesmanship the State bar is using is a tactical move but a very dangerous move and it
9 is clear The State bar and its Conspirators are using such a move to avoid any damages
10 from their careless behavior. The Court clearly knows that.
11 14. I cannot attend the hearing because I live 1540 miles away and this is the reason I
12 also hired Ms Albert she can travel to the Court at ease in my behalf.

## Motion for the Court to consider
## The Federal Trade Commission as a secondary regulator of the California State bar

15. The problems with the California State bar are nothing new, the State bar has a long history of corruption and vindictive behavior, as a Plaintiff in this case I have gave up on the State bar of ever correcting anything they make a mistake on and the State bar will never admit to Civil Rights violations, it just won't happen, they will throw the blame if they need too, thus those of us seeking remedies need to have another source, this Court has the power to Order the Federal Trade Commission to issue Attorney licenses as an oversight Ombudsperson and I seek such a remedy.
16. Examples are clear Ms Albert has won many rulings against the State bar and the State Bar Conspirators, any normal Defendant would have offered a settlement by now, but the abusive Power of the State bar is used to prevent Plaintiffs from having their day in Court. I have a fundamental right to seek redress for my grievance with the judicial

branch of government and by taking away my attorney in such an abrupt manner has violated that right.

17.   Judge Sherman ordered that everyone who was either an attorney without a public record of discipline or is a Complainant may proceed anonymous I am being irreparably harmed beyond the privacy harm the State Bar of California has already caused me and I am doing as Judge Sherman ordered.

## Summery Judgment

The facts are so clear that the Plaintiff request a Summery Judgment within the next 30 days.

I declare under penalty of perjury of the law of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of April, 2024 in Galena Kansas 66739

By: R S

Certificate of Proper service

I certify that I have served the Defendants at the office of the California State bar located at 845 S Figueroa St Los Angeles 90017 with certified U S Mail.

R.S.

```
           UNITED STATES
           POSTAL SERVICE.
                GALENA
             119 E 5TH ST
         GALENA, KS 66739-9998
             (800)275-8777
04/29/2024                          02:26 PM

Product              Qty    Unit       Price
                            Price

First-Class Mail®     1                $0.92
  Letter
    Los Angeles, CA 90017
    Weight: 0 lb 1.40 oz
    Estimated Delivery Date
        Fri 05/03/2024
  Certified Mail®                      $4.40
    Tracking #:
        70221670000106192648
  Return Receipt                       $3.65
    Tracking #:
        9590 9402 8742 3310 3594 89
Total                                  $8.97

Grand Total:                           $8.97

Debit Card Remit                       $8.97
    Card Name: VISA
    Account #: XXXXXXXXXXXX6000
    Approval #: 914724
    Transaction #: 880
    Receipt #: 013494
    Debit Card Purchase: $8.97
    AID: A0000000980840      Chip
    AL: US DEBIT
    PIN: Verified

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
             1-800-222-1811.

           Preview your Mail
           Track your Packages
           Sign up for FREE @
    https://informeddelivery.usps.com.

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
         Thank you for your business.

        Tell us about your experience.
  Go to: https://postalexperience.com/Pos
  or scan this code with your mobile device,
```



```
        or call 1-800-410-7420.


UFN: 193322-0513
Receipt #: 840-56400758-2-2537588-2
Clerk: 10
```



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Certified Mail Fee $4.40
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
Postage $0.92
Total Postage and Fees

Sent To: Calif. State Bar
Street and Apt. No., or PO Box No.: 845 S Figueroa St
City, State, ZIP+4®: Los Angeles, CA 90017

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

