UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SA CV 22-00983-DFM | Date: | May 9, 2024 |
|---|---|---|---|
| Title | John Roe 1 et al. v. The State Bar of California et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Denying Motion (Dkt. 154)

A putative class member has filed a motion seeking damages against the State Bar of California. See Dkt. 154.

This case was remanded to Orange County Superior Court on May 3, 2023, and closed shortly thereafter. See Dkt. 135. "Once a district court certifies a remand order to state court it is divested of jurisdiction and can take no further action on the case." Seedman v. U.S. Dist. Ct. for the Cent. Dist. Of Cal., 837 F.2d 413, 414 (9th Cir. 1988); see also Pelleport Invest., Inc. v. Budco Quality Theatres, Inc., 741 F.2d 273, 279 n.3 (9th Cir. 1984) ("It is clear that a remand order ends the federal court's jurisdiction."); Browning v. Navarro, 743 F.2d 1069, 1078-79 (5th Cir. 1984) (explaining that federal court is completely divested of jurisdiction once it mails certified copy of order to clerk of state court).

The Court has no authority to rule on Plaintiff's motion. Accordingly, the motion is DENIED.